THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.
a Delaware corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASSIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,

    Plaintiffs,

v.

ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al

    Defendants.

No. CV 07-6211 BZ

STIPULATION EXTENDING TIME RE RESPONSIVE PLEADING

The parties, through their respective counsel of record, stipulate to a two-week extension of time for Defendant Active Response Group, Inc., a Delaware corporation to respond to the Complaint filed by Assis Internet Services, a California corporation, and Joel Householter, dba Kneeland Engineering, dba Foggy.Net's Complaint. Defendant Active Response Group, Inc.'s response is now due on or before January 18, 2008.

Respectfully submitted this 27 day of December, 2007.

DAVIS WRIGHT TREMAINE, LLP

By: /s/ Thomas R. Burke
Thomas R. Burke
Attorneys for Defendant Active Response Group, Inc.

SINGLETON LAW GROUP

By: /s/ Richard E. Grabowski
Richard E. Grabowski
Attorneys for Plaintiffs

---

Case No. CV-07-6211BZ STIPULATION EXTENDING TIME
SFO 400815v1 0050022-000041  San Francisco

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**STIPULATION EXTENDING TIME RE RESPONSIVE PLEADING**

I caused the above document to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **December 28, 2007**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 28, 2007**, at San Francisco, California.

_____
Natasha Majorko

PROOF OF SERVICE
Case No. CV07-6211 BZ

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
|  | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail |  |

[ M ]  Richard E. Grabowski                    Attorneys for Plaintiffs
       Singleton Law Group
       611 "L" Street, Suite A
       Eureka, CA 95501

       Telephone:  (707) 441-1177
       Facsimile:   (707) 441-1533

       Email:  rgrabowski@mckinleyville.net

PROOF OF SERVICE
Case No. CV07-6211 BZ