THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:      thomasburke@dwt.com
Attorneys for Defendant Active Response Group, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,

    Plaintiffs,

v.

ACTIVE RESPONSE GROUP, INC. et al.

    Defendants.

Case No. CV 07-6211 BZ

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, that Defendant Active Response Group, Inc. does not have a parent corporation, and there are no publicly held corporations which own 10 percent or more of its stock. Other than the named parties, there is no interest to report under Civil L.R. 3-16.

Dated this 18th day of January, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____/s/ Thomas R. Burke_____
    THOMAS R. BURKE

Attorneys for Active Response Group, Inc.