1 **Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
2 **Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
3 **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 Eureka, CA 95501
5 (707) 441-1177
FAX 441-1533
6
7 Attorney for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER
8

9 <center>**UNITED STATES DISTRICT COURT**</center>
10 <center>**NORTHERN DISTRICT OF CALIFORNIA**</center>

| | |
|---|---|
| 11  ASIS INTERNET SERVICES, FOGGY.NET, et al., | Case No. C-07-6211 BZ |
| 12 | |
| 13        Plaintiffs, | **NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |
| 14  vs. | |
| 15  ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al. | |
| 16 | |
|        Defendants. | |

17 **TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
18
19   **PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email
20 addresses effective February 1, 2008. All other attorney information remains unchanged. The
21 new email addresses are as follows:

22   JASON K. SINGLETON      jason@singletonlawgroup.com

23   RICHARD E. GRABOWSKI    rgrabowski@mckinleyville.net

24                           **SINGLETON LAW GROUP**
25
   Dated:    February 15, 2008           /s/ Jason K. Singleton
26                                     Jason K. Singleton,
                                       Richard E. Grabowski, Attorneys for
27                                     Plaintiff, **ASIS INTERNET SERVICES, JOEL
                                       HOUSEHOLTER dba FOGGY.NET**
28