# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 28, 2008

To:  Jason K. Singleton
     Richard E. Grabowski
     Singleton Law Group
     611 L Street, Suite A
     Eureka, CA 95501

     Thomas R. Burke
     Davis Wright Tremaine LLP
     505 Montgomery Street, Suite 800
     San Francisco, CA 94111-6533

     Re: Asis Internet Services, et al. v.  Active Response Group Inc. - C07-6211 BZ

Dear Counsel:

     At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 31, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

     At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

     Sincerely,

     Richard W. Wieking, Clerk
     United States District Court

     By:  /s/ Lashanda Scott
           Lashanda Scott
           Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd