```
 1  THOMAS R. BURKE (CA State Bar No. 141930)
    DAVIS WRIGHT TREMAINE LLP
 2  505 Montgomery Street, Suite 800
    San Francisco, California 94111
 3  Telephone:    (415) 276-6500
    Facsimile:    (415) 276-6599
 4  Email:        thomasburke@dwt.com
    Attorneys for Defendant Active Response Group, Inc.
 5
 6
 7
 8
                      UNITED STATES DISTRICT COURT
 9
                     NORTHERN DISTRICT OF CALIFORNIA
10
11  ASIS INTERNET SERVICES, et al
                                              No. C  07-06211 BZ
12
                Plaintiff(s),                 DECLINATION TO PROCEED BEFORE
13                                            A MAGISTRATE JUDGE
         v.                                              AND
14                                            REQUEST FOR REASSIGNMENT TO A
    ACTIVE RESPONSE GROUP, INC., et al        UNITED STATES DISTRICT JUDGE
15
                Defendant(s).
16  _____/
17
         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
         The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21
22
    Dated:    2|29|08                          Signature |s| Thomas R. Burke
23
                                               Counsel for  Def. Active Response Group Inc.
24                                             (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28
```