UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES et al.

CASE NO. CV 07-6211 BZ

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

ACTIVE RESPONSE GROUP, INC. et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  April 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas R. Burke | Plaintiffs | (415) 476-6552 | thomasburke@dwt.com |
| Jason K. Singleton | Defendants | (707) 441-1177 | jason@singletonlawgroup.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/10/2008

/s/ Jason K. Singleton
Attorney for Plaintiff

Dated: 3/10/2008

/s/ Thomas R. Burke
Attorney for Defendant

Rev 12.05