UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  April 7, 2008

**Case No:** C 07-06211 TEH

**Case Title**:  ASIS INTERNET SERVICES v. ACTIVE RESPONSE GROUP INC,

**Appearances:**

>For Plaintiff(s): Jason Singleton (by phone)

>For Defendant(s): Thomas Burke

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Monday, 06/09/08 at 1:30 PM for Further CMC**

### *SUMMARY*

- Parties shall file a joint CMC statement 7 days prior to the next hearing.