LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| THOMAS R. BURKE | SUITE 800 | TEL (415) 276-6500 |
| DIRECT (415) 276-6552 | 505 MONTGOMERY STREET | FAX (415) 276-6599 |
| thomasburke@dwt.com | SAN FRANCISCO, CA 94111-6533 | www.dwt.com |

April 8, 2008

**Via Efiling and Hand-Delivery**

Honorable Judge Thelton E. Henderson
United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom 12, 19th Floor
San Francisco, CA 94102

Re:   Case No. 3:07-cv-06211-TEH
      AsIs Internet Servs. et al. v. Active Response Group, Inc.

Dear Judge Henderson

In response to the Court's request during our April 7, 2008, Case Management Conference in the above-referenced matter, please find below a list of seven additional cases also brought by plaintiff AsIs Internet Services:

(1) 3:05-cv-05124-JCS Asis Internet Services v. Optin Global, Inc. et al, filed 12/12/05.

(2) 3:07-cv-03261-PJH Asis Internet Services v. Valueclick Inc., filed 06/21/07, closed 10/03/07.

(3) 3:07-cv-04630-MHP, Asis Internet Services v. Azoogle.Com, Inc., filed 09/07/07.

(4) 3:07-cv-05717-JSW, Asis Internet Services v. All In, LLC, filed 11/09/07.

(5) 3:08-cv-01321-EMC, Asis Internet Services v. Member Source Media LLC, filed 03/07/08.

(6) 3:08-cv-01566-SC, Asis Internet Services v. Pure Ads, LLC, filed 03/21/08.

Honorable Thelton E. Henderson
April 8, 2008
Page 2

(7) 4:07-cv-05357-CW, <u>Asis Internet Services v. Imarketing Consultants Inc,</u> filed 10/19/07.

Under Fed. R. Civ. P. 42(a), "[i]f actions before the court involve a common question of law or fact," the Court may join for hearing or trial any or all matters at issue, consolidate the actions, or take other measures to avoid unnecessary cost or delay. Given the likelihood that similar facts and legal issues will arise in this case as have already arisen in plaintiff's prior litigation, as well as concurrent litigation, defendant Active Response Group, Inc., would not object to any such measures by the Court.

We appreciate the Court's attention to this matter.

Very truly yours,

Davis Wright Tremaine LLP

*/s/ Thomas R. Burke*

Thomas R. Burke

cc: Jason Singleton, attorney for AsIs Internet Services