| | |
|---|---|
| **From:** | Doran, Ambika [AmbikaDoran@dwt.com] |
| **Sent:** | Monday, April 14, 2008 4:28 PM |
| **To:** | Jason Singleton |
| **Cc:** | Burke, Thomas |
| **Subject:** | RE: ASIS v ARG |

Jason,
Thanks for the extension.

Please note that ARG, pursuant to Fed. R. Civ. P. 26(a)(1) has chosen not to provide a copy of the documents but rather, to provide a "description by category and location" of the documents.  We have not done this in bad faith but rather would prefer to provide the documents once we have resolved the protective order issue.  Because we have followed the rule, we do not anticipate a court would issue preclusion sanctions as to documents produced later.

In addition, we will speak with Mr. Powers (CEO of ARG, listed as Brad Powers in AI) regarding your questions and get back to you.

Ambika


Ambika Doran | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8030 | Fax: (206) 757-7030
Email: ambikadoran@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/DoranAmbika.cfm

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

-----Original Message-----
From: Jason Singleton [mailto:jason@singletonlawgroup.com]
Sent: Monday, April 14, 2008 4:11 PM
To: Doran, Ambika
Subject: RE: ASIS v ARG

Ambika,

Plaintiff grants a ten day extension for Defendant to respond to the pending discovery.  I have reviewed ARG's Initial Disclosures. As I am sure you know, any material that Defendant intends to use in any manner in this matter, that it has in its possession, must be produced with initial disclosures, or it will be excluded.  Defendant's disclosure states there are relevant documents within its possession, but does not produce them....  Please produce any and all documents that Defendant intends to use to defend the matter.  Next, I would like to depose "Mr. Powers".  It would be helpful if Defendant could state Mr. Powers title, and his first name.  Also, when and where would Defendant wish to hold this deposition?  Please advise.
Take care,

Jason.

-----Original Message-----
From: Doran, Ambika [mailto:AmbikaDoran@dwt.com]
Sent: Monday, April 14, 2008 3:52 PM
To: Burke, Thomas; Jason Singleton
Subject: RE: ASIS v ARG

Jason,
Along these lines, would you agree to an extension of the deadline to serve responses to

plaintiffs' interrogatories and production requests by 11 days, making the new deadline Monday, April 28?

Thanks,
Ambika


Ambika Doran | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8030 | Fax: (206) 757-7030
Email: ambikadoran@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/DoranAmbika.cfm

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

-----Original Message-----
From: Burke, Thomas
Sent: Tuesday, April 08, 2008 1:43 PM
To: Jason Singleton
Cc: Doran, Ambika
Subject: RE: ASIS v ARG

Jason, just fine.

-----Original Message-----
From: Jason Singleton [mailto:jason@singletonlawgroup.com]
Sent: Tuesday, April 08, 2008 1:23 PM
To: Burke, Thomas
Subject: ASIS v ARG

Tom,

I am writing to request a ten day extension on Plaintiff's responses to Defendant's current written discovery requests.  Please drop me a line letting me know if that is acceptable.  I can tell you we intend to respond with as much substantive material as is presently availble, excepting that material which would fall within the items Plaintiff seeks to have designated AEO.

Take care,

Jason.