IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al.

          Plaintiffs,

     v.

ACTIVE RESPONSE GROUP et al.,

          Defendants.

NO. C07 6211 TEH

ORDER REQUIRING SUPPLEMENTAL BRIEFING

    The Court has reviewed the Parties' briefs, filed April 21, 2008, in support of and in opposition to Plaintiff's request for a Protective Order.

    The parties are hereby ORDERED to <u>submit the proposed Protective Order</u> and responding briefs by May 5, 2008.

    The responding briefs should not exceed ten double-spaced pages, and should explicitly set out the following (if not contained in the proposed Protective Order): 1) the precise disclosures Plaintiffs seek to have protected; 2) what portions of the proposed Protective Order are in dispute; and 3) whether Defendants consent to any degree of protection for the disclosures at issue. The briefs should also respond to the arguments set out in the April 21, 2008 briefs.

**IT IS SO ORDERED.**

Dated: April 28, 2008

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT