THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com
Attorneys for Defendant Active Response Group, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,

    Plaintiffs,

v.

ACTIVE RESPONSE GROUP, INC. et al.

    Defendants.

Case No. CV 07-6211 BZ

DECLARATION OF BRADY BROWN

I, Brady Brown, declare as follows:

1. I am Chief Technology Officer of defendant Active Response Group, Inc. I have personal knowledge of the statements contained in this Declaration and am competent to testify to them in court.

2. ARG does not send commercial emails to anyone.

3. On the rare occasion when ARG learns someone has received unwanted emails, ARG actively seeks to learn the identity of any third party who has allegedly sent email containing content relating to ARG, without its authorization.

4. To do so, ARG first examines the links contained within the body of the email. This information may inform ARG which Affiliate, if any, may have either sent, or allowed someone else to send, the email. However, the links in the email do not point directly to ARG's websites, but rather they are Affiliate-specific links that eventually redirect the user to an ARG website. Typically, links related to unauthorized advertising are disabled a few days after they are sent, i.e., they are no longer functional and cannot be used to trace the emails.

1
DECLARATION OF BRADY BROWN

5. My personal examination of the sample emails provided with the Complaint indicates most, if not all, of these links have been disabled, and ARG can no longer identify from them any information relating to who sent the email.

6. Once the links have been disabled, ARG has no recourse but to examine the email addresses to which the emails were allegedly sent.

7. Individuals may sign up, or "opt in," to receive emails in a variety of manners, from a variety of vendors. Affiliates may send emails, and indeed, may contract with other third parties to send emails, who may in turn contract with additional third parties to send emails. These entities generally maintain permission or "opt-in" lists that include these email addresses. Alternatively, individuals may request that particular vendors not send them emails, and these addresses would appear on that vendor's suppression list.

8. Upon notification that unwanted email has been received, ARG systematically notifies its Affiliates of the situation, and checks with them to determine whether they, or their vendors have, on their permission or suppression lists, the email addresses at issue. If the addresses are on a permission list, ARG may be able to identify the origin of the emails.

9. A denial of service attack (DDoS) occurs when a third party bombards a website with repeated requests for website pages, usually via one or more compromised computers that have been hacked and configured to execute the DDoS without the owners' authorization. ARG does not engage in DDoSs. Anyone who wanted to carry out an attack could do so merely by knowing a particular domain name, which identifies their websites.

10. A directory harvest is a technique used by spammers to find email addresses listed within the content of a domain name's website. ARG does not engage in directory harvests. Similar to the DDoS, anyone who knows the domain name is able to attempt a directory harvest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 5th day of May 2008.

/s/ Brady Brown
Brady Brown

DECLARATION OF BRADY BROWN
Case No. C 07-04171 TEH

DWT 11021075v3 0080512-000010