**United States District Court**
**for The Northern District of California**

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACTIVE RESPONSE GROUP, INC., et al.,<br><br>　　　　Defendant. | Case No. CV 07-6211 TEH<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Ambika Doran, an active member in good standing of the bar of United States District Court, Western District of Washington, whose business address and telephone number is,

> Davis Wright Tremaine LLP
> 1201 Third Avenue Suite 2200
> Seattle, WA 98101
> (206) 757-8030

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Active Response Group, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice . Service of papers upon and communication with co-counsel designated in the application

1

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.

Dated:  05/08/08  _____

Thelton E. Henderson
United States District Judge



Judge Thelton E. Henderson

(Proposed) ORDER GRANTING PRO HAC VICE APPLICATION
Case No. CV 07-6211 BZ

DWT 11023959v1 0080512-000010