IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,             No. C 07-06211 TEH

       Plaintiff,             **Clerk's Notice Rescheduling Hearing**

   v.

ACTIVE RESPONSE GROUP INC,,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Telephonic Case Management Conference* previously set for 06/09/08 at 1:30 PM has been rescheduled for **Monday, 07/07/08** at **1:30 PM**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated:   May 13, 2008             FOR THE COURT,

           Richard W. Wieking, Clerk

           By: /s/ R.B. Espinosa
                R. B. Espinosa
                Deputy Clerk