IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al.

              Plaintiffs,

      v.

ACTIVE RESPONSE GROUP et al.,

              Defendants.

NO. C07 6211 TEH

ORDER SETTING HEARING

     The Court has reviewed the Parties' briefs, filed April 21, 2008 and May 5, 2008, in support of and in opposition to Plaintiff's request for a Protective Order designating the email addresses to which the emails at issue in this case were sent "Highly Confidential – Attorney's Eyes Only."

     The Court will hear limited argument on this matter on Monday, May 19, 2008 at 10:00 a.m. (If the parties so desire, they may submit a stipulation and order choosing another date on the Court's regular motion calendar after checking the Court's availability with the courtroom deputy at (415) 522-2047).

     Defendant ARG should be prepared to address why it needs the email addresses to determine the identity of the emails' senders, and how it will use the addresses to do so. Both parties should be prepared to address whether Plaintiffs and the email address list will be adequately protected if the addresses are designated "Confidential" under § 2.3 of the proposed protective order, if § 7.2, "Disclosure of 'CONFIDENTIAL' Information or Items" is amended to add:

     (h) Disclosure of email addresses at issue in this litigation. The email addresses to which Plaintiffs assert ARG initiated emails shall be designated Confidential. Defendant may disclose them to third parties, to whom disclosure is reasonably

necessary to determine the identity of the emails' senders, and who have signed the "Agreement to be Bound By Protective Order."

The parties should also be prepared to discuss and/or propose any procedures, limitations, or changes to the Protective Order (or agreement to be bound by it) that would adequately ensure the confidentiality of the list.

The Court will not hear argument on whether the emails are protected from disclosure under the 15 U.S.C. § 6501 *et seq.* or 47 U.S.C. § 222.

**IT IS SO ORDERED.**

Dated:  May 13, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2