**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET<br><br>        Plaintiffs,<br>vs.<br><br>ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al.<br><br>        Defendants. | Case No. C-07-6211 TEH<br><br>REQUEST TO APPEAR AT COURT ORDERED HEARING TELEPHONICALLY and PROPOSED ORDER |

Pursuant to Northern District of California Local Rule 16-10, Plaintiffs hereby request that they be permitted to participate by telephone at the hearing order by the within court for May 19, 2008, at 10:00 a.m.

Plaintiffs and their counsel of record are located in Humboldt County, California. Plaintiffs seek by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California to participate in the proceeding in person.  Plaintiffs do not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiffs' Counsel, Jason K. Singleton, will telephone the Court on May 19, 2008, at 2:00 p.m. or such other time as designated by the Court.

**SINGLETON LAW GROUP**

Dated:     May 15, 2008         /s/ Jason K. Singleton
                                                Jason K. Singleton, Attorneys for Plaintiffs

ORDER

The Court grants the request of Plaintiffs for their counsel, Jason K. Singleton, to appear telephonically at the hearing on May 19, 2008, at 2:00 p.m. Plaintiffs' counsel will call the Court's telephone number at 2:00 p.m. on May 19, 2008.

Dated: _____    _____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE