UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: May 19, 2008

**Case No:** C 07-06211 TEH

**Case Title**: ASIS INTERNET SERVICES v. ACTIVE RESPONSE GROUP INC,

**Appearances:**

    For Plaintiff(s): Jason Singleton (by telephone)

    For Defendant(s): Thomas Burke

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: Sahar McVickar

### PROCEEDINGS

1. Hearing on the Motion for Protective Order - held

MOTION/MATTER:  ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      (X) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff   ( ) Defendant   (X) Court