**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,                              No. C 07-06211 TEH

    Plaintiff,                                          **ORDER OF REFERENCE**

v.

ACTIVE RESPONSE GROUP INC,,

    Defendant.

    IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for a settlement conference, to be conducted by him/her. The parties will be notified by the assigned Magistrate Judge of the date, time, and place of the settlement conference.

**IT IS SO ORDERED.**

Dated: 05/19/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE