THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>DECLARATION OF AMBIKA DORAN IN SUPPORT OF DEFENDANT ACTIVE RESPONSE GROUP, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR FED. R. CIV. P. 12(B)(6)<br><br>Date: July 21, 2008<br>Time: 10 a.m.<br>Place: Courtroom 12, 19th Floor |

I, Ambika Doran, declare as follows:

1.  I am an attorney with Davis Wright Tremaine LLP, counsel for defendant Active Response Group, Inc. ("ARG") in this action. I am licensed to practice law in the state of Washington, the federal district court for the Western District of Washington, the Ninth Circuit Court of Appeals, and for purposes of this case, the Northern District of California. I make this statement from personal knowledge and from the files and records in this matter.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Optin Global, Inc. et al</u>, 3:05-cv-05124-JCS, excluding any exhibits thereto.

3. Attached as Exhibit B to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Valueclick Inc.</u>, 3:07-cv-03261-PJH, excluding any exhibits thereto.

4. Attached as Exhibit C to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Azoogle.Com, Inc.</u>, 3:07-cv-04630-MHP, excluding any exhibits thereto.

5. Attached as Exhibit D to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. All In, LLC</u>, 3:07-cv-05717-JSW, excluding any exhibits thereto.

6. Attached as Exhibit E to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Member Source Media LLC</u>, 3:08-cv-01321-EMC, excluding any exhibits thereto.

7. Attached as Exhibit F to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Pure Ads, LLC</u>, 3:08-cv-01566-SC, excluding any exhibits thereto.

8. Attached as Exhibit G to this Declaration is a true and correct copy of the initial Complaint in <u>Asis Internet Services v. Imarketing Consultants Inc.</u>, 4:07-cv-05357-CW, excluding any exhibits thereto.

9. Attached as Exhibit H is true and correct copy of an opposition brief to a motion for summary judgment or adjudication filed by the plaintiff in <u>Asis Internet Services v. Optin Global, Inc. et al</u>, 3:05-cv-05124-JCS.

10. Attached as Exhibit I is a true and correct copy of the initial Complaint in <u>Asis Internet Services et al v. Sierra Partners, LLC. et al</u>, 4:08-cv-02813-SBA, excluding any exhibits thereto.

Executed this 16th day of June, 2008, at Seattle, Washington.

By:    */s/ Ambika Doran*
       AMBIKA DORAN

DAVIS WRIGHT TREMAINE LLP

Case No. CV 07-6211 TEH
Declaration of Ambika Doran
264782.1

Page 3