# EXHIBIT C

Jason K. Singleton, State Bar #166170
lawgroup@sbcglobal.net
Richard E. Grabowski, State Bar #236207
rgrabows@pacbell.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, | Case No. C-07-4630 JSW |
| Plaintiff, | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – VIOLATION OF CAN-SPAM ACT OF 2003 [15 *U.S.C.* § 7701, *et seq.*] AND CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17529.5 |
| vs. | |
| AZOOGLE.COM, INC., a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

Plaintiff, **ASIS INTERNET SERVICES, a California corporation,** and an Internet Access Provider, complains of Defendants **AZOOGLE.COM, INC., a Delaware Corporation, dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive**, and alleges violations of *CAN-SPAM Act, 15 U.S.C.* § 7704(a), (b), and *California Business and Professions Code* § 17529.5(a) and requests injunctive relief, liquidated damages, statutory damages, aggravated damages, and attorney fees authorized as remedies under **15 *U.S.C.* § 7706(g)** and *California Business and Professions Code* § 17529.5(b)(1)(B).

<u>JURISDICTION AND VENUE</u>

1.      This Court has original jurisdiction of this action pursuant to **28 *U.S.C.* § 1331** for violations of the **CAN-SPAM Act of 2003 (15 *U.S.C.* §§ 7701 et seq.).**   This Court also has

1   original jurisdiction under **15 *U.S.C.* § 7706(g)(1)** for cases involving a civil action by an

2   **internet access provider** adversely affected by a violation of section **15 *U.S.C.* § 7704(a)(1,**

3   **15 *U.S.C.* § 7704(b), or 15 *U.S.C.* § 7704(d)**, or a pattern or practice that violates paragraphs

4   **(2), (3), (4), or (5) of section 15 *U.S.C.* § 7704(a).**   Pursuant to pendent jurisdiction, attendant

5   and related causes of action, arising from the same facts, are also brought under California

6   law, including, but not limited to, violations of ***California Business & Professions Code §***

7   ***17529.5***.

8       2.    This Court has personal jurisdiction over Defendants **AZOOGLE.COM, INC. dba**

9   **AZOOGLEADS US, INC.,** who maintain offices at 1051 East Hillsdale Blvd, Suite 520, Foster

10   City, California, 94404.   Therefore, the court has personal jurisdiction pursuant to physical

11   presence of the Defendant within the court's territorial jurisdiction. ***Burnham v. Sup.Ct.***, 495

12   ***US*** at 610–611, (1990).

13       3.    Venue is proper in this Court pursuant to **28 *U.S.C.* § 1391(b)** and is founded on

14   the fact that a substantial part of the unlawful actions of the defendants occurred in this judicial

15   district.

**FACTUAL ALLEGATIONS**

17       4.    Plaintiff is informed and believes and therefore alleges that Defendant

18   **AZOOGLE.COM, INC.,** is a Delaware Corporation with offices in California.   Plaintiff is

19   informed and believes and therefore alleges that Defendant **AZOOGLEADS US, INC.,** is a

20   Delaware Corporation with offices in California.  Plaintiff is informed and believes and therefore

21   alleges that Defendant **AZOOGLE.COM, INC.,** is doing business as or is the owner of

22   **AZOOGLEADS US, INC. AZOOGLE.COM, INC. dba AZOOGLEADS US, INC.,** is believed to

23   be a corporation or partnership providing internet marketing services to retailers selling to

24   residents of the United States and California over the internet.

25       5.    Plaintiff **ASIS INTERNET SERVICES (hereafter "ASIS)** does not know the true

26   names and capacities of defendants **AZOOGLE.COM, INC. and AZOOGLEADS US, INC,**

27   their business capacities, their ownership connection to the business(s), nor their relative

28   responsibilities in causing the ***CAN-SPAM Act of 2003*** and other violations herein complained

1   of, and alleges a joint venture and common enterprise by all such defendants.  Plaintiff is

2   informed and believes that each of the defendants herein, including DOES ONE to FIFTY,

3   inclusive, is the agent, ostensible agent, master, servant, employer, employee, representative,

4   franchiser, franchisee, joint venturer, partner, and associate, or such similar capacity, of each

5   of the other defendants, and was at all times acting and performing, or failing to act or perform,

6   with the authorization, consent, permission or ratification of each of the other defendants, and

7   is responsible in some manner for the acts and omissions of the other defendants in legally

8   causing the violations and damages complained of herein, and have approved or ratified each

9   of the acts or omissions of each other defendant, as herein described.  Plaintiff will seek leave

10  to amend this Complaint when the true names, capacities, connections and responsibilities of

11  defendants **AZOOGLE.COM, INC. and AZOOGLEADS US, INC., and DOES ONE to FIFTY,**

12  **inclusive**, are ascertained.

13       6.     Plaintiff is informed and believes that all named defendants, including **DOES**

14  **ONE to FIFTY, inclusive**, conspired to commit the acts described herein, or alternatively,

15  aided and abetted one another in the performance of the wrongful acts hereinafter alleged.

16       7.     Plaintiff **ASIS** is a California corporation registered to do business in California

17  and is located in Garberville, California.  **ASIS** provides Internet access service within the

18  meaning of **15 *U.S.C.* § 7702(11)**.

19       8.     Plaintiff alleges that Defendants sent or caused to have sent **1296** commercial

20  electronic mail messages from **October 25, 2005, through August 14, 2007**, to Plaintiff's

21  server, a protected computer, containing, and/or accompanied by, header information that was

22  materially false or materially misleading.

23       9.     Plaintiff states that the email accounts that the **1296** commercial emails were

24  sent to did not solicit the emails.  These emails were unsolicited because they were sent to

25  unassigned or inactive email accounts owned by **ASIS**.  **ASIS** did not solicit any product,

26  service, or information from any entity using these email accounts.

27       10.    Plaintiff alleges that Defendants sent or caused to have sent **1296** unsolicited e-

28  mail advertisements containing and/or accompanied by falsified, misrepresented, or forged

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      3

1   header information.

2       11.   Plaintiff alleges that Defendants used a harvest and directory attack to acquire

3   Plaintiff's and Plaintiff's customers email accounts to send **1296** commercial electronic mail

4   messages to a Plaintiff's protected computer. Many of the email accounts receiving the emails

5   have not been in-active for several years.

**FIRST CAUSE OF ACTION**
**(Violation of CAN-SPAM Act of 2003 – 15 *U.S.C.* §7704(a)(1) and (2),**
**and 15 *U.S.C.* §7704(b)(1) and (3))**

6

7

8       12.   Plaintiff refers to the allegations of the preceding paragraphs of this complaint,

9   and incorporates the same herein by this reference as though set forth in full.

10       13.   On **October 25, 2005, through August 14, 2007**, Plaintiff received **1296**

11   commercial electronic mail messages from defendants to its mail server located in California

12   that violated the ***CAN-SPAM Act of 2003***.

13       14.   Plaintiff alleges that all of the relevant electronic mails sent by or on behalf of the

14   Defendants on **October 25, 2005, through August 14, 2007**, contained or were accompanied

15   by header information that was materially false or materially misleading. At the time each of

16   these emails was sent the true identity of the senders was concealed using proxy or privacy

17   services. Each of these **1296** messages indicated that they were from email accounts such

18   as: "Girls Gone Wild" GirlsGoneWild@weekendropedust.com (see email, landing page, email

19   source and whois information in Exhibit "A" attached hereto); "eliza grimes"

20   elizagrimes@sourtreasury.com (see email, landing page, email source and whois information

21   in Exhibit "B" attached hereto); "PaidSurveys" PaidSurveys@orangescreens.com (see email,

22   email source, whois information, and the gif image in the email printed directly from the

23   Azoogle server 1100i.com in Exhibit "C" attached hereto); "carrythedeal"

24   carrythedeal@manytimesforyou.com (see email, email source, whois information for

25   manytimesforyou.com, the landing page directinsureonline.com, and the WHOIS information

26   for directinsuronline.com in Exhibit "D" attached hereto); and various other unknown identities.

27   Note that all receiving email accounts have been redacted, while these email all represent

28   inactive email accounts they are still the property of **ASIS Internet Services** and are protected

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     4

1  by ASIS's corporate privilege.   A WHOIS check of the domain name registration for

2  weekendropedust.com, sourtreasury.com, and manytimesforyou.com indicate that their

3  domain names were registered under a protection service (WHOIS Privacy Protection Service,

4  Inc.).   A WHOIS check of the domain name registration for orangescreens.com indicates that

5  the domain name was registered under a proxy service (Domains by Proxy, Inc.).   The true

6  registrant for these domains cannot be determined without a subpoena.   See Exhibit "B" for

7  the email, source code, and WHOIS report attached hereto.   Plaintiff has reviewed the Domain

8  Name registration for all of the sending Domain Names and determined that at the time of

9  sending all of the emails were sent using email accounts registered to domain names that

10  were registered under services that conceal the true identity of the domain name registrant

11  through a proxy service or privacy service.   See the WHOIS reports for all sending domain

12  names in Exhibit "E."    Also see examples of domain name privacy/proxy service

13  advertisements/policies in Exhibit "F."   Note that Registerfly.com, owner of Protectfly.com, lost

14  its accreditation as a registrar from ICANN and is no longer in business.   **15 *U.S.C.***

15  **§7704(a)(1)(A)** states:

16  "(A) header information that is technically accurate but includes an
17  originating electronic mail address, domain name, or Internet
   Protocol address the access to which for purposes of initiating the
18  message was obtained by means of false or fraudulent pretenses
   or representations shall be considered materially misleading.

19  **15 *U.S.C.* §7704(a)(6)** states:

20  "the term "materially", when used with respect to false or
21  misleading header information, includes the alteration or
   concealment of header information in a manner that would impair
22  the ability of an Internet access service processing the message on
   behalf of a recipient, a person alleging a violation of this section, or
23  a law enforcement agency to identify, locate, or respond to a
   person who initiated the electronic mail message or to investigate
24  the alleged violation..."

25  Therefore, since false information was used to generate the domain names and/or domain

26  names were concealed from investigation through proxy/privacy services the electronic mail

27  messages violated **15 *U.S.C.* §7704(a)(1)(A)**.

28  15.    Plaintiff further alleges that it received thousands of separate items of electronic

1  mail from the Defendants to email addresses that had not existed for the prior year and had

2  not requested or agreed to accept any solicitations.

3       16.   Plaintiff further alleges that the email advertisements were sent on behalf of

4  Defendants.  Many of the emails contained Uniform Resource Locators (hereafter "URL") that

5  directed the recipient or were sent to sites that redirected the recipient to websites owned by

6  Defendant Azoogle.  For example the email from "eliza grimes" elizagrimes@sourtreasury.com

7  sends the recipient to "azoogleads.com/error.html," the site that used by Azoogle when an

8  advertising campaign is discontinued. See Exhibit B.   The email from "carrythedeal"

9  carrythedeal@manytimesforyou.com      sends        the        recipient        to        the        web        site

10  Directinsureonline.com that is owned by Azoogle.  See Exhibit D.  The email from "Girls Gone

11  Wild"    GirlsGoneWild@weekendropedust.com    sends    the    recipient    to    the    URL:

12  http://www.girlsgonewild.com/index.cfm?action=home.sitecontentfile&f=landingpages/ultimater

13  ush2b_999_0sh&pccode=ultimaterush_adzoogle&nats=MjE3OjI4Ojk0,0,0,0,0&ptoken=azg_10

14  366-061007CAPITALAZGGW&bp=1.  See Exhibit A.  This URL is obviously a redirect through

15  Azoogle to the final landing page.  Many of the links are no longer operating and therefore the

16  final landing page cannot be determined.  **All** of the emails contain URLs to images located on

17  one of the following Azoogle servers:  "qckjmp.com," "stopmailinglist.com," "azjmp.com," and

18  "1100l.com."  See source code contained in Exhibits "A", "B", "C" and "D" and WHOIS reports

19  in Exhibit "G."   These images are downloaded from the Azoogle servers when the emails are

20  opened by a recipient.

21       17.   Plaintiff further alleges that the Defendants sent or had sent **1296** separate items

22  of electronic mail to Plaintiff's computer that were acquired as the result of a directory harvest.

23  Said conduct was in violation of **15 *U.S.C.* §7704(b)(1)**.

24       18.   As a proximate result of said unlawful conduct by said Defendants, Plaintiff is

25  entitled to statutory damages in the amount of up to $100.00 per email in the case of violation

26  of **15 *U.S.C.* §7704(a)(1)** in the form of statutory damages as set forth in **15 *U.S.C.***

27  **§7706(g)(1)(B)(ii) and (3)(A)(i) and (ii)**.

28       19.   As a proximate result of said unlawful conduct by said defendants, Plaintiff is

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        6

1  entitled to treble all statutory damages as a result of violation of any section of **15 U.S.C.**

2  **§7704(b)** as set forth in **15 U.S.C. §7706(g)(1)(C)**.

3      20.    Plaintiff furthermore seeks a preliminary and permanent injunction against the

4  defendants for their current and future violations of the **CAN-SPAM Act of 2003** as Plaintiff

5  and members of the general public will continue to incur damages as a result of the unlawful

6  conduct of said defendants.  The seeking of injunctive relief by the plaintiff is specifically

7  authorized by **15 U.S.C. §7706(g)(1)(A)**.

8      21.    Plaintiff furthermore seeks its attorney fees and costs against the defendants

9  pursuant to **15 U.S.C. §7706(g)(4)**.

10  **SECOND CAUSE OF ACTION**

11  (Violation of **California Business and Professions Code §17529.5**<br>**Unlawful activities relating to commercial email advertisements.**)

12      22.    Plaintiff hereby incorporates by reference paragraphs 1 through 21, inclusive, as

13  if the same were fully set forth herein.

14      23.    Plaintiff alleges that all of the relevant electronic mail advertisements sent or sent

15  on behalf of the Defendants on **October 25, 2005, through August 14, 2007**, accompanied

16  by header information that was materially false or materially misleading.  Each of these **1296**

17  messages indicated that they were from email accounts such as: "Girls Gone Wild"

18  GirlsGoneWild@weekendropedust.com (see email, landing page, email source and whois

19  information in Exhibit "A" attached hereto); "eliza grimes" elizagrimes@sourtreasury.com (see

20  email, landing page, email source and whois information in Exhibit "B" attached hereto);

21  "PaidSurveys" PaidSurveys@orangescreens.com (see email, email source, whois information,

22  and the gif image in the email printed directly from the Azoogle server 1100i.com in Exhibit "C"

23  attached hereto); "carrythedeal" carrythedeal@manytimesforyou.com (see email, email

24  source, whois information for manytimesforyou.com, the landing page directinsureonline.com,

25  and the WHOIS information for directinsuronline.com in Exhibit "C" attached hereto);  and

26  various other unknown identities.    Note that all receiving email accounts have been redacted,

27  while these email all represent inactive email accounts they are still the property of **ASIS**

28  **Internet Services** and are protected by ASIS's corporate privilege.  A WHOIS check of the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    7

1   domain name registration for weekendropedust.com, sourtreasury.com, and

2   manytimesforyou.com indicate that their domain names were registered under a protection

3   service (WHOIS Privacy Protection Service, Inc.).   A WHOIS check of the domain name

4   registration for orangescreens.com indicates that the domain name was registered under a

5   proxy service (Domains by Proxy, Inc.).   The true registrant for these domains cannot be

6   determined without a subpoena.   See Exhibit "B" for the email, source code, and WHOIS

7   report attached hereto.   Plaintiff has reviewed the Domain Name registration for all of the

8   sending Domain Names and determined that all of the emails were sent using email accounts

9   registered to domain names that are registered under services that conceal the true identity of

10  the domain name registrant through a proxy service or privacy service.   See the WHOIS

11  reports for all sending domain names in Exhibit "E."   Also see examples of domain name

12  privacy/proxy service advertisements/policies in Exhibit "F."   Note that Registerfly.com, owner

13  of Protectfly.com, lost its accreditation as a registrar from ICANN and is no longer in business.

14  *California Business and Professions Code* § 17529.5(a)(2).

15      24.   Plaintiff further alleges that the email advertisements were sent on behalf of

16  Defendants.   Many of the emails contained Uniform Resource Locators (hereafter "URL") that

17  directed the recipient or were sent to sites that redirected the recipient to websites owned by

18  Defendant **Azoogle**.   For example the email from "eliza grimes"

19  elizagrimes@sourtreasury.com sends the recipient to "azoogleads.com/error.html," the site

20  that used by Azoogle when an advertising campaign is discontinued. See Exhibit B.  The email

21  from "carrythedeal" carrythedeal@manytimesforyou.com sends the recipient to the web site

22  Directinsureonline.com that is owned by Azoogle.  See Exhibit D.  The email from "Girls Gone

23  Wild"    GirlsGoneWild@weekendropedust.com   sends   the   recipient   to   the   URL:

24  http://www.girlsgonewild.com/index.cfm?action=home.sitecontentfile&f=landingpages/ultimater

25  ush2b_999_0sh&pccode=ultimaterush_adzoogle&nats=MjE3OjI4Ojk0,0,0,0,0&ptoken=azg_10

26  366-061007CAPITALAZGGW&bp=1.  See Exhibit A.  This URL is obviously a redirect through

27  Azoogle to the final landing page.    Many of the links are no longer operating and therefore

28  the final landing page cannot be determined. **All** of the emails contain URLs to images located

1   on one of the following Azoogle servers:  "qckjmp.com," "stopmailinglist.com," "azjmp.com,"

2   and "1100l.com."  See source codes contained in Exhibits "A", "B", "C" and "D" and WHOIS

3   reports in Exhibit "G."  These images are downloaded from the Azoogle servers when the

4   emails are opened by a recipient.

5       25.    As a proximate result of said unlawful conduct by said Defendants, Plaintiff is

6   entitled to liquidated damages in the amount of $1,000.00 for each unsolicited commercial

7   email transmitted in violation of *California Business and Professions Code* § 17529.5(a) as

8   set forth in *California Business and Professions Code* § 17529.5(b)(1)(B)(ii).

9       26.    Plaintiff furthermore seeks its attorney fees and costs against the defendants

10  pursuant to *California Business and Professions Code* §17529.5(b)(1)(C).

11      **WHEREFORE**, plaintiff prays judgment against the defendants and each of them as

12  follows:

13      1.     For statutory damages of up to $100.00 for each violation of **15 *U.S.C.***

14  **§7704(a)(1)** in the sum of **$129,600**;

15      2.     For aggravated damages under **15 *U.S.C.* §7706(g)(1)(C)** of up to three times

16  the amount above for these violations committed by the defendants' violations of **15 *U.S.C.***

17  **§7704(b)** in the sum of **$388,800**;

18      3.     For a preliminary and permanent injunction preventing the defendants and all

19  persons acting in concert with them from the violation of the ***Can-Spam Act of 2003***;

20      4.     For liquidated damages of $1,000.00 for each violation of *California Business*

21  *and Professions Code* § 17529.5(a) in the sum of **$1,296,000**;

22      5.     For an award of reasonable attorneys' fees and costs according to proof;

23      6.     For costs of suit; and

24      7.     For such other and further relief as this Courts deems just and proper.

**SINGLETON LAW GROUP**

25

26

Dated:      August 24, 2007          _____/s/ Jason K. Singleton_____

27                                    Jason K. Singleton
                                      Richard E. Grabowski,
28                                    Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF       9

**REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a jury for all claims for which a jury is permitted.


**SINGLETON LAW GROUP**

Dated:        August 24, 2007            _____/s/ Jason K. Singleton_____
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiff, **ASIS INTERNET SERVICES**