# EXHIBIT G-2

From:      "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
To:        [redacted]@asis.com>
Sent:      Friday, June 08, 2007 3:04 PM
Subject:   The National Black Arts Festival: Guess Whos Going to Atlanta This July



Register to Wi= a Cultural Getaway for Two to the
National Black Arts Festival in Atlanta.

Find yourself in Atlanta =uly 20-29, 2007 for the annual National Black Arts
Festival.

**Featuring:**
**Jennifer Holliday** in *Dream=irls*
Pulitzer Prize winning playwright **Suzan-Lo=i Parks**
Poet **Sekou Sundiata**
The Pan African Film Festival with **Danny Glover=/strong>, Alfre Woodard and
Pearl Cleage**
Legends Celebration: An Evening with **Roberta F=ack**
**Creative Outlet Dance Theatre of Brooklyn**
South African jazz pianist, **Abdullah Ibrahim<=r /> *Ceremonies in Dark Old
Men and Emergence-SEE Kenny Leon*
*The Atlanta Symphony Orchestra=/strong> at Historic Ebenezer Baptist Church*
*The Official Artists' Market at Greenbria= Mall and The International Vendor
Marketplace =t Atlantic Station*
*Visit www.NBAF.org for more information on these and other festival e=ents*

*Register to Win a =ultural Getaway for Two to the*
*National Black Arts Festival in Atlanta.*

*The Prize Package Includes:*
• *Two Round-trip Tickets to Atlanta on AirTran Air=ays*
• *A Two Night Weekend Stay at an Atlanta Hotel*
• *Two Tickets to the Jimmy Carter Presidential Library*

= • *Dinner for Two at SAGA Restaurant*

*Sign up for updates and specials from Atlanta.*

=

*Visit our Website.*



---

This message was sent to you as an opt-in subscriber to The Speed Network or =ne of its affiliates.
We will continue to bring you valuable offers on the products and servic=s that interest you most. If you wish to unsubscribe, please Click Here

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445

---

Return-Path: <AtlantaGA@mx03.ultra-mx.com>
Received: from [40.75.167.85]
        by 64.18.4.10 SMTP id 20nOUfQWCe7l9h;
        Fri, 08 Jun 2007 17:04:16 -0500
Received: from source ([65.240.228.67]) by exprod5mx151.postini.com ([64.18.4.10]) with
SMTP;
        Fri, 08 Jun 2007 14:05:52 PDT
Received: from psmtp.com (exprod5mx151.postini.com [64.18.0.220])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l58L7jp9049623
        for <█████@asis.com>; Fri, 8 Jun 2007 14:07:46 -0700 (PDT)
        (envelope-from AtlantaGA@mx03.ultra-mx.com)
Message-ID: <63-2$19j-hy6ndl3sk@k7k504p5.al2s>
Date: Fri, 08 Jun 2007 17:04:16 -0500
From: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
Reply-To: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
To: <█████@asis.com>
Subject: The National Black Arts Festival: Guess Whos Going to Atlanta This July
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="438CFEE5.13DD.2"
X-Mailer: AOL 7.0 for Windows US sub 118
X-Priority: 3
X-pstn-levels: (S: 0.00000/16.56880 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <AtlantaGA@mx03.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3380/Fri Jun  8 05:34:26 2007 on red.asis.com
X-Virus-Status: Clean


--438CFEE5.13DD.2
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<html>

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www=
w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns=3D"http://www.w3.org/1999/xhtml">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859=
-1" />
<title>ATLANTA NATIONAL BLACK ARTS FESTIVAL 2007</title>
<style type=3D"text/css">
<!--
body {
        margin:0px; background-color: #573d1b;

```
        background-image: url('http://www.atlanta.net/camp/blackarts07/images/bac=
kground.jpg');
        background-repeat: no-repeat
}
contentfont {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
}
contentfont a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
header {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        font-weight: bold;
}
header a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
redfontsmall{
        font-size: 10px;
        font-style: italic;
        color: #FF0000;
}
-->
</style>

</head>

<body>
<table width=3D"600" border=3D"0" cellspacing=3D"0" cellpadding=3D"0">
  <tr>
    <td width=3D"30" rowspan=3D"5"> </td>
    <td><a href=3D"http://network.usdm.net/adclick/CID=3D00001270000000000=
0000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLIN
K/" t=
```

```
arget=3D"_blank"><img src=3D"http://www.atlanta.net/camp/blackarts07/image=
s/space.gif" width=3D"538" height=3D"339" border=3D"0" /></a></td>
   <td width=3D"31" rowspan=3D"5"> </td>
  </tr>
  <tr>
   <td class=3D"contentfont"><p class=3D"header"><a
href=3D"http://networ-
k.usdm.net/adclick/CID=3D00001271000000000000000/site=3DATLANTA.NET/area=3D=
ATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Wi=
n a Cultural Getaway for Two to
    the <br />
    National Black Arts Festival in Atlanta.</u></a></p></td>
  </tr>
  <tr>
   <td class=3D"header"> </td>
  </tr>
  <tr>
   <td width=3D"539" class=3D"contentfont"><p>Find  yourself in Atlanta  =
July 20-29, 2007 for the annual National Black Arts Festival. <br />
     <br />
     <strong>Featuring:<br />
     </strong><strong>Jennifer  Holliday</strong> in <strong><em>Dream=
girls<br />
      </em></strong>Pulitzer Prize winning playwright <strong>Suzan-Lo=
ri Parks<br />
      </strong>Poet <strong>Sekou Sundiata<br />
      </strong>The Pan African Film Festival with <strong>Danny Glover=
</strong>, <strong>Alfre Woodard</strong> and <strong>Pearl Cleage<br />
      </strong>Legends Celebration:  An Evening with <strong>Roberta F=
lack<br />
      Creative Outlet Dance  Theatre of Brooklyn<br />
      </strong>South African jazz pianist, <strong>Abdullah  Ibrahim<=
br />
      </strong><em>Ceremonies in Dark Old  Men and Emergence-SEE </em=
>directed by <strong>Kenny  Leon<br />
      </strong>The <strong>Atlanta</strong><strong> Symphony Orchestra=
</strong> at <strong>Historic Ebenezer  Baptist Church<br />  </strong>
      The <strong>Official Artists' Market</strong> at <strong>Greenbria=
r Mall</strong> and<strong> The International Vendor Marketplace</strong> =
at <strong>Atlantic Station</strong><br />
      Visit <a href=3D"http://network.usdm.net/adclick/CID=3D00001279000=
0000000000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTE
XTLI=
NK/">www.NBAF.org</a> for more information on these and other festival  e=
vents<br />
     <br />
```

```
        <strong><span class=3D"contentfont"><a href=3D"http://network.usdm=
net/adclick/CID=3D000012720000000000000000/site=3DATLANTA.NET/area=3DATLA=
NTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Win a =
Cultural Getaway for Two to
      the <br />
National Black Arts Festival in Atlanta.</u></a></span><br />
        <br />
        The Prize Package Includes:<br />
        </strong>&bull;  Two Round-trip Tickets to Atlanta  on AirTran Air=
ways <br />
        &bull;  A Two Night Weekend Stay at an Atlanta Hotel <br />
        &bull;  Two Tickets to the Jimmy Carter Presidential Library <br /=
>
        &bull;  Two Tickets to a National Black Arts Festival Event <br />=

        &bull;  Dinner for Two at SAGA Restaurant
        </p>
<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D0000127300000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Sign up for updates and  specials from Atlanta.</a></u></p>=

<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D00001274000000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Visit our Website.</a></u></p></td>
  </tr>
  <tr>
    <td width=3D"539" class=3D"contentfont"><img src=3D"http://www.atlanta=
net/camp/blackarts07/images/space.gif" width=3D"538" height=3D"77" border=
=3D"0" /></td>
  </tr>
</table>
</body>


<div>
        <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">
        <p align=3D"center"> <i><b> </b></i>
        </p>
        </span></font></div>

</html>
```

```
</html>
 <hr color=3D"#336699" noShade><font face=3D"Arial" size=3D"1">
 <p align=3D"center">
 <font style=3D"FONT-FAMILY: Verdana, Arial, Helvetica, sans-serif"
size=3D=
"1">This
 message was sent to you as an opt-in subscriber to The Speed Network or =
one of
 its affiliates. <br>
 We will continue to bring you valuable offers on the products and servic=
es
 that interest you most. If you wish to unsubscribe, please
 <a style=3D"PADDING-RIGHT: 0px; DISPLAY: inline; PADDING-LEFT: 0px; PADD=
ING-BOTTOM: 0px; MARGIN: 0px; COLOR: #fffbf0; PADDING-TOP: 0px; FONT-FAMIL=
Y: 'Trebuchet MS', Arial; TEXT-DECORATION: none" href=3D"http://rm.speed-m=
x.com/rem.html">
 <font color=3D"#000000">Click Here</font></a></font></p>
 <div style=3D"FONT-WEIGHT: normal; FONT-SIZE: 13px; FONT-FAMILY: verdana=
, sans-serif">
   <p align=3D"center">
   <font style=3D"LINE-HEIGHT: 1.35em; FONT-FAMILY: Verdana, Arial, Helve=
tica, sans-serif" face=3D"MS Sans Serif" size=3D"1">
   Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445</fo=
nt></div>
 </font><hr color=3D"#336699" noShade>
 <p>
 <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">

</div>
</body>
 </span></font>
</html>

--438CFEE5.13DD.2--
```

Ultra-mx.com - Ultra mx    http://whois.domaintools.com/ultra-mx.com



## Whois Record for Ultra-mx.com ( Ultra mx )

**Front Page Information**

**Website Title:** None given.

**AboutUs:** 🌐 Wiki article on Ultra-mx.com

**Registry Data**

**ICANN Registrar:** GODADDY.COM, INC.

**Created:** 2007-05-01

**Expires:** 2008-05-01

**Registrar Status:** clientDeleteProhibited

**Registrar Status:** clientRenewProhibited

**Registrar Status:** clientTransferProhibited

**Registrar Status:** clientUpdateProhibited

**Name Server:** NS1.SPEED-MX.COM

**Name Server:** NS2.SPEED-MX.COM

**Whois Server:** whois.godaddy.com

**Server Data**

**Blacklist Status:** Clear

**Domain Status:** Registered And No Website

**DomainTools Exclusive**

**Whois History:** 9 records have been archived since 2007-05-29

**Monitor Domain:** 🏳 Set Free Alerts on ultra-mx.com

**Free Tool:** 🔧 Download DomainTools for Windows

**Whois Record**

```
Registrant:
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: ULTRA-MX.COM
      Created on: 01-May-07
      Expires on: 01-May-08
      Last Updated on:

   Administrative Contact:
      Private, Registration   ultra-mx.com@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
```

**Other TLDs**

.com    .net    .org    .biz

**Symbol Key**

Available

Available (Previously registered

Registered (Active website)

Registered (Parked or redirecte

Registered (No website)

On-Hold (Generic)

On-Hold (Redemption Period)

On-Hold (Pending Delete)

Monitor

Preview

No preview

Buy this (Available)

Buy this (Bid at auction)

**Customize This Page**

Select the items you want to be shown on this page.

☑ Front Page    ☑ Indexed Da

☑ Server Data    ☑ Registry Da

☑ Exclusive Data ☑ Whois Reco

**Domains for Sale**

**Domain**

UltraMob.com

UltraBay.com

UltraSweet.com

UltraCentre.com

UltraGame.com

UltraHosting.com

UltraServer.com

UltraLogic.com

UltraSites.com

UltraFree.com

UltraTools.com

**Domains At Auction**

**Domain**

EXHIBIT "B"

10/3/2007 4:36 PM

Ultra-mx.com - Ultra mx     http://whois.domaintools.com/ultra-mx.com

15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599      Fax -- (480) 624-2599

Technical Contact:
   Private, Registration   ‹‹ ›‹›‹~‹, ‹›‹‹›‹‹ ‹‹›‹‹‹‹‹‹‹‹›‹›‹

   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599      Fax -- (480) 624-2599

Domain servers in listed order:
   NS1.SPEED-MX.COM
   NS2.SPEED-MX.COM

| | Dat |
|---|---|
| UltraMails.com | 10-04-. |
| UltraBound.com | 10-04-. |
| EExtremeTeam.com | 10-04-. |
| TheExtremeSite.com | 10-04-. |
| MegaTechJapan.com | 10-04-. |
| MegaNewMedia.com | 10-04-. |
| SpinUltraLounge.com | 10-04-. |
| MegaMillionsBlog.com | 10-04-. |
| MegaCarBoot.com | 10-04-. |
| TheExtremeTattoos.com | 10-04-. |
| HyperVension.com | 10-04-. |
| MegaJointventures.com | 10-04-: |

**Compare Similar Domains**

| Domain | Creat |
|---|---|
| U Lt R | 1997-07 |
| U Lt Port | 2000-1( |
| U Lt R 4 Zone | 2001-07 |
| U Lt Pro | 2002-05 |
| U Lt Power | 2002-12 |
| U Lt Pp | 2003-02 |
| U Lt Productions | 2003-02 |
| U Lt R - Skin | 2003-11 |
| U Lt R - Mold | 2005-05 |
| U Lt R - A - S Lan | 2005-07 |
| U Lt R - Pro | 2005-11 |
| U Lt R - Pornsta Rs | 2006-0‹ |
| U Lt R 4 | 2006-07 |
| U Lt Pucho | 2006-07 |
| U Lt Quiz | 2006-0‹ |

Domains by Proxy®   http://www.domainsbyproxy.com/ 




Your identity is nobody's business but **ours**®

## Welcome to Domains By Proxy®!
### Display your domain name- not your personal information.

Did you know that for each domain name you register, anyone - anywhere, anytime - can find out your name, home address, phone number and email address?

The law requires that the personal information you provide with every domain you register be made public in the "WHOIS" database. Your identity becomes instantly available - and vulnerable - to spammers, scammers, prying eyes and worse.

But now there's a solution: Domains By Proxy®!

### Getting a Private Registration will:

- Stop domain-related spam
- Deter identity theft & fraud
- Prevent harassers & stalkers
- End data mining
- Protect your family's privacy
- And more!

Public vs. Private
**Show the Difference!**

DBP testimonials!
Another Great Privacy Product!
Getting an SSL Certificate?
Our cutting-edge spam filter

If you are in law enforcement, **click here**
For our subpoena policies, **click here**

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878





EXHIBIT "C"

10/3/2007 4:36 PM

Domains by Proxy®: Legal Agreement    http://www.domainsbyproxy.com/LegalAgreement







## Legal Issues

**Agreements:** When you purchase Domains By Proxy®'s services, you agree to all the terms and conditions contained in our Proxy Agreement, Privacy Policy and Anti-Spam Policy. If you can't agree
to the terms contained in our agreements, do not use our services. We reserve the right to revise our agreements at anytime.

**Prohibitions:** Domains By Proxy® is not intended to be used to protect your identity if you:

- Transmit spam, viruses or harmful computer programs;
- Violate the law or infringe a third party's trademark or copyright;
- Engage in morally objectionable activities, including but not limited to those which are child pornographic, defamatory, abusive, harassing, obscene, racist, or otherwise objectionable.

**Protections:** Registrations are insured against loss by our Liability Insurance and backed by your Registrar's Guarantee!

## Who to Contact

**Spam Complaints:** If you believe a domain registration we hold is spamming you, we want to know Please click here

**Copyright/Trademark Complaints(Content):** If you believe a domain registration we hold is infringing on your copyright or trademark, please click here

**Trademark Complaints (Domain Name Only):** If you believe a domain registration we hold is infringing on your trademark, please click here

**Morally Objectionable Content Complaints:** If you believe a domain registration we hold contains morally objectionable material, please click here

**Defamation/Libel Complaints:** If you believe a domain registration we hold contains offending content such as defaming or libelous statements, please click here

If you are one of our customers and need support, please click here

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878





1 of 1

Domains By Proxy® Subpoena Policies http://www.domainsbyproxy.com/popup/subpoenapolicy.aspx

## DOMAINS BY PROXY
## CIVIL SUBPOENA POLICY

### DOMAINS BY PROXY CIVIL SUBPOENA POLICY

Domains by Proxy 's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a civil legal matter, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

**Submission of Subpoenas**

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the civil subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

Upon the receipt of a valid civil subpoena, Domains by Proxy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, Domains by Proxy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. Domains by Proxy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with Domains by Proxy .

**Fees for Subpoena Compliance**

Domains by Proxy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the Domains by Proxy invoice. Checks should be made out to Domains by Proxy

Domains by Proxy 's subpoena compliance costs are as follows:

- Research - $75.00/hour
- Federal Express - Cost as Billed
- Copies - $.25/page

    **Policies Regarding E-mail**

    Domains by Proxy will not produce the content of e-mail, as the Electronic

10/3/2007 4:35 PM

Domains By Proxy® Subpoena Policies http://www.domainsbyproxy.com/popup/subpoenapoli...aspx

Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the Domains by Proxy e-mail address is related to the pending litigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.

## DOMAINS BY PROXY
## DOMAINS BY PROXY CRIMINAL SUBPOENA POLICY

Domains by Proxy 's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a criminal matter, and you are a member of the law enforcement community, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

### Submission of Subpoenas

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the criminal subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

p] Domains by Proxy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting

Domains By Proxy® Subpoena Policies http://www.domainsbyproxy.com/popup/subpoenapolicy.aspx

documentation that demonstrates how the Domains by Proxy e-mail address is related to
the pending investigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.

10/3/2007 4:35 PM

**2007 FOR PROFIT CORPORATION ANNUAL REPORT**

**FILED**
**Feb 05, 2007 8:00 am**
**Secretary of State**
02-05-2007 90092 036 ***150.00

DOCUMENT # P03000036143

1. Entity Name
**IMARKETING CONSULTANTS, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 1200 NW 17TH AVENUE SUITE 1 DELRAY BEACH, FL 33445 | 1200 NW 17TH AVENUE SUITE 1 DELRAY BEACH, FL 33445 |

60011233

| 2. Principal Place of Business - No P.O. Box # | 3. Mailing Address | 01132007 | Chg-P | CR2E034 (12/06) |
|---|---|---|---|---|

| Suite, Apt. #, etc. | | Suite, Apt. #, etc. | |
|---|---|---|---|
| City & State | | City & State | |
| Zip | County | Zip | Country |

| 4. FEI Number 04-3749501 | Applied For / Not Applicable |
|---|---|
| 5. Certificate of Status Desired ☐ | $8.75 Additional Fee Required |

**5. Name and Address of Current Registered Agent**

ROBERT D. CLOUSE
94 CITRUS PARK LANE
BOYNTON BEACH, FL 33436

**7. Name and Address of New Registered Agent**

| Name | |
|---|---|
| Street Address (P.O. Box Number is Not Acceptable) | |
| City | FL | Zip Code |

6. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reappointed)    DATE

| FILE NOW!! FEE IS $150.00 After May 1, 2007 Fee will be $550.00 | 8. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|---|---|
| TITLE | PTD | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | CLOUSE, ROBERT D | | NAME | | | |
| STREET ADDRESS | 1200 NW 17TH AVENUE, SUITE 1 | | STREET ADDRESS | | | |
| CITY-ST-ZIP | DELRAY BEACH, FL 33446 | | CITY-ST-ZIP | | | |
| TITLE | SV | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | SLOAT, MICHELLE L | | NAME | | | |
| STREET ADDRESS | 1200 NW 17TH AVENUE, SUITE 1 | | STREET ADDRESS | | | |
| CITY-ST-ZIP | DELRAY BEACH, FL 33445 | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Michelle R. Clouse_    1/30/07    Sr. 245 711 x 11
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

EXHIBIT "D"



## Marketing Consultants

privacy :: terms & conditions :: Europe/safe harbor

**At the end of the day, It's all about the results!**     about us | services | online tracking | contact us
contact us

iMarketing Consultants Corporate Info:
1300 NW 17th Ave.
Suite 218
Delray Beach, FL 33445

Contact Phone: 561-265-0711
Fax: 561-423-2256
Email: Marketing@imarketingconsult.com

**Please fill out this form so we can direct your inquiry to the appropriate person. Thank you.**

| First Name: | | Last Name: | |
| Title: | | Company: | |
| Website: | | Email: | |
| Phone: | | Fax: | |
| Address: | | City: | |
| State/Province: | | Zip/Postal Code: | |

Is there an associated Request for Proposal (RFP)?

Comments:

Send | Reset

Copyright 2003 iMarketing Consultants, Inc. All rights reserved.

EXHIBIT "E"



**Marketing Consultants**

privacy :: terms & conditions :: Europe/safe harbor

*At the end of the day, it's all about the results!*    about us | services | online tracking | contact us

## 1. Copy Approval

Advertiser must deliver to IMarketing Consultants, Inc. ("IMarketing Consultants Consultants") the content of the advertisement Advertiser is contracting IMarketing Consultants to broadcast (the "Copy") no less than three (3) days prior to the desired email broadcast date. All Copy shall be subject to IMarketing Consultants' approval. IMarketing Consultants reserves the right to reject any Copy that advertises or promotes any product or service involving illegal activity, illegal products, illegal product paraphernalia, sexual paraphernalia, adult films or other media, weapons, illicit activities, chain letters, pyramid fund raising, or similar types of material. By reserving this right, IMarketing Consultants shall not be legally obligated for any failure to advise Advertiser of the nature of any such Copy.

## 2. Details of Broadcast

The email messages broadcast by IMarketing Consultants shall identify the source of the recipient's data collection and shall contain an opt-out feature that allows the recipient to electronically communicate his desire to be removed from the IMarketing Consultants (or affiliate) database.

## 3. Hardware, Software and Database

IMarketing Consultants shall obtain and maintain the computer hardware and software necessary to perform its obligations under these Terms and Conditions. Such hardware and software shall not be dedicated hardware or software. Nothing in these Terms and Conditions shall grant any right, title or interest in or to the IMarketing Consultants (or affiliate) database, hardware or software.

## 4. Payment

Advertiser shall pay in full the fees charged by IMarketing Consultants on the invoice by the date due.

      a. If advertiser is doing an email campaign, payment is due before the broadcast.
      b. If advertiser is using IMarketing Consultants for HTML creative design, payment is due before any work is done.
      c. Terms must be approved by Management and is subject to credit check.

IMarketing Consultants does not offer refund of any type (see **LIMITATION OF LIABILITY**). If Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, the unpaid amounts of such invoice shall accrue interest at a rate of 18% per annum. Additionally, Advertiser agrees to pay all of IMarketing Consultantss' cost of collection of such charges, including without limitation IMarketing Consultants' reasonable attorneys' fees if applicable.

## 5. Late Fees

In addition to the terms described in Section 4, if Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, Advertiser shall pay IMarketing Consultants a Late Fee in the amount of 5% of the charges detailed in such IMarketing Consultants invoice.

## 6. LIMITATION OF LIABILITY

IMARKETING CONSULTANTS CAN NOT GUARENTEE RESULTS. IN NO EVENT SHALL IMARKETING CONSULTANTS BE LIABLE FOR INDIRECT, SPECIAL, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE LOSS, DAMAGE OR EXPENSE (INCLUDING LOST PROFITS). THE LIMIT OF IMARKETING CONSULTANTS'S LIABILITY (WHETHER IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY IN TORT OR BY STATUTE OR OTHERWISE) FOR ANY AND ALL CLAIMS RELATED TO THESE TERMS AND CONDITIONS SHALL NOT IN THE AGGREGATE EXCEED THE FEES PAID TO IMARKETING CONSULTANTS UNDER THE INVOICE.

### 7. Indemnification

Advertiser shall indemnify, defend and hold harmless IMarketing Consultants against all third party claims, actions and liabilities (including all reasonable costs, expenses and attorneys' fees) arising from or in connection with (a) Advertiser's product(s), services or the content of the Advertiser's copy, including without limitation any claim alleging any violation of any third party's intellectual property rights; or (b) Advertiser's breach of any of its obligations, representations or warranties under these Terms and Conditions. IMarketing Consultants shall promptly notify Advertiser in writing of all such claims and shall accommodate Advertiser's reasonable requests for cooperation and information.

### 8. WARRANTIES

IMARKETING CONSULTANTS MAKES NO WARRANTY WHATSOEVER AS TO THE EMAIL ADVERTISEMENTS, EXPRESS OR IMPLIED. THIRD PARTIES PROVIDE THE EMAIL ADVERTISEMENTS ON AN "AS IS" BASIS. IMARKETING CONSULTANTS EXPRESSLY DISCLAIMS ANY WARRANTIES THAT COULD BE IMPLIED IN CONTRACT, IN LAW OR IN EQUITY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY, ACCURACY, COMPLETENESS, RELIABILITY OR PERFORMANCE OR ARISING FROM USAGE OF TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE.

### 9. Force Majeure

Neither party shall be liable for delays or nonperformance of these Terms and Conditions caused by strike, fire or accidents, nor shall either party be liable for delay or nonperformance caused by lack of availability of materials, fuel or utilities or for any other cause beyond its control.

### 10. Assignment

Neither party may assign its rights or obligations under these Terms and Conditions without the prior written consent of the other party.

### 11. Relationship of the Parties

The parties are independent contracting entities, and there is no partnership or agency relationship between them.

### 12. Entire Agreement

Except as expressly modified or supplemented by a writing executed by both parties, the Terms and Conditions described herein and in the Invoice specifically incorporating these Terms and Conditions are the only representations, warranties, and understandings between the parties with respect to the products and/or services described herein. In the event of any conflict between these Terms and Conditions and any other document (including, without limitation, the Invoice and any Advertiser invoice, insertion order, or purchase order), the provisions of these Terms and Conditions shall govern. The waiver of any right, breach, or default shall not constitute a waiver of any other right or of any subsequent breach or default.

### 13. Disputes

Each party hereby waives any right to a trial by jury in the event of any controversy or claim relating to these Terms and Conditions. The law of the State of Florida shall apply to any resulting claim or action, and the exclusive jurisdiction and venue for any proceeding brought pursuant to these Terms and Conditions shall be Palm Beach County, Florida.

### 14. Severability

Should any provisions of these Terms and Conditions be found invalid or unenforceable, all such provisions are to be enforced to the maximum extent permitted by law, and beyond such extent shall be deemed severed from these Terms and Conditions without affecting the validity or enforceability of any other provision.

## 15. Headings

The headings of these Terms and Conditions are for convenience only and shall not be used to construe the meaning of this Agreement.

Whois record for 65.240.228.67  http://whois.domaintools.com/65.240.228.67



### IP Information for 65.240.228.67

**IP Location:** 🇺🇸 United States Delray Beach Imarketing Consultants

**Resolve Host:** mx03.ultra-mx.com

**IP Address:** 65.240.228.67 Ⓦ Ⓡ Ⓟ Ⓓ Ⓣ

**Blacklist Status:** Clear

### Whois Record

```
OrgName:      MCI Communications Services, Inc. d/b/a Verizon Business
OrgID:        MCICS
Address:      22001 Loudoun County Pkwy
City:         Ashburn
StateProv:    VA
PostalCode:   20147
Country:      US

NetRange:     65.240.0.0 - 65.253.255.255
CIDR:         65.240.0.0/13, 65.248.0.0/14, 65.252.0.0/15
NetName:      UUNET65-2
NetHandle:    NET-65-240-0-0-1
Parent:       NET-65-0-0-0-0
NetType:      Direct Allocation
NameServer:   AUTH03.NS.UU.NET
NameServer:   AUTH00.NS.UU.NET
Comment:      ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:      2002-02-13
Updated:      2006-12-14

RTechHandle: OA12-ARIN
RTechName:   UUnet Technologies, Inc., Technologies
RTechPhone:  +1-800-900-0241
RTechEmail:  help4@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  help4@verizonbusiness.com

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swipper@verizonbusiness.com
```

EXHIBIT "F"

Whois record for 65.240.228.67          http://whois.domaintools.com/65.240.228.67

```
CustName:     IMarketing Consultants
Address:      1300 NW 17th Ave Ste 218
City:         Delray Beach
StateProv:    FL
PostalCode:   33445
Country:      US
RegDate:      2006-02-27
Updated:      2006-02-27

NetRange:     65.240.228.64 - 65.240.228.127
CIDR:         65.240.228.64/26
NetName:      OO-65-240-228-64
NetHandle:    NET-65-240-228-64-1
Parent:       NET-65-240-0-0-1
NetType:      Reassigned
Comment:      Addresses within this block are non-portable.
RegDate:      2006-02-27
Updated:      2006-02-27

RTechHandle:  OA12-ARIN
RTechName:    UUnet Technologies, Inc., Technologies
RTechPhone:   +1-800-900-0241
RTechEmail:   helpde@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  helpde@verizonbusiness.com

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swippev@verizonbusiness.com
```