THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:   (206) 757-8030
Facsimile:   (206) 757-7030
Email:       ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ACTIVE RESPONSE GROUP, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR FED. R. CIV. P. 12(B)(6)<br><br>Date: July 21, 2008<br>Time: 10 a.m.<br>Place: Courtroom 12, 19th Floor |

This Court having considered Defendant Active Response Group, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) Or Fed. R. Civ. P. 12(b)(6), and having considered the briefs and evidence submitted in support thereof and in opposition thereto,

NOW THEREFORE, it is ordered that Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) Or Fed. R. Civ. P. 12(b)(6) is GRANTED. Plaintiffs' Complaint is hereby dismissed.

DONE IN OPEN COURT this ____ day of _____, 2008.

_____
HONORABLE THELTON E. HENDERSON
United Stated District Court Judge