IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, | No. C 07-06211 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| ACTIVE RESPONSE GROUP INC,, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Case Management Conference* previously set for 07/07/08 at 1:30 PM has been rescheduled for **Monday, 07/21/08** at **10:00 AM** (after the motion hearing), before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated:  June 17, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk