1

**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

2

3

4

5

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**
**and JOEL HOUSEHOLTER**

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET**  )<br><br>)<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>**vs.**  )<br>)<br>)<br>**ACTIVE RESPONSE GROUP, INC., a Delaware**  )<br>**corporation, et al.**  )<br>)<br>)<br>**Defendants.**  ) | **Case No. C-07-6211 TEH**<br><br>**DECLARATION OF JASON K. SINGLETON IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>**DATE:  July 21, 2008**<br>**TIME:    10:00 A.M.**<br>**CTRM:  12, 9TH Floor** |

11

12

13

14

15

16

17      I, JASON K. SINGLETON , declare as follows:

18      1.      I am an attorney duly licensed to practice in the United States District Court,

19   Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have

20   personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could

21   and would competently testify to the matters set forth herein.

22      2.      Attached hereto as Exhibit "A" is a true and correct copy of the Notice from the

23   Clerk of the Central District of California alerting the public of bogus emails being sent directing

24   the recipients to appear before the Grand Jury;

25      3.      Attached hereto as Exhibit "B" is a true and correct copy of the Federal Bureau of

26   Investigations postings on its website under New E-Scams & Warnings wherein on page 3

27   under 4/17/08 it reports on the email scam noticed by the Central District Courts.

28      I declare under penalty of perjury under the laws of the United States of America that

1  the foregoing is true and correct.

2                                    **SINGLETON LAW GROUP**

3

4  Dated:         June 27, 2008          /s/ Jason K. Singleton
                                        Jason K. Singleton
5                                       Richard E. Grabowski
                                        Attorneys for Plaintiffs, **ASIS INTERNET SERVICES**
6                                       **and JOEL HOUSEHOLTER, dba FOGGY.NET**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28