

United States District Court, Central District of California

# Notices from the Clerk

| Subject: | | Contact: | Last Updated: |
|---|---|---|---|
| Notice from the Clerk | Important Alert Regarding Bogus Email Scam | Clerk of Court | 04/15/2008 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Important Alert Regarding Bogus Email Scam**

Please be advised that a bogus email is being distributed alerting the recipient that they have been subpoenaed before the Grand Jury in the United States District Court in San Diego. We have already received numerous phone calls to the Clerk's Office inquiring about this email subpoena.

At this time, the Administrative Office has alerted the FBI in this matter.