UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: July 21, 2008

**Case No:** C 07-06211 TEH

**Case Title**: ASIS INTERNET SERVICES, et al. v. ACTIVE RESPONSE GROUP INC.

**Appearances:**

    For Plaintiff(s): Jason Singleton

    For Defendant(s): Thomas Burke

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Lydia Zinn

### PROCEEDINGS

1. Hearing on the Motion to Dismiss - held

MOTION/MATTER:  ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    (X) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:  ( ) Plaintiff   ( ) Defendant   (X) Court

### SUMMARY

- Discovery is stayed until the Court rules on this motion.