

**Hercules Provides $10 Million to ARG**

Posted in: News

Apr 10, 2007 - 4:25:20 PM

Email this article

Hercules Provides $10 Million to ARG

**Palo Alto, Calif., April 10, 2007 -** Continuing to increase its portfolio of late-stage companies, Hercules Technology Growth Capital, Inc. (NASDAQ: HTGC), a leading specialty finance company providing growth capital to venture capital and private equity backed technology and life science companies, today announced that on March 30, 2007, it provided $10 million of venture debt financing to Active Response Group, a leader in the online lead generation market.

"Hercules is broadening its portfolio in later stage, rapidly growing revenue companies that are also profitable like Active Response," said Kevin Grossman, managing director of the late-stage group at Hercules.  "The online lead generation market is one of the fastest growing segments in the advertising space and Active Response's strong, disciplined growth in the last year made the company a great opportunity for Hercules."

Active Response provides targeted, qualified leads to clients from individuals who indicate interest or "opt-in" to recieve marketing information.  The company's resources and knowledge allow innovative performance and access to a vast inventory of quality Web sites.  Additionally, operating only with qualified leads, Active Response's clients typically see a higher, easily measurable IRR.

"Active Response has experienced considerable growth in the past few years, and the structured debt financing from Hercules will allow the company to accelerate our growth and further differentiate our technology and product offerings in the highly competitive online lead generation market," commented Brad Powers, CEO of Active Response Group.

RBC Daniels, L.P. served as financial advisor to Active Response Group in the transaction.

**About Hercules Technology Growth Capital, Inc.:**

Founded in December 2003, Hercules Technology Growth Capital, Inc. is a NASDAQ traded specialty finance company providing debt and equity growth capital to technology and life

science companies at all stages of development.  The Company primarily finances privately-held companies backed by leading venture capital and private equity firms and also may finance certain publicly-traded companies.  Hercules' strategy is to evaluate and invest in a broad range of ventures active in technology and life science industries and to offer a full suite of growth capital products up and down the capital structure to prospective clients ranging from early-stage growth to expansion stage companies.  The Company's investments are originated through its principal office located in Silicon Valley, as well as additional offices in the Boston, Boulder and Chicago areas.  Providing capital to publicly-traded or privately-held companies backed by leading venture capital and private equity firms involves a high degree of credit risk and may result in potential losses of capital.

For more information, please visit www.htgc.com.  Companies interested in learning more about financing opportunities should contact info@HTGC.com or call 650.289.3060.

**About Active Response Group:**

Active Response Group is a premier provider for online lead generation, display advertising, and behavioral marketing, and is known as one of the industry's largest sources for acquiring direct response customers.  Headquartered in New York City and established in 2004, ARG's combined innovative direct response technology and vast display network present advertisers, marketers, brands and agencies with a comprehensive and powerful solution to get closer to consumers by acquiring a high volume of hyper-qualified customers while simultaneously increasing revenues and decreasing costs.