

Whois Record for Householdsavingsclub.com ( Household Savings Club )

| Front Page Information | | Thumbnail: 2007-06-20 |
|---|---|---|
| **Website Title:** | HouseHoldSavingsClub |  |
| **Title Relevancy** | 100% | |
| **AboutUs:** | Wiki article on Householdsavingsclub.com | |
| **SEO Score:** | 74% | |
| **Terms:** | 113 (Unique: 81, Linked: 21) | |
| **Images:** | 1 (Alt tags missing: 0) | |
| **Links:** | 7  (Internal: 5, Outbound: 2) | |

### Indexed Data

| | |
|---|---|
| **Alexa Trend/Rank:** | #647,416  112,706 ranks over the last three months. |
| **Compete Rank:** | #26,554 with 67,639 U.S. visitors per month |
| **Quantcast Rank:** | #13,418 |

Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2005-12-16 |
| **Expires:** | 2008-12-16 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.AS1PUB.COM |
| **Name Server:** | NS2.AS1PUB.COM |
| **Name Server:** | NS3.AS1PUB.COM |
| **Whois Server:** | whois.godaddy.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.52 (CentOS) |
| **IP Address:** | 63.216.76.66  W R P D T |
| **IP Location** |  - Virginia - Herndon - Beyond The Network America Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

## DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Active Response Group" owns about 66 other domains |
| Registrar History: | 2 registrars |
| IP History: | 14 changes on 11 unique name servers over 2 years. |
| Whois History: | 16 records have been archived since 2006-09-22. |
| Reverse IP: | 11 other sites hosted on this server. |
| Monitor Domain: | Set Free Alerts on householdsavingsclub.com |
| Free Tool: | Download DomainTools for Windows |

## Whois Record

```
Registrant:
    Active Response Group
    100 Arapahoe
    Suite 2
    Boulder, Colorado 80302
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: HOUSEHOLDSAVINGSCLUB.COM
        Created on: 16-Dec-05
        Expires on: 16-Dec-08
        Last Updated on:

    Administrative Contact:
        Service, Customer        domainadmin@activeresponsegroup.com
        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263           Fax --

    Technical Contact:
        Service, Customer        domainadmin@activeresponsegroup.com
        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263           Fax --

    Domain servers in listed order:
        NS1.AS1PUB.COM
        NS2.AS1PUB.COM
        NS3.AS1PUB.COM
```

## Other TLDs    Hide Key

.com  .net  .org  .biz  .info  .us

## Symbol Key

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page.

- ☑ Front Page
- ☑ Indexed Data
- ☑ Server Data
- ☑ Registry Data
- ☑ Exclusive
- ☑ Whois Record Data

## Shopping Cart (1 item)

**Current Items**

 singletonlawgroup.com    Buy this

Buy all of these Domains

## Domains for Sale    remove all

| Domain | Price |
|---|---|
| HouseholdFund.com | $102.00 |
| HouseholdMoney.com | $102.00 |
| HouseholdStore.com | $102.00 |
| HouseholdEntertainment.com | $700.00 |
| WirelessHousehold.com | $1,000.00 |
| HouseholdNetworking.com | $1,188.00 |
| HouseholdHealth.com | $1,388.00 |
| AnyHousehold.com | $1,488.00 |
| FirstHousehold.com | $1,488.00 |
| HouseholdArts.com | $1,488.00 |
| HouseholdBiz.com | $1,688.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| HomeShoppen.com | 11-28-2007 |
| WholesomeHome.com | 11-28-2007 |

| | |
|---|---|
| HomeGhana.com | 11-28-2007 |
| HomeTouchOnline.com | 11-28-2007 |
| HomeInne.com | 11-28-2007 |
| HardenHome.com | 11-28-2007 |
| TheHomeHound.com | 11-28-2007 |
| CourierHome.com | 11-28-2007 |
| AnywhereHome.com | 11-28-2007 |
| QuickTripHome.com | 11-28-2007 |
| LeeMaxHome.com | 11-28-2007 |
| HomeBusinessAgency.com | 11-28-2007 |
| HomeTeamExperts.com | 11-28-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Household Savings | 2002-03-19 |
| Household Search Engine | 2002-05-14 |
| Households Bank | 2004-01-25 |
| Household Search | 2004-09-18 |
| Household Savers | 2004-11-01 |
| Household Savers Admin | 2005-01-21 |
| Household Secret | 2005-10-30 |
| Household Savings Bank | 2005-11-01 |
| Households Bank Online B… | 2005-11-09 |
| Household Savings Circul… | 2005-12-16 |
| Household Savings Club | 2005-12-16 |
| Households Australia | 2006-05-13 |
| Household Scoop | 2006-08-19 |
| Household Save | 2006-12-12 |
| Household Scents | 2007-02-05 |



# Hosting History for Householdsavingsclub.com

## Domain Search

**Domain Name:** householdsavingsclub.com

[Get History]

Enter a domain name into the search box to retrieve the hosting history.

## Registrar History

| | |
|---|---|
| 2006-01-11 | Joker.com |
| 2006-11-10 | GoDaddy.com |

## Name Server History

| | | | |
|---|---|---|---|
| 2005-12-18 | New | -none- | Joker.com |
| 2006-01-13 | Transfer | Joker.com | As1pub.com |

## IP Address History

| Date | Action | From | To |
|---|---|---|---|
| 2005-12-18 | New | -none- | 194.245.101.92 |
| 2006-01-22 | Not Resolvable | 194.245.101.92 | -none- |
| 2006-07-01 | New | -none- | 69.46.24.223 |
| 2006-09-02 | Change | 69.46.24.223 | 72.22.86.151 |
| 2006-09-09 | Change | 72.22.86.151 | 72.4.160.132 |
| 2006-09-23 | Change | 72.4.160.132 | 72.22.86.151 |
| 2006-09-30 | Change | 72.22.86.151 | 72.4.160.132 |
| 2006-10-07 | Change | 72.4.160.132 | 64.111.216.98 |
| 2006-11-25 | Change | 64.111.216.98 | 209.50.243.154 |
| 2007-02-17 | Change | 209.50.243.154 | 216.139.199.54 |
| 2007-03-03 | Change | 216.139.199.54 | 208.97.229.213 |
| 2007-03-10 | Change | 208.97.229.213 | 206.169.97.18 |
| 2007-03-17 | Change | 206.169.97.18 | 63.216.76.66 |
| 2007-10-21 | Not Resolvable | 63.216.76.66 | -none- |

Note: The current IP location and IP whois may not be the same as it was on the event date.



## IP Information for 208.97.229.213

| | |
|---|---|
| **IP Location:** | United States Milpitas Sbc Telecom Consulting Inc |
| **Resolve Host:** | 213.229.97.208.in-addr.arpa |
| **IP Address:** | 208.97.229.213  W R P D T |
| **Reverse IP:** | 15 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

## Whois Record

```
OrgName:       Yipes Communications, Inc.
OrgID:         YIPS
Address:       114 Sansome Street
City:          San Francisco
StateProv:     CA
PostalCode:    94104
Country:       US

NetRange:      208.97.192.0 - 208.97.255.255
CIDR:          208.97.192.0/18
NetName:       YIPES-BLK9
NetHandle:     NET-208-97-192-0-1
Parent:        NET-208-0-0-0-0
NetType:       Direct Allocation
NameServer:    NS1.YIPES.COM
NameServer:    NS3.YIPES.COM
Comment:       ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:       2006-01-17
Updated:       2006-04-20

OrgAbuseHandle: ABUSE21-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-303-785-4450
OrgAbuseEmail:  abuse@yipes.com

OrgTechHandle: IY10-ARIN
OrgTechName:   Yipes Communications, Inc.
OrgTechPhone:  1-877-740-6600
OrgTechEmail:  hostmaster@yipes.com

OrgName:       SBC Telecom Consulting, Inc.
OrgID:         STC-89
Address:       105 Serra Way
Address:       #429
City:          Milpitas
StateProv:     CA
PostalCode:    95035
```

```
Country:        US

NetRange:       208.97.228.0 - 208.97.229.255
CIDR:           208.97.228.0/23
NetName:        YIPS-SBCTELECOM-S05162006
NetHandle:      NET-208-97-228-0-1
Parent:         NET-208-97-192-0-1
NetType:        Reassigned
NameServer:     NS1.SBC.US.COM
NameServer:     NS2.SBC.US.COM
Comment:
RegDate:        2006-05-17
Updated:        2006-05-17

OrgAbuseHandle: ABUSE1158-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-370-5265
OrgAbuseEmail:  abuse@sbc.us.com

OrgNOCHandle: NOC2087-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-800-370-5265
OrgNOCEmail:  noc@sbc.us.com

OrgTechHandle: ADMIN784-ARIN
OrgTechName:   Administrator
OrgTechPhone:  +1-800-370-5265
OrgTechEmail:  admin@sbc.us.com
```