

## Whois Record for Pollprizeusa.com    ( Poll Prize Usa )

### Front Page Information

| | |
|---|---|
| Website Title: | PollPrizeUSA |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Pollprizeusa.com |
| SEO Score: | 74% |
| Terms: | 106 (Unique: 80, Linked: 21) |
| Images: | 1 (Alt tags missing: 0) |
| Links: | 7  (Internal: 5, Outbound: 2) |

### Indexed Data

| | |
|---|---|
| Alexa Trend/Rank: | #281,437  108,666 ranks over the last three months. |
| Compete Rank: | #20,864 with 87,373 U.S. visitors per month |
| Quantcast Rank: | #34,106 |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | GODADDY.COM, INC. |
| Created: | 2005-11-02 |
| Expires: | 2009-11-02 |
| Registrar Status: | clientDeleteProhibited |
| Registrar Status: | clientRenewProhibited |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.AS1PUB.COM |
| Name Server: | NS2.AS1PUB.COM |
| Name Server: | NS3.AS1PUB.COM |
| Whois Server: | whois.godaddy.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 208.97.229.213  W R P D T |
| IP Location: |  - California - Milpitas - Sbc Telecom Consulting Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Active Response Group" owns about 66 other domains |
| Registrar History: | 2 registrars |
| IP History: | 10 changes on 9 unique name servers over 2 years. |

### Thumbnail: 2007-08-30



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

Disable SEO Text Browser ( Beta )

| Other TLDs | | | | | Hide Key |
|---|---|---|---|---|---|
| .com | .net | .org | .biz | .info | .us |

| | |
|---|---|
| **Whois History:** | 17 records have been archived since 2005-12-09. |
| **Reverse IP:** | 15 other sites hosted on this server. |
| **Monitor Domain:** | 🚩 Set Free Alerts on pollprizeusa.com |
| **Free Tool:** | Download DomainTools for Windows |

## Whois Record

```
Registrant:
   Active Response Group
   100 Arapahoe
   Suite 2
   Boulder, Colorado 80302
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: POLLPRIZEUSA.COM
      Created on: 02-Nov-05
      Expires on: 02-Nov-09
      Last Updated on: 12-Sep-07

   Administrative Contact:
      Service, Customer     domainadmin@activeresponsegroup.com

      Active Response Group
      100 Arapahoe
      Suite 2
      Boulder, Colorado 80302
      United States
      8773127263      Fax --

   Technical Contact:
      Service, Customer     domainadmin@activeresponsegroup.com

      Active Response Group
      100 Arapahoe
      Suite 2
      Boulder, Colorado 80302
      United States
      8773127263      Fax --

   Domain servers in listed order:
      NS3.AS1PUB.COM
      NS1.AS1PUB.COM
      NS2.AS1PUB.COM
```

## Symbol Key

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

## Back Order

Set a backorder so you can own pollprizeusa.com when it becomes available.

## Customize This Page

Select the items you want to be shown on this page.

- ☑ Front Page
- ☑ Indexed Data
- ☑ Server Data
- ☑ Registry Data
- ☑ Exclusive
- ☑ Whois Record Data

## Shopping Cart (1 item)

**Current Items**

 singletonlawgroup.com — Buy this

Buy all of these Domains

## Domains for Sale        remove all

| Domain | Price |
|---|---|
| PrizeInside.com | $110.00 |
| StorePrize.com | $200.00 |
| PrizePet.com | $250.00 |
| PrizeName.com | $475.00 |
| MotorPrize.com | $500.00 |
| PrizePit.com | $550.00 |
| PrizePost.com | $1,000.00 |
| EnglishPrize.com | $1,300.00 |
| PrizeSurf.com | $1,400.00 |
| PrizePage.com | $1,488.00 |
| PrizeMatrix.com | $1,588.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| CashPrizeWin.com | 11-28-2007 |
| PrizeSeason.com | 11-29-2007 |
| ProgressingPrize.com | 11-29-2007 |
| SunshinePrize.net | 11-29-2007 |

| | |
|---|---|
| JackPrizeCasino.com | 11-30-2007 |
| MyPrizeWeb.net | 11-30-2007 |
| MyPrizeUniverse.net | 11-30-2007 |
| Prize4Free.com | 11-30-2007 |
| I-PrizeWeb.net | 11-30-2007 |
| I-PrizeUniverse.net | 11-30-2007 |
| MyPrize-Web.net | 11-30-2007 |
| PrizeRunNnEr.com | 11-30-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Poll Pro | 1999-12-18 |
| Poll Premier | 2000-03-10 |
| Poll Prix | 2000-03-12 |
| Poll Profile | 2000-03-12 |
| Poll Products | 2000-03-15 |
| Poll Press | 2000-03-21 |
| Poll Private | 2000-03-29 |
| Poll Productions | 2001-06-08 |
| Poll Prize | 2002-02-18 |
| Poll Prism | 2002-12-20 |
| Poll Prime | 2002-12-22 |
| Poll Production | 2005-03-23 |
| Poll Prize Usa | 2005-11-02 |
| Poll Prize Usa 1 | 2006-04-04 |
| Poll Profits | 2007-01-03 |

## IP Information for 208.97.229.213

|                    |                                                    |
|--------------------|----------------------------------------------------|
| **IP Location:**   | United States Milpitas Sbc Telecom Consulting Inc  |
| **Resolve Host:**  | 213.229.97.208.in-addr.arpa                        |
| **IP Address:**    | 208.97.229.213  W  R  P  D  T                      |
| **Reverse IP:**    | 15 other sites hosted on this server.              |
| **Blacklist Status:** | Clear                                           |

## Whois Record

```
OrgName:    Yipes Communications, Inc.
OrgID:      YIPS
Address:    114 Sansome Street
City:       San Francisco
StateProv:  CA
PostalCode: 94104
Country:    US

NetRange:   208.97.192.0 - 208.97.255.255
CIDR:       208.97.192.0/18
NetName:    YIPES-BLK9
NetHandle:  NET-208-97-192-0-1
Parent:     NET-208-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.YIPES.COM
NameServer: NS3.YIPES.COM
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2006-01-17
Updated:    2006-04-20

OrgAbuseHandle: ABUSE21-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-303-785-4450
OrgAbuseEmail:  abuse@yipes.com

OrgTechHandle: IY10-ARIN
OrgTechName:   Yipes Communications, Inc.
OrgTechPhone:  1-877-740-6600
OrgTechEmail:  hostmaster@yipes.com

OrgName:    SBC Telecom Consulting, Inc.
OrgID:      STC-89
Address:    105 Serra Way
Address:    #429
City:       Milpitas
StateProv:  CA
PostalCode: 95035
Country:    US

NetRange:   208.97.228.0 - 208.97.229.255
CIDR:       208.97.228.0/23
NetName:    YIPS-SBCTELECOM-S05162006
NetHandle:  NET-208-97-228-0-1
Parent:     NET-208-97-192-0-1
NetType:    Reassigned
NameServer: NS1.SBC.US.COM
NameServer: NS2.SBC.US.COM
Comment:
RegDate:    2006-05-17
Updated:    2006-05-17

OrgAbuseHandle: ABUSE1158-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-370-5265
OrgAbuseEmail:  abuse@sbc.us.com

OrgNOCHandle: NOC2087-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-800-370-5265
OrgNOCEmail:  noc@sbc.us.com

OrgTechHandle: ADMIN784-ARIN
OrgTechName:   Administrator
OrgTechPhone:  +1-800-370-5265
OrgTechEmail:  admin@sbc.us.com
```