

## Whois Record for Rewardsparade.com    ( Rewards Parade )

### Front Page Information

| | |
|---|---|
| Website Title: | RewardsParade |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Rewardsparade.com |
| SEO Score: | 74% |
| Terms: | 176 (Unique: 119, Linked: 27) |
| Images: | 3 (Alt tags missing: 2) |
| Links: | 11  (Internal: 9, Outbound: 2) |

### Indexed Data

| | |
|---|---|
| Alexa Trend/Rank: | #1,289,022  412,701 ranks over the last three months. |
| Compete Rank: | #737,992 with 1,298 U.S. visitors per month |
| Quantcast Rank: | #773,573 |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | TUCOWS INC. |
| Created: | 2005-11-02 |
| Expires: | 2008-11-02 |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.AS1PUB.COM |
| Name Server: | NS2.AS1PUB.COM |
| Name Server: | NS3.AS1PUB.COM |
| Whois Server: | whois.tucows.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 72.37.165.66  W R P D T |
| IP Location: |  - California - Simi Valley - Qc Colo Llc |
| Response Code: | 200 |

### Thumbnail: 2007-09-13



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

**Blacklist Status:** Clear
**Domain Status:** Registered And Active Website

## DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | **"ARG" owns about 32 other domains** |
| **Registrar History:** | 2 registrars |
| **IP History:** | 20 changes on 15 unique name servers over 2 years. |
| **Whois History:** | 47 records have been archived since 2006-04-11. |
| **Reverse IP:** | 10 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on rewardsparade.com |
| **Free Tool:** | Download DomainTools for Windows |

## Whois Record

```
Registrant:
ARG
26 West 17th Street Suite 900
New York, NY 10011
US

Domain name: REWARDSPARADE.COM

Administrative Contact:
   Brown, Brady     domainadmin@activeresponsegroup.com
   26 West 17th Street Suite 900
   New York, NY 10011
   US
   +1.3034431200
Technical Contact:
   Direct, Domain     dnstech@domaindirect.com
   96 Mowat Avenue
   Toronto, ON M6K 3M1
   CA
   +1.4165312084     Fax: +1.4165315584

Registration Service Provider:
   Domain Direct
   1-866-337-8633
   http://www.domaindirect.com/supportform.html
```

Disable SEO Text Browser ( Beta )

**Other TLDs**  Hide Key

.com  .net  .org  .biz  .info  .us

**Symbol Key**

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Customize This Page**

Select the items you want to be shown on this page.

☑ Front Page  ☑ Indexed Data
☑ Server Data  ☑ Registry Data
☑ Exclusive  ☑ Whois Record Data

**Shopping Cart (1 item )**

**Current Items**

✅ singletonlawgroup.com    Buy this

Buy all of these Domains

**Domains for Sale**    remove all

| Domain | Price |
|---|---|
| DownPaymentRewards.com | $10.00 |
| LittleRewards.com | $199.00 |
| RewardsEmail.com | $250.00 |
| ViralRewards.com | $251.00 |
| CollectRewards.com | $425.00 |
| NationwideRewards.com | $500.00 |

| | |
|---|---|
| EternalRewards.com | $700.00 |
| FreshFlowerRewards.com | $1,288.00 |
| Rewards.de | $1,506.00 |
| HotRewards.com | $1,575.00 |
| HipRewards.com | $1,588.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| WorkingRewards.com | 11-28-2007 |
| HostYourRewards.com | 11-28-2007 |
| VietRewards.net | 11-28-2007 |
| Rewards-One.com | 11-28-2007 |
| CharitableRewards.net | 11-28-2007 |
| SWeedyRewards.com | 11-28-2007 |
| VzwRewards4u.com | 11-28-2007 |
| RxRewards.com | 11-29-2007 |
| RewardsSmartCard.com | 11-29-2007 |
| ConfirmedReturns.com | 11-29-2007 |
| FraudulentReturns.com | 11-29-2007 |
| RocRewards.com | 11-29-2007 |
| ProgressingRewards.com | 11-29-2007 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Rewards Page | 2000-01-07 |
| Reward Space | 2000-03-15 |
| Rewards Pass | 2002-06-05 |
| Rewards Passport | 2002-06-24 |
| Rewards Pal | 2004-09-06 |
| Rewards Panel | 2004-10-01 |
| Rewards Paid | 2004-10-20 |
| Rewards Parking | 2005-08-04 |
| Rewards Parade | 2005-11-02 |
| Rewards Paradise | 2006-01-15 |
| Rewards Partner | 2006-05-06 |
| Rewards Pages | 2006-07-30 |
| Rewards Party | 2006-11-02 |
| Reward Spar De | 2006-12-17 |
| Rewards Palace | 2007-01-20 |



## IP Information for 72.37.165.66

| | |
|---|---|
| **IP Location:** | United States Simi Valley Qc Colo Llc |
| **IP Address:** | 72.37.165.66  W R P D T |
| **Reverse IP:** | 10 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

## Whois Record

```
  OrgName:    Mzima Networks, Inc.
  OrgID:      MZIMAN-1
  Address:    707 Wilshire Blvd.
  Address:    Suite 4737
  City:       Los Angeles
  StateProv:  CA
  PostalCode: 90017
  Country:    US

  NetRange:   72.37.128.0 - 72.37.255.255
  CIDR:       72.37.128.0/17
  OriginAS:   AS25973
  NetName:    NETBLK-MZIMA-03
  NetHandle:  NET-72-37-128-0-1
  Parent:     NET-72-0-0-0-0
  NetType:    Direct Allocation
  NameServer: NS1.LAX01.MZIMA.NET
  NameServer: NS2.LAX01.MZIMA.NET
  NameServer: NS1.IAD01.MZIMA.NET
  Comment:    *****************************************
  Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
  Comment:    *****************************************
  RegDate:    2005-03-17
  Updated:    2007-07-11

  RAbuseHandle: MAD53-ARIN
  RAbuseName:   Mzima Abuse Department
  RAbusePhone:  +1-213-426-6509
  RAbuseEmail:  abuse@mzima.net


  RNOCHandle: NETWO19-ARIN
  RNOCName:   Network Operations
  RNOCPhone:  +1-888-446-9462
  RNOCEmail:  netops@mzima.net


  RTechHandle: NETWO19-ARIN
  RTechName:   Network Operations
  RTechPhone:  +1-888-446-9462
```

```
RTechEmail:     netops@mzima.net

OrgAbuseHandle: MAD53-ARIN
OrgAbuseName:   Mzima Abuse Department
OrgAbusePhone:  +1-213-426-6509
OrgAbuseEmail:  abuse@mzima.net

OrgNOCHandle: NETWO19-ARIN
OrgNOCName:   Network Operations
OrgNOCPhone:  +1-888-446-9462
OrgNOCEmail:  netops@mzima.net

OrgTechHandle: NETWO19-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-888-446-9462
OrgTechEmail:  netops@mzima.net


OrgName:    QC Colo, LLC
OrgID:      QCL-8
Address:    1230-5 Madera Road
Address:    Suite 133
City:       Simi Valley
StateProv:  CA
PostalCode: 93065
Country:    US

NetRange:   72.37.165.0 - 72.37.165.255
CIDR:       72.37.165.0/24
NetName:    MZIMA03-CUST-QCCOLO01
NetHandle:  NET-72-37-165-0-1
Parent:     NET-72-37-128-0-1
NetType:    Reassigned
NameServer: NS1.QCCOLO.COM
NameServer: NS2.QCCOLO.COM
Comment:
RegDate:    2007-03-12
Updated:    2007-03-12

RTechHandle: MPE112-ARIN
RTechName:   Perry, Martin
RTechPhone:  +1-805-624-4037
RTechEmail:  perry@qccolo.com

OrgTechHandle: MPE112-ARIN
OrgTechName:   Perry, Martin
OrgTechPhone:  +1-805-624-4037
OrgTechEmail:  perry@qccolo.com
```