

## Whois Record for Usasurveygroup.com ( Usa Survey Group )

### Front Page Information

|  |  |
|---|---|
| Website Title: | USASurveyGroup |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Usasurveygroup.com |
| SEO Score: | 74% |
| Terms: | 180 (Unique: 120, Linked: 27) |
| Images: | 3 (Alt tags missing: 2) |
| Links: | 11 (Internal: 9, Outbound: 2) |

### Indexed Data

|  |  |
|---|---|
| Alexa Trend/Rank: | #96,897  31,899 ranks over the last three months. |
| Compete Rank: | #4,224 with 419,541 U.S. visitors per month |
| Quantcast Rank: | #5,460 |

### Registry Data

|  |  |
|---|---|
| ICANN Registrar: | GODADDY.COM, INC. |
| Created: | 2005-09-26 |
| Expires: | 2009-09-26 |
| Registrar Status: | clientDeleteProhibited |
| Registrar Status: | clientRenewProhibited |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.AS1PUB.COM |
| Name Server: | NS2.AS1PUB.COM |
| Name Server: | NS3.AS1PUB.COM |
| Whois Server: | whois.godaddy.com |

### Server Data

|  |  |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 208.97.229.213  W R P D T |
| IP Location: | - California - Milpitas - Sbc Telecom Consulting Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

|  |  |
|---|---|
| Registrant Search: | "Active Response Group" owns about 66 other domains |
| Registrar History: | 2 registrars with 1 drop. |
| IP History: | 9 changes on 9 unique name servers over 2 years. |

**Thumbnail: 2007-10-16**



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

Disable SEO Text Browser ( Beta )

**Other TLDs**    Hide Key

.com  .net  .org  .biz  .info  .us

| | |
|---|---|
| **Whois History:** | **16 records** have been archived since 2007-03-19. |
| **Reverse IP:** | **15 other sites** hosted on this server. |
| **Monitor Domain:** | 🚩 Set Free Alerts on usasurveygroup.com |
| **Free Tool:** | 🐶 Download DomainTools for Windows |

## Whois Record

```
Registrant:
    Active Response Group
    100 Arapahoe
    Suite 2
    Boulder, Colorado 80302
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: USASURVEYGROUP.COM
        Created on: 26-Sep-05
        Expires on: 26-Sep-09
        Last Updated on: 11-Jul-07

    Administrative Contact:
        Service, Customer     domainadmin@activeresponsegroup.com

        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263      Fax --

    Technical Contact:
        Service, Customer     domainadmin@activeresponsegroup.com

        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263      Fax --

    Domain servers in listed order:
        NS3.AS1PUB.COM
        NS1.AS1PUB.COM
        NS2.AS1PUB.COM
```

### Symbol Key

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

### Back Order

Set a **backorder** so you can own usasurveygroup.com when it becomes available.

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive       ☑ Whois Record Data

### Shopping Cart (1 item)

**Current Items**

✅ singletonlawgroup.com    Buy this

Buy all of these Domains

### Domains for Sale                                remove all

| Domain | Price |
|---|---|
| SportsSurvey.com | $250.00 |
| ScreenSurvey.com | $375.00 |
| YouthSurvey.com | $477.00 |
| ExpressSurvey.com | $500.00 |
| TotalSurvey.com | $500.00 |
| ThinkSurvey.com | $500.00 |
| MotorSurvey.com | $500.00 |
| EthicalSurvey.com | $1,488.00 |
| MockSurvey.com | $1,588.00 |
| WirelessSurvey.com | $1,588.00 |
| AnnualSurvey.com | $1,688.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| StudyPills.com | 11-28-2007 |
| AgentSurveySite.com | 11-28-2007 |
| MoreCashSurvey.com | 11-28-2007 |

| | |
|---|---|
| PollHpSt.com | 11-28-2007 |
| BikiniOnlineSurvey.com | 11-28-2007 |
| BibleStudyEBooks.com | 11-28-2007 |
| LakelandPayStudy.net | 11-28-2007 |
| AdvPoll.com | 11-28-2007 |
| S-Study.com | 11-28-2007 |
| PollHoAt.com | 11-28-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Usa Survey | 1997-07-08 |
| Usa Surveyors | 1999-11-03 |
| Usa Surplus | 2001-08-07 |
| Usa Surveys | 2001-09-18 |
| Usa Surveillance | 2004-01-02 |
| Usa Surveyor | 2004-06-01 |
| Usa Survey Group | 2005-09-26 |
| Usa Survey Panel | 2006-03-05 |
| Usa Surplus Software | 2006-03-09 |
| Usa Surplus Traders | 2006-04-01 |
| Usa Surplus Auction | 2006-04-19 |
| Usa Surplus Store | 2006-05-25 |
| Usa Survey Panels | 2006-06-07 |
| Usa Survival | 2006-09-18 |
| Usa Survival Camp | 2006-12-04 |



## IP Information for 208.97.229.213

|  |  |
|---|---|
| **IP Location:** | United States Milpitas Sbc Telecom Consulting Inc |
| **Resolve Host:** | 213.229.97.208.in-addr.arpa |
| **IP Address:** | 208.97.229.213 [W] [R] [P] [D] [T] |
| **Reverse IP:** | 15 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

## Whois Record

```
OrgName:      Yipes Communications, Inc.
OrgID:        YIPS
Address:      114 Sansome Street
City:         San Francisco
StateProv:    CA
PostalCode:   94104
Country:      US

NetRange:     208.97.192.0 - 208.97.255.255
CIDR:         208.97.192.0/18
NetName:      YIPES-BLK9
NetHandle:    NET-208-97-192-0-1
Parent:       NET-208-0-0-0-0
NetType:      Direct Allocation
NameServer:   NS1.YIPES.COM
NameServer:   NS3.YIPES.COM
Comment:      ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:      2006-01-17
Updated:      2006-04-20

OrgAbuseHandle: ABUSE21-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-303-785-4450
OrgAbuseEmail:  abuse@yipes.com

OrgTechHandle: IY10-ARIN
OrgTechName:   Yipes Communications, Inc.
OrgTechPhone:  1-877-740-6600
OrgTechEmail:  hostmaster@yipes.com

OrgName:      SBC Telecom Consulting, Inc.
OrgID:        STC-89
Address:      105 Serra Way
Address:      #429
City:         Milpitas
StateProv:    CA
PostalCode:   95035
```

```
Country:        US

NetRange:       208.97.228.0 - 208.97.229.255
CIDR:           208.97.228.0/23
NetName:        YIPS-SBCTELECOM-S05162006
NetHandle:      NET-208-97-228-0-1
Parent:         NET-208-97-192-0-1
NetType:        Reassigned
NameServer:     NS1.SBC.US.COM
NameServer:     NS2.SBC.US.COM
Comment:
RegDate:        2006-05-17
Updated:        2006-05-17

OrgAbuseHandle: ABUSE1158-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-370-5265
OrgAbuseEmail:  abuse@sbc.us.com

OrgNOCHandle: NOC2087-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-800-370-5265
OrgNOCEmail:  noc@sbc.us.com

OrgTechHandle: ADMIN784-ARIN
OrgTechName:   Administrator
OrgTechPhone:  +1-800-370-5265
OrgTechEmail:  admin@sbc.us.com
```