

## Whois Record for Viewpointrewards.com

( Viewpoint Rewards )

### Front Page Information

| | | Thumbnail: 2007-01-04 |
|---|---|---|
| **Website Title:** | ViewPointRewards | |
| **Title Relevancy:** | 100% | |
| **AboutUs:** | Wiki article on Viewpointrewards.com | |
| **SEO Score:** | 74% | |
| **Terms:** | 177 (Unique: 121, Linked: 27) | |
| **Images:** | 3 (Alt tags missing: 2) | |
| **Links:** | 11   (Internal: 9, Outbound: 2) | |



Queue this Domain for Update

### Indexed Data

| | |
|---|---|
| **Compete Rank:** | #201,624 with 6,377 U.S. visitors per month |

### SEO Text Browser

SEO Text Browser

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2005-11-02 |
| **Expires:** | 2008-11-02 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.AS1PUB.COM |
| **Name Server:** | NS2.AS1PUB.COM |
| **Name Server:** | NS3.AS1PUB.COM |
| **Whois Server:** | whois.godaddy.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.52 (CentOS) |
| **IP Address:** | 64.62.158.26  W R P D T |
| **IP Location:** | - New York - New York - Active Response Group Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Active Response Group" owns about 66 other domains |
| **Registrar History:** | 2 registrars |
| **IP History:** | 9 changes on 8 unique name servers over 2 years. |
| **Whois History:** | 3 records have been archived since 2007-10-02. |
| **Reverse IP:** | 26 other sites hosted on this server. |

Disable SEO Text Browser ( Beta )

### Other TLDs                                        Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

| Monitor Domain: | 🚩 Set Free Alerts on viewpointrewards.com |
|---|---|
| Free Tool: | 🐶 **Download DomainTools for Windows** |

## Whois Record

```
Registrant:
    Active Response Group
    100 Arapahoe
    Suite 2
    Boulder, Colorado 80302
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: VIEWPOINTREWARDS.COM
        Created on: 02-Nov-05
        Expires on: 02-Nov-08
        Last Updated on:

    Administrative Contact:
        Service, Customer    domainadmin@activeresponsegroup.com

        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263      Fax --

    Technical Contact:
        Service, Customer    domainadmin@activeresponsegroup.com

        Active Response Group
        100 Arapahoe
        Suite 2
        Boulder, Colorado 80302
        United States
        8773127263      Fax --

    Domain servers in listed order:
        NS1.AS1PUB.COM
        NS2.AS1PUB.COM
        NS3.AS1PUB.COM
```

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive       ☐ Whois Record
Data

## Shopping Cart (1 item )

**Current Items**

 singletonlawgroup.com     Buy this

Buy all of these Domains

## Domains for Sale                    remove all

| Domain | Price |
|---|---|
| AnotherViewpoint.com | $250.00 |
| YourViewpoint.com | $488.00 |
| FreshViewpoint.com | $488.00 |
| ViewpointSchool.com | $500.00 |
| EPmViewpoint.com | $500.00 |
| ViewpointMag.com | $500.00 |
| OpposingViewpoint.com | $700.00 |
| ViewpointEngineering.com | $1,288.00 |
| ViewpointMonitor.com | $1,388.00 |
| CyberViewpoint.com | $1,488.00 |
| EViewpoint.com | $1,588.00 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Viewpoint Rv | 1997-08-21 |
| Viewpoints | 2000-12-14 |
| Viewpoint Resort | 2001-02-10 |
| Viewpoint Resort 66 | 2003-07-16 |
| Viewpoint Rpg | 2004-05-07 |
| Viewpoint Research | 2004-06-24 |
| Viewpoint Residence | 2004-09-10 |
| Viewpoint Resorts | 2004-11-19 |

| | |
|---|---|
| Viewpoint Rewards | 2005-11-02 |
| Viewpoint Rv Resort | 2005-12-20 |
| Viewpoint Rss | 2006-01-07 |
| Viewpoint Residents | 2006-01-31 |
| Viewpoint Residences | 2006-07-03 |
| Viewpoint Rv And Golf Re... | 2007-01-10 |
| View Pointr Gi | 2007-01-26 |



# Hosting History for Viewpointrewards.com

## Domain Search

Domain Name: viewpointrewards.com

[Get History]

Enter a domain name into the search box to retrieve the hosting history.

## IP Address History

| | | | |
|---|---|---|---|
| 2005-11-12 | New | -none- | 64.27.109.90 |
| 2006-06-24 | Change | 64.27.109.90 | 69.46.24.223 |
| 2006-09-16 | Change | 69.46.24.223 | 72.4.160.132 |
| 2006-09-23 | Change | 72.4.160.132 | 72.22.86.151 |
| 2006-09-30 | Change | 72.22.86.151 | 72.4.160.132 |
| 2006-10-07 | Change | 72.4.160.132 | 64.111.216.98 |
| 2006-11-25 | Change | 64.111.216.98 | 72.232.237.10 |
| 2007-03-03 | Change | 72.232.237.10 | 64.62.158.26 |

Note: The current IP location and IP whois may not be the same as it was on the event date.

## Registrar History

| | |
|---|---|
| 2005-11-14 | Joker.com |
| 2006-11-10 | GoDaddy.com |

## Name Server History

| | | | |
|---|---|---|---|
| 2005-11-04 | New | -none- | Joker.com |
| 2005-11-05 | Transfer | Joker.com | As1pub.com |

# DomainTools

## IP Information for 64.62.158.26

| | |
|---|---|
| **IP Location:** | United States New York Active Response Group Inc |
| **IP Address:** | 64.62.158.26 [W] [R] [P] [D] [T] |
| **SSL Cert:** | 2008-01-10 SSL Certificate has expired. |
| **Reverse IP:** | 26 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

## Whois Record

```
OrgName:    Hurricane Electric
OrgID:      HURC
Address:    760 Mission Court
City:       Fremont
StateProv:  CA
PostalCode: 94539
Country:    US

NetRange:   64.62.128.0 - 64.62.255.255
CIDR:       64.62.128.0/17
NetName:    HURRICANE-4
NetHandle:  NET-64-62-128-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.HE.NET
NameServer: NS2.HE.NET
NameServer: NS3.HE.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2002-08-27
Updated:    2003-09-15

RTechHandle: ZH17-ARIN
RTechName:   Hurricane Electric
RTechPhone: +1-510-580-4100
RTechEmail:  hostmaster@he.net


OrgAbuseHandle: ABUSE1036-ARIN
OrgAbuseName:   Abuse Department
OrgAbusePhone: +1-510-580-4100
OrgAbuseEmail:  abuse@he.net


OrgTechHandle: ZH17-ARIN
OrgTechName:   Hurricane Electric
OrgTechPhone: +1-510-580-4100
OrgTechEmail:  hostmaster@he.net
```

```
CustName:    Active Response Group Inc
Address:     26 West 17th St, 9th Fl
City:        New York
StateProv:   NY
PostalCode:  10011
Country:     US
RegDate:     2007-05-15
Updated:     2007-05-15

NetRange:    64.62.158.24 - 64.62.158.31
CIDR:        64.62.158.24/29
NetName:     HURRICANE-CE1903-741
NetHandle:   NET-64-62-158-24-1
Parent:      NET-64-62-128-0-1
NetType:     Reassigned
Comment:
RegDate:     2007-05-15
Updated:     2007-05-15

RTechHandle: ZH17-ARIN
RTechName:   Hurricane Electric
RTechPhone:  +1-510-580-4100
RTechEmail:  hostmaster@he.net

OrgAbuseHandle: ABUSE1036-ARIN
OrgAbuseName:   Abuse Department
OrgAbusePhone:  +1-510-580-4100
OrgAbuseEmail:  abuse@he.net

OrgTechHandle: ZH17-ARIN
OrgTechName:   Hurricane Electric
OrgTechPhone:  +1-510-580-4100
OrgTechEmail:  hostmaster@he.net
```