

## Whois Record for Wholesomerewards.com                              ( Wholesome Rewards )

### Front Page Information

| | |
|---|---|
| **Website Title:** | WholesomeRewards |
| **Title Relevancy** | 100% |
| **AboutUs:** | Wiki article on Wholesomerewards.com |
| **SEO Score:** | 74% |
| **Terms:** | 176 (Unique: 119, Linked: 27) |
| **Images:** | 3 (Alt tags missing: 2) |
| **Links:** | 11 (Internal: 9, Outbound: 2) |

### Thumbnail: 2007-09-23



Queue this Domain for Update

### Indexed Data

| | |
|---|---|
| **Visitors by Country:** | United States 93.4%   Brazil 1.6%   Macedonia 0.8%   Indonesia 0.7%   Romania 0.2%   Puerto Rico 0.2% |
| **Visitors by City:** | 1) New York, NY, US 12.9%  2) Los Angeles, CA, US 8.6%  3) San Francisco, CA, US 4% |
| **Alexa Trend/Rank:** | #25,371  8,619 ranks over the last three months. |
| **Compete Rank:** | #967 with 1,604,306 U.S. visitors per month |
| **Quantcast Rank:** | #2,865 |

### SEO Text Browser

SEO Text Browser

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2005-12-16 |
| **Expires:** | 2008-12-16 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.AS1PUB.COM |
| **Name Server:** | NS2.AS1PUB.COM |
| **Name Server:** | NS3.AS1PUB.COM |
| **Whois Server:** | whois.godaddy.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.52 (CentOS) |
| **IP Address:** | 72.37.165.66  W R P D T |
| **IP Location:** | - California - Simi Valley - Qc Colo Llc |
| **Response Code:** | 200 |

Disable SEO Text Browser ( Beta )

**Other TLDs**                                            Hide Key

.com   .net   .org   .biz   .info   .us

| | |
|---|---|
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Active Response Group" owns about 66 other domains |
| **Registrar History:** | 2 registrars |
| **IP History:** | 12 changes on 9 unique name servers over 2 years. |
| **Whois History:** | 11 records have been archived since 2007-07-31. |
| **Reverse IP:** | 10 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on wholesomerewards.com |
| **Free Tool:** | Download DomainTools for Windows |

### Whois Record

```
Registrant:
   Active Response Group
   100 Arapahoe
   Suite 2
   Boulder, Colorado 80302
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: WHOLESOMEREWARDS.COM
      Created on: 16-Dec-05
      Expires on: 16-Dec-08
      Last Updated on:

   Administrative Contact:
      Service, Customer    domainadmin@activeresponsegroup.com
      Active Response Group
      100 Arapahoe
      Suite 2
      Boulder, Colorado 80302
      United States
      8773127263      Fax --

   Technical Contact:
      Service, Customer    domainadmin@activeresponsegroup.com
      Active Response Group
      100 Arapahoe
      Suite 2
      Boulder, Colorado 80302
      United States
      8773127263      Fax --

   Domain servers in listed order:
      NS1.AS1PUB.COM
      NS2.AS1PUB.COM
      NS3.AS1PUB.COM
```

### Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

### Back Order

Set a backorder so you can own wholesomerewards.com when it becomes available.

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive     ☑ Whois Record Data

### Shopping Cart (1 item)

**Current Items**

 singletonlawgroup.com   Buy this

Buy all of these Domains

### Domains for Sale                      remove all

| Domain | Price |
|---|---|
| WholesomeRecipes.com | $100.00 |
| TheWholesomeEssential.com | $300.00 |
| Wholesome.us | $500.00 |
| Wholesome.org | $500.00 |
| BuyWholesome.com | $628.00 |
| WholesomeFood.info | $795.00 |
| WholesomeFoods.net | $1,000.00 |
| WholesomeMenu.com | $1,000.00 |
| WholesomeMenus.com | $1,000.00 |
| Wholesome.net | $1,000.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| WholesomeHome.com | 11-28-2007 |
| GoodAndWholesome.com | 12-01-2007 |

### Compare Similar Domains

| Domain | Created |
|---|---|
| Wholesome Resources | 2000-12-07 |
| Wholesome Reading | 2002-07-10 |
| Wholesome Sex | 2003-10-24 |
| Wholesome Roots | 2005-07-03 |
| Wholesome Rewards | 2005-12-16 |
| Wholesome Savings | 2005-12-16 |
| Whole Somes | 2006-01-24 |
| Wholesome Remedies | 2006-03-09 |
| Wholesome Scents | 2006-04-03 |
| Wholesome Remedy | 2006-09-22 |
| Wholesome Selections | 2006-09-24 |
| Wholesomer | 2006-12-30 |
| Wholesome Realty | 2007-01-02 |
| Wholesome Recipes | 2007-02-02 |
| Wholesome Sale | 2007-02-12 |



## Hosting History for Wholesomerewards.com

### Domain Search

**Domain Name:** wholesomerewards.com

[Get History]

Enter a domain name into the search box to retrieve the hosting history.

### Registrar History

| | |
|---|---|
| 2006-01-11 | Joker.com |
| 2006-11-10 | GoDaddy.com |

### Name Server History

| | | | |
|---|---|---|---|
| 2005-12-18 | New | -none- | Joker.com |
| 2006-01-13 | Transfer | Joker.com | As1pub.com |

### IP Address History

| | | | |
|---|---|---|---|
| 2005-12-18 | New | -none- | 194.245.101.92 |
| 2006-01-22 | Not Resolvable | 194.245.101.92 | -none- |
| 2007-02-03 | New | -none- | 206.169.21.242 |
| 2007-03-03 | Change | 206.169.21.242 | 216.152.245.90 |
| 2007-03-10 | Change | 216.152.245.90 | 206.169.97.26 |
| 2007-03-24 | Change | 206.169.97.26 | 216.152.245.90 |
| 2007-03-31 | Change | 216.152.245.90 | 72.37.165.234 |
| 2007-05-13 | Change | 72.37.165.234 | 72.37.165.235 |
| 2007-05-27 | Change | 72.37.165.235 | 63.216.76.66 |
| 2007-08-12 | Change | 63.216.76.66 | 72.37.165.235 |
| 2007-11-18 | Change | 72.37.165.235 | 72.37.165.66 |

Note: The current IP location and IP whois may not be the same as it was on the event date.

# DomainTools

## IP Information for 72.37.165.66

| | |
|---|---|
| **IP Location:** | United States Simi Valley Qc Colo Llc |
| **IP Address:** | 72.37.165.66  W R P D T |
| **Reverse IP:** | 10 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

## Whois Record

```
OrgName:       Mzima Networks, Inc.
OrgID:         MZIMAN-1
Address:       707 Wilshire Blvd.
Address:       Suite 4737
City:          Los Angeles
StateProv:     CA
PostalCode:    90017
Country:       US

NetRange:      72.37.128.0 - 72.37.255.255
CIDR:          72.37.128.0/17
OriginAS:      AS25973
NetName:       NETBLK-MZIMA-03
NetHandle:     NET-72-37-128-0-1
Parent:        NET-72-0-0-0-0
NetType:       Direct Allocation
NameServer:    NS1.LAX01.MZIMA.NET
NameServer:    NS2.LAX01.MZIMA.NET
NameServer:    NS1.IAD01.MZIMA.NET
Comment:       *****************************************
Comment:       ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
Comment:       *****************************************
RegDate:       2005-03-17
Updated:       2007-07-11

RAbuseHandle: MAD53-ARIN
RAbuseName:    Mzima Abuse Department
RAbusePhone:  +1-213-426-6509
RAbuseEmail:   abuse@mzima.net

RNOCHandle: NETWO19-ARIN
RNOCName:    Network Operations
RNOCPhone:  +1-888-446-9462
RNOCEmail:   netops@mzima.net

RTechHandle: NETWO19-ARIN
RTechName:    Network Operations
RTechPhone:  +1-888-446-9462
```

```
RTechEmail:     netops@mzima.net

OrgAbuseHandle: MAD53-ARIN
OrgAbuseName:   Mzima Abuse Department
OrgAbusePhone:  +1-213-426-6509
OrgAbuseEmail:  abuse@mzima.net

OrgNOCHandle: NETWO19-ARIN
OrgNOCName:   Network Operations
OrgNOCPhone:  +1-888-446-9462
OrgNOCEmail:  netops@mzima.net

OrgTechHandle: NETWO19-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-888-446-9462
OrgTechEmail:  netops@mzima.net


OrgName:    QC Colo, LLC
OrgID:      QCL-8
Address:    1230-5 Madera Road
Address:    Suite 133
City:       Simi Valley
StateProv:  CA
PostalCode: 93065
Country:    US

NetRange:   72.37.165.0 - 72.37.165.255
CIDR:       72.37.165.0/24
NetName:    MZIMA03-CUST-QCCOLO01
NetHandle:  NET-72-37-165-0-1
Parent:     NET-72-37-128-0-1
NetType:    Reassigned
NameServer: NS1.QCCOLO.COM
NameServer: NS2.QCCOLO.COM
Comment:
RegDate:    2007-03-12
Updated:    2007-03-12

RTechHandle: MPE112-ARIN
RTechName:   Perry, Martin
RTechPhone:  +1-805-624-4037
RTechEmail:  perry@qccolo.com

OrgTechHandle: MPE112-ARIN
OrgTechName:   Perry, Martin
OrgTechPhone:  +1-805-624-4037
OrgTechEmail:  perry@qccolo.com
```