

**Whois Record for Yourproductsamples.com**   ( Your Product Samples )

### Front Page Information

| | |
|---|---|
| Website Title: | YourProductSamples |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Yourproductsamples.com |
| SEO Score: | 74% |
| Terms: | 180 (Unique: 120, Linked: 27) |
| Images: | 3 (Alt tags missing: 2) |
| Links: | 11 (Internal: 9, Outbound: 2) |

### Indexed Data

| | |
|---|---|
| Visitors by Country: | United States 98.3%   Puerto Rico 1.1%   Brazil 0.3%   United Kingdom 0.3% |
| Visitors by City: | 1) New York, NY, US 8.7%  2) Savannah, GA, US 5.3%  3) Chicago, IL, US 4.2% |
| Alexa Trend/Rank: | #164,956  72,189 ranks over the last three months. |
| Compete Rank: | #1,794 with 933,439 U.S. visitors per month |
| Quantcast Rank: | #3,332 |

**Thumbnail: 2007-11-21**



Queue this Domain for Update

**SEO Text Browser**

SEO Text Browser

### Registry Data

| | |
|---|---|
| ICANN Registrar: | DOTSTER, INC. |
| Created: | 2006-08-10 |
| Expires: | 2008-08-10 |
| Registrar Status: | clientDeleteProhibited |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.AS1PUB.COM |
| Name Server: | NS2.AS1PUB.COM |
| Name Server: | NS3.AS1PUB.COM |
| Whois Server: | whois.dotster.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 208.97.229.213  W R P D T |

Disable SEO Text Browser ( Beta )

| | | | |
|---|---|---|---|
| **IP Location:** | 🇺🇸 - California - Milpitas - Sbc Telecom Consulting Inc | | |
| **Response Code:** | 200 | | |
| **Blacklist Status:** | Clear | | |
| **Domain Status:** | Registered And Active Website | | |

### DomainTools Exclusive

| | |
|---|---|
| **Registrar History:** | 1 registrar |
| **IP History:** | 7 changes on 8 unique name servers over 1 years. |
| **Whois History:** | 23 records have been archived since 2006-09-14. |
| **Reverse IP:** | 15 other sites hosted on this server. |
| **Monitor Domain:** | 🚩 Set Free Alerts on yourproductsamples.com |
| **Free Tool:** | Download DomainTools for Windows |

### Whois Record

```
Domain Services Provided By:
    Domain Services,
    http://

Registrant:
    c/o YOURPRODUCTSAMPLES.COM
    P.O. Box 821650
    Vancouver, WA  98682
    US

    Registrar: DOTSTER
    Domain Name: YOURPRODUCTSAMPLES.COM
        Created on: 10-AUG-06
        Expires on: 11-AUG-08
        Last Updated on: 15-NOV-07

    Administrative Contact:
        yourproductsamples.comtzjpgh@privacypost.com
        c/o YOURPRODUCTSAMPLES.COM
        P.O. Box 821650
        Vancouver, WA  98682
        US
        +1.360-449-5933

    Technical Contact:
        yourproductsamples.comyzgou9@privacypost.com
        c/o YOURPRODUCTSAMPLES.COM
        P.O. Box 821650
        Vancouver, WA  98682
        US
        +1.360-449-5933

    Domain servers in listed order:
        NS1.AS1PUB.COM
        NS2.AS1PUB.COM
        NS3.AS1PUB.COM
```

### Other TLDs    Hide Key

.com    .net    .org    .biz    .info    .us

### Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

### Back Order

Set a backorder so you can own yourproductsamples.com when it becomes available.

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive       ☑ Whois Record Data

### Shopping Cart (1 item)

**Current Items**

| | | |
|---|---|---|
| ✅ | singletonlawgroup.com | Buy this |
| | Buy all of these Domains | |

### Domains for Sale      remove all

| Domain | Price |
|---|---|
| FeeSamples.com | $250.00 |
| SampleShow.com | $488.00 |
| SampleSnow.com | $500.00 |
| FastSamples.com | $500.00 |
| HomeSamples.com | $550.00 |
| OpenSamples.com | $1,588.00 |
| ISamples.com | $1,688.00 |
| CitySamples.com | $1,688.00 |
| QuickSamples.com | $1,788.00 |
| FilmSamples.com | $1,788.00 |

| | |
|---|---|
| StarSamples.com | $1,788.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| MultiMixSamples.com | 11-28-2007 |
| Samples-WolfGordan.com | 11-28-2007 |
| SeikoSamples.com | 11-29-2007 |
| DruMagogSamples.com | 11-30-2007 |
| FuentesFreeSamples.com | 12-02-2007 |
| DillonSamples.com | 12-05-2007 |
| JagSamples.com | 12-09-2007 |
| LightenUpSamples.com | 12-13-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Your Products | 2002-04-07 |
| Your Products Compared | 2004-02-20 |
| Your Products And Gifts | 2004-08-18 |
| Your Product Sample | 2005-03-07 |
| Your Products Here | 2005-08-16 |
| Your Product Ro X | 2006-07-20 |
| Your Product Rating | 2006-08-06 |
| Your Product Ratings | 2006-08-06 |
| Your Product Review | 2006-08-06 |
| Your Product Reviews | 2006-08-06 |
| Your Product Samples | 2006-08-10 |
| Your Products Explained | 2006-10-30 |
| Your Products Group | 2006-11-13 |
| Your Products Cheap | 2006-11-15 |
| Your Products Direct | 2007-02-18 |



**IP Information for 208.97.229.213**

| | |
|---|---|
| **IP Location:** | United States Milpitas Sbc Telecom Consulting Inc |
| **Resolve Host:** | 213.229.97.208.in-addr.arpa |
| **IP Address:** | 208.97.229.213  W R P D T |
| **Reverse IP:** | 15 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

**Whois Record**

```
OrgName:      Yipes Communications, Inc.
OrgID:        YIPS
Address:      114 Sansome Street
City:         San Francisco
StateProv:    CA
PostalCode:   94104
Country:      US

NetRange:     208.97.192.0 - 208.97.255.255
CIDR:         208.97.192.0/18
NetName:      YIPES-BLK9
NetHandle:    NET-208-97-192-0-1
Parent:       NET-208-0-0-0-0
NetType:      Direct Allocation
NameServer:   NS1.YIPES.COM
NameServer:   NS3.YIPES.COM
Comment:      ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:      2006-01-17
Updated:      2006-04-20

OrgAbuseHandle: ABUSE21-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-303-785-4450
OrgAbuseEmail:  abuse@yipes.com

OrgTechHandle: IY10-ARIN
OrgTechName:   Yipes Communications, Inc.
OrgTechPhone:  1-877-740-6600
OrgTechEmail:  hostmaster@yipes.com

OrgName:      SBC Telecom Consulting, Inc.
OrgID:        STC-89
Address:      105 Serra Way
Address:      #429
City:         Milpitas
StateProv:    CA
PostalCode:   95035
```

```
Country:        US

NetRange:       208.97.228.0 - 208.97.229.255
CIDR:           208.97.228.0/23
NetName:        YIPS-SBCTELECOM-S05162006
NetHandle:      NET-208-97-228-0-1
Parent:         NET-208-97-192-0-1
NetType:        Reassigned
NameServer:     NS1.SBC.US.COM
NameServer:     NS2.SBC.US.COM
Comment:
RegDate:        2006-05-17
Updated:        2006-05-17

OrgAbuseHandle: ABUSE1158-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-370-5265
OrgAbuseEmail:  abuse@sbc.us.com

OrgNOCHandle: NOC2087-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-800-370-5265
OrgNOCEmail:  noc@sbc.us.com

OrgTechHandle: ADMIN784-ARIN
OrgTechName:   Administrator
OrgTechPhone:  +1-800-370-5265
OrgTechEmail:  admin@sbc.us.com
```