**From:** "Confirmation # 057-3852" <return@hatsbutter.com>
**Subject:** **Second Attempt: Macy's Gift Card Inside**
**Date:** August 16, 2007 9:35:40 AM PDT
**To:** credacts@asis.com



I Want My Macy's Gift Card!

To Stop Receiving Announcements

Your Top Brands Cust Care
303 Park Avenue South #1079
New York, NY 10010

Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and the conditions.
Copyright © 2005 Your Top Brands. All rights reserved.

_____

You have received this message because you signed up with whenews.com or one of its partners.
We are a service provider and not the seller of the product(s) or service(s) contained in the email.
If you prefer not to receive emails from us, go here.
Or Mail To:
Direct Consumer Services
723 S. CASINO CENTER BLVD., 2nd FLOOR  LAS VEGAS, NV 89101-6716

```
Return-Path: <ret@hatsbutter.com>
Received: from source ([71.6.138.8]) by exprod5mx211.postini.com ([64.18.4.10]) with SMTP;
     Thu, 16 Aug 2007 11:35:40 EDT
Received: from psmtp.com (exprod5mx211.postini.com [64.18.0.70])
     by mail.asis.com (Postfix) with SMTP id B1BAA5F5D
     for <xxx@xxxx.xxx>; Thu, 16 Aug 2007 08:38:32 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
     by mail.asis.com (Postfix) with ESMTP id 0F7275F10
     for <xxx@xxxx.xxx>; Thu, 16 Aug 2007 08:38:33 -0700 (PDT)
Message-ID: <1187278540.4040@hatsbutter.com>
Date: Thu, 16 Aug 2007 08:35:40 -0800
From: "Confirmation # 057-3852" <return@hatsbutter.com>
To: xxx@xxxx.xxx
Subject: Second Attempt: Macy's Gift Card Inside
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="mg_boundary-721269-416667"
X-Original-To: xxx@xxxx.xxx
Delivered-To: xxx@xxxx.xxx
X-Userid: xxx@xxxx.xxx
X-ID: cz22561
X-Recipient: xxx@xxxx.xxx
X-hatsbutter.com-MsgID: cz22561-cn_reg60
X-pstn-levels: (S: 0.00000/93.90022 R:95.9108 P:95.9108 M:97.0282 C:65.6198 )
X-pstn-settings: 3 (1.0000:1.5000) s gt3 gt2 gt1 r p m C
X-pstn-addresses: from <return@hatsbutter.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

--mg_boundary-721269-416667
Content-Type: text/plain; charset="iso-8859-1"

Confirmation # 057-3852


Get a 500 Dollar Macy's (R) Gift Card... On the House!


http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html
```

To stop receiving announcements:

http://hatsbutter.com/t/c/58612/cn_reg60/cz22561.html


Your Top Brands Cust Care

303 Park Avenue South #1079

New York, NY 10010

Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not

affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment.

To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules)

and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and the conditions.

Copyright Â© 2005 Your Top Brands. All rights reserved.

```
------------------------------------------------------------
You have received this message because you signed up with whenews.com or one of its partners. We are a service
provider and not the seller of the product(s) or service(s) contained in the message.
If you prefer not to receive messages from us:
http://hatsbutter.com/index.php?l=cn_reg60&e=xxx@xxxx.xxx

Direct Consumer Services
723 S. Casinno Center Blvd., 2nd Floor
Las Vegas, NV 89101-6716
--mg_boundary-721269-416667
Content-Type: text/html; charset="iso-8859-1"

<center>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table width="600" height="450" border="0" align="center" cellpadding="0" cellspacing="0" id="Table_01">
    <tr>
        <td colspan="3">
            <a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html"><img src="http://hatsbutter.com/t/c/58606/i" border=0 alt=""></a></td>
    </tr>
    <tr>
        <td rowspan="2">
            <a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html"><img src="http://hatsbutter.com/t/c/58607/i" border=0 alt=""></a></td>

        <td>
            <a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html"><img src="http://hatsbutter.com/t/c/58608/i" border=0 alt=""></a></td>
        <td rowspan="2">
            <a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html"><img src="http://hatsbutter.com/t/c/58609/i" border=0alt=""></a></td>
    </tr>
    <tr>
        <td>
            <a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html"><img src="http://hatsbutter.com/t/c/58610/i" border=0 alt=""></a></td>
    </tr>
</table>
<p align="center"><a href="http://hatsbutter.com/t/c/58611/cn_reg60/cz22561.html" target="_blank"><font size="4" face="Arial, Helvetica, sans-serif">I
  Want My Macy's Gift Card!</font></a> </p>
<p><br>
```

```
<br>
<font size="2" face="Arial, Helvetica, sans-serif"></table>
</font></p><font size="2" face="Arial, Helvetica, sans-serif"><div align="center"><font size="3"><a href="http://
hatsbutter.com/t/c/58612/cn_reg60/cz22561.html">To
  Stop Receiving Announcements</a></font></div>
</font>
<p align="center"><font size="2" face="Arial, Helvetica, sans-serif">Your Top
  Brands Cust Care<br>
  303 Park Avenue South #1079 <br>
  New York, NY 10010</font></p>

<p align="center"><font size="2" face="Arial, Helvetica, sans-serif">Powered by
  Your Top Brands. Your Top Brands is an independent rewards program for consumers
  and is not <br>
  affiliated with any of the companies mentioned above. Your Top Brands is solely
  responsible for all gift fulfillment. <br>
  To receive your gift, simply 1) Participate in the survey 2) Qualify for the
  sponsor offer(s) (see Gift Rules) <br>
  and 3) Follow redemption instructions. By continuing, you certify that you agree
  to the terms and the conditions. <br>
  Copyright Â© 2005 Your Top Brands. All rights reserved.</font></p>
</body>

<img src="http://hatsbutter.com/t/o/cn_reg60/cz22561/3143.gif"><br>
<br>
_____<br>

<p><a href="http://hatsbutter.com/index.php"><img src="http://www.whenews.com/images/avamf.gif" border="0"></a></p>
</body>
</html>

--mg_boundary-721269-416667--
```

**From:** "MAYBELLINE Mascara Samples" <return@landscapeoval.com>
**Subject: MAYBELLINE Define-A-Lash Mascara - Samples Giveaway**
**Date:** August 29, 2007 11:20:23 AM PDT
**To:** xxx@xxxx.xxx



[MAYBELLINE Define-A-Lash Mascara - Samples Giveaway](#)

Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Product Samples is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and the conditions. Copyright Â© 2005 Your Product Samples. All rights reserved.

[To stop receiving announcements about Maybelline Mascara](#)

Your Product Samples Cust Care
303 Park Avenue South #1079
New York, NY 10010

_____

You have received this message because you signed up with kettlebirdie.com or one of it's partners.
We are a service provider and not the seller of the product(s) or service(s) contained in the email.
If you prefer not to receive emails from us, go here.
Or Mail To:
Direct Consumer Services
723 S. CASINO CENTER BLVD., 2nd FLOOR  LAS VEGAS, NV 89101-6716

```
Return-Path: <ret@landscapeoval.com>
Received: from source ([72.46.138.74]) by exprod5mx238.postini.com ([64.18.4.10]) with SMTP;
     Wed, 29 Aug 2007 10:33:51 PDT
Received: from psmtp.com (exprod5mx238.postini.com [64.18.0.124])
     by mail.asis.com (Postfix) with SMTP id 13BA8621D
     for <xxx@xxxx.xxx>; Wed, 29 Aug 2007 10:36:44 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
     by mail.asis.com (Postfix) with ESMTP id 18FE85FF5
     for <xxx@xxxx.xxx>; Wed, 29 Aug 2007 10:36:48 -0700 (PDT)
Message-ID: <1188408023.7075@landscapeoval.com>
Date: Wed, 29 Aug 2007 10:20:23 -0800
From: "MAYBELLINE Mascara Samples" <return@landscapeoval.com>
To: xxx@xxxx.xxx
Subject: MAYBELLINE Define-A-Lash Mascara - Samples Giveaway
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="mg_boundary-395594-437450"
X-Original-To: xxx@xxxx.xxx
Delivered-To: xxx@xxxx.xxx
X-Userid: xxx@xxxx.xxx
X-ID: kz2617
X-Recipient: xxx@xxxx.xxx
X-landscapeoval.com-MsgID: kz2617-nz_sh_reg
X-pstn-levels: (S: 0.00000/88.79939 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <return@landscapeoval.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

--mg_boundary-395594-437450
Content-Type: text/plain; charset="iso-8859-1"
```

MAYBELLINE Mascara Samples

Get a Sample of MAYBELLINE Define-A-Lash Mascara

http://landscapeoval.com/t/c/2894/nz_sh_reg/kz2617.html

Open your eyes to NEW MAYBELLINE Define-A-Lash Mascara!

Bring on long, luscious, beautifully-designed lashes for exactly the look you want.

The brush design is unlike any other. Carefully placed flexible bristles allow color to coat lashes without causing clumping, smearing, smudging or flaking so that you can wear your mascara regularly.

Choose from 3 Lash-Enhancing Shades:

Ã¯ Soft Black

Ã¯ Very Black

Ã¯ Brownish Black

Definition + Length. Add a touch of drama to your everyday.

Get luscious, beautifully-designed, dramatic lashes!

Ã¯ Ophthalmologist & allergy tested

Ã¯ Suitable for sensitive contact lens wearer

Ã¯ Removes easily with soap & water

Ã¯ Fragrance-free

Get a Sample of MAYBELLINE Define-A-Lash Mascara

http://landscapeoval.com/t/c/2894/nz_sh_reg/kz2617.html

To stop receiving announcements about Maybelline Mascara:

http://landscapeoval.com/t/c/2895/nz_sh_reg/kz2617.html

Your Top Brands Cust Care

303 Park Avenue South #1079

New York, NY 10010

Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Product Samples is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and the

conditions. Copyright Â© 2005 Your Product Samples. All rights reserved.

---
You have received this message because you signed up with kettlebirdie.com or one of its partners. We are a service provider and not the seller of the product(s) or service(s) contained in the message.
If you prefer not to receive messages from us:
http://landscapeoval.com/index.php?l=nz_sh_reg&e=xxx@xxxx.xxx

Direct Consumer Services
723 S. Casinno Center Blvd., 2nd Floor
Las Vegas, NV 89101-6716
--mg_boundary-395594-437450
Content-Type: text/html; charset="iso-8859-1"

```
<body topmargin="0">
<table width="650" border="0" align="center" cellpadding="0" cellspacing="0">
  <tr>
    <td><img src="http://landscapeoval.com/t/c/2889/i" width="650" height="25"><br>
    <img src="http://landscapeoval.com/t/c/2890/i" width="650" height="175"><br>
    <a href="http://landscapeoval.com/t/c/2894/nz_sh_reg/kz2617.html"><img src="http://landscapeoval.com/t/c/2891/i" width="650" height="32" border="0"></a><br>
    <img src="http://landscapeoval.com/t/c/2892/i" width="650" height="220"><br>
    <img src="http://landscapeoval.com/t/c/2893/i" width="650" height="63"></td>
  </tr>
</table><p align=center><font size="4" face="Arial, Helvetica, sans-serif"><a href="http://landscapeoval.com/t/c/2894/nz_sh_reg/kz2617.html" target="new">MAYBELLINE Define-A-Lash Mascara - Samples Giveaway</a></p>

<table width="650" border="0" align="center" cellspacing="0" cellpadding="2">
    <tr>
      <td align="left" valign="top"> <font size="1" face="Verdana, Arial, Helvetica, sans-serif">Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Product Samples is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and the conditions. Copyright Â© 2005 Your Product Samples. All rights reserved.<br>
<br>
<a href="http://landscapeoval.com/t/c/2895/nz_sh_reg/kz2617.html">To stop receiving announcements about Maybelline Mascara</a><br><br>
Your Product Samples Cust Care<br>303 Park Avenue South #1079<br> New York, NY 10010<br>
 </font></td></tr></table>

</body>
</html><img src="http://landscapeoval.com/t/o/nz_sh_reg/kz2617/179.gif"><br>
<br>
_____<br>
```

```
<p><a href="http://landscapeoval.com/index.php"><img src="http://www.kettlebirdie.com/images/ajphgh.gif" border="0"></a></p>
</body>
</html>

--mg_boundary-395594-437450--
```

**From:** "Your Top Brands" <happy@mx22.greenthe.com>
**Subject: Top Brands Service**
**Date:** August 27, 2007 3:47:32 AM PDT
**To:** Gxxxxxxxxx@asis.com
**Reply-To:** happy@mx22.greenthe.com



Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands. All rights reserved.

<u>Click here</u> to stop receiving emails.
Your Top Brands Customer Care
303 Park Avenue South #1079
New York, NY 10010

Stop All Future Mailings Here

Customer Support
Virtual Communications Co.
6615 W Boynton Bch Blvd, #319
Boynton Beach, FL 33437

We respect your privacy. You have opted in to receive special email offers on the web while visiting Ibill Purchase (and/or our business associates).
You visited from Internet address 216.212.28.31 at date: 10/17/2005 14:48:47

Privacy Policy - Terms and Conditions of this Email:
This notice outlines the privacy policies associated with his Email. By clicking any image and/or text link in this Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are representing that you have the authority and are authorizing Find A Quote and/or any of its business associates to contact you via email, postal mail, or telephonically with information stored in the Find A Quote database. 
Changes to the Privacy Policy

```
Return-Path: <happy@mx22.greenthe.com>
Received: from source ([72.46.135.151]) by exprod5mx238.postini.com ([64.18.4.11]) with SMTP;
    Mon, 27 Aug 2007 05:56:00 CDT
Received: from psmtp.com (exprod5mx238.postini.com [64.18.0.124])
    by mail.asis.com (Postfix) with SMTP id 73C185F87
    for <xxx@xxxx.xxx>; Mon, 27 Aug 2007 03:58:53 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
    by mail.asis.com (Postfix) with ESMTP id 55D745FB6
    for <xxx@xxxx.xxx>; Mon, 27 Aug 2007 03:58:54 -0700 (PDT)
Message-ID: <20070827034732.4732E7A96238@mx22.greenthe.com>
Date: Mon, 27 Aug 2007 03:47:32 -0700
From: "Your Top Brands" <happy@mx22.greenthe.com>
Reply-To: happy@mx22.greenthe.com
To: "xxxxx" xxx@xxxx.xxx
Subject: Top Brands Service
MIME-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
X-Original-To: xxx@xxxx.xxx
Delivered-To: xxx@xxxx.xxx
X-Priority: 3
X-Mailer: PHP5
X-Postfix-Status: sysstat-e7a96238630f993297bd59c3c075e2ff
X-pstn-levels: (S: 0.89073/99.80319 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <happy@mx22.greenthe.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

<html>
<head><title>Top Brands Service</title>
</head>
<body>
<html>
<body>
    <table width="600" border=0 cellpadding=0 cellspacing=0 align=center>
        <tr>
            <td>
                <a href="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7954/e7a96238630f993297bd59c3c075e2ff"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7955" border="0"></a>
            </td>
        </tr>

        <tr>
            <td>
                <a href="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7954/e7a96238630f993297bd59c3c075e2ff"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7956" border="0"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7957" border="0"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7958" border="0"></a>
            </td>
        </tr>

        <tr>
            <td>
                <a href="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7954/e7a96238630f993297bd59c3c075e2ff"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7959" border="0"></a>
            </td>
        </tr>

        <tr>
            <td>
                <a href="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7954/
```

```
e7a96238630f993297bd59c3c075e2ff"><img src="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7960"
border="0"></a>
		</td>
	</tr>

	<tr>
		<td align="justify">
			Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers
			and is not affiliated with any of the companies mentioned above. Your Top Brands is solely
			responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey
			2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
			By continuing, you certify that you agree to the terms and conditions.
			Copyright &#169; 2005 Your Top Brands. All rights reserved.
		</td>
	</tr>

	<tr>
		<td align="center">
			<br>
			<a href="http://www.superhitdomain.com/htdocs/cmp_XY591615422658-8404/7961/
e7a96238630f993297bd59c3c075e2ff">Click here</a> to stop receiving emails.<BR>
			Your Top Brands Customer Care<BR>
			303 Park Avenue South #1079<BR>
			New York, NY 10010
		</td>
	</tr>
</table>

   <br><br>
<div align="center">
<a href="http://www.superhitdomain.com/ofem_e7a96238630f993297bd59c3c075e2ff/cc_XY591615422658-8404"><img border="0"
alt="" src="http://www.superhitdomain.com/offmap/idol/86me2.gif"></a><br>
<br> Customer Support<br>
Virtual Communications Co.<br>
6615 W Boynton Bch Blvd, #319<br>
Boynton Beach, FL 33437<br><br>


<img src = "http://www.superhitdomain.com/gdm_e7a96238630f993297bd59c3c075e2ff/cmp_XY591615422658-8404">

<font size="2">
<div align="center" style="border: 1px solid rgb(102, 102, 102); padding: 5px; background: rgb(239, 239, 239) none
repeat scroll 0% 50%; overflow: auto; font-family: Arial,Helvetica,sans-serif; font-size: 8pt; width: 585px; height:
60px; text-align: left; -moz-background-clip: -moz-initial; -moz-background-origin: -moz-initial; -moz-background-
inline-policy: -moz-initial;"> Privacy Policy - Terms and Conditions of this Email:<br>
This notice outlines the privacy policies associated with his Email. By clicking any image and/or text link in this
Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are
representing that you have the authority and are authorizing Find A Quote and/or any of its business associates to
contact you via email, postal mail, or telephonically with information stored in the Find A Quote database.<br>
Changes to the Privacy Policy:<br>
We reserve the right to change the terms of this Privacy Policy at any time. We encourage you to check the Privacy
Policy in each new email sent to you regularly. Your continued use of our email service following any changes to this
Privacy Policy will constitute your acceptance of such changes.  This privacy policy was last amended on October 9th,
2006.<br>
Personal Information and IP Address:<br>
Each time you view and/or click any image or text link in a Find A Quote sponsored email, our web server automatically
recognizes your IP address and contact information. Your IP address is used to help us identify and gather broad
demographic information about you. We also use your IP address and contact information to help diagnose problems with
our servers, pre-populate Find A Quote administered Web Sites, and to better serve you in using the features
associated with our email service.<br>
<a href="http://www.superhitdomain.com/policys/privacy_policy_faq.html">View Complete Policy Here.</a><br>
Contacting Us About Privacy Questions Or Concerns:<br>
```

If you have any questions about this Privacy Policy, please email us at privacy(at)findaquote(dot)net, or by sending a letter to:<br>
Privacy, 6542 Hypoluxo  Suite 170 , Lake Worth, FL, 33467<br>
</div>
</font>
</div>
</body></html>