**From:** "New Cookies" <newcookies@mx1.wantitworld.com>
**Subject:** **[BULK] Sample All NEW Oreo Soft Snack Cakes!**
**Date:** September 6, 2007 12:19:41 AM PDT
**To:** <xxxxxxx@foggy.net>
**Reply-To:** newcookies@mx1.wantitworld.com

Get your FREE* Sample of Oreo Cakesters (Soft Snack Cakes)

Just take our survey and complete participation requirements where you sample and purchase products of interest.

CLICK TO CHOOSE YOUR FLAVOR

Get your hands on 3 boxes of soft, moist, fresh chocolate snack cakes, filled with a thick layer of smooth, one-of-a-kind Oreo Creme. Comes in two varieties: Original and Chocolate Creme.

12 Cakes x3

Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Product Samples is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Product Samples. All rights reserved.

You can unsubscribe from promotions by Clicking Here.
Mailing address: Your Product Samples Customer Care, 303 Park Avenue South #1079 New York, NY 10010.



Directors Office
133 N Friendswood Dr
Friendswood, TX 77546

We respect your privacy. You have opted in to receive special email offers on the web while visiting Naviant Network (and/or our business associates).
You visited from internet address 210.203.188.158 at date: 05/18/2005 00:00:00

Privacy Policy - Terms and Conditions of this Email:
This notice outlines the privacy policies associated with his Email. By following any image and/or text link in this Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are representing that you have the authority and are authorizing http://www.fileshaper.com and/or any of its business associates to contact you via email, postal mail, or telephonically with information stored in the

!DSPAM:46dfad05190413200213121!

Return-Path: <newcookies@mx1.wantitworld.com>
Received: from mx1.wantitworld.com (mx1.wantitworld.com [208.66.78.202]) by barracuda.foggy.net with SMTP id SXAZWwlZcVYq5kFN for <xxx@xxxx.xxx>; Thu, 06 Sep 2007 00:32:17 -0700 (PDT)
Received: from mx1.wantitworld.com (localhost [127.0.0.1])
by barracuda.foggy.net (Spam Firewall) with SMTP id 0C2DCABCA3
for <xxx@xxxx.xxx>; Thu, 6 Sep 2007 00:32:17 -0700 (PDT)
Received: from barracuda.foggy.net (muggy.foggy.net [216.100.254.5])
by mail.foggy.net (8.13.1/8.13.1) with ESMTP id l867WJ5j054256
for <xxx@xxxx.xxx>; Thu, 6 Sep 2007 00:32:19 -0700 (PDT)
(envelope-from newcookies@mx1.wantitworld.com)
Received: from mail.foggy.net (mail.foggy.net [216.100.254.3])
by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l867WKf5019039
for <xxx@xxxx.xxx>; Thu, 6 Sep 2007 00:32:20 -0700 (PDT)
(envelope-from newcookies@mx1.wantitworld.com)
Message-ID: <20070906001941.194191DABA43@mx1.wantitworld.com>
Date: Thu, 06 Sep 2007 00:19:41 -0700
From: "New Cookies" <newcookies@mx1.wantitworld.com>
Reply-To: newcookies@mx1.wantitworld.com
To: "xxxxx" xxx@xxxx.xxx
Subject: [BULK] Sample All NEW Oreo Soft Snack Cakes!
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----_91daba43e00ea015cbd0eff30839ffbe"
X-ASG-Debug-ID: 1189063937-328f00130000-kdq6QA
X-Barracuda-URL: http://216.100.254.5:8000/cgi-bin/mark.cgi
X-Priority: 3
X-Priority: 5 (Lowest)
X-Mailer: PHP5
X-Postfix-Status: sysstat-91daba43e00ea015cbd0eff30839ffbe
X-ASG-Orig-Subj: Sample All NEW Oreo Soft Snack Cakes!
X-Barracuda-Connect: mx1.wantitworld.com[208.66.78.202]
X-Barracuda-Start-Time: 1189063938
X-Barracuda-Bayes: SPAM GLOBAL 1.0000 1.0000 4.3430
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at foggy.net
X-Barracuda-Spam-Score: 4.52
X-Barracuda-Spam-Status: Yes, SCORE=4.52 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=5.0 KILL_LEVEL=1000.0 tests=HTML_MESSAGE, HTML_TAG_BALANCE_BODY
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.27660
Rule breakdown below
pts rule name description
---- ---------------------- --------------------------------------------------
0.18 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
0.00 HTML_MESSAGE BODY: HTML included in message
X-MSMail-Priority: Low
Importance: Low
X-Barracuda-Spam-Flag: YES
X-DSPAM-Result: Spam
X-DSPAM-Confidence: 0.9997
X-DSPAM-Probability: 1.0000
X-DSPAM-Signature: 46dfad05190413200213121
X-DSPAM-User: xxxxx

------_91daba43e00ea015cbd0eff30839ffbe
Content-Type: text/plain; charset=iso-8859-1
Content-Disposition: inline
Content-Transfer-Encoding: 7bit

Get your FREE* Sample of Oreo Cakesters (Soft Snack Cakes)

Just take our survey and complete participation requirements where you sample and purchase products of interest.

CLICK TO CHOOSE YOUR FLAVOR

http://www.fileshaper.com/htdocs/cmp_XY279244888732-9110/23204/91daba43e00ea015cbd0eff30839ffbe

Get your hands on 3 boxes of soft, moist, fresh chocolate snack cakes, filled with a
thick layer of smooth, one-of-a-kind Oreo Creme. Comes in two varieties: Original and Chocolate
Creme.

12 Cakes x3

* See Terms & Gift Rules

Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers
and is not affiliated with any of the companies mentioned above. Your Product Samples is solely
responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey
2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Product Samples.
All rights reserved.

You can stop promotions by visiting this website: http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23205/91daba43e00ea015cbd0eff30839ffbe
Mailing address: Your Product Samples Customer Care, 303 Park Avenue South #1079 New York, NY 10010. <a href="http://
www.fileshaper.com/htdocs/cmp_XY279244888732-9110/23206/91daba43e00ea015cbd0eff30839ffbe">Click Here</a>

We respect your privacy. You have requested to receive special announcements on
the web while visiting one of our sites, or one of our other buisness affiliates.

To view your sign up information follow url below.
http://www.fileshaper.com/gdm_91daba43e00ea015cbd0eff30839ffbe/cmp_XY279244888732-9110

To stop all future announcements, follow url below:
http://www.fileshaper.com/ofem_91daba43e00ea015cbd0eff30839ffbe/cc_XY279244888732-9110

Directors Office
133 N Friendswood Dr
Friendswood, TX 77546

!DSPAM:46dfad05190413200213121!

------_91daba43e00ea015cbd0eff30839ffbe
Content-Type: text/html; charset=iso-8859-1
Content-Disposition: inline
Content-Transfer-Encoding: 7bit

```
<html>
<head><title>Sample All NEW Oreo Soft Snack Cakes!</title>
</head>
<body>
<html>
<head>
<title>Sample All NEW Oreo Soft Snack Cakes!</title>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<!-- ImageReady Slices (oreo_email.psd) -->
```

```
<table id="Table_01" width="650" height="450" border="0" cellpadding="0" cellspacing="0" align=center>
     <tr>
          <td>
               <a href="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23198/91daba43e00ea015cbd0eff30839ffbe"><img src="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23199" width="456" height="178" alt="" border="0"></a></td>
          <td>
               <a href="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23198/91daba43e00ea015cbd0eff30839ffbe"><img src="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23200" width="194" height="178" alt="" border="0"></a></td>
     </tr>
     <tr>
          <td>
               <a href="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23198/91daba43e00ea015cbd0eff30839ffbe"><img src="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23201" width="456" height="272" alt="" border="0"></a></td>
          <td>
               <a href="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23198/91daba43e00ea015cbd0eff30839ffbe"><img src="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23202" width="194" height="272" alt="" border="0"></a></td>
     </tr>
<tr><td colspan=2><br><br>
Get your FREE* Sample of Oreo Cakesters (Soft Snack Cakes)
<br><br>
Just take our survey and complete participation requirements where you sample and purchase
products of interest.
<br><br>
CLICK TO CHOOSE YOUR FLAVOR
<br><br>
Get your hands on 3 boxes of soft, moist, fresh chocolate snack cakes, filled with a
thick layer of smooth, one-of-a-kind Oreo Creme. Comes in two varieties: Original and Chocolate
Creme.
<br><br>
12 Cakes x3<br><br>
</td></tr>
</table>
<!-- End ImageReady Slices -->
<table width="660" border="0" cellspacing="0" cellpadding="2" align=center>
    <tr>
      <td align="left" valign="top"> <font size="1" face="Verdana, Arial, Helvetica, sans-serif">
Powered by Your Product Samples. Your Product Samples is an independent rewards program for consumers and is not
affiliated with any of the companies mentioned above. Your Product Samples is solely responsible for all gift
fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift
Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions.
Copyright &#169; 2005 Your Product Samples. All rights reserved.<br>
<br>
You can unsubscribe from promotions by <a href="http://www.fileshaper.com/htdocs/
cmp_XY279244888732-9110/23203/91daba43e00ea015cbd0eff30839ffbe"> Clicking Here. </a><br>
Mailing address: Your Product Samples Customer Care, 303 Park Avenue South #1079 New York, NY 10010.<br>
 </font></td></tr></table>
       <br><br>
<div align="center">
<a href="http://www.fileshaper.com/ofem_91daba43e00ea015cbd0eff30839ffbe/cc_XY279244888732-9110"><img border="0"
alt="" src="http://www.fileshaper.com/images/rmv061.gif"></a><br>
<br>
Directors Office<br>
133 N Friendswood Dr<br>
Friendswood, TX 77546<br>
<br>

<img src = "http://www.fileshaper.com/gdm_91daba43e00ea015cbd0eff30839ffbe/cmp_XY279244888732-9110">
```

```
<font size="2">
<div align="center" style="border: 1px solid rgb(102, 102, 102); padding: 5px; background: rgb(239, 239, 239) none
repeat scroll 0% 50%; overflow: auto; font-family: Arial,Helvetica,sans-serif; font-size: 8pt; width: 585px; height:
60px; text-align: left; -moz-background-clip: -moz-initial; -moz-background-origin: -moz-initial; -moz-background-
inline-policy: -moz-initial;"> Privacy Policy - Terms and Conditions of this Email:<br>
This notice outlines the privacy policies associated with his Email. By following any image and/or text link in this
Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are
representing that you have the authority and are authorizing http://www.fileshaper.com and/or any of its business
associates to contact you via email, postal mail, or telephonically with information stored in the http://
www.fileshaper.com database.<br>
Changes to the Privacy Policy:<br>
We reserve the right to change the terms of this Privacy Policy at any time. We encourage you to check the Privacy
Policy in each new email sent to you regularly. Your continued use of our email service following any changes to this
Privacy Policy will constitute your acceptance of such changes.  This privacy policy was last amended on October 9th,
2006.<br>
Personal Information and IP Address:<br>
Each time you view and/or click any image or text link in a {$DDOMAIN} sponsored email, our web server automatically
recognizes your IP address and contact information. Your IP address is used to help us identify and gather broad
demographic information about you. We also use your IP address and contact information to help diagnose problems with
our servers, pre-populate http://www.fileshaper.com  administered Web Sites, and to better serve you in using the
features associated with our email service.<br>
<a href="http://www.fileshaper.com/policys/privacy_policy_faq.html">View Complete Policy Here.</a><br>
Contacting Us About Privacy Questions Or Concerns:<br>
If you have any questions about this Privacy Policy,  send a letter to:<br>
Privacy, 133 N Friendswood Dr. Friendswood, TX 77546<br>
</div><a href="http://http://www.fileshaper.com/10.php?e=91daba43e00ea015cbd0eff30839ffbe"></a>

</font>
</div>

!DSPAM:46dfad05190413200213121!

</body></html>

------_91daba43e00ea015cbd0eff30839ffbe--
```

**From:** YourTopBrands <YourTopBrands@northatlantamedicalgroup.com>
**Subject:** **[QUAR] Vote for your favorite laundry detergent and get $100!**
**Date:** September 9, 2007 12:53:05 PM PDT
**To:** xxx@xxxx.xxx

Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2006 Your Top Brands. All rights reserved. Click here to unsubscribe from our promotions. Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

Click here to unsubscribe. Or write to: ABSO Inc. 4279 Roswell Rd NE Suite 102-245 Atlanta, GA 30342-3700

```
Return-Path: <1-590436-xxxx.xxx?xxx@rqu.northatlantamedicalgroup.com>
Received: from rqu.northatlantamedicalgroup.com [38.99.114.124] by northatlantamedicalgroup.com [38.99.114.124];
  Sun, 9 Sep 2007 12:53:05 PST
Received: from rqu.northatlantamedicalgroup.com ([38.99.114.124]) by barracuda.foggy.net with SMTP id kevYxI5XXNks6e17
for <xxx@xxxx.xxx>; Sun, 09 Sep 2007 14:39:13 -0700 (PDT)
Received: from rqu.northatlantamedicalgroup.com (localhost [127.0.0.1])
     by barracuda.foggy.net (Spam Firewall) with SMTP id 6E040CF8CD
     for <xxx@xxxx.xxx>; Sun,  9 Sep 2007 14:39:13 -0700 (PDT)
Received: from barracuda.foggy.net (muggy.foggy.net [216.100.254.5])
     by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l89LdECG040271
     for <xxx@xxxx.xxx>; Sun, 9 Sep 2007 14:39:14 -0700 (PDT)
     (envelope-from 1-590436-xxxx.xxx?xxx@rqu.northatlantamedicalgroup.com)
Message-ID: <1-590436-0vcez93Y88sUecr@rqu.northatlantamedicalgroup.com>
Date: Sun, 9 Sep 2007 12:53:05 PST
From: YourTopBrands <YourTopBrands@northatlantamedicalgroup.com>
To: xxx@xxxx.xxx
Subject: [QUAR] Vote for your favorite laundry detergent and get $100!
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="-=71060e24d5918010c477bc379bc9c382";
X-ASG-Debug-ID: 1189373952-5f86002e0001-nov5w8
X-Barracuda-URL: http://216.100.254.5:8000/cgi-bin/mark.cgi
DKIM-Signature: v=1; a=rsa-sha1; c=simple; d=northatlantamedicalgroup.com;
     h=from:to:subject:content-type:date:message-id;
     q=dns/txt; s=s512; bh=aVxJJzPi8FjtqzK8SZ8KGYGzGHM=;
     b=AtOjKuZQfZcdYwlH+oAyGuVHXG4CYhgIiEpWqtZqXdpJSqgakkzf+ZG/uvexRnroXA31i1k+qsOGAd9G5ibHAA==;
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=simple;
     s=s512; d=northatlantamedicalgroup.com;
     b=mBnSyIUoYQGe5zVBlF11d6m0SZwWD5KJVIHri6ciZUKiQyEq1HiNN8TJIOXV267qvRm1CSigUjxEA/qVeWpMrg==;
X-ASG-Orig-Subj: Vote for your favorite laundry detergent and get $100!
X-Mailer: 3.4.0-15 [Aug 31 2007, 03:10:17]
X-Barracuda-Connect: UNKNOWN[38.99.114.124]
X-Barracuda-Start-Time: 1189373953
X-Barracuda-Bayes: SPAM GLOBAL 0.9085 1.0000 3.3173
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at foggy.net
X-Barracuda-Spam-Score: 8.36
X-Barracuda-Spam-Status: Yes, SCORE=8.36 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=5.0 KILL_LEVEL=1000.0
tests=BSF_SC0_SA074b, BSF_SC0_SA074c, HTML_IMAGE_ONLY_20, HTML_MESSAGE, HTML_SHORT_LINK_IMG_3, RATWARE_EFROM
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.27981
     Rule breakdown below
      pts rule name              description
     ---- ---------------------- --------------------------------------------------
     2.88 RATWARE_EFROM          Bulk email fingerprint (envfrom) found
     0.50 BSF_SC0_SA074c         URI: Custom Rule SA074c
     0.50 BSF_SC0_SA074b         URI: Custom Rule SA074b
     0.64 HTML_IMAGE_ONLY_20     BODY: HTML: images with 1600-2000 bytes of words
     0.00 HTML_MESSAGE           BODY: HTML included in message
     0.52 HTML_SHORT_LINK_IMG_3  HTML is very short with a linked image
X-Priority: 5 (Lowest)
X-MSMail-Priority: Low
Importance: Low

---=71060e24d5918010c477bc379bc9c382
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit
```

Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies

```
mentioned above. Your Top Brands is solely responsible for all gift
fulfillment.  To receive your gift, simply 1) Participate in the
survey 2) Qualify
for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption
instructions.  By continuing, you certify that you agree to the terms
and conditions.
Copyright © 2006 Your Top Brands. All rights reserved. Click here
http://northatlantamedicalgroup.com/sovsel?m=590436&l=1 to unsubscribe from  our
promotions. Mailing address: Your Top Brands Customer Care,
303 Park Avenue South #1079 New York, NY 10010.

Click http://northatlantamedicalgroup.com/unsub.php?e=xxx@xxxx.xxx&m=590436 to
unsubscribe.    Or write to: ABSO Inc.   4279 Roswell Rd NE   Suite
102-245   Atlanta, GA 30342-3700

<1;6gGzLNR055JPzGr;590436>
---=71060e24d5918010c477bc379bc9c382
Content-Type: text/html; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit

<html>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table
id="Table_01" width="650" height="476" border="0" cellpadding="0" cellspacing="0">
<tr>
<td>
<a
href="http://northatlantamedicalgroup.com/sovsel?m=590436&l=0"> <img
src="http://www.imglt.com/i/lt/2013/detergent_01.gif" width="650" height="127" alt="" border="0"></a></td>
</tr>
<tr>
<td>
<a
href="http://northatlantamedicalgroup.com/sovsel?m=590436&l=0"> <img
src="http://www.imglt.com/i/lt/2013/detergent_02.gif" width="650" height="349" alt="" border="0"></a></td>
</tr>
</table><br><font size="1">Powered by Your Top Brands. Your Top Brands is an
independent rewards program for consumers and is not affiliated with any of the
companies <br>
mentioned above. Your Top Brands is solely responsible for all gift fulfillment.
To receive your gift, simply 1) Participate in the survey 2) Qualify <br>
for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms and conditions. <br>
Copyright © 2006 Your Top Brands. All rights reserved. Click
<a
href="http://northatlantamedicalgroup.com/sovsel?m=590436&l=1">here</a> to unsubscribe from
our promotions. Mailing address: Your Top Brands Customer Care, <br>
303 Park Avenue South #1079 New York, NY 10010.</font>

<br><br>Click <a href="http://northatlantamedicalgroup.com/unsub.php?e=xxx@xxxx.xxx&m=590436">here</a> to unsubscribe.

Or write to: ABSO Inc.
4279 Roswell Rd NE
Suite 102-245
Atlanta, GA 30342-3700

<br><br><font color='#ffffff' face='arial,helvetica' size='1'><1;24A1eRGYBBr81A.;590436></font>
<img src="http://northatlantamedicalgroup.com/clickopen?msgid=590436&email=0vcez93Y88sUecr" width="1" height="1"></
body></html>
---=71060e24d5918010c477bc379bc9c382--
```

**From:** "Sheer Lip Gloss" <lipgloss@mx3.rowusa.net>
**Subject:** **[QUAR] Gorgeously Colored Sheer Lip Gloss is yours - On Us!**
**Date:** September 12, 2007 7:46:48 AM PDT
**To:** Jxxxxxxxxx@foggy.net>
**Reply-To:** lipgloss@mx3.rowusa.net

If you can't read or see this email, Click Here



L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss - FREE*!
NEW! L'OREAL Sheer Juicy Lip Gloss in 4 lively colors.

>>For a Limited Time Only<<

Pucker up and get your lips looking lush with L'OREAL!

Nothing says superior shine like summer-inspired L'OREAL COLOUR JUICE for your lips! Get the gleam without the mess. Colour Juice Sheer Juicy Lip Gloss glides on smoothly and conditions your lips by seailing in moisture. Make a splash with lasting shine in your favorite fruit flavor!

â€¢ Cherry on Top â€¢ Grape Soda
â€¢ Strawberry Smoothie â€¢ Watermelon Crush

L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss is great for beautiful lip color & shine. Try Colour Juice Sheer Juicy Lip Gloss as a top coat over your favorite lipstick for an exceptionally accentuated pout!

Get your COLOUR JUICE in one of four popping colors, NOW while supplies last! Simply take our survey & complete the participation requirements where you sample & purchase products of interest.

Powered by USA Survey Group. USA Survey Group is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. USA Survey Group is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2007 USA Survey Group. All rights reserved.

You can unsubscribe from promotions here. Mailing address: USA Survey Group Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

Directors Office
133 N Friendswood Dr
Friendswood, TX 77546

We respect your privacy. You have opted in to receive special email offers on the web while visiting teensbymail (and/or our business associates).
You visited from internet address 65.23.217.102 at date: 09/11/2004 10:26:00

Privacy Policy - Terms and Conditions of this Email:
This notice outlines the privacy policies associated with his Email. By following any image and/or text link in this Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are representing that you have the authority and are authorizing http://www.fileshaper.net and/or any of its business associates to contact you via email, postal mail, or telephonically with information stored in the


```
Return-Path: <lipgloss@mx3.rowusa.net>
Received: from mx3.rowusa.net (mx3.rowusa.net [72.46.131.207]) by barracuda.foggy.net with SMTP id 9GpRDKPNtJNjc0qe
for <xxx@xxxx.xxx>; Wed, 12 Sep 2007 07:46:48 -0700 (PDT)
Received: from mx3.rowusa.net (localhost [127.0.0.1])
     by barracuda.foggy.net (Spam Firewall) with SMTP id F400FED8E9
     for <xxx@xxxx.xxx>; Wed, 12 Sep 2007 07:46:48 -0700 (PDT)
Received: from barracuda.foggy.net (muggy.foggy.net [216.100.254.5])
     by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l8CEkogc003157
     for <xxx@xxxx.xxx>; Wed, 12 Sep 2007 07:46:50 -0700 (PDT)
     (envelope-from lipgloss@mx3.rowusa.net)
Message-ID: <20070912074648.4648B4096889@mx3.rowusa.net>
Date: Wed, 12 Sep 2007 07:46:48 -0700
From: "Sheer Lip Gloss" <lipgloss@mx3.rowusa.net>
Reply-To: lipgloss@mx3.rowusa.net
To: "xxxxx" xxx@xxxx.xxx
Subject: [QUAR] Gorgeously Colored Sheer Lip Gloss is yours - On Us!
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----_b40968892fa7e4b3ec9056b3a1b6b9ce"
X-ASG-Debug-ID: 1189608408-0e1100150000-tAloiS
X-Barracuda-URL: http://216.100.254.5:8000/cgi-bin/mark.cgi
X-Barracuda-BRL-Quarantine: Barracuda Reputation
X-Priority: 3
X-Priority: 5 (Lowest)
X-Mailer: PHP5
X-Postfix-Status: sysstat-b40968892fa7e4b3ec9056b3a1b6b9ce
X-ASG-Orig-Subj: Gorgeously Colored Sheer Lip Gloss is yours - On Us!
X-Barracuda-Connect: mx3.rowusa.net[72.46.131.207]
X-Barracuda-Start-Time: 1189608408
X-Barracuda-Bayes: SPAM GLOBAL 1.0000 1.0000 4.3430
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at foggy.net
X-Barracuda-Spam-Score: 4.52
X-Barracuda-Spam-Status: Yes, SCORE=4.52 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=5.0 KILL_LEVEL=1000.0
tests=HTML_MESSAGE, HTML_TAG_BALANCE_BODY
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.28217
     Rule breakdown below
      pts rule name              description
     ---- ---------------------- --------------------------------------------------
     0.18 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
     0.00 HTML_MESSAGE           BODY: HTML included in message
X-MSMail-Priority: Low
Importance: Low
X-Barracuda-Spam-Flag: YES

------_b40968892fa7e4b3ec9056b3a1b6b9ce
Content-Type: text/plain; charset=iso-8859-1
Content-Disposition: inline
Content-Transfer-Encoding: 7bit
```

L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss - FREE*!

NEW! L'OREAL Sheer Juicy Lip Gloss in 4 lively colors.

>>For a Limited Time Only<<

http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24178/b40968892fa7e4b3ec9056b3a1b6b9ce

Pucker up and get your lips looking lush with L'OREAL!

Nothing says superior shine like summer-inspired L'OREAL COLOUR JUICE for your lips! Get the gleam without the mess. Colour Juice Sheer Juicy Lip Gloss glides on smoothly and conditions your lips by seailing in moisture. Make a splash with lasting shine in your favorite fruit flavor!

â¢ Cherry on Top â¢ Grape Soda
â¢ Strawberry Smoothie â¢ Watermelon Crush

L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss is great for beautiful lip color & shine. Try Colour Juice Sheer Juicy Lip Gloss as a top coat over your favorite lipstick for an exceptionally accentuated pout!

http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24178/b40968892fa7e4b3ec9056b3a1b6b9ce

Get your COLOUR JUICE in one of four popping colors, NOW while supplies last! Simply take our survey & complete the participation requirements where you sample & purchase products of interest.

>>Get Your FREE* L'OREAL SAMPLE NOW<<

http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24178/b40968892fa7e4b3ec9056b3a1b6b9ce

*See Terms and Gift Rules

Powered by USA Survey Group. USA Survey Group is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. USA Survey Group is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2007 USA Survey Group. All rights reserved.

You can stop promotions here http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24179/b40968892fa7e4b3ec9056b3a1b6b9ce Mailing address: USA Survey Group Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

We respect your privacy. You have requested to receive special announcements on the web while visiting one of our sites, or one of our other buisness affiliates.

To view your sign up information follow url below.
http://www.fileshaper.net/gdm_b40968892fa7e4b3ec9056b3a1b6b9ce/cmp_CL044343626831-9713

To stop all future announcements, follow url below:
http://www.fileshaper.net/ofem_b40968892fa7e4b3ec9056b3a1b6b9ce/cc_CL044343626831-9713

Directors Office
133 N Friendswood Dr
Friendswood, TX 77546

------_b40968892fa7e4b3ec9056b3a1b6b9ce
Content-Type: text/html; charset=iso-8859-1
Content-Disposition: inline
Content-Transfer-Encoding: 7bit

```
<html>
<head><title>Gorgeously Colored Sheer Lip Gloss is yours - On Us!</title>
</head>
<body>
<html>
<head>
```

```
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>Gorgeously Colored Sheer Lip Gloss is yours - On Us!</title>
<style type="text/css">
<!--
style1 {font-size: xx-small}
-->
</style>
</head>

<body topmargin="0">
<tr>
    <td align="center"><div align="center"><font color="#898989" size="2">If you can't read or see this email,
      <a href="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24172/b40968892fa7e4b3ec9056b3a1b6b9ce">Click
Here</a></font> </div></td>
  </tr>
<div align="center"><br>
  <table width="250" border="0" align="center" cellpadding="0" cellspacing="0">
    <tr>
      <td><a href="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24172/
b40968892fa7e4b3ec9056b3a1b6b9ce"><img src="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24173"
width="650" height="110" border="0"></a><br>
        <a href="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24172/b40968892fa7e4b3ec9056b3a1b6b9ce"><img
src="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24174" width="650" height="82" border="0"></a><br>
      <a href="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24172/b40968892fa7e4b3ec9056b3a1b6b9ce"><img
src="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24175" width="650" height="25" border="0"></a><br>
      <a href="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24172/b40968892fa7e4b3ec9056b3a1b6b9ce"><img
src="http://www.fileshaper.net/htdocs/cmp_CL044343626831-9713/24176" width="650" height="263" border="0"></a></td>
    </tr>
<tr><td><div align=center><br><br>
L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss - FREE*!<br>
NEW! L'OREAL Sheer Juicy Lip Gloss in 4 lively colors.<br>
<br><br>
>>For a Limited Time Only<<
<br><br></div>
Pucker up and get your lips looking lush with L'OREAL!
<br><br>
Nothing says superior shine like summer-inspired L'OREAL COLOUR JUICE for your lips! Get the gleam without the mess.
Colour Juice Sheer Juicy Lip Gloss glides on smoothly and conditions your lips by seailing in moisture. Make a splash
with lasting shine in your favorite fruit flavor!
<br><br>
â¢ Cherry on Top            â¢ Grape Soda<br>
â¢ Strawberry Smoothie      â¢ Watermelon Crush<br>
<br>
L'OREAL COLOUR JUICE Sheer Juicy Lip Gloss is great for beautiful lip color & shine. Try Colour Juice Sheer Juicy Lip
Gloss as a top coat over your favorite lipstick for an exceptionally accentuated pout!
<br><br>
Get your COLOUR JUICE in one of four popping colors, NOW while supplies last! Simply take our survey & complete the
participation requirements where you sample & purchase products of interest. <br><br>
</td></tr>
    </table>
  <br>
    <span class="style1">Powered by USA Survey Group. USA Survey Group is an independent rewards program for consumers
and is not affiliated with any of the companies mentioned above. USA Survey Group is solely responsible for all gift
fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift
Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions.
Copyright &#169; 2007 USA Survey Group. All rights reserved. </span>
</div>
<p align="center"><span class="style1">You can unsubscribe from promotions <a href="http://www.fileshaper.net/htdocs/
cmp_CL044343626831-9713/24177/b40968892fa7e4b3ec9056b3a1b6b9ce">here</a>. Mailing address: USA Survey Group Customer
Care, 303 Park Avenue South #1079 New York, NY 10010. </span><br>
</p>
```

```
<br><br><br>
       <br><br>
<div align="center">
<a href="http://www.fileshaper.net/ofem_b40968892fa7e4b3ec9056b3a1b6b9ce/cc_CL044343626831-9713"><img border="0"
alt="" src="http://www.fileshaper.net/images/rmv061.gif"></a><br>
<br>
Directors Office<br>
133 N Friendswood Dr<br>
Friendswood, TX 77546<br>
<br>

<img src = "http://www.fileshaper.net/gdm_b40968892fa7e4b3ec9056b3a1b6b9ce/cmp_CL044343626831-9713">

<font size="2">
<div align="center" style="border: 1px solid rgb(102, 102, 102); padding: 5px; background: rgb(239, 239, 239) none
repeat scroll 0% 50%; overflow: auto; font-family: Arial,Helvetica,sans-serif; font-size: 8pt; width: 585px; height:
60px; text-align: left; -moz-background-clip: -moz-initial; -moz-background-origin: -moz-initial; -moz-background-
inline-policy: -moz-initial;"> Privacy Policy - Terms and Conditions of this Email:<br>
This notice outlines the privacy policies associated with his Email. By following any image and/or text link in this
Email (excluding the removal link), you are accepting the practices described in this Privacy Policy. As such, you are
representing that you have the authority and are authorizing http://www.fileshaper.net and/or any of its business
associates to contact you via email, postal mail, or telephonically with information stored in the http://
www.fileshaper.net database.<br>
Changes to the Privacy Policy:<br>
We reserve the right to change the terms of this Privacy Policy at any time. We encourage you to check the Privacy
Policy in each new email sent to you regularly. Your continued use of our email service following any changes to this
Privacy Policy will constitute your acceptance of such changes.  This privacy policy was last amended on October 9th,
2006.<br>
Personal Information and IP Address:<br>
Each time you view and/or click any image or text link in a {$DDOMAIN} sponsored email, our web server automatically
recognizes your IP address and contact information. Your IP address is used to help us identify and gather broad
demographic information about you. We also use your IP address and contact information to help diagnose problems with
our servers, pre-populate http://www.fileshaper.net  administered Web Sites, and to better serve you in using the
features associated with our email service.<br>
<a href="http://www.fileshaper.net/policys/privacy_policy_faq.html">View Complete Policy Here.</a><br>
Contacting Us About Privacy Questions Or Concerns:<br>
If you have any questions about this Privacy Policy,  send a letter to:<br>
Privacy, 133 N Friendswood Dr. Friendswood, TX 77546<br>
</div><a href="http://http://www.fileshaper.net/10.php?e=b40968892fa7e4b3ec9056b3a1b6b9ce"></a>

</font>
</div>
</body></html>

------_b40968892fa7e4b3ec9056b3a1b6b9ce--
```