

### Whois Record for Hatsbutter.com  ( Hats Butter )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | Unsubscribe |
| **Title Relevancy** | 100% |
| **AboutUs:** | Wiki article on Hatsbutter.com |
| **SEO Score:** | 78% |
| **Terms:** | 84 (Unique: 67, Linked: 0) |
| **Images:** | 0 (Alt tags missing: 0) |
| **Links:** | 0   (Internal: 0, Outbound: 0) |

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 2006-11-13 |
| **Expires:** | 2007-11-13 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | DNS1.NAME-SERVICES.COM |
| **Name Server:** | DNS2.NAME-SERVICES.COM |
| **Name Server:** | DNS3.NAME-SERVICES.COM |
| **Name Server:** | DNS4.NAME-SERVICES.COM |
| **Name Server:** | DNS5.NAME-SERVICES.COM |
| **Whois Server:** | whois.enom.com |

**Server Data**

| | |
|---|---|
| **Server Type:** | Apache/2.0.53 (Fedora) |
| **IP Address:** | 71.6.138.8   W  R  P  D  T |
| **IP Location:** | - California - San Diego - California Regional Intranet Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

**DomainTools Exclusive**

| | |
|---|---|
| **Registrant Search:** | "WhoisGuard" owns about **126,957 other domains**  New! |

**Add Missing Thumbnail**

Add Thumbnail ( usually under 2 hours. )

**SEO Text Browser**

SEO Text Browser

Disable SEO Text Browser ( Beta )

**Other TLDs**                                           **Hide Key**

| .com | .net | .org | .biz | .info | .us |
|------|------|------|------|-------|-----|
| ■ | ○ | ○ | ○ | ○ | ○ |

**Symbol Key**

○ Available
◐ Available (Previously registered)
■ Registered (Active website)
Ⓟ Registered (Parked or redirected)
⊘ Registered (No website)
⚠ On-Hold (Generic)
⚠ On-Hold (Redemption Period)
⚠ On-Hold (Pending Delete)
⚑ Monitor

| | |
|---|---|
| **Registrar History:** | 1 registrar |
| **IP History:** | 3 changes on 3 unique name servers over 1 years. |
| **Dedicated Hosting:** | hatsbutter.com is hosted on a dedicated server. |
| **Monitor Domain:** | 🚩 Set Free Alerts on hatsbutter.com |
| **Free Tool:** | Download DomainTools for Windows |

## Whois Record

```
Registration Service Provided By: NameCheap.com
Contact:

Domain name: hatsbutter.com

Registrant Contact:
    WhoisGuard
    WhoisGuard Protected (                                    )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd
    8939 S. Sepulveda Blvd
    Westchester, CA 90045
    US

Administrative Contact:
    WhoisGuard
    WhoisGuard Protected (                                    )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd
    8939 S. Sepulveda Blvd
    Westchester, CA 90045
    US

Technical Contact:
    WhoisGuard
    WhoisGuard Protected (                                    )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd
    8939 S. Sepulveda Blvd
    Westchester, CA 90045
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 13 Nov 2006 21:59:30
Expiration date: 13 Nov 2007 21:59:30
```

🔍 Preview
🚫 No preview
✅ Buy this (Available)
✅ Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page   ☑ Indexed Data
☑ Server Data  ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

## Domains for Sale

| Domain | Price |
|---|---|
| ButterBuddies.com | $250.00 |
| CheapButter.com | $450.00 |
| BlueButter.com | $488.00 |
| Butter.us | $500.00 |
| NotButter.com | $588.00 |
| NuttyButter.com | $688.00 |
| ButterPat.com | $950.00 |
| BreadButter.com | $1,000.00 |
| PalmButter.com | $1,000.00 |
| ClarifiedButter.com | $1,188.00 |
| ButterFlavor.com | $1,488.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| ◯ NuttinButter.com | 11-06-2007 |
| ◯ ButterHogs.net | 11-06-2007 |
| ◯ AngryButter.com | 11-08-2007 |
| ◯ ButterFaceBand.com | 11-08-2007 |
| ◯ ButterIslandBakery.com | 11-08-2007 |
| ◯ LunchBoxButter.com | 11-17-2007 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Hats Borsalino | 2001-01-17 |
| Hats By Amanda | 2001-06-27 |
| Hats Berkeley | 2002-03-08 |
| Hats Buy Direct | 2002-10-31 |
| Hats Boutique | 2003-02-18 |
| Hats Bound | 2004-04-24 |
| Hats By Amy | 2005-02-24 |

| | |
|---|---|
| Hats By Ann Maree | 2005-05-03 |
| Hats By Ann Marie | 2005-07-20 |
| Hats Baseball | 2005-11-16 |
| Hats Beautiful | 2006-01-22 |
| Hats By Andrews | 2006-04-06 |
| Hats By Andy | 2006-04-06 |
| Hats Butter | 2006-11-13 |
| Hats Beanie | 2007-01-04 |

## Whois Record for Landscapeoval.com ( Landscape Oval )

### Front Page Information

| | |
|---|---|
| **Website Title:** | Unsubscribe |
| **Title Relevancy** | 100% |
| **AboutUs:** | Wiki article on Landscapeoval.com |
| **SEO Score:** | 78% |
| **Terms:** | 84 (Unique: 67, Linked: 0) |
| **Images:** | 0 (Alt tags missing: 0) |
| **Links:** | 0 (Internal: 0, Outbound: 0) |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 2007-06-28 |
| **Expires:** | 2008-06-28 |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | DNS1.NAME-SERVICES.COM |
| **Name Server:** | DNS2.NAME-SERVICES.COM |
| **Name Server:** | DNS3.NAME-SERVICES.COM |
| **Name Server:** | DNS4.NAME-SERVICES.COM |
| **Name Server:** | DNS5.NAME-SERVICES.COM |
| **Whois Server:** | whois.enom.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.52 (CentOS) |
| **IP Address:** | 72.46.138.74 |
| **IP Location:** | - United States - R & D Technologies Llc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "WhoisGuard" owns about 126,957 other domains  New! |

### Add Missing Thumbnail

Add Thumbnail ( usually under 2 hours. )

### SEO Text Browser



SEO Text Browser

Disable SEO Text Browser ( Beta )

### Other TLDs    Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|
| ■ | ○ | ○ | ○ | ○ | ○ |

### Symbol Key

○ Available
◍ Available (Previously registered)
■ Registered (Active website)
Ⓟ Registered (Parked or redirected)
⊘ Registered (No website)
⓵ On-Hold (Generic)
⓵ On-Hold (Redemption Period)
⓵ On-Hold (Pending Delete)
🚩 Monitor
🔍 Preview

| | | | |
|---|---|---|---|
| **IP History:** | 4 changes on 3 unique name servers over 0 years. | | |
| **Dedicated Hosting:** | landscapeoval.com is hosted on a dedicated server. | | |
| **Monitor Domain:** | Set Free Alerts on landscapeoval.com | | |
| **Free Tool:** | Download DomainTools for Windows | | |

No preview
Buy this (Available)
Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page     ☑ Indexed Data
☑ Server Data    ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

## Whois Record

```
Registration Service Provided By: NameCheap.com
Contact:

Domain name: landscapeoval.com

Registrant Contact:
    WhoisGuard
    WhoisGuard Protected (                              )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Administrative Contact:
    WhoisGuard
    WhoisGuard Protected (                              )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Technical Contact:
    WhoisGuard
    WhoisGuard Protected (                              )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 28 Jun 2007 22:33:42
Expiration date: 28 Jun 2008 22:33:42
```

## Domains for Sale

| Domain | Price |
|---|---|
| PinkOval.com | $100.00 |
| BlackOval.com | $200.00 |
| OvalMedia.com | $300.00 |
| LaceOval.com | $650.00 |
| OvalWatches.com | $750.00 |
| OvalWatch.com | $800.00 |
| OvalBeads.com | $900.00 |
| OvalTracks.com | $1,000.00 |
| BlueOval.net | $1,088.00 |
| RugsOval.com | $1,400.00 |
| OvalDish.com | $1,850.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| JazzOval.com | 11-07-2007 |
| SplitVanAndOvalBug.com | 11-07-2007 |
| Blue-Oval.com | 11-08-2007 |
| ChristOvalCapet.com | 11-09-2007 |
| BlueOvalauTopArts.com | 11-09-2007 |
| BlueOvalAutoSalvage.com | 11-09-2007 |
| Oval-I.com | 11-10-2007 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Land | 1993-04-29 |
| Lan Cz | 1999-06-01 |
| Land - 1 | 2000-06-17 |
| Lan Czar | 2000-07-29 |
| Land - 114 | 2000-09-21 |
| Lan C Y Water | 2002-05-31 |
| Lan C Y R | 2003-06-25 |

| | |
|---|---|
| Land - 1031 - Exchange | 2005-03-05 |
| Land - 1031 - Exchanges | 2005-03-05 |
| Land - 1031 Exchange | 2005-03-05 |
| Land - 1031 Exchanges | 2005-03-05 |
| Land -- Scaping | 2005-10-14 |
| Lan Cz Os | 2005-12-02 |
| Lan Cytech Nology | 2006-02-01 |
| Lan C Y Travel | 2006-09-10 |

Case 3:07-cv-06211-TEH     Document 50     Filed 08/05/2008     Page 6 of 17



## Whois Record for Greenthe.com ( Green The )

### Front Page Information

| | |
|---|---|
| **Website Title:** | None given. |
| **AboutUs:** | Wiki article on Greenthe.com |
| **SEO Score:** | 53% |
| **Terms:** | 16 (Unique: 15, Linked: 0) |
| **Images:** | 1 (Alt tags missing: 1) |
| **Links:** | 0 (Internal: 0, Outbound: 0) |

### Add Missing Thumbnail

Add Thumbnail ( usually under 2 hours. )

### SEO Text Browser

SEO Text Browser

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | MONIKER ONLINE SERVICES, INC. |
| **Created:** | 2007-03-22 |
| **Expires:** | 2008-03-22 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.CHEAP-DNS-HOST.COM |
| **Name Server:** | NS2.CHEAP-DNS-HOST.COM |
| **Whois Server:** | whois.moniker.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.2.2 (Fedora) |
| **IP Address:** | 208.66.79.11 |
| **IP Location:** | - Nevada - Las Vegas - R & D Technologies Llc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | baristamail.com expires in 238 days. |
| **Domain Status:** | Registered And Active Website |

Disable SEO Text Browser ( Beta )

**Other TLDs**     Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

**Symbol Key**

○ Available
◍ Available (Previously registered)
■ Registered (Active website)
Ⓟ Registered (Parked or redirected)
⊘ Registered (No website)
❗ On-Hold (Generic)
❗ On-Hold (Redemption Period)
❗ On-Hold (Pending Delete)
⚑ Monitor

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Moniker Privacy Services" owns about 324,993 other domains New! |
| **Registrar History:** | 2 registrars with 1 drop. |

| | |
|---|---|
| **IP History:** | 1 change on 2 unique name servers over 0 years. |
| **Whois History:** | 4 records have been archived since 2007-08-07 |
| **Reverse IP:** | 321 other sites hosted on this server. |
| **Monitor Domain:** | 🚩 Set Free Alerts on greenthe.com |
| **Free Tool:** | Download DomainTools for Windows |

🔍 Preview
🚫 No preview
✅ Buy this (Available)
Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data    ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

### Domains for Sale

| Domain | Price |
|---|---|
| TheWireless.com | $200.00 |
| TheJr.com | $250.00 |
| TheStocks.com | $477.00 |
| TheLights.com | $500.00 |
| TheDebt.com | $500.00 |
| JTheK.com | $500.00 |
| TheLee.com | $500.00 |
| TheCe.com | $500.00 |
| TheDr.com | $500.00 |
| TheCrown.com | $500.00 |
| TheK.com | $500.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| ○ TheTrespasser.com | 11-06-2007 |
| ○ TheEasyBox.com | 11-06-2007 |
| ○ TheThaiClub.com | 11-06-2007 |
| ○ TheHitStation.com | 11-06-2007 |
| ○ TheTailorFamily.com | 11-06-2007 |
| ○ TheJ4.com | 11-06-2007 |
| ○ TheFireBlade.com | 11-06-2007 |
| ○ ThePrettyPurse.com | 11-06-2007 |
| ○ TheFlowerSource.com | 11-06-2007 |
| ○ TheBlueScat.com | 11-06-2007 |
| ○ TheLocalHotels.com | 11-06-2007 |
| ○ TheLumberSource.com | 11-06-2007 |
| ○ TheOaksRealty.com | 11-06-2007 |

### Compare Similar Domains

| Domain | Created |
|---|---|

### Whois Record

```
Moniker Whois Server Version 2.0

Domain Name: GREENTHE.COM

Registrant [657456]:
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [657456]:
        Moniker Privacy Services
        greenthe.com@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [657456]:
        Moniker Privacy Services
        greenthe.com@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Technical Contact [657456]:
        Moniker Privacy Services
        greenthe.com@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155
```

```
        Domain servers in listed order:

                NS1.CHEAP-DNS-HOST.COM
                NS2.CHEAP-DNS-HOST.COM

        Record created on:           2007-03-22 14:35:21.0
        Database last updated on:    2007-03-27 22:52:40.71
        Domain Expires on:           2008-03-22 14:35:27.0
```

| | |
|---|---|
| Gree | 1997-06-03 |
| Gre D Y Insurance | 2002-03-25 |
| Gree - Air - Conditioner... | 2002-07-23 |
| Gree - Ac | 2003-04-02 |
| Gre D Y Ma | 2003-05-20 |
| Gree - De Ai | 2006-01-23 |
| Gree - Av | 2006-04-07 |
| Gre D Y Pass | 2006-04-26 |
| Gre D Y Clip | 2006-05-20 |
| Gre Dye Nterprises | 2006-08-22 |
| Gree - Forum | 2006-08-26 |
| Gree - Air | 2006-09-20 |
| Gre D Y Sa | 2006-11-29 |
| Gree - Fun | 2006-12-04 |
| Gre D Y K | 2007-02-09 |



## Whois Record for Wantitworld.com ( Want It World )

### Front Page Information

| | |
|---|---|
| **Website Title:** | None given. |
| **AboutUs:** | Wiki article on Wantitworld.com |
| **SEO Score:** | 53% |
| **Terms:** | 16 (Unique: 15, Linked: 0) |
| **Images:** | 1 (Alt tags missing: 1) |
| **Links:** | 0  (Internal: 0, Outbound: 0) |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | DYNAMIC DOLPHIN, INC. |
| **Created:** | 2006-12-11 |
| **Expires:** | 2007-12-11 |
| **Registrar Status:** | ok |
| **Name Server:** | NS1.CHEAP-DNS-HOST.COM |
| **Name Server:** | NS2.CHEAP-DNS-HOST.COM |
| **Whois Server:** | whois.dynamicdolphin.com |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.2.2 (Fedora) |
| **IP Address:** | 208.66.79.11 |
| **IP Location:** | - Nevada - Las Vegas - R & D Technologies Llc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Currently Listed ( history ) |
| **SSL Cert:** | baristamail.com expires in 231 days. |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "PrivacyProtect.org" owns about **170,918 other domains**  New! |
| **Registrar History:** | 2 registrars with 1 drop. |
| **IP History:** | 12 changes on 10 unique name servers over 3 years. |
| **Reverse IP:** | 321 other sites hosted on this server. |

### Thumbnail: 2007-10-15



Queue this Domain for Update

### SEO Text Browser

| SEO Text Browser |
|---|
|  |

Disable SEO Text Browser ( Beta )

**Monitor Domain:** 🚩 Set Free Alerts on wantitworld.com

**Free Tool:** Download DomainTools for Windows

**Other TLDs**                                          Hide Key

| .com | .net | .org | .biz | .info | .us |
|------|------|------|------|-------|-----|
| ■    | ○    | ○    | ○    | ○     | ○   |

## Whois Record

```
Contact: +1.7208723477

Domain Name: WANTITWORLD.COM

Registrant:
    PrivacyProtect.org
    Domain Admin          ( contact@privacyprotect.org )
    P.O. Box 97
    All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676

Creation Date: 11-Dec-2006
Expiration Date: 11-Dec-2007

Domain servers in listed order:
    ns2.cheap-dns-host.com
    ns1.cheap-dns-host.com

Administrative Contact:
    PrivacyProtect.org
    Domain Admin          ( contact@privacyprotect.org )
    P.O. Box 97
    All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676

Technical Contact:
    PrivacyProtect.org
    Domain Admin          ( contact@privacyprotect.org )
    P.O. Box 97
    All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676

Billing Contact:
    PrivacyProtect.org
    Domain Admin          ( contact@privacyprotect.org )
    P.O. Box 97
    All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676

Status:ACTIVE
```

### Symbol Key

○ Available
◌ Available (Previously registered)
■ Registered (Active website)
🅿 Registered (Parked or redirected)
🚫 Registered (No website)
❗ On-Hold (Generic)
❗ On-Hold (Redemption Period)
❗ On-Hold (Pending Delete)
🚩 Monitor
🔍 Preview
🚫 No preview
✅ Buy this (Available)
🛒 Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page        ☑ Indexed Data
☑ Server Data       ☑ Registry Data
☑ Exclusive Data    ☑ Whois Record

### Domains for Sale

| Domain | Price |
|--------|------:|
| WorldFirm.com | $295.00 |
| WorldBaby.com | $295.00 |
| WorldYes.com | $295.00 |
| WorldSos.com | $300.00 |
| WorldNations.com | $500.00 |
| WorldTool.com | $700.00 |
| WorldWet.com | $800.00 |
| WorldBan.com | $900.00 |
| WorldSupply.com | $1,000.00 |
| WorldPal.com | $1,050.00 |
| JustWorld.com | $1,500.00 |

### Domains At Auction

| Domain | Auction Date |
|--------|--------------|
| ○ WorldTradeInc.com | 11-13-2007 |
| ○ RyansPlanet.com | 11-13-2007 |
| ○ CateWorld.com | 11-13-2007 |
| ○ WorldNewsSource.com | 11-13-2007 |

| | | |
|---|---|---|
| ○ | DexGlobal.com | 11-13-2007 |
| ○ | NewWorldEnglish.com | 11-13-2007 |
| ○ | FadedWorld.com | 11-13-2007 |
| ○ | GayWorldMen.com | 11-13-2007 |
| ○ | WorldAirMiles.com | 11-13-2007 |
| ○ | SeymourWorld.com | 11-13-2007 |
| ○ | GrammarWorld.com | 11-13-2007 |
| ○ | WorldSalsas.com | 11-13-2007 |
| ○ | ComUsWorld.com | 11-13-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Want I Twin It | 2003-07-18 |
| Want It Wet | 2004-12-03 |
| Want It We Got It | 2005-09-22 |
| W Antium | 2005-09-27 |
| Want It Wear It | 2005-11-02 |
| Want It When | 2006-03-14 |
| Want Iv 1 | 2006-03-14 |
| Want It Z | 2006-06-26 |
| Want Ivirus | 2006-08-24 |
| Want It Yesterday | 2006-08-26 |
| Want Ius | 2006-10-12 |
| Want It World | 2006-12-11 |
| Want It Zone | 2007-01-25 |
| Want It U Buy It | 2007-01-30 |
| Want It Willi Twin It | 2007-02-11 |



## Whois Record for Northatlantamedicalgroup.com
### ( North Atlanta Medical Group )

### Front Page Information

| | |
|---|---|
| **Website Title:** | None given. |
| **AboutUs:** | Wiki article on Northatlantamedicalgroup.com |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 2007-08-17 |
| **Expires:** | 2008-08-17 |
| **Registrar Status:** | ok |
| **Name Server:** | NS1.BUZZREVOLUTION.COM |
| **Name Server:** | NS2.BUZZREVOLUTION.COM |
| **Whois Server:** | whois.enom.com |

### Server Data

| | |
|---|---|
| **Response Code:** | |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And No Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "WhoisGuard" owns about 126,957 other domains New! |
| **IP History:** | 3 changes on 3 unique name servers over 0 years. |
| **Monitor Domain:** | Set Free Alerts on northatlantamedicalgroup.com |
| **Free Tool:** | Download DomainTools for Windows |

### Whois Record

```
Registration Service Provided By: NameCheap.com
Contact:

Domain name: northatlantamedicalgroup.com

Registrant Contact:
   WhoisGuard
      WhoisGuard Protected (
```

### Other TLDs     Hide Key

| .com | .net | .org | .biz | .info | .us |
|------|------|------|------|------|-----|
| 🚫 | ○ | ○ | ○ | ○ | ○ |

### Symbol Key

○ Available
◉ Available (Previously registered)
■ Registered (Active website)
🅿 Registered (Parked or redirected)
🚫 Registered (No website)
⊘ On-Hold (Generic)
⊘ On-Hold (Redemption Period)
⊘ On-Hold (Pending Delete)
🚩 Monitor
🔍 Preview
🔍 No preview
✅ Buy this (Available)
✅ Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page       ☑ Indexed Data
☑ Server Data      ☑ Registry Data
☑ Exclusive Data   ☑ Whois Record

### Domains for Sale

| Domain | Price |
|---|---|
| LuxuryAtlanta.com | $10.00 |
| LearnAtlanta.com | $297.00 |
| DeadAtlanta.com | $375.00 |
| OutAtlanta.com | $500.00 |
| MissAtlanta.com | $925.00 |
| AtlantaLegends.com | $1,000.00 |
| AtlantaMedia.com | $1,188.00 |
| AtlantaBucks.com | $1,250.00 |
| TopAtlanta.com | $1,600.00 |

```
                                           )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Administrative Contact:
    WhoisGuard
    WhoisGuard Protected (
                                           )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Technical Contact:
    WhoisGuard
    WhoisGuard Protected (
                                           )
    +1.6613102107
    Fax: +1.6613102107
    8939 S. Sepulveda Blvd. #110 - 732
    Westchester, CA 90045
    US

Status: Active

Name Servers:
    ns1.buzzrevolution.com
    ns2.buzzrevolution.com

Creation date: 17 Aug 2007 05:03:32
Expiration date: 17 Aug 2008 05:03:32
```

| | |
|---|---|
| AtlantaDoctor.com | $1,888.00 |
| AtlantaChinese.com | $1,988.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| WitAtlanta.com | 11-08-2007 |
| WitAtlanta.net | 11-08-2007 |
| DrivingAtlanta.com | 11-08-2007 |
| AtlantaSkydivers.com | 11-08-2007 |
| AllAtlantaMusic.com | 11-08-2007 |
| GeorgiaCpaJobs.com | 11-08-2007 |
| TheGeorgiaForum.com | 11-08-2007 |
| AtlantaCpaResumes.com | 11-08-2007 |
| GeorgiaCpaResumes.com | 11-08-2007 |
| WasIAtlanta.com | 11-08-2007 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Nor Sys | 1995-05-16 |
| Nor T | 1999-02-19 |
| Nor T - Immobilier | 2001-05-18 |
| Nor T - Home | 2004-08-19 |
| Nor Sy L | 2004-08-31 |
| Nor Sys - Solutions | 2004-12-15 |
| Nor Systems | 2005-12-03 |
| Nor System | 2006-01-27 |
| Nor T - Comp | 2006-02-08 |
| N Ort - Berlin | 2006-03-06 |
| Nor T - Sails | 2006-07-07 |
| N Ort - Island | 2006-08-27 |
| Nor T - Star | 2006-12-09 |
| Nor Sy | 2007-01-18 |
| Nor Sy N | 2007-02-09 |



## Whois Record for Rowusa.net ( Row Usa )

### Front Page Information

| | |
|---|---|
| **Website Title:** | rowusa.net - |
| **Title Relevancy** | 100% |
| **AboutUs:** | Wiki article on Rowusa.net |
| **SEO Score:** | 76% |
| **Terms:** | 191 (Unique: 124, Linked: 87) |
| **Images:** | 4 (Alt tags missing: 3) |
| **Links:** | 40  (Internal: 28, Outbound: 12) |

### Thumbnail:



### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | DOTSTER, INC. |
| **Created:** | 2006-10-21 |
| **Expires:** | 2008-10-21 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.NAMERESOLVE.COM |
| **Name Server:** | NS2.NAMERESOLVE.COM |
| **Name Server:** | NS3.NAMERESOLVE.COM |
| **Name Server:** | NS4.NAMERESOLVE.COM |
| **Whois Server:** | whois.dotster.com |

### SEO Text Browser

SEO Text Browser

### Server Data

| | |
|---|---|
| **IP Address:** | 66.150.161.133 |
| **IP Location:** |  - Washington - Vancouver - Dotster Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Parked Or Redirected |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Pending Deletion" owns about 30,245 other domains  New! |

Disable SEO Text Browser ( Beta )

**Other TLDs**	Hide Key

| | | | .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|---|---|---|
| **Registrar History:** | 1 registrar | | ■ | Ⓟ | ■ | ○ | ○ | ○ |
| **IP History:** | 4 changes on 4 unique name servers over 1 years. | | | | | | | |
| **Whois History:** | 2 records have been archived since 2007-06-28 | | | | | | | |
| **Reverse IP:** | 673,601 other sites hosted on this server. | | | | | | | |
| **Monitor Domain:** | 🚩 Set Free Alerts on rowusa.net | | | | | | | |
| **Free Tool:** | [Download DomainTools for Windows] | | | | | | | |

**Symbol Key**

○ Available
◍ Available (Previously registered)
■ Registered (Active website)
Ⓟ Registered (Parked or redirected)
● Registered (No website)
❗ On-Hold (Generic)
❗ On-Hold (Redemption Period)
❗ On-Hold (Pending Delete)
🚩 Monitor
🔍 Preview
🚫 No preview
✅ Buy this (Available)
🛒 Buy this (Bid at auction)

## Whois Record

```
Registrant:
   Pending Deletion
   P.O. Box 821650
   Vancouver, WA  98682
   US

   Registrar: DOTSTER
   Domain Name: ROWUSA.NET
      Created on: 21-OCT-06
      Expires on: 21-OCT-07
      Last Updated on: 22-OCT-07

   Administrative, Technical Contact:
```

```
   Pending Deletion
   P.O. Box 821650
   Vancouver, WA  98682
   US
   +1.360-449-5933

   Domain servers in listed order:
      NS1.NAMERESOLVE.COM
      NS2.NAMERESOLVE.COM
      NS3.NAMERESOLVE.COM
      NS4.NAMERESOLVE.COM
```

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

## Domains for Sale

| Domain | Price |
|---|---|
| RowZ.com | $125.00 |
| RowBot.com | $200.00 |
| RowD.com | $475.00 |
| CenterRow.com | $499.00 |
| RoweCo.com | $500.00 |
| NorthRow.com | $588.00 |
| DirectRow.com | $1,000.00 |
| TaxRow.com | $1,000.00 |
| PowerRow.com | $1,000.00 |
| NoRow.com | $1,000.00 |
| RowPro.com | $1,500.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| ○ ShopSportsLine.com | 11-09-2007 |
| ○ ThaiNewsLine.com | 11-09-2007 |
| ○ BlazonLine.com | 11-09-2007 |
| ○ RealSportsLine.com | 11-09-2007 |
| ○ InstantQuoteLine.com | 11-09-2007 |

| | | |
|---|---|---|
| ○ | JustSportsLine.com | 11-09-2007 |
| ○ | LineSweeping.com | 11-09-2007 |
| ○ | EMultiLine.com | 11-09-2007 |
| ○ | BySonLine.com | 11-09-2007 |
| ○ | BySonLine.net | 11-09-2007 |
| ○ | GoldLineModels.com | 11-09-2007 |
| ○ | FairLineDubai.com | 11-09-2007 |
| ○ | FuelLine.net | 11-09-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Row Va | 1999-08-26 |
| Row Uk | 2000-09-25 |
| Row Up | 2002-02-27 |
| Row U | 2002-09-02 |
| Row Vaffa | 2003-03-24 |
| Row Us F | 2003-10-08 |
| Row U - Modell | 2005-05-02 |
| Row Us | 2005-07-28 |
| Row Ufo | 2005-09-25 |
| Row Vale - Smooth - Coll... | 2005-12-28 |
| Row V | 2006-01-20 |
| Row Ut F Ceia | 2006-03-13 |
| Row Va Alwood Bulldogs | 2006-10-11 |
| Row Un Ac | 2006-12-25 |
| Row Usa | 2007-01-24 |