## PRIVACY / PROXY SERVICES

| | |
|---|---|
| 1&1 Internet | 22 Domains |
| BlueHost.Com Domain Privacy (BlueHost.com Operates) | 1 Domain |
| contactprivacy.com (Owned by Tucows) | 20 Domains |
| Domain Privacy Group, Inc. (Unknown Owner) | 1 Domain |
| Domains By Proxy, Inc. (Operated by GoDaddy) | 164 Domains |
| domainsite.com/SpotDomain, LLC | 5 Domains |
| Dotster | 7 Domains |
| GKG.NET Domain Proxy Service (GKG.Net Operates) | 1 Domain |
| Moniker Privacy Services | 160 Domains |
| PrivacyProtect.org (Free Service - No Contact Info) | 6 Domains |
| RegisterFly/ProtectFly | 107 Domains |
| SecureWhois, Inc. (Illinois Corporation) | 61 Domains |
| Whois Privacy Protection Service, Inc. (Operated by eNom) c/o eNom, Inc. | 1136 Domains<br><br>19 Domains |
| WhoisGuard (Operated by NameCheap.com) | 878 Domains |