

125 Rampart Way
Suite 300
Denver, CO 80230
Phone: 303-459-6012
support@domainsite.com



Whois | Products and Services | Compare Our Pricing | Knowledge Base | About Us | Contact Us | FAQ

**HOME** | **REGISTER A DOMAIN** | **RENEW A DOMAIN** | **TRANSFER TO DOMAINSITE** | **FREE EMAIL** | **SHOPPING CART** | **MY ACCOUNT**

Domainsite Domain Name Registration Agreement

**Domain Availability**

[                    ] [Search]

1. INTRODUCTION. In this Registration Agreement ("Agreement"), "you" and "your" refer to each customer ("Customer") and "we", "us" and "our" refer to Spot Domain LLC dba Domainsite.com and "VeriSign" refers to VeriSign, Inc. This Agreement explains our obligations to you, and your obligations to us in relation to your use of our services. By selecting our service(s) you have agreed to establish an account with us for such services. When you use your account or permit someone else to use your account to purchase or otherwise acquire access to additional service(s) we offer or to modify or cancel your service(s) with us (even if we were not notified of such authorization), this Agreement covers any such service or actions. Any acceptance of your application(s) for our services and the performance of our services will occur at our offices in Denver, Colorado, the location of our principal place of business.

2. VARIOUS SERVICES. Paragraphs 1 through 27 are applicable to any and all of the services you have chosen. The terms and conditions set forth in the lettered paragraphs at the end of this Agreement apply only to customers who have selected services other than our domain name registration services.

3. FEES, PAYMENT AND TERM OF SERVICE. As consideration for the services you have selected, you agree to pay us the applicable service(s) fees set forth on our Web site at the time of your selection. All fees are due immediately and are non-refundable. We may take all remedies available to us in order to collect fees owed. Unless otherwise specified, each service purchased from us is for a two-year initial term and renewable in perpetuity thereafter for successive one-year terms. Any renewal of your services with us is subject to our then current terms and conditions and payment of all applicable service fees at the time of renewal and in the case of domain name re-registration, the domain name registry's acceptance of your domain name registration. You agree that you may not transfer your domain name registration to another domain name registrar during the first sixty (60) days from the effective date of your initial domain name registration with us.

4. ACCURATE INFORMATION. As further consideration for our service(s), you agree to: (1) provide certain current, complete and accurate information about you as required by the application process; and (2) maintain and update this information as needed to keep it current, complete and accurate. We rely on this information to send you important information and notices regarding your account and our services. You represent and warrant that you have provided notice to, and obtained consent from, any third party individuals whose personal data you supply to us as part of our services with regard to: (i) the purposes for which such third party's personal data has been collected, (ii) the intended recipients or categories of recipients of the third party's personal data, (iii) which parts of the third party's data are obligatory and which parts, if any, are voluntary; and (iv) how the third party can access and, if necessary, rectify the data held about them. You further agree to provide such notice and obtain such consent with regard to any third party personal data you supply to us in the future. We are not responsible for any consequences resulting from your failure to provide notice or receive consent from such individuals nor for your providing outdated, incomplete or inaccurate information. Even if you intend to license the use of our domain name registration services to a third party, you will remain our customer and you are responsible for complying with all terms and conditions of this Agreement. Subject to the requirements of our privacy statement, in order for us to comply with the current rules and policies for the domain name system, you hereby grant us the right to disclose to third parties through an interactive publicly accessible registration database the following mandatory information that you are required to provide when registering or reserving a domain name: (i) the domain name(s) registered by you; (ii) your name and postal address; (iii) the name(s), postal address(es), e-mail address(es), voice telephone number and

$6.99
**Basic 1 Year Domain Registration**

$7.99
**Standard 1 Year Domain Registration with Email Forwarding, Domain Forwarding, and DNS Management Tools**

where available the fax number(s) of the technical and administrative contacts for your domain name(s); (iv) the Internet protocol numbers of the primary nameserver and secondary nameserver(s) for such domain name(s); (v) the corresponding names of those nameservers; (vi) the original creation date of the registration; and (vii) the expiration date of the registration. We are also required, as are all accredited domain name registrars, to make this information available in bulk form to third parties who agree not to use it to (a) allow, enable or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam) or (b) enable high volume, automated, electronic processes that apply to our systems to register domain names.

5. MODIFICATIONS TO AGREEMENT. Except as otherwise provided in this Agreement, you agree, during the term of this Agreement, that we may: (1) revise the terms and conditions of this Agreement; and/or (2) change the types of or terms of any of the services provided under this Agreement at any time. Any such revision or change will be binding and effective immediately upon posting of the revised Agreement or change to the service(s) on our Web site, or upon notification to you by e-mail or United States mail. You agree to periodically review our Web site, including the current version of this Agreement available on our Web site, to become aware of any such revisions.

6. MODIFICATIONS TO YOUR ACCOUNT. In order to change any of your account information with us, you must use the Account Number and the Password that you selected if you opened your account with us through our online application process. Please safeguard your Account Number and Password or security authentication option from any unauthorized use. In no event will we be liable for the unauthorized use or misuse of your Account Number or Password or security authentication option.

7. DOMAIN NAME DISPUTE RESOLUTION POLICY. If you reserved or registered a domain name through us, you agree to be bound by our current domain name dispute resolution policy that is incorporated herein and made a part of this Agreement by reference. The policy has been adopted by the Internet Corporation for Assigned Names and Numbers (ICANN). The current version of the policy may be found at our web site: http://www.domainsite.com/dispute_policy.php. Please take the time to familiarize yourself with that policy.

8. DOMAIN NAME DISPUTE RESOLUTION POLICY MODIFICATIONS. You agree that we, in our sole discretion, may modify our dispute resolution policy. We will post any such revised policy on our Web site at least thirty (30) calendar days before it becomes effective. You agree that, by maintaining the reservation or registration of your domain name after modifications to the dispute policy become effective, you have agreed to these modifications. You acknowledge that if you do not agree to any such modification, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

9. DOMAIN NAME DISPUTES. You agree that, if your use of our domain name registration services is challenged by a third party, you will be subject to the provisions specified in our dispute resolution policy in effect at the time of the dispute. You agree that in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions set forth below in this Agreement. If we are notified that a complaint has been filed with a judicial or administrative body regarding your use of our domain name registration services, you agree not to make any changes to your domain name record without our prior approval. We may prohibit you from making changes to such domain name record until (i) we are directed to do so by the judicial or administrative body, or (ii) we receive notification by you and the other party contesting your registration and use of our domain name registration services that the dispute has been settled. Furthermore, you agree that if you are subject to litigation regarding your registration and use of our domain name registration services, we may deposit control of your domain name in a holding account until such litigation is concluded.

10. AGENTS. You agree that, if your agent (e.g., an Internet Service Provider, employee, etc.) purchased our service(s) on your behalf, you are nonetheless bound as a principal by all terms and conditions herein, including the dispute policy. Your continued use of our services shall ratify any unauthorized actions of your agent. By acting on your behalf, your agent certifies that he or she is authorized to apply for our services on your behalf, that he or she is authorized to bind you to the terms and conditions of this Agreement and that he or she has apprised you of the terms and conditions of this Agreement. In addition, you are responsible for any errors made by

your agent. We will not refund fees paid by you or your agent on your behalf for any reason, including, but not limited to, in the event that your agent fails to comply with the terms and conditions of this Agreement, your agent incorrectly provides information in the application process or if your agent changes or otherwise modifies your domain name record incorrectly.

11. NOTICES AND ANNOUNCEMENTS. You authorize us to notify you as our customer of information that we deem is of potential interest to you. Notices and announcements may include commercial e-mails and other notices describing changes, upgrades, new products and services or other information pertaining to Internet security or to enhance your identity on the Internet and/or other relevant matters. If you do not wish to receive bulk email solicitation notices or announcements please visit http://www.domainsite.com/tools/optout.php.

12. LIMITATION OF LIABILITY. You agree that our entire liability, and your exclusive remedy, with respect to any service(s) provided by us under this Agreement and/or for any breach of this Agreement is solely limited to the amount you paid for such service(s). Spot Domain LLC dba Domainsite.com and our contractors shall not be liable for any direct, indirect, incidental, special or consequential damages resulting from the use or inability to use any of the services or for the cost of procurement of substitute services. Because some states do not allow the exclusion or limitation of liability for consequential or incidental damages, in such states, our liability is limited to the extent permitted by law. We disclaim any and all loss or liability resulting from, but not limited to: (1) loss or liability resulting from access delays or access interruptions; (2) loss or liability resulting from data non-delivery or data mis-delivery; (3) loss or liability resulting from acts of God; (4) loss or liability resulting from the unauthorized use or misuse of your Account Number, Password or security authentication option; (5) loss or liability resulting from errors, omissions, or misstatements in any and all information or service(s) provided under this Agreement; (6) loss or liability relating to the deletion of or failure to store e-mail messages; (7) loss or liability resulting from the development or interruption of your Web site; (8) loss or liability from your inability to use our service; (9) loss or liability that you may incur in connection with our processing of your application for our services, our processing of any authorized modification to your domain name record or your agents failure to pay any fees, including the initial registration fee or re-registration (renewal)fee; or (10) loss or liability as a result of the application of our dispute resolution policy.

13. INDEMNITY. You agree to release, indemnify, and hold us, in our capacities as the registry and a registrar, and our contractors, agents, employees, officers, directors, shareholders, affiliates and assigns harmless from all liabilities, claims, damages, costs and expenses (including reasonable attorneys' fees and expenses) of third parties relating to or arising under this Agreement, the services provided hereunder or your use of the services, including without limitation infringement or dilution by you, or someone else using our service(s) from your computer, of any intellectual property or other proprietary right of any person or entity, or a violation of any of our operating rules or policies relating to the service(s) provided. When we are threatened with suit or sued by a third party, we may seek written assurances from you concerning your promise to indemnify us; your failure to provide those assurances may be considered by us to be a material breach of this Agreement.

14. VERISIGN INDEMNITY. You hereby agree to indemnify, defend and hold harmless VeriSign, Inc., and its directors, officers, employees, agents and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to your domain name registration.

15. BREACH. You agree that your failure to abide by any provision of this Agreement, any of our operating rules or policies, the dispute resolution policy, or your willful provision of inaccurate or unreliable information as part of the application process, or your failure to update your information to keep it current, complete or accurate, or your failure to respond for over fifteen (15) calendar days to inquiries from us concerning the accuracy of the contact details associated with your domain name registration, may be considered by us to be a material breach of this Agreement and that we may provide a written notice, describing the breach, to you. If within ten (10) calendar days of the date of such notice, you fail to provide evidence, which is reasonably satisfactory to us, that you have not breached your obligations under the Agreement, then we may delete the registration or reservation of your domain name and/or terminate the other service(s) you are using without further notice. We will not refund any fees paid by you if we terminate your Agreement due to your breach. Any such breach by you shall not

be deemed to be excused simply because we did not act earlier in response to that, or any other breach, by you.

16. NO GUARANTY. You agree that the registration of your chosen domain name, in itself, does not confer immunity from objection to either the registration or use of your domain name.

17. REPRESENTATIONS AND WARRANTIES. You agree and warrant that: (i) the information that you or your agent on your behalf provide to us during the application process to register your domain name or to apply for other service(s) is, to the best of your knowledge and belief, accurate and complete, and that any future changes to this information will be provided to us in a timely manner according to the modification procedures in place at that time, (ii) to the best of your knowledge and belief neither the registration of your domain name nor the manner in which you intend to use such domain name will directly or indirectly infringe the legal rights of a third party, (iii) you have all requisite power and authority to execute this Agreement and to perform your obligations hereunder, (iv) you have selected the necessary security option(s) for your domain name registration record, and (v) you are of legal age to enter into this Agreement. You agree that your use of our service(s) is solely at your own risk. You agree that all of our services are provided on an "as is" and "as available" basis.

18. DISCLAIMER OF WARRANTIES. WE EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. WE MAKE NO WARRANTY THAT OUR SERVICE(S) WILL MEET YOUR REQUIREMENTS, OR THAT THE SERVICE(S) WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR FREE; NOR DO WE MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE(S) OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH OUR SERVICE. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH ANY OF OUR SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH SUCH SERVICES. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH OUR SERVICE SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. TO THE EXTENT JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

19. REVOCATION. You agree that we may terminate your contractual right to use our service(s) if the information that you are obligated to provide to register your domain name or register for other service(s), or that you subsequently modify,contains false or misleading information, or conceals or omits any information we would likely consider material to our decision to register your domain name or to continue to provide you domain name registration services. Furthermore, you agree that we may suspend, cancel or transfer your domain name registration (and any additional services) in order to: (i) correct mistakes made by us or the registry in registering your chosen domain name, or (ii) to resolve a dispute under our dispute policy. We will not refund any fees paid by you if we terminate your services.

20. RIGHT OF REFUSAL. You agree that we may, in our sole discretion and without liability to you, refuse to accept the registration of any domain name. We may also in our sole discretion and without liability to you, delete the registration of any domain name during the first sixty days after the initial registration date. In the event that we refuse a domain name registration, or delete an existing registration during the first sixty days after the initial registration date, you will receive a refund of fees paid to us for such registration. Spot Domain may also cancel the registration of a domain name, after the initial sixty-day period, if that name is being used in association with spam or objectionable (either morally or otherwise)activities. Objectionable activities may include, but are not limited to: activities designed to defame, abuse, threaten, or harass third parties; activities prohibited by the laws of the United States; activities prohibited in foreign territories in which you conduct business; activities designed to encourage unlawful behavior by others; activities that are tortuous, invasive of the privacy of a third party, racially, ethnically, or otherwise objectionable; and activities designed to impersonate the identity of a third party. In the event that we delete the registration of a domain name being used in association with spam or objectionable activities, no

refund will be issued.

21. DOMAIN NAME EXPIRATION; GRACE PERIOD; IP ADDRESS CHANGES; REDEMPTION PERIOD; RENEWAL AND TRANSFER. You agree that we may, but are not obligated to, allow you to renew your domain name after its expiration date has passed. We do not auto renew domain names. As the owner of the domain you must specifically renew each domain with us. You agree that after the expiration date of your domain name registration and before it is deleted or renewed, we may direct your domain name to an IP address designated by us, including, without limitation, to an IP address which hosts our temporary parking page that may include, among other things, advertisements for Domainsite.com's products or services, third party advertisements, and interfaces to other web pages including search engines. You agree that we may place our contact information in the WHOIS output for the expired domain name. Should you choose not to renew your domain name during any applicable grace period, you agree that we may, in our sole discretion, renew and transfer the domain name to a third party or delete the domain. Domain names that have not been renewed, and for which a decision has been made to delete, will be deleted between 35 and 45 days after the expiration date. Any domain that gets deleted enters redemption period, if supported by the registry. During this time, generally 30 days, the previous owner of the domain can redeem the registration for $120 USD.

22. PARKED DOMAINS. Every time you register a domain name with Domainsite.com, your name will be pointed to our "Future Home of...." page, which acts as a place holder for your domain name's future web page. This page may contain third-party advertisements, links to other products and services offered by DomainSite.com, and interfaces to other web pages, including search engines, among other things. You will not receive notice regarding the additional content located on the Future Home Of page, and such content may be modified at any time. If you would like a preview of such a Future Home Of page, click here. If you have any objection to having your newly registered domain name pointed to a Future Home Of page, please let our Customer Service department know by clicking here support@domainsite.com.

23. SEVERABILITY. You agree that the terms of this Agreement are severable. If any term or provision is declared invalid or unenforceable, that term or provision will be construed consistent with applicable law as nearly as possible to reflect the original intentions of the parties, and the remaining terms and provisions will remain in full force and effect.

24. ENTIRETY. You agree that this Agreement and the rules and policies published by us, including without limitation our dispute resolution policy and our privacy statement, comprise the complete and exclusive agreement between you and us regarding our services. This Agreement, along with our rules and policies, supersede all prior agreements and understandings, oral or written, whether established by custom, practice, policy or precedent.

25. TRANSFER AND ASSIGNMENT. You may transfer your domain name registration to a third party of your choice, subject to the procedures and conditions provided on our website and incorporated herein. Your rights under this Agreement are not assignable and any attempt by your creditors to obtain an interest in your rights under this Agreement, whether by attachment, levy, garnishment or otherwise, renders this Agreement voidable at our option.

26. GOVERNING LAW; VENUE. You agree that this Agreement and any disputes hereunder shall be governed in all respects by and construed in accordance with the laws of the United States of America and the State of Colorado, as if this Agreement shall have been entered into and performed in its entirety within such state. You agree that any action relating to or arising out of this Agreement, or any matter relating to your use of our website, shall be brought in the United States District Court for the District of Colorado or, if there is no jurisdiction in such court, then in a Colorado state court located within the City and County of Denver, Colorado. Notwithstanding the foregoing, with respect to the adjudication of disputes between you and a third party regarding the use of any domain names registered pursuant to this Agreement, you agree that you shall (a) abide by the terms of the Uniform Domain Name Dispute Resolution Policy (the "UDRP") (as described in our dispute resolution policy) or any similar ccTLD policy, and (b) submit to the jurisdiction of (i) the courts of the state where you reside, and (ii) the courts of the State of Colorado, located within the City and County of Denver.

27. AGREEMENT TO BE BOUND. By applying for service(s) through our online application process or by applying for and registering a domain name as part of our e-mail template application process or by using the service(s) provided by us pursuant to this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement and any pertinent rules or policies that are or may be published by us.

28. SAFE HARBOR PROVISIONS. Spot Domain LLC d/b/a domainsite.com, as an online service provider and an Internet domain name registrar, adheres to Section 512 of the Copyright Act, pursuant to Title II of the Digital Millennium Copyright Act (DMCA), and all other US and international laws. You, the registrant of a domain name hereunder, and any potentially aggrieved third parties, should understand that we provide services through an automated computer process, without modification or review by us. We do not and could not possibly review all registrations. As such, you must adhere to the notification and disabling process listed herein and forever agree to indemnify Spot Domain LLC d/b/a domainsite.com from any damages caused by this notification and disabling process and any other damages which derive from your bad acts or the actions of a third party, whether their actions are right or wrong and whether or not such actions come about as a result of your acts.

The disabling notification process:
If a third party notifies us in writing that you have acted in a fashion which they believe violates their legal rights or if we are notified by the authorities (a governmental agency) that you have violated such third party's legal rights or committed a criminal act as a direct result of your registration or use of a domain name, we will:

1. Freeze the DNS of that domain;
2. Forward to you a copy of the written complaint from the third party or authority to you;
3. You will have twenty (20) days to respond to the allegation;
4. If you respond to the allegation with a denial we will reinstate your control over the domain;
5. If you do not respond within 20 days we will send you a certified letter, return receipt requested, with a copy of the third party notification as well as our notification that we will completely disable your domain if you do not respond within 60 days of the date of our initial notification to you;
6. If the third party or legal authority takes legal action against you we will continue to keep the DNS frozen until told to do otherwise through a court or administrative agency order.

Third parties and legal authorities: If you wish to complain about one of our registrant's use of a particular domain name you must, in writing, make specific legal allegations and forward said allegations to us via both e-mail to support@domainsite.com and certified return receipt letter to: Spot Domain LLC d/b/a Domainsite.com, Attn. Legal, 125 Rampart Way Suite 300, Denver CO 80230.

We hereby state that we have no knowledge of any wrongdoing and are not receiving any financial benefit beyond our normal fees for the registration of any particular domain.

A. Additional Provisions for RegistryPro .Pro registration and Use (all terms as defined in the Registry.Pro Registration Agreement):

a) You represent and warrant that the data provided in the Registered Name or Defensive Registration application is true, correct, up to date, and complete; and that the registrant will at all times during the term of its registration keep the information provided above up to date;

b) You represent and warrant that the registration satisfies the applicable .pro restrictions at the time of registration;

c) You represent and warrant that the Registered Name registration satisfies the digital security requirements stated in Appendix L of the Registration Agreement;

d) You agree to be subject to the Qualification Challenge Policy and the Uniform Domain Name Dispute Resolution Policy (the "UDRP");

e) You agree not to make any representation to any person or entity that expressly or impliedly conveys that the registration of the Registered Item in any way signifies or indicates that the Registered Item Holder possesses any general or specific professional qualifications, including, but not limited to, professional qualifications in a particular field;

f) You certify that the Registered Item Holder has the authority to enter into the Registration Agreement;

g) For applications during the Sunrise Period, you certify that the registration qualifies for a Sunrise Registration, as set forth in Appendix J of the Registry Agreement;

h) For Intellectual Property Defensive Registrations, including Sunrise Registrations, you agree to be subject to the Intellectual Property Challenge Defensive Registration Challenge Policy;

i) You agree to the use, copying, distribution, publication, modification and other processing of Registered Item Holder's Personal Data by Registry Operator and its designees and agents in a manner consistent with the purposes specified pursuant to Subsection 2.6 of the Registry.Pro Registration Agreement;

j) You acknowledge that the Registry Operator will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period including, without limitation: (i) the ability or inability of any registrant to obtain a Registered Item during these periods, and (ii) the results of any dispute over a Sunrise Registration;

k) You acknowledge that the Registrar reserves the right to reject any application to register a Registered Item for any reason or no reason, including but not limited to if either Registrar or Registry Operator reasonably believes it does not satisfy the conditions for a Registration (including the Sunrise Registration Conditions or .pro eligibility requirements).

You, as the Registered Item Holder, acknowledge having read and understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

(i) The Uniform Domain Name Dispute Resolution Policy, available at http://www.icann.org/dndr/udrp/policy.htm:

(ii) (For registration agreements relating to Intellectual Property Defensive Registrations, including Sunrise Registrations:)The Intellectual Property Defensive Registration Challenge, available at http://www.registrypro.pro/defensive.htm and http://www.icann.org/dndr/prosdrp/policy.htm:

(iii) The Qualification Challenge Policy and Rules, available at http://www.icann.org/dndr/proqcp/policy.htma nd http://www.icann.org/dndr/proqcp/uniform-rules.htm:

(iv) The .pro TLD restriction requirements, available at http://www.registrypro.pro/qualifications.htm:

(v) For registrations of Registered Names, the .pro TLD digital certification requirements, available at http://www.registrypro.pro/certifications.htm: and

(vi) Procedures for any applicable Verification Toolkit.

l) You agree to the use, copying, distribution, publication, modification and other processing of Registered Name Holder's Personal Data by RegistryPro and its designees and agents in a manner consistent with the purposes specified pursuant to Section 2.6 of the Registry.Pro Registration Agreement;

m) You represent and warrant that you meet the applicable .Pro registration requirements within the Jurisdiction and agree that, during the term of the registration, you will continue to meet such requirements and that you will promptly notify the Registrar if you no longer meet such requirements;

n) You acknowledge that RegistryPro is a third party beneficiary of the Domainsite Domain Name Registration Agreement with the right to enforce those provisions of the Registration Agreement that affect it;

o) You acknowledge that Registrar shall be solely responsible for providing Applicant with services with respect to (a) its application for a Registered Name and (b)in the event such application is accepted, for all ongoing services with respect to its issued Registered Name. Applicant further acknowledges that RegistryPro shall have no obligation to provide such services to Applicant. Applicant agrees that it has no contractual relationship whatsoever with RegistryPro and that Applicant is not a third party beneficiary of any agreement between RegistryPro and Registrar. Applicant further agrees that RegistryPro will have no legal, equitable or other liability of any kind to Applicant.

p) Applicant acknowledges that if, pursuant to the performance of the initial verification services or annual reverification services, Registrar determines that Applicant does not meet or does not continue to meet the applicable .Pro registration requirements, Registrar shall be entitled to retain a processing fee of $150 in connection with the performance of the initial verification services and $150 in connection with the performance of the annual reverification services.

You as the Registered Item Holder represent and warrant that, at all times during the term of Registered Item registration, you meet the .pro registration requirements set forth by Registry Operator for the registration of the Registered Item Holder's registration. The Registered Item Holder is required to provide prompt notice to Registrar if you fail to meet such registration requirements. Registrar and/or Registry Operator shall have the right to immediately and without notice to Registered Item Holder, suspend, cancel or modify a Registered Item Holder's registration if, at any time, the Registered Item Holder fails to meet the registration requirements for such domain name or Defensive Registration.

.Pro registrants self-certify that they are professionals and neither this organization nor the Registry Operator can attest to its accuracy. The relevant jurisdiction's licensing body or office of professionals should be contacted to obtain information about a .Pro registrant's licensing status and qualifications. Neither Registrar nor RegistryPro (the operator of the .Pro registry) is (i) a referral service, a partner with, or agent of any .Pro registrant (nor is there any endorsement of any .Pro registrant, the content on a .Pro web site or advice given by a .Pro registrant); or (ii)giving any legal, medical, accounting or other professional advice.

The data contained in RegistryPro's WHOIS database, including but not limited to data regarding a registrant's stated profession, is provided "as is" with no guarantee or warranties regarding its timeliness or accuracy. For information about Digital Certificates please see the .Pro Certificate Practices Statement, available at www.registrypro.com.

B.Additional Provisions for .Name TLD registration and Use.

a) You represent and warrant that every registration you are applying for in the .name top-level domain ("TLD") satisfies the eligibility requirements ("Eligibility Requirements") established by Global Name Registry Ltd., the registry for the .name TLD, which are available at http://www.icann.org/tlds/agreements/name/registry-agmt-appl-03jul01.htm.

b) You agree that every service for which you register is subject to the Uniform Domain Name Dispute Resolution Policy (the "UDRP") and the Eligibility Requirements Dispute Resolution Policy (the "ERDRP"), which are located at http://www.icann.org/tlds/agreements/name/registry-agmt-appm-03jul01.htm.

c)In addition to any of the other limitations of liability contained herein, you agree that neither the .name registry nor Spot Domain LLC dba Domainsite.com shall have any liability of any kind for any loss or liability resulting from the processing of registration requests prior to live SRS or any dispute over any Registered Name, SLD E-mail Address, Defensive Registration, or NameWatch Registration, including any dispute resolution proceeding related to any of the foregoing.

C.Additional Provisions for .info Registrations.

Registered Name Holder indemnifies, defends and holds harmless Afilias Limited, the .INFO Registry Operator, and its directors, officers, employees and agents from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to the Registered Name Holder's domain name registration. This indemnification obligation survives the termination or expiration of the Registration Agreement.

As the registered name holder of a .info name you agree to:

(i) consent to the use, copying, distribution, publication, modification and other processing of Registered Name Holder's Personal Data by Afilias Limited, the .INFO Registry Operator and its designees and agents in a manner consistent with the purposes specified pursuant to Subsection 2.6 of the .INFO Registration Agreement;

(ii) submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Sunrise Dispute Resolution Policy ("SDRP");

(iii) immediately correct and update the registration information for the Registered Name during the registration term for the Registered Name; and

(iv) acknowledge that Afilias Limited, the .INFO Registry Operator will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period or the Land Rush Period, including, without limitation: (a) the ability or inability of a registrant to obtain a Registered Name during these periods, and (b) the results of any dispute over a Sunrise Registration.

D. In its registration agreement with each Registered Name Holder, Registrar shall require such Registered Name Holder to:
Acknowledge and agree that they must comply with the requirements, standards, policies, procedures and practices set forth in the dotmobi Style Guide (www.mtld.mobi) and consent to the monitoring of the website as described in the dotmobi Style Guide monitoring guidelines (www.mtld.mobi) for compliance with the Style Guide. Furthermore, Registrant acknowledges and agrees that this Style Guide is subject to modification by the Registry with any such changes appearing at the previously designated URL, and that Registrant must promptly comply with any such changes in the time allotted.

E.Additional Provisions for .CO.UK, .ORG.UK, .ME.UK Registrations:

http://www.nominet.org.uk/ref/terms.html

E.Additional Provisions for .AC Registrations:

http://www.nic.ac/terms.html

F.Additional Provisions for .AT Registrations:

http://www.nic.at/en/agb/ag_agb.asp

G.Additional Provisions for .BE Registrations:

http://www.dns.be/eng/DomainInfo/enduser_termsandconditions.htm

H.Additional Provisions for .CC Registrations:

http://www.enic.cc/en/policies/policies.shtml

I.Additional Provisions for .DE Registrations:

http://www.denic.de/en/bedingungen.html

J.Additional Provisions for .IT Registrations:

http://www.nic.it

K.Additional Provisions for .IO Registrations:

http://www.nic.io/terms.html

L.Additional Provisions for .JP Registrations:

http://jprs.jp

M.Additional Provisions for .COM.MX Registrations:

http://www.nic.mx/es/Politicas.Dominios

N.Additional Provisions for .NL Registrations:

http://www.domain-registry.nl

O.Additional Provisions for .CO.NZ, .ORG.NZ, .NET.NZ Registrations:

http://www.domainz.net.nz/Domainz.asp?Content=Terms

P.Additional Provisions for .SH Registrations:

http://www.nic.sh/terms.html

Q.Additional Provisions for .TM Registrations:

http://www.nic.tm/terms.html

R.Additional Provisions for .TV Registrations:

http://www.tv/en/policies/policies.shtml

Registered Name Holder shall:

Indemnify to the maximum extent permitted by law, defend and hold harmless Registry Operator, and its directors, officers, employees and agents from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to the Registered Name Holder.s domain name registration and or use, and this indemnification obligation survive the termination or expiration of the registration agreement: (3.7)

Indemnify, defend and hold harmless Registry Services Provider, its subsidiaries and affiliates, and the directors, officers, employees and agents or each of them, from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to the Registered Name Holder.s domain name registration and or use, and indemnification obligation survive the termination or expiration of the registration agreement: (3.7.1)

Acknowledge and agree that notwithstanding anything in this Agreement to the contrary, mTLD Top Level Domain Ltd. (.dotmobi.), the Registry Operator of the .mobi TLD, is and shall be an intended third party beneficiary of this Agreement. As such, the parties to this Agreement acknowledge and agree that the third party beneficiary rights of dotmobi have vested and that dotmobi has relied on its third party beneficiary rights under this Agreement in agreeing to [Registrar.s name] Spot Domain LLC DBA Domainsite.com being a registrar for the .mobi top-level domain. Additionally, the third party beneficiary rights of dotmobi shall survive any termination or expiration of this Agreement. (3.8.3)

Comply with ICANN requirements, standards, policies, procedures, and practices for which Registry Operator has monitoring responsibility in accordance with the Registry Agreement or other arrangement with ICANN; (3.8.1)

Comply with operational standards, policies, procedures, and practices for the Registry TLD established from time to time by Registry Operator in a non-arbitrary manner as Registry Policies, applicable to all registrars and/or Registered Name Holders, and consistent with the Registry Agreement shall be effective upon thirty days notice by Registry Operator to Registrar; (3.8.2)

Consent to the use, copying, distribution, publication, modification and other processing of Registered Name Holder's Personal Data by Registry Operator and its designees and agents in a manner consistent with the purposes specified pursuant to Subsection 2.6

and with relevant mandatory local data protection, laws and privacy; (3.8.4)

Submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP"); (3.8.5)

Immediately correct and update the registration information for the registered Name during the registration term for the Registered Name; (3.8.6)

Acknowledge and agree to be bound by the terms and conditions of the initial launch and general operations of the Registry TLD, including without limitation the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period , and further to acknowledge that Registry Operator and the Registry Service Provider has no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period including, without limitation: (a) the ability or inability of a registrant to obtain a Registered Name during these periods, and (b) the results of any dispute made during the limited industry launch or over a Sunrise Registration. (3.8.7)

Acknowledge and agree that the Registry and Registry Services Provider, acting in consent with the Registry, reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion (i) to protect the integrity and stability of the registry; (ii) to comply with all applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process; (iii) to avoid any liability, civil or criminal, on the part of the Registry as well as its affiliates, subsidiaries, officers, directors, representatives, employees, and stockholders; (iv) for violations of the terms and conditions herein; or (v) to correct mistakes made by the Registry or any registrar in connection with a domain name registration, and the Registry also reserves the right to freeze a Registered Name during resolution of a dispute. (3.8.8.)

Acknowledge and agree that they must comply with the requirements, standards, policies, procedures and practices set forth in the dotmobi Style Guide (www.mtld.mobi) and consent to the monitoring of the website as described in the dotmobi Style Guide monitoring guidelines (www.mtld.mobi) for compliance with the Style Guide. Furthermore, Registrant acknowledges and agrees that this Style Guide is subject to modification by the Registry with any such changes appearing at the previously designated URL, and that Registrant must promptly comply with any such changes in the time allotted. (3.8.9)

Acknowledge and agree that Proxy or Proxy Registrations will not be allowed during the Sunrise Period, the Limited Industry Launch and the Premium Name Allocation and Auction Period, and in such an instance will constitute a material breach to this contract. (3.9.1)

Dispute Policy | Registration Agreement | Privacy Policy | Knowledge Base | About Us | Contact Us | FAQ | Glossary | Careers
powered by | linux man pages | geographic information | global whois | Firefox and Mozilla toolbars | dictionary | ccTLD information

©2005 Spot Domain LLC, All Rights Reserved. (2)

CREATE A FREE ACCOUNT    MY ACCOUNT    WEBMAIL    WHOIS    HELP    VIEW CART



**CALL 360-449-5900**

DOMAIN NAMES ▼    HOSTING ▼    SITE DESIGN ▼    OTHER PRODUCTS ▼    SUPPORT

## TSTER PRIVACY STATEMENT

s Privacy Statement discloses the privacy practices for Dotster, Inc. ("Dotster", "We" or "Us") and how it treats the information that Dotster collects l receives, including information related to your past use of Dotster products and services. This policy does not apply to the practices of companies Dotster does not own or control, or to people that Dotster does not employ or manage.

he information collected by Dotster.
Communications from Dotster
How information collected by Dotster is used.
Correction/Updating Personal Information
Opting Out
erminated Dotster Accounts
Jse of the Dotster Website by Persons Under Age 13
Linking to Third Party Websites
Jsers Must Keep Their Passwords Private
Changes to Our Privacy Statement
Final Statement

formation Collected by Dotster
 will not knowingly collect information collected on this website to others in ways different from what is disclosed in this statement. Dotster collects rmation from our users at several different points on our website.

purposes of this Privacy Statement, "Personally Identifiable Information" refers to information that can directly identify an individual; for example, h information may include an individual's name, mailing address, phone number or email address.

Information that Is Automatically Collected
 use IP addresses, with the help of a business partner, to analyze trends, administer the website, track users' movements, and gather broad nographic information for aggregate use. IP addresses are not linked to Personally Identifiable Information.

Information that Is Collected by Cookies
ookie is a piece of data stored on a user's hard drive containing information about that user. By setting a cookie on our website, the user would not e to log in with a password more than once, thereby saving time while on our website. If a user rejects the cookie, they may still use our website. The y drawback to this is that the user will be limited in some areas of our website. Cookies can also enable us to track and target the interests of our rs to enhance the experience on our website. Some of our business partners use cookies on our website (for example, advertisers); however, we e no access to or control over these cookies.

Information that Is Actively Submitted to Dotster
jistrations and Orders. In order to register a domain name or order services from this website, a user must create an account and complete a istration process. During the account creation process, a user must provide contact information (such as name and email address) so that we can i in touch with our users. This information is also used to fulfill order and registration requests. To pay for a domain name registration or for other vice ordered, a user must provide contact information (such as name and shipping address) and financial information (such as a credit card number I its expiration date). This information is used for billing purposes, with the help of our business partner, and to fill users' orders. If we have trouble cessing an order, this contact information is used to get in touch with the user.

-A-Friend. If a user elects to use our referral service for informing a friend about our website, we ask them for the friend's name and email address. will automatically send the friend a one-time email inviting them to visit the website. We store this information for the purpose of sending this one- e email. The friend may contact us at support@dotster.com or go directly to http://www.dotster.com/support/support.php to request the removal of this rmation from this database.

Third Party Advertisers on Dotster's Website
 use third-party advertising companies to serve ads (using methods that include Pixel Tags and Clear Gifs) when you visit our website. Third-party ertising companies also separately place or recognize a cookie file on your browser in the course of delivering advertisements to this website. These npanies may use information (not including your name, address, email address or telephone number) about your visits to this and other websites in er to provide advertisements about goods and services of interest to you.

Information Dotster Obtains from Third Parties
plemental Information Collected. In certain circumstances, in order for our website to properly fulfill its obligation to our users, it is necessary for us to plement the information we receive with information from third party sources. For example, to determine if our users qualify for a dotPartner account, use their name and business information to request a credit report.

ster Accounts Created by a Third Party on Your Behalf. If you received your domain name from someone else, without registering for it yourself, your nain name may belong to a "managed domain." In a managed domain, the administrator of a company with whom you have a business relationship example, your ISP) can create your domain name for you. You can then use the domain name like any other domain name. The administrator, ever, has access to the domain name and can edit your Dotster profile, reset your password, and manage the Dotster account without your itional consent. In addition to the terms mentioned in this Privacy Statement, an account created by a third party allows any of your Personally ntifiable Information within that account to be available to that third party as if they were you. We have no access to or control over the third party to vent their disclosure of your information.

ommunications from Dotster

lcome Emails and General Correspondence. We send a welcoming email to the email address associated with the account a user has created to
fy the users password and username. This process is designed to prevent e-mail addresses from being used without permission in the creation of a
ster account. Established users will occasionally receive information on products, services, special deals, and a newsletter. Out of respect for the
acy of our users we present the option to not receive some of these types of communications. Please see our opt-out options below.

and Service Updates. We send the user website and service announcement updates. Users are not permitted to unsubscribe from service
ouncements, which contain important information about the website and/or service. We may communicate with users to provide services that users
uest or to discuss issues relating to their account.

veys & Contests. From time-to-time our website requests information from users via surveys or contests. Participation in these surveys or contests is
pletely voluntary and, as such, the user has a choice whether or not to disclose this information. Information requested may include contact
rmation (such as name and shipping address), and demographic information (such as zip code, age level).

ow Information Collected by Dotster Is Used

nographic Information. We will share aggregated demographic information with our partners and advertisers. The aggregated demographic
rmation is not linked to any Personally Identifiable Information that can identify any individual person.

mmunicating with Our Users. We use Personally Identifiable Information (such as your name, telephone number or email address) to communicate
our users when they have questions, concerns or comments about their accounts or the services that we provide. If you contact us, we may or may
delete your emails or voicemails to us.

rmation Shared With Third Parties. We share information with third parties as required by ICANN and in order to give our customers access to a
at variety of services. Specifically, we may do the following:
ubmit the name, postal address, e-mail address, and phone numbers associated with the registrant, administrative, technical and billing contacts of a
nain name to the appropriate Registry or registration database. This information is included in a publicly available 'Whois' database, in accordance
ICANN rules. This sharing of information is required by ICANN rules.
se a credit card processing company to bill users for goods and services. These companies do not use Personally Identifiable Information for any use
r than credit card processing; however, we will not be responsible or liable for use of the information required by credit card companies in
travention of their policies, contractual obligations or general good business procedures.
artner with third parties who provide services to our users. When the user signs up for or agrees to receive a specific service provided by the third
y (i.e. PostMasterDirect advertisements), we share the information that is needed for the third party to provide the services.
are the publicly available domain contact information submitted by our users for inclusion in the Whois database with third parties. We do not control
use of this Personally Identifiable Information by third parties.
are your Personally Identifiable Information with other entities that are owned by Dotster, that own Dotster, or have some sort of corporate ownership
tionship with Dotster.

ressing Legal Issues. Further, we provide Personally Identifiable Information to respond to subpoenas, court orders, or legal process, or to establish
exercise our legal rights or defend against legal claims. Further, we believe it is necessary to share Personally Identifiable Information in order to
estigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person,
ations of Dotster's terms of use, or as otherwise required by law.

e or Transfer of Dotster. If all or a portion of Dotster is transferred, sold, merged, ceases operations, goes bankrupt, or is otherwise involved in a
saction where the ownership or management of Dotster is changed (individually or collectively, a "Transaction") then your Personally Identifiable
rmation or other user information may be transferred or assigned to a third party as part of the Transaction.

orrection/Updating Personal Information

ers must provide accurate and correct contact information (name, postal address, e-mail address, phone number) for their domain name(s)
istrant, Administrative, Technical and Billing contacts, which will be listed in a publicly accessible 'Whois' database, in compliance with ICANN rules.
user's Personally Identifiable Information changes (such as a zip code), or if a user no longer desires Dotster's services, we will provide a way to
ect, update or remove that user's personal data provided to us. This can usually be done under online account management (on your own) or by
ailing our user Support Group for assistance.

pting Out

ers are provided an opportunity to "opt-out" of having their information used for purposes not directly related to the services they request. Users who
longer wish to receive our newsletter or promotional materials from us may opt-out of receiving these communications by replying and typing
subscribe" in the subject line in the email or email your request to <u>dotnews@dotster.com</u> .

erminated Dotster Accounts

our Dotster account is terminated or cancelled (regardless of whether it was voluntary), all of your Personally Identifiable Information will remain on
servers. We retain and use your Personally Identifiable Information as necessary to enforce our policies or to address contractual issues, and may
tact you for future marketing or promotional purposes.

se of the Dotster Website by Persons Under Age 13

website is not intended for use by anyone under the age of thirteen (13), and any individual under such age should not provide us with Personally
ntifiable Information. We do not knowingly contact, market to, solicit, collect or use Personally Identifiable Information from or about any individual
er the age of 13. It is possible that by fraud or deception we may receive information pertaining to children under 13. If we are notified of that we
e personal information regarding a person under the age of 13, as soon as we reasonably verify the information, we will either obtain parental
sent or otherwise delete the information from the account and/or service. However, the information may remain on a log in our servers. If you want to
fy us of our receipt of information by children under 13, please do so by emailing us at: <u>abuse@dotster.com</u>.

nking to Third Party Websites

website contains links to other websites. Please be aware that we are not responsible for the privacy practices of such other websites. We
ourage our users to be aware when they leave our website and to read the Privacy Statements of each and every website that collects Personally
ntifiable Information. This Privacy Statement applies solely to information collected by this website.

sers Must Keep Their Passwords Private

ers are required to keep their account passwords confidential and to not share this information with others. If you choose to reveal or share your
ssword and Dotster account name, we are unable to guarantee the security of your account.

Changes to Our Privacy Statement
s Privacy Statement may change, and use of information that we gather now is subject to the Privacy Statement that is in effect as of the time of use.
a are responsible for periodically checking our Privacy Statement. You may opt-out of any posted change to our collection, use or disclosure of your
sonal information by sending an e-mail to support@dotster.com. If we make minor changes to this Privacy Statement, the changes will be
mediately effective upon posting the revised Privacy Statement to the website. If we make material changes to this Privacy Statement or in how we
use or collect your Personally Identifiable Information, we will prominently post a notification on our website of the changed Privacy Statement ten
) days prior to implementing the change. The date at the bottom of this Privacy Statement is the date that the Privacy Statement is effective.

Final Statement
ster will use your information in accordance with the Privacy Statement that is currently in effect. If you have any questions about the security at our
osite, you can send an email to security@dotster.com.

ective date: 2004/11/18

ntact Us    Press    Affiliates    Resellers    Referral    About Us                        © 2000 - 2007 Dotster, Inc. All rights reserved.

PRIVACY POLICY    Registration Agreement



## ACCEPTIBLE USE POLICY

This Acceptible Use Policy (AUP) is incorporated by reference in your Leased Server Agreement with GKG and your services may be suspended or terminated for violation of this AUP in accordance with the Leased Server Agreement.

Inquiries regarding this policy should be directed to abuse@gkgnet.

### Internet Abuse

You may not use GKG's network to engage in, foster, or promote illegal, abusive, or irresponsible behavior, including:

- Unauthorized access to or use of data, systems or networks, including any attempt to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without express authorization of the owner of the system or network;
- Monitoring data or traffic on any network or system without the express authorization of the owner of the system or network;
- Interference with service to any user of the GKG or other network including, without limitation, mail bombing, flooding, deliberate attempts to overload a system and broadcast attacks;
- Use of an Internet account or computer without the owner's authorization;
- Collecting or using email addresses, screen names or other identifiers without the consent of the person identified (including, without limitation, phishing, Internet scamming, password robbery, spidering, and harvesting);
- Collecting or using information without the consent of the owner of the information;
- Use of any false, misleading, or deceptive TCP-IP packet header information in an e-mail or a newsgroup posting;
- Use of the service to distribute software that covertly gathers information about a user or covertly transmits information about the user;
- Use of the service for distribution of advertisement delivery software unless: (i) the user affirmatively consents to the download and installation of such software based on a clear and conspicuous notice of the nature of the software, and (ii) the software is easily removable by use of standard tools for such purpose included on major operating systems; (such as Microsoft's "ad/remove" tool); or
- Any conduct that is likely to result in retaliation against the GKG network or Web site, or GKG's employees, officers or other agents, including engaging in behavior that results in any server being the target of a denial of service attack (DoS).

### Bulk or Commercial E-Mail

You must comply with the CAN-SPAM Act of 2003 and other laws and regulations applicable to bulk or commercial e-mail. In addition, you must obtain GKG's advance approval for any bulk e-mail, which will not be given unless you are able to demonstrate all of the following to GKG's reasonable satisfaction:

- Your intended recipients have given their consent to receive e-mail from you via some affirmative means, such as an opt-in procedure;
- Your procedures for seeking consent include reasonable means to ensure that the person giving consent is the owner of the e-mail address for which consent is given:
- You retain evidence of each recipient's consent in a form that can be promptly produced on request, and you honor recipient's and GKG's requests to produce consent evidence within 72 hours of receipt of the request.
- You have procedures in place that allow a recipient to revoke their consent - such as a link in the body of the e-mail, or instructions to reply with the word "Remove" in the subject line: you honor revocations of consent within 48 hours, and you notify recipients that the revocation of their consent will be implemented in 48 hours;
- You must post an e-mail address for complaints (such as abuse@yourdoman.com) in a conspicuous place on any Web site associated with the e-mail, you must register that address at abuse.net, and you must promptly respond to messages sent to that address;
- You must have a Privacy Policy posted for each domain associated with the mailing;
- You have the means to track anonymous complaints:
- You may not obscure the source of your e-mail in any manner. Your e-mail must include the recipients e-mail address in the body of the message or in the "TO" line of the e-mail ; and
- You must not attempt to send any message to an e-mail address if 3 consecutive delivery rejections have occurred and the time between the third rejection and the first rejection is longer than fifteen days.

These policies apply to messages sent using your GKG service, or to messages sent from any network by you or any person on your behalf that directly or indirectly refer the recipient to a site or an e-mail address hosted via your GKG service. In addition, you may not use a third party e-mail service that does not practice similar procedures for all its customers. These requirements apply to distribution lists prepared by third parties to the same extent as if the list were created by you.

GKG may test and otherwise monitor your compliance with its requirements, and may block the transmission of e-mail that violates these provisions.

### Vulnerability Testing

You may not attempt to probe, scan, penetrate or test the vulnerability of a GKG system or network or to breach GKG's security or authentication measures, whether by passive or intrusive techniques, without GKG's express written consent.

### Newsgroup, Chat Forums, Other Networks

You must comply with the rules and conventions for postings to any bulletin board, chat group or other forum in which you participate, such as IRC and USENET groups including their rules for content and commercial postings. These groups usually prohibit the posting of off-topic commercial messages, or mass postings to multiple forums.

You must comply with the rules of any other network you access or participate in using your GKG services.

### Offensive Content

You may not publish or transmit via GKG's network and equipment any content or links to any content that GKG reasonably believes:

- Constitutes, fosters, or promotes child pornography or bestiality:
- is excessively violent, incites violence, threatens violence, or contains harassing content or hate speech:
- is unfair or deceptive under the consumer protection laws of any jurisdiction, including chain letters and pyramid schemes:
- is defamatory or violates a person's privacy:
- creates a risk to a person's safety or health, creates a risk to public safety or health, compromises national

security, or interferes with a investigation by law enforcement:
- improperly exposes trade secrets or other confidential or proprietary information of another person;
- is intended to assist others in defeating technical copyright protections;
- infringes on another person's copyright, trade or service mark, patent, or other property right;
- promotes illegal drugs, violates export control laws, relates to illegal gambling, or illegal arms trafficking;
- is otherwise illegal or solicits conduct that is illegal under laws applicable to you or to GKG; or
- is otherwise malicious, fraudulent, or may result in retaliation against GKG by offended viewers.

Content "published or transmitted" via GKG's network or equipment includes Web content, e-mail, bulletin board postings, chat, and any other type of posting or transmission that relies on the Internet.

Copyrighted Material

You may not use GKG's network or equipment to download, publish, distribute, or otherwise copy in any manner any text, music, software, art, image, or other work protected by copyright law unless:

- you have been expressly authorized by the owner of the copyright for the work to copy the work in that manner;
- you are otherwise permitted by established United States copyright law to copy the work in that manner.
- GKG may terminate the service of copyright infringers.

Other

- You must have valid and current information on file with GKG or any other domain name registrar for any domain hosted on the GKG network.
- You may only use IP addresses assigned to you by GKG in connection with your GKG services.
- You agree that if the GKG IP numbers assigned to your account are listed on Spamhaus, Spews, NJABL or other abuse databases, you will be in violation of this AUP, and GKG may take reasonable action to protect its IP numbers, including suspension and/or termination of your service, regardless of whether the IP numbers were listed as a result of your actions.

Consequences of Violation of AUP

GKG may charge you its hourly rate for AUP breach recovery (currently $250.00) plus the cost of equipment and material needed to (i) investigate or otherwise respond to any suspected violation of this AUP, (ii) remedy any harm caused to GKG or any of its customers by the violation of this AUP, (iii) respond to complaints, including complaints under the Digital Millennium Copyright Act, (iv) respond to subpoenas and other third party requests for information as described in the Master Services Agreement, and (v) have GKG's Internet Protocol numbers removed from any abuse database. No credit will be available under your GKG Service Level Agreement for interruptions of service resulting from AUP violations.

August 24, 2007



**GKG SERVICE AGREEMENT**

This Service Agreement ("**Agreement**") sets forth the terms and conditions of your use of all GKG.NET, INC.'s ("**GKG**") services offered through the GKG website ("**services**"). To complete the signup process for services, you must acknowledge that you have read, understood, and agree to be bound by all terms and conditions of this Agreement, the accompanying dispute policies and any rules or policies that are or may be published by GKG from time to time at www.gkg.net/policies. This Agreement will become effective when published by GKG. GKG may elect to accept or reject your service application for any reason at its sole discretion, such rejection including, but not limited to, rejection due to a request for registration of a prohibited domain name.

I. Description of Services

    1. Domain Registration

        a. General

        b. Transfer of Ownership (change of Registrant)

        c. Domain Transfers (change of Registrar)

        d. Domain Renewals

        e. Administrative Changes

        f. Dispute Policies

        g. Domain Name Registration Information and Its Use

        h. Additional Information for .info Registrations

        i. Additional Information for .name Registrations

    2. Domain Parking Services

        a. General

    3. Private Domain Registration (formerly known as GKG Domain Proxy Services)

        a. General

        b. Domain Registration Benefits

        c. Your Notification Obligations

        d. Renewal of Service

        e. Suspension and/or Termination of Service

        f. Communications Forwarding

    4. Hosting Services

        a. General

        b. Security

        c. Network Uptime

        d. Hardware Guarantee

    5. Web Mail Services

    6. Dedicated Servers

        a. Server Lease or Co-location

        b. Physical Access

        c. Network Uptime

      d. Server Maintenance

      e. Disconnection

   7. Internet Service

      a. Acceptable Use

      b. Third Party Sites

   8. Zone Hosting

   9. Web Design

II. Service Fees

III. Payments

   1. Payments for Domains

   2. Payments for Other Services

IV. Cancellation of Services

V. E-mail Policy

   1. Email Services

   2. Email Management

   3. SMTP Services

VI. Anti-Spam Policy

   1. GKG's Anti-Spam Commitment

   2. Reporting and Processing Spam Complaints

   3. Disputing A Spam Complaint/Decision

   4. Inaccurate Whois Information

VII. Privacy Policy

   1. Information that is Collected

   2. What information is Released

VIII. Changes to Service Agreement and/or Dispute Policies

IX. General Agreement Information

   1. Agents and Licenses

   2. Limitation of Liability

   3. Indemnification of GKG

   4. Representations and Warranties

# I. Description of Services

### 1. Domain Registration

#### a. General

GKG is an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for the .com, .net, .org and .info Top Level Domains (TLDs). ICANN oversees the .com, .net, .org, .info, .biz, .aero, .pro, .coop, .name and .museum TLDs. As an accredited domain name registrar, GKG is, upon accepting your domain name registration application, your sponsor for that application. All domain name registrations we register for .com, .net, .org, .info, .name, .us, and .biz and any other domain name extension we may add in the future, are not effective until we have delivered the domain name registration information you provide us to the registry administrator for the .com, .net, .org, .info or other TLDs, as applicable, and the registry administrator puts into effect your domain name registration.

**You agree and acknowledge that GKG is not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator arising out of or related to your application and receipt of, or failure to receive, a domain name registration.**

You further agree that your domain will be registered with the information that you provided. In addition, GKG will place all domains on TRANSFER LOCK status after registration. This status will prevent all

domain transfers while enabled. Domain contacts may log into their account and disable this status.

You further agree to indemnify, defend and hold harmless GKG, the registry administrator and their directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses) arising out of, or related to, your domain name registration.

**b. Transfer of Ownership (change of Registrant)**

The entity named as the Registrant contact at the time the controlling user name and password are secured shall be the account holder of the domain name. Furthermore, the organization named as the registrant will be considered the primary domain holder while the individual will be considered the primary domain holder when no organization is involved in the registration. You agree that as a condition of any transfer of ownership of your domain name to another entity, the entity to which you seek to transfer your domain name (the "Transferee") shall agree in writing to keep the domain on Registrar Lock for 60 days after any Registrant Transfer and that they will also be bound by all terms and conditions of this Agreement. You acknowledge and agree that if you attempt to transfer your domain name registration and the entity to which you seek to transfer your domain name fails to agree in writing to be bound by all terms and conditions of this Agreement, any such transfer will be null and void, and will result in your domain name registration being revoked without a refund of any charges you have incurred in attempting to register or transfer that domain name. Any change to the Registrant Account, will be considered a Transfer of Ownership and treated as defined in this section.

**c.   Domain Transfers (change of Registrar)**

### i. General

When you transfer your domain name registration to GKG you will be required to extend your existing registration for one year from the date your existing registration is set to expire, provided that the total unexpired term of a registration does not exceed ten (10) years and provided that GKG has not clearly stated that your domain's existing registration will not be extended. This additional year applies regardless of the period remaining on your current registration. You will not lose any of the time remaining on your current registration unless your domain was renewed with the previous registrar within 45 days of the transfer becoming effective. In this instance, the previous registrar will remove the renewed year (although GKG will still extend the registration period). In such an instance, it is the domain registrant's responsibility to contact the previous registrar regarding a potential refund. Once the transfer has been authorized and processed, GKG shall become the Registrar of record.

### ii. Initiation of Transfer to GKG

Only the registrant or administrative contact of the domain name registration may initiate a request to transfer that domain name registration from another Registrar to GKG. By submitting the transfer request, you hereby represent that you have the full and complete authority in your role as either the domain's registrant or administrative contact to initiate this transfer. GKG, at its sole discretion, may require you to provide documentation that proves that you are either the domain's registrant or administrative contact and that you have initiated this transfer request.

The request to transfer a domain name registration from one Registrar to another may be denied

(1) during the first 60 days after initial registration of the domain name with the original Registrar,

(2) in accordance with circumstances described in the Domain Name Dispute Policy,

(3) if there is a pending bankruptcy of the domain name holder

(4) if there is a dispute over the identity of the domain name holder,

(5) by operation of law, or at the discretion of the then current Registrar.

### iii. Initiation of Transfer from GKG

Once GKG receives a transfer request to another registrar an authorization request will be generated and sent to each of the domain contacts via email. If approval is explicitly received or no response is received, GKG will approve the transfer. If approval is explicitly denied within 5 days, GKG will deny the transfer. GKG will always accept and act upon the first response to an authorization request email.

GKG will place all domains on TRANSFER LOCK status after registration. This status will prevent all domain transfers while enabled. Domain contacts may log into their account and disable this status.

No domain that is on LOCK or HOLD status will be transferred. Domains may be placed on LOCK or HOLD for several reasons:

(a)    The domain has been placed on TRANSFER LOCK as part of a new domain registration or at a domain contact's discretion.

(b)    The domain is expired.

    (c)    The domain is currently under dispute.

    (d)    The domain is associated with a chargeback

    (e)    The domain holder has a balance due on a GKG services account

    (f)    Any other reason deemed necessary by GKG in its sole discretion.

### d. Domain Renewals

All domains are registered for a predetermined period determined at the time of the domain's registration. This period will not be less than one year and cannot exceed 10 years. Upon the expiration of this period, you shall no longer have a claim to the domain unless the renewal process is completed successfully and i all renewal fees are paid in full.

By completing the domain renewal process, you hereby represent that you have the full and complete authority in your role as a domain contact to initiate and complete the renewal process. GKG, at its sole discretion, may require you to provide documentation that proves that you are a domain contact or that you have the proper authorization to initiate and complete the renewal process. In addition, you agree to have the domain left on Registrar Lock for a minimum of 60 days following any renewal, in order to ensure there are no charge-backs, fraud, or any other potential problems that might be tied to the renewal of the domain(s).

GKG will notify all domain contacts via email of pending domain renewals. If you use a spam control program, it is your sole responsibility to ensure that you have taken steps to include all emails received from any @gkg.net email account in your whitelist. GKG sends these emails to the email addresses on file for the GKG Usernames designated as domain contacts. It is your sole responsibility to ensure that GKG has the most accurate contact information as stated in Section I.1.f. These renewal notifications are sent on a predetermined timeframe before the actual expiration date.

    (1) The first notice will be sent sixty (60) days before the domain's expiration date.

    (2) The second notice will be sent thirty (30) days before the domain's expiration date.

    (3) The third notice will be sent fifteen (15) days before the domain's expiration date.

    (4) The fourth and final notice will be sent on the domain's expiration date.

Upon expiration you will no longer have legitimate access and rights to the domain name. GKG may at our sole discretion allow the domain registration to remain active in an attempt to allow the renewal process to complete. However, if a domain is not renewed by the expiration date, GKG is completely within our rights to delete or keep the expired domain.

Upon deletion the only method of retaining a domain's registration is to restore the domain as described on our website at http://www.gkg.net/domain/restore.html. By submitting a domain restore request, you agree to pay the then current, non-refundable domain restore fee. Furthermore, you agree to be bound by all applicable sections of this Agreement.

### e. Administrative Changes

You may access your domain name registration information in GKG's possession to review, modify or update such information, by accessing our domain management tools, made available at our Web site (http://www.gkg.net). Access to our domain management tools is provided based on username/password authentication security. If you are not able to access our domain management tools, GKG can make administrative changes for you after you provide the proper documentation and pay the appropriate administrative fee. In addition, you will agree to keep the domain on Registrar Lock for a minimum of 60 days or longer at GKG's sole discretion, to ensure there are no complications related to the administrative change. What constitutes proper documentation is solely determined by GKG and will be posted in the domain management tools section of our web site (http://www.gkg.net).

### f. Dispute Policies

You agree to be bound by the GKG Domain Name Dispute Policies, which are hereby incorporated and made a part of this Agreement by reference. The Dispute Policies can be found at http://www.gkg.net/policies/dispute.html.. You agree to abide by the provisions specified in the Dispute Policies, in the event a dispute arises. **You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold GKG harmless pursuant to the terms and conditions contained in the Dispute Policies.** If you use a spam control program, it is your sole responsibility to ensure that you have taken steps to include all emails received from any @gkg.net email account in your whitelist.

### g. Domain Name Registration Information and Its Use

    **i. Information You Are Required to Submit**. As part of the registration process, you are required to provide certain information and to update promptly this information as requested by GKG to keep it current, complete and accurate. The information you are obligated to provide in connection with the domain name you are registering is the following:

        (a) Your name, postal address, or physical address, e-mail address, voice telephone number, and where available, fax number (or if different, that of the domain name holder);

        (b) The domain name being registered;

(c) The name, postal address, physical address, e-mail address, voice telephone number, and where available, fax number of the administrative contact for the domain name; and

(d) The name, postal address, physical address, e-mail address, voice telephone number, and where available, fax number of the billing contact for the domain name.

(e) The name, postal address, physical address, e-mail address, voice telephone number, and where available, fax number of the technical contact for the domain name;

**You agree and acknowledge that when you renew your domain name registration, the type of information you are required to provide may have changed. If you do not wish to provide the new required information, your registration may be cancelled, at the discretion of GKG, without refunds.**

All other information, which we may request from you at registration, is voluntary, unless otherwise specified. However, not providing this information may prevent you from obtaining all products and services made available to domain name registrants by us, other than registration of the domain name.

If you use a spam control program, it is your sole responsibility to ensure that you have taken steps to include all emails received from any @gkg.net email account in your whitelist.

**ii. Additional Information Maintained About Your Registration.** In addition to the information you provide, we maintain records relating to your domain name registration. These records may include:

(a) The original creation date of the registration;

(b) The submission date and time of the registration application to us and by us to the proper registry;

(c) Communications (electronic or paper form) constituting registration orders, modifications, or terminations and related correspondence between you and us;

(d) Records of account for your domain name registration, including dates and amounts of all payments and refunds;

(e) The IP addresses of the primary nameserver and any secondary nameservers for the domain name;

(f) The corresponding names of those nameservers;

(g)The expiration date of the registration;

(h) Miscellaneous information regarding all other activity between you and us regarding your domain name registration and related services.

**iii. Obligations Relating to Provided Data. In the event that, in registering the domain name, you are providing information about a third party, you hereby represent that you have (a) provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, (b) that you have obtained that third party's express consent to the disclosure and use of that party's information as set forth in this Agreement and (c) that you have obtained that third party's express consent that they agree to be bound by this agreement.**

You acknowledge that willfully providing inaccurate information or willfully failing to update information promptly will constitute a material breach of this Agreement and will be sufficient basis for cancellation of your domain name registration. You further agree that your failure to respond within fifteen (15) calendar days to inquiries by GKG concerning the accuracy of contact details associated with your registration shall constitute a material breach of this Agreement and will be sufficient basis for cancellation of your domain name registration. You also acknowledge that GKG may require a quicker response time in order to keep your domain active.

**iv. Disclosure and Use of Registration Information.** You agree and acknowledge that GKG will make available domain name registration information you provide or that we otherwise maintain to ICANN, to the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit. You further agree and acknowledge that GKG may make publicly available, or directly available to third party vendors, some, or all, of the domain name registration information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by ICANN and applicable laws.

Additionally, you acknowledge that ICANN may establish guidelines, limits and/or requirements that relate to the amount and type of information that GKG may or must make available to the public or to private entities, and the manner in which such information is made available.

You hereby consent to any and all such disclosures and use of, and guidelines, limits and restrictions on disclosure or use of, information provided by you in connection with the registration of a domain name (including any updates to such information), whether during or after the term of your registration of the domain name. **You hereby irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of your domain name registration information by GKG.**

You may access your domain name registration information in GKG's possession to review, modify or update such information, by accessing our domain management tools, made available at our Web site (http://www.gkg.net).

We will not process data about any identified or identifiable natural person that we obtain from you in a way incompatible with the purposes and other limitations, which we describe in this Agreement.

GKG will take reasonable precautions to protect the information it obtains from you from our loss, misuse, unauthorized access or disclosure, alteration or destruction of that information.

**v. Ownership of Data**

You agree and acknowledge that GKG owns all databases, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which GKG is the sponsoring Registrar:

(a) the original creation date of the registration,

(b) the expiration date of the registration,

(c) the name, postal address, e-mail address, voice telephone number, and where available fax number of the technical contact, administrative contact, zone contact and billing contact for the domain name registration,

(d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and

(e) any other information we generate or obtain in connection with the provision of domain name registration services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers.

GKG does not have any ownership interest in your specific personal registration information outside of its rights in GKG's domain name database, or other rights specifically set out elsewhere herein.

## h. Additional Requirements for .info domain registrations

There are several additional requirements for .info domain registration. To register a .info domain, you are required to:

i. consent to the use, copying, distribution, publication, modification and other processing of your Personal Data by Registry Operator and its designees and agents.

ii. submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Sunrise Dispute Resolution Policy ("SDRP");

iii. immediately correct and update the registration information for the Registered Name during the registration term for the Registered Name; and

iv. acknowledge that Registry Operator will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period or the Land Rush Period, including, without limitation: (a) the ability or inability of a registrant to obtain a Registered Name during these periods, and (b) the results of any dispute over a Sunrise Registration.

**Furthermore, for .info domain registrations, GKG will apply this additional language to the indemnification provisions set forth in Section IX.3 below:**

By submitting an application to register a .info domain name registration, you

i. acknowledge that the .info registry will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the .info "Sunrise Period" or the .info "Land Rush Period", including, without limitation:

(a) the ability or inability of a registrant to obtain a .info domain name registration during these periods, and

(b) the results of any dispute over a .info domain name registration registered during the .info "Sunrise Period",

ii. acknowledge and agree that GKG will share with the .info registry information submitted by you in connection with your .info domain name application and you consent to the use, copying, distribution, publication, modification and other processing of your personal data by the .info registry and its designees and agents in connection with the .info registry's obligations to GKG and third parties or as otherwise required by the .info registry,

iii. agree to immediately correct and update the registration information for your .info domain name registration during the registration term for such domain name.

**i. Additional Information for .name Registrations**

Registrations in the .name TLD must constitute an individual's "Personal Name". For purposes of the .name restrictions, a "Personal Name" is a person's legal name, or a name by which the person is commonly known. A "name by which a person is commonly known" includes, without limitation, a pseudonym used by an author or painter, or a stage name used by a singer or actor.

**i. .Name Email Restrictions**

(a) The service for which you have registered may, at your option, include .name Email Forwarding. To the extent you opt to use .name Email Forwarding, you are obliged to do so in accordance with all applicable legislation and are responsible for all use of .name Email Forwarding, including the content of messages sent through .name Email Forwarding.

(b) You undertake to familiarize yourself with the content of and to comply with the generally accepted rules for Internet and email usage. This includes, but is not limited to the Acceptable Use Policy, available at www.nic.name/downloads/aup.pdf as well as the following restrictions. Without prejudice to the foregoing, you undertake not to use .name Email Forwarding:

(1) to encourage, allow or participate in any form of illegal or unsuitable activity, including but not restricted to the exchange of threatening, obscene or offensive messages, spreading computer viruses, breach of copyright and/or proprietary rights or publishing defamatory material;

(2) to gain illegal access to systems or networks by unauthorized access to or use of the data in systems or networks, including all attempts at guessing passwords, checking or testing the vulnerability of a system or network or breaching the security or access control without the sufficient approval of the owner of the system or network;

(3) to interrupt data traffic to other users, servers or networks, including, but not restricted to, mail bombing, flooding, Denial of Service (DoS) attacks, willful attempts to overload another system or other forms of harassment; or

(4) for spamming, which includes, but is not restricted to, the mass mailing of unsolicited email, junk mail, the use of distribution lists (mailing lists) which include persons who have not specifically given their consent to be placed on such a distribution list.

Users are not permitted to provide false names or in any other way to pose as somebody else when using .name Email Forwarding.

(c) Registry Operator reserves the right to implement additional anti-spam measures, to block spam or mail from systems with a history of abuse from entering Registry Operator's .name Email Forwarding.

(d) You understand and agree that Registry Operator may delete material that does not conform to clause (c) above or that in some other way constitutes a misuse of .name Email Forwarding. You further understand and agree that Registry Operator is at liberty to block your access to .name Email Forwarding if you use .name Email Forwarding in a way that contravenes this Agreement. You will be given prior warning of discontinuation of the .name Email Forwarding unless it would damage the reputation of Registry Operator or jeopardize the security of Registry Operator or others to do so. Registry Operator reserves the right to immediately discontinue .name Email Forwarding without notice if the technical stability of .name Email Forwarding is threatened in any way, or if you are in breach of this Agreement. On discontinuing .name Email Forwarding, Registry Operator is not obliged to store any contents or to forward unsent email to you or a third party.

(e) You understand and agree that to the extent Registry Operator is required by law to disclose certain information or material in connection with your .name Email Forwarding, Registry Operator will do so in accordance with such requirement and without notice to you.

**ii. NameWatch**

The NameWatch service allows monitoring of all registrations on the .name gTLD. Any registration of a .name, both Domain Names and .name Email Forwarding, where the trademark/string is included, will trigger notification. This will allow the intellectual property holder early identification of potential threats. The reports, which cover both Domain Names and .name Email Forwarding, are available daily, weekly or monthly and can significantly increase the trademark holder's protection and follow-up of the trademark; provided that either the Registry Operator or GKG provides no guarantee that any potential threats will be identified.

**iii. Defensive Registrations**

(a) Defensive Registrations allow owners of trademarks to exclusively pre-register on the .name space and create a protective barrier for their trademarks. A "Defensive Registration" is a registration granted to a registrant which aims to prevent a third party from registering either any variation of a trademark (a Premium Defensive Registration), or an exact match of a trademark (a Standard Defensive Registration), which registration will not resolve within the domain name system.

(b) You agree that, if your Defensive Registration is challenged by a third party, you will be subject to the provisions specified in our Defensive Registration dispute policy in effect at the time of the dispute. You agree that in the event a Defensive Registration dispute arises with any third party, you will indemnify and hold GKG harmless pursuant to the terms and conditions set forth below in this Agreement. If we are notified that a complaint has been filed with a judicial or administrative body regarding your Defensive Registration, you agree not to make any changes to your Defensive Registration record without our prior approval. We may not allow you to make changes to such Defensive Registration record until we are directed to do so by the judicial or administrative body, or we receive notification by you and the other party contesting your Defensive Registration and use of our domain name registration services that the dispute has been settled.

(c) If you registered a Defensive Registration, you agree that:

> (1) the Defensive Registration will be subject to challenge pursuant to the Eligibility Requirements Dispute Resolution Policy ("ERDRP") at http://www.icann.org/tlds/agreements/name/registry-agmt-appm-8aug03.htm which is incorporated herein and made an integral part hereof;

> (2) if the Defensive Registration is successfully challenged pursuant to the ERDRP, the Defensive Registrant will pay the challenge fees; and

> (3) if a challenge is successful, then the Defensive Registration will be subject to the procedures of the ERDRP.

(d) Defensive Registrants may be asked to give their consent to allow individuals to share a part of their space. For example, if you have filed a Defensive Registration on PQR (which blocks out the second level PQR.name, and the third level registrations ANYSTRING.PQR.name and PQR.ANYSTRING.name and their corresponding email addresses), you may be asked to give consent to John Pqr to register JOHN.PQR.name if he can prove that PQR is his name. In such a circumstance, you will have 10 days to respond to a request for consent.

## 2. Parking Services

### a. General

GKG currently offers several parking packages described in detail at http://www.gkg.net/domain/. Parking customers agree to abide by all applicable sections of this agreement.

### b. Service

All parking services are offered as is and there are no guarantees that any service will be added in the future. The purchase of a parking package does not guarantee anything beyond the use of GKG's primary and secondary parking DNS as is, to be used as determined at the sole discretion of GKG. GKG does not warrant or guarantee any level of service in the use of the GKG parking services including the use of GKG mail servers or web servers.

## 3. Private Domain Registration (formerly known as GKG Domain Proxy Services)

### a. General

The purpose of the **GKG PRIVATE DOMAIN REGISTRATION** service is to maximize your right to privacy to the greatest extent possible. However, due to ICANN regulations, we must release your contact information upon receipt of written requests from third parties that demonstrate a legitimate need for said information. These requests must be accompanied by GKG's standard administrative fee. GKG will notify you when your information is released and provide you with the contact information of the party to whom it was released. When you subscribe to **GKG PRIVATE DOMAIN REGISTRATION** through GKG or any of its affiliates, each and any available domain name registration, registered with GKG that you designate will thereafter be registered in the name of **GKG PRIVATE DOMAIN REGISTRATION**, as all contacts. Customer agrees to abide by all applicable sections of this agreement.

In exchange for **GKG PRIVATE DOMAIN REGISTRATION** becoming the contacts of each domain name registration on your behalf, GKG shall keep your name, postal address, email address, phone and fax numbers confidential, subject to **Section I.3.e** of this Agreement. When **GKG PRIVATE DOMAIN REGISTRATION** becomes the contacts of Your domain name(s), the following **GKG PRIVATE DOMAIN REGISTRATION** information (and not your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

> i. **GKG PRIVATE DOMAIN REGISTRATION's** name, postal address, and phone number as Registrant of the domain name;

> ii. **GKG PRIVATE DOMAIN REGISTRATION's** email address, postal address and phone number for the domain name registration's technical contact;

> iii. **GKG PRIVATE DOMAIN REGISTRATION's** email address, postal address and phone number for the domain name registration's administrative contact;

> iv. **GKG PRIVATE DOMAIN REGISTRATION's** email address, postal address and phone number for the domain's name registration's billing contact;

> v. The primary and secondary domain name servers you designate for the domain name;

vi. The domain name's original date of registration and expiration date of the registration;

vii. The identity of GKG as your sponsoring Registrar.

### b. Domain Registration Benefits

Although **GKG PRIVATE DOMAIN REGISTRATION** will be the contacts of each domain name registration you designate, you will retain the full benefits of domain name registration with respect to each such domain name registration, including:

i. The right to sell, transfer or assign each domain name registration;

ii. The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;

iii. The right to cancel your use of this or any GKG service;

iv. The right to renew each domain name registration upon its expiration;

v. The right to initially resolve any and all monetary, creditor or other claims that arise in connection with a legal or other dispute involving your domain name registration, subject to this agreement.

### c. Your Notification Obligations

#### i. Personal Information

You agree that for each domain name for which **GKG PRIVATE DOMAIN REGISTRATION** becomes the domain contacts on your behalf, you will provide accurate and current information as to:

(a) Your name and postal address;

(b) The email address, postal address, phone and fax numbers for the domain name registration's technical contact;

(c) The email address, postal address, phone and fax numbers for the domain name registration's administrative contact;

(d) The email address, postal address, phone and fax numbers for the domain name registration's billing contact;

(e) The primary and secondary domain name servers to which each domain name points;

(f) The domain name's original date of registration and expiration date.

You agree to:

(a) Update the above information within five (5) business days if any of your personal information you provided upon subscription changes;

(b) Respond within five (5) business days to any inquiries made by GKG to determine the validity of personal information provided by you;

(c) Respond to email messages posted to the email account you provided regarding correspondence GKG has received that is either addressed to or involves your domain name registration, as more fully set forth in **Section I.3.f.ii.** below. It is your responsibility to keep your personal information current and accurate at all times.

### d. Renewals

You agree that **GKG PRIVATE DOMAIN REGISTRATION**, as domain contacts, will not be responsible for renewals and that you, at your sole discretion will renew the domain and any contracted services through and by your own means. Renewal fees, once charged, will be non-refundable.

### e. Suspension and/or Termination of Service

i. You understand and agree that GKG has the absolute right and power, in its sole discretion and without any liability whatsoever, to:

(a) Remove the **GKG PRIVATE DOMAIN REGISTRATION** from your domain (which means your personal information will then be shown again as part of the whois record);

(b) Reveal your name and personal information that you provided when a proper request is made by a third party, in the good faith belief that such action is necessary in order to conform to the edicts of the law, or to comply with a legal process served upon GKG, or as allowed in this agreement;

(c) Resolve any and all third party claims, whether threatened or made, arising out of your use of a domain name registered by **GKG PRIVATE DOMAIN REGISTRATION** on your behalf;

(d) Take any other action when necessary, including:

(1) In the event that you breach any provision of this Agreement;

(2) To protect the integrity and stability of the applicable domain name Registry;

(3) To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;

(4) To comply with ICANN's Dispute Resolution Policy;

(5) To avoid any financial loss or legal liability (civil or criminal) on the part of GKG, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;

(6) If the domain name **GKG PRIVATE DOMAIN REGISTRATION** registered on your behalf violates or infringes a third party's trademark, trade name or other legal rights;

(7) If it comes to GKG's attention that you are using **the service** for purposes of engaging in, participating in, sponsoring or hiding Your involvement in, illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:

> (7.1) appeal purely to the prurient interests of third parties;
>
> (7.2) defame, embarrass, harm, abuse, threaten, or harass third parties;
>
> (7.3) violate state or federal laws of the United States and/or foreign territories;
>
> (7.4) involve hate crimes, terrorism and child pornography;
>
> (7.5) are tortuous, vulgar, obscene, invasive of a third party's privacy, racially, ethnically, or otherwise objectionable;
>
> (7.6) impersonate the identity of a third party;
>
> (7.7) harm minors in any way; or
>
> (7.8) relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, time bombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

ii. You also acknowledge and agree that GKG may, in its sole discretion and without any liability whatsoever:

> (a) Cancel the registration of any domain name **GKG PRIVATE DOMAIN REGISTRATION** has registered on your behalf during the first thirty (30) days after registration has taken place;
>
> (b) Cancel the registration of any domain name **GKG PRIVATE DOMAIN REGISTRATION** has registered on your behalf if that name is being used in association with spam;
>
> (c) Suspend your rights under **Section l.3.b** of this Agreement during resolution of a dispute;
>
> (d) Cancel the registration of any domain name **GKG PRIVATE DOMAIN REGISTRATION** has registered on your behalf for any reason deemed necessary to provide for the smooth operation of GKG's domain registration services.

iii. You further understand and agree that if GKG is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of your domain name registration or your use of the service, your domain name registration will automatically revert back to you and your identity will therefore be revealed in the Whois directory as Registrant.

In the event that GKG terminates the service for any reason or you elect to terminate the service all fees remain non-refundable.

**f. Communications Forwarding**

### i. Correspondence Forwarding

Inasmuch as **GKG PRIVATE DOMAIN REGISTRATION's** name, postal address and phone number will be listed in the Whois directory, You agree that GKG will forward communications addressed to your domain name that are received via certified or traceable courier mail (such as UPS, FedEx, or DHL) or first class U.S. postal mail. You specifically acknowledge that GKG will not forward to you first class postal mail (other than legal notices), "junk" mail or other unsolicited communications (whether delivered through fax, postal mail or telephone), and you further authorize GKG to either discard all such communications or return all such communications to sender unopened. You agree to waive any and all claims arising from your failure to receive communications directed to your domain name but not forwarded to you by GKG.

### ii. Email Forwarding

The Whois directory requires an email address for every purchased domain name registration. When you purchase the service, GKG will create an alias email address for that domain. Thereafter, when messages are sent to your alias email address, GKG will automatically forward the messages to the email account you have on file for that particular domain, without reviewing the message. You agree and acknowledge that GKG is not in any way liable or responsible for email that is forwarded through our service and not received or reviewed by you.

### iii. Notifications

When GKG receives certified or traceable courier mail or legal notices addressed to your domain name, we will post an email message to your alias account. Our email message will identify the sender of the correspondence, the date we received it, and a brief description of its contents. You will have seventy-two (72) hours to decide whether to reject the correspondence or have it forwarded via overnight courier, facsimile or both. The forwarding of correspondence and handling charges are not included in the **GKG PRIVATE DOMAIN REGISTRATION** fee; therefore, you will be informed of the charge for both shipping options and be required to provide a credit card and indicate which of the forward methods you wish to use.

In the event you do not respond to our email message, GKG will attempt to contact you via telephone. If you do not respond to our email or voice messages and/or the correspondence that GKG has received regarding your domain name registration concerns a legal dispute or otherwise requires immediate forwarding and/or immediate disposition, GKG may immediately reveal your identity and/or cancel the **GKG PRIVATE DOMAIN REGISTRATION** regarding either the domain name registration in question or with respect to all of your domain name registrations using the service, depending on the circumstances. This means the Whois directory will revert to displaying your name, postal address, email address and phone number. We take this action because GKG will not become involved in any legal or other matters between you and third parties.

### iv. Additional Administrative Fees

GKG reserves the right to charge a reasonable service fee for administrative tasks outside the scope of its regular services. These include, but are not limited to, customer service issues that cannot be handled over email but require personal service, and disputes that require legal services. You agree that **you** will arrange for payment of these charges to the credit card you provide to GKG. Administrative fees, once charged, will be non-refundable. It is your responsibility to keep your credit card information current and accurate, including the expiration date. Failure to do so could result in termination of the **GKG PRIVATE DOMAIN REGISTRATION**.

## 4. Hosting Services

### a. General

GKG offers a variety of shared hosting packages. These packages and their components will change from time to time with the most recent offerings located in the hosting section of our web site at <u>www.gkg.net/hosting/</u>. Each hosting package provides a distinct set of attributes for a set monthly fee. These hosting packages are located on shared servers, meaning that multiple customers are hosted on the same server and no single customer may use more than their package's specific limits without incurring additional usage fees as outlined on our website. Furthermore, you agree to abide by all applicable sections of this agreement.

GKG's hosting services are not tied to GKG's domain registration services. Therefore, hosting services MUST be cancelled explicitly according to GKG's cancellation policy outlined in Section IV in order to avoid additional hosting fees. This policy states in part that all fees accrued before cancellation will be due at time of cancellation.

### b. Security

GKG maintains the highest levels of security on all servers that we administer. You agree and acknowledge that you will not perform any act that could possible cause harm to the server, the server's other hosted web sites or any other Internet user.

As your server access will be limited to FTP service, you must contact GKG to install third party software. GKG administrators will review any third party software before determining if installation will be allowed. You agree and acknowledge that you will not attempt to install any third party software that you do not have the legal right to use. You also agree to pay for any fees incurred in the administration and installation of special software packages on your behalf, and that the fees are non-refundable once the charge has been incurred.

### c. Network Uptime

GKG guarantees that the network will be available 99.9% of the time in a given month, excluding scheduled maintenance. Should downtime ever exceed 40 minutes in a month, GKG will refund the customer 5% of the monthly fee per additional 30 minutes downtime up to 100% of customer's monthly fee. Network uptime includes functioning of all network infrastructure including routers, switches and cabling under the control of GKG. This does not include downtime caused by equipment and/or circumstances outside of the control of GKG.

### d. Hardware Guarantee

GKG guarantees the functioning of all leased or shared hardware components and will replace any failed component at no cost to the customer. Hardware replacement will begin immediately upon identification of the hardware failure and is guaranteed to be complete within 2 hours of problem identification. In the event that it takes us more than 2 hours to replace faulty hardware, GKG will refund the customer 5% of the monthly fee per additional hour of down time up to 100% of customer's monthly fee. Hardware is defined as Processor(s), RAM, hard disk(s), motherboard, NIC card and other related hardware included under the server lease.

**5. Web Mail**

GKG offers web mail services as an upgrade to our parking, hosting and dialup customers as described on or website at the address www.gkg.net/webmail. By using the web mail service, you agree to pay the then current, non-refundable web mail fee. Furthermore, you agree to be bound by all applicable sections of this Agreement.

**6. Dedicated Servers**

GKG offers dedicated servers for those customers who require a higher level of dedicated resources than typically used in a shared hosting solution. Specific pricing and service information may be found on our website at www.gkg.net/hosting/dedicated. Dedicated Server customers agree to abide by all applicable sections of this agreement.

**a. Server Lease or Co-location**

A dedicated server can either be leased (owned by GKG and rented for a period of time by the customer) or co-located (owned by the customer). Server lease customers will incur additional lease fees. Customers who choose to co-locate a server will be responsible for hardware problems and for customers who lease a server; GKG will be responsible for any hardware problems.

**b. Physical Access**

GKG provides physical access to dedicated servers with at least two (2) days notice, except in cases of emergencies. During these sessions, the server may not leave the designated access facility. Furthermore, GKG personnel will transport the server between the NOC and the access facility. In cases of emergencies, emergency support rates will apply.

**c. Network Uptime**

GKG guarantees that the network will be available 99.9% of the time in a given month (40 minutes downtime per month), excluding scheduled maintenance. Should downtime ever exceed 40 minutes in a month, GKG will refund the customer 5% of the monthly fee per additional 30 minutes downtime up to 100% of customer's monthly fee.

Network uptime includes functioning of all network infrastructure including routers, switches and cabling. Downtime calculations do not include downtime caused by customer hardware or software outages.

All dedicated server accounts are covered by GKG's Basic Service Level Agreement (SLA). You have the option of upgrading to a SLA that offers additional services at your discretion. All SLA information may be found on our website at www.gkg.net/hosting/dedicated/sla.

**d. Server Maintenance**

All dedicated servers must be maintained by a server administrator unless the customer has specifically contracted GKG to maintain the specific server. This maintenance includes but is not limited to security patches and account maintenance. GKG offers server maintenance services at a fee that is identified at www.gkg.net/hosting/dedicated. However, you are responsible for any and all damages caused by failing to properly maintain your dedicated server.

**e. Disconnection**

GKG reserves the right to disconnect your dedicated server for any reason required for secure operation of this service. This list includes but is not limited to:

    i. Non-payment of regular monthly fees, overage amounts, administrative fees or late fees;

    ii. Any activity that violates any part of this agreement;

    iii. Security problems causing your dedicated server to be a possible hazard to either:

        (a) GKG's network infrastructure;

        (b) Another network's infrastructure;

        (c) Another server;

        (d) Any other asset not listed.

**7. Internet Service**

GKG provides Internet access services in many areas. Specific packages and service areas may be found on our website at www.gkg.net/dialup. All dialup customers agree to abide by all applicable sections in this agreement.

### a. Acceptable Use

By posting information in or otherwise using any communications service, chat room, message board, newsgroup, software library, or other interactive service that may be available to you on or through the use of GKG Services, you agree that you will not upload, post, or otherwise distribute or facilitate distribution of any content, including text, communications, software, images, sounds, data, or other information, that:

    i. Is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, contains explicit or graphic descriptions or accounts of sexual acts (including but not limited to sexual language of a violent or threatening nature directed at another individual or group of individuals);

    ii. Victimizes, harasses, degrades, or intimidates an individual or group of individuals on the basis of religion, gender, sexual orientation, race, ethnicity, age, or disability;

    iii. Infringes on any patent, trademark, trade secret, copyright, right of publicity, or other proprietary right of any party;

    iv. Contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party;

    v. Impersonates any person or entity, including any employee or representative of GKG;

    vi. Violates any portion of this agreement.

### b. Third Party Sites

It is the policy of GKG to provide its customers access to the broadest possible number of organizations connected to the Internet. This is accomplished through connectivity to one or more state, multi-state regional, or national backbone networks. With the exception of information specifically authored by, or on behalf of GKG, GKG does not develop or publish, nor does GKG review, censor, or edit the materials and information which are accessible through the GKG service networks, or the materials and information which are accessible through the other computer networks which may be connected to the GKG service networks. The persons and organizations, including GKG customers who publish materials and information, which are accessible through the GKG service networks, are solely responsible for the content of such materials and information and are solely responsible to know and to comply with all laws applicable to the publication of such materials and information. GKG does not accept responsibility for the content of the materials and information published by others that is accessible through the GKG service networks and does not accept responsibility for the violation of any laws resulting from such publication.

This site may produce automated search results or otherwise provide you access to other sites on the Internet. These sites may contain information or material that some people may find inappropriate or offensive. These other sites are not under the control of GKG, and you acknowledge that GKG is not responsible for the accuracy, copyright compliance, legality, decency, or any other aspect of the content of such sites. The inclusion of such a link does not imply endorsement of the site by GKG or any association with its operators.

## 8. Zone Hosting

GKG offers zone hosting services as an upgrade to our parking and hosting clients as described on our website at https://www.gkg.net/dnszone/buy.  By using the zone hosting service, you agree to pay the then current, non-refundable zone hosting fee.  Furthermore, you agree to be bound by all applicable sections of this Agreement.

All zone hosting services are offered as is and there are no guarantees that any service will be added in the future.  GKG does not warrant or guarantee any level of service in the use of the zone hosting service including the use of GKG mail servers or web servers.

## 9. Web Design

GKG offers web design services on a contractual basis either through our internal designers, or through our Web Design Partners. Each project will be evaluated on a case by case basis and prices will vary based on the project requirements but will be based on our current hourly programming and development rates. This Service Agreement is part of any contract services we offer and will be followed explicitly with the exception, that if any items in the services contract conflict with the terms of the services agreement, the Contract agreement will have precedence.

## II. Service Fees

    As consideration for any services provided by GKG to you, you agree to pay GKG, prior to the effectiveness of the desired service, the then-current amounts set forth in the GKG price schedule for the initial term of the service and, should you choose to renew the service, the then current and subsequent service fees. All fees are non-refundable, in whole or in part, even if your service is suspended, cancelled or transferred prior to the end of your then current service term, except where GKG has explicitly agreed to a refund in writing. GKG reserves the right to amend, increase, or decrease fees, surcharges, and

renewal fees or to institute new fees at any time, for any reason, at its sole discretion.

Your requested service will not be considered active unless we receive actual payment of the service fee, or reasonable assurance that GKG will receive the payment from some other entity (such reasonable assurance as determined by GKG at its sole discretion).

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by GKG), non-payment, or any other action that leaves an account with an unpaid balance in connection with any GKG service fees, you agree and acknowledge that you are responsible for any and all service fees, including late fees, collection fees, chargeback fees, attorney fees and any other reasonable fee connected with collection of the amounts you owe. Furthermore, if any asset in GKG's possession is connected to the account of the unpaid service fees, including domain names and websites, this asset (including domain name registrations and websites) shall be held as collateral and transferred to GKG. GKG reserves all rights regarding such asset including, without limitation, the right to make such asset (including domain names and websites) available to other parties for purchase, until all fees that are due by you, have been recovered. GKG will reinstate your asset (including domain name registration and/or services) solely at our discretion, subject to our receipt of the initial service fee and our then-current Chargeback Fee, currently set at US$200, a reactivation fee and a deposit to secure any future payments.

You will be notified when any service fees are due. Should these fees go unpaid within the time frame specified in our communications, your service(s) will be cancelled. Payment must be made by the method that we indicate in our communications and will include wire transfer, money orders, and cashiers checks. If GKG has received a chargeback, GKG at its sole discretion can require a cash account or a deposit account and may suspend credit card charging privileges until such time GKG believes that the risk of chargeback has been eliminated.

Cancellation of payments in no way removes the obligation of payment for services and GKG reserves the right to pursue any remedies it deems necessary to secure the payment of fees due. You agree and acknowledge that late fees and other fees will continue to accrue on your account until such time as payment had been secured for your account.

## III. Payments

Payments for all services are due immediately unless otherwise agreed to in writing by GKG. All payments are non-refundable regardless of the outcome of the transaction and regardless of the cancellation date.

### 1. Payments for Domains

You acknowledge that GKG will not generate traditional invoices for domain registrations or renewals unless requested to do so. If this request is made, you will incur an additional administrative fee. You further acknowledge that all domain service fees will increase after expiration as per GKG's price schedule.

#### a. Registrations/Renewals by Credit Card

GKG will provide a secure payment form on our web site, found at www.gkg.net, in order to accept domain registration/renewal payments.

#### b. Registrations/Renewals by Check

GKG provides a form by which customers may pay for domain registrations/renewals via check. This form may be found at www.gkg.net/domain/payments. This payment method will require the payment of GKG's then current administrative fee. This fee is assessed to cover administrative costs incurred by GKG in handling check payments. In addition, an account holder who pays by check and has a check returned also agrees to cover all collection costs, a $35 bounced check fee and any reasonable attorney fees related to the collection of payment for the returned check.

#### c. Registrations/Renewals by Wire Transfer

GKG provides a form by which customers may pay for domain registrations/renewals via wire transfer. This form may be found at www.gkg.net/domain/payments. This payment method will require the payment of GKG's then current wire transfer administrative fee. This fee is assessed to cover any administrative costs incurred by GKG, including bank fees.

### 2. Payments for Other Services

All other services outside of domain registrations/renewals/transfers will be paid for according to GKG's then current billing policy, as found on our website at the address www.gkg.net/policies/billing. For any services that require invoices, customer acknowledges that invoices will only be sent via email unless special arrangements are made with GKG and customer agrees to pay for any administrative fees associated with delivering a paper invoice.

a. Invoices sent out by GKG must be paid by the due date listed on each invoice or statement.

b. All invoices not paid by the due date on your invoice are late.

c. Late fees will be incurred on the 5th and the 20th of each month for any balances that are past due including late fees.

d. Any account that has unpaid late fees is considered late with the same terms as stated in **Section**

III.2.c above.

e. All accounts may be put on hold on or after the 20th day after payment is due, at GKG sole discretion.

f. Late fees will be applied at a rate of $5 or 1% per period of the total outstanding amount due (including late fees), which ever is higher.

g. Unpaid accounts will be cancelled after 60 days of being late, at the discretion of GKG.

h. A $15 reconnect fee, in addition to the unpaid balance, must be paid to reinstate an account that has been placed on hold.

i. All invoices will be sent via e-mail to the billing e-mail address you have on file.

j. It is the customer's responsibility to maintain correct contact information on file including billing e-mail address, contact name, contact phone number, mailing address, and fax number. If possible, please provide an alternative contact as well.

Cancellation of an account does not forgive a customer from paying for past due services, administrative fees, collection fees, late fees, attorney fees, or any other fee that has been incurred in the delivery of services and in the pursuit of collection for a customers account.

k. If any account remains unpaid, GKG reserves the right to freeze any or all services being offered to client until the balance is paid in full, at the sole discretion of GKG.

## IV. Cancellation

To insure that your account is properly terminated, and that additional recurring charges do not accrue, your account must be in good standing (defined as all past due and current balances, including late fees, have been paid to date) and you must submit written notice to GKG via email to billing@gkg.net within the time frames listed below. You must include the word "cancellation" in the subject line AND your account name in the email body. After you have sent the email, you will receive an automated response with a tracking number. Please keep your tracking number for proof of cancellation. If you do not receive an automated response with a tracking number, WE HAVE NOT RECEIVED YOUR CANCELLATION AND YOU WILL CONTINUE TO ACCRUE FEES FOR SERVICES. You are responsible for any recurring monthly fees generated and any other associated fees through the end of the cancellation period. Because it is important that we document a cancellation through a reliable method, we will not accept notice of cancellations outside of this method.

Cancellations must be received within the following timeframes:

a. For parking and hosting accounts we must receive your cancellation notice at least five (5) days prior to the payment due date.

b. For co-location, bandwidth and leased server accounts we must receive your cancellation notice at least thirty days (30) prior to your payment due date.

c. For any other service covered by this agreement we must receive your cancellation notice at least five (5) days prior to the payment due date.

If we do not receive the cancellation notice by the date listed above, you will be responsible for full payment of the next period of service and any other fees accrued during the service cycle, related to your account. The fees are non-refundable and you agree to cover any reasonable costs related to pursuing the recovery of these fees, in cases of non-payment, chargebacks, or any other problems arising from not paying the full amount due on an account.

Any questions should be directed to billing@gkg.net.

## V. E-Mail

### 1. Email Services

As part of the services listed in **Section I**, GKG provides customers with the usage of email in order to provide a reliable form of communication. Unless you have specifically and explicitly contracted GKG to provide you with email services, an email account is not offered as a service in itself. Furthermore, no portion of any service fee is dedicated to email; therefore, no refunds will be applicable for interruptions of any kind with regards to access to email accounts. An email account is only provided as a convenience to our customers.

### 1. Email Management

GKG does not limit the specific number of emails sent or received through your email account provided by GKG; however, each account does have an upper storage limit. You may be required to pay a storage space fee if you need to increase the size of your storage limit however; you agree that this does not in nay way indicate that you are paying for email services. GKG reserves the right to limit the volume of messages transmitted or received and/or change storage limits of your account in order to maintain the quality of our email services to other customers and to protect our computer systems. GKG is not responsible for non-delivery of mail routed through any GKG email server. You also agree to pay for any administrative fees incurred in the use of GKG personnel in the management of your email account(s), regardless of the cause of the problem. This includes but is not limited to problems associated with accounts surpassing their storage or quota limits.

You agree to be bound by the applicable provisions of GKG's Anti-Spam Policy, which is found in **Section**

**IV**, along with all other applicable sections of this Agreement. GKG may terminate your email service if your conduct is found to be unlawful, inconsistent with, or in violation of this agreement, or for any other reason deemed reasonable by GKG, at GKG's sole discretion.

You agree that GKG shall under no circumstances be held liable for any action it takes, in good faith, to restrict transmission of material that it or any user of email service considers to be illegal, obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected.

**3. SMTP Services**

SMTP service for outgoing mail is provided on our networks on a limited basis. Use of our SMTP services is restricted and can be used only if the following conditions are met:

 a. You are a GKG customer in good standing;

 b. You are sending mail "from" addresses affiliated with your accounts and services obtained through GKG;

 c. You are not acting in violation of any of our policies, specifically GKG.s Anti-Spam Policy, which is found in **Section VI** ;

 d. You have added SMTP Service to your billing statement; and

 e. Your ISP's mail server is unsuitable for technical reasons.

You may NOT use GKG's SMTP Services for:

 a. Sending out large quantities of mail to multiple recipients;

 b. Sending large attachments;

 c. Sending mail "from" addresses not affiliated with your accounts and services obtained from GKG;

 d. Mail that could just as effectively be delivered through your local ISP's mail server; and

 e. Any behavior that violates any other portion of this agreement.

GKG.NET has the explicit right to monitor any email you send via our SMTP services. Furthermore, SMTP Services may be terminated, effective immediately by GKG at any time and for any reason by GKG. Upon termination, GKG is not obligated to forward any unread or unsent messages to any location and GKG shall not be liable for the termination of said service.

**VI. Anti-Spam**

**1. GKG's Anti-Spam Commitment**

GKG believes spam is hurtful to online commerce and should be controlled by reasonable parties. GKG will take all reasonable steps to accept and respond to all reasonable and credible reports of spam originating from our network or initiated by a GKG customer outside of our network. AT NO TIME DOES GKG PARTICIPATE IN SPAMMING BEHAVIOR. ALL E-MAILS ORIGINATING FROM GKG ARE SENT IN ACCORDANCE TO OUR STATED POLICIES AND HAVE BEEN REQUESTED OR ARE PART OF NORMAL AND ACCEPTED BUSINESS PRACTICES.

GKG believes that all e-services companies, including ISP's, hosting companies and Registrars share responsibility for preventing spam. Due to this shared responsibility, GKG urges that domain registrants, host companies and ISP's be included in any initial spam report. However, GKG is cognizant that many companies are not yet taking this shared responsibility seriously. Therefore, as part of this agreement GKG will incorporate the added authority to deal with spam originating from the users of any of our services.

You agree to abide by our Anti-Spam policy and understand that your account may be cancelled at any time for documented complaints of spam associated with any of your accounts, at the discretion of GKG.  These documented cases must allege the sending of spam, spamvertising (the referencing of a domain within a spam) or any activity that promotes the sending of spam.  You also agree and acknowledge that all fees paid to date are non-refundable when an account is closed due to breach of our Anti-Spam policy and that any fees incurred but not yet paid, are still due.

If your account is suspended due to complaints related to Spam, you agree that your account may be reinstated at GKG's sole discretion, after you have provided guarantees that you will not continue to Spam and you have paid the then current reinstatement fee, currently set at $100. You will also agree to provide whatever assurances GKG deems appropriate, including the setting of a bond or a deposit account, which we will drawn down for additional infractions, and all related accounts will be permanently terminated.

**2. Reporting and Processing Spam Complaints to GKG**

All spam reports should be filed at http://www.gkg.net/spam/report.html (irrespective of the GKG service that the potential spammer uses). This site collects all REQUIRED information and assigns a request number to the reporter. All requested information is required and NO INCOMPLETE SPAM COMPLAINT WILL BE PROCESSED. The following information is REQUIRED:

 a. The reporter's name;

 b. The reporter's contact information *;

c. A copy of the spam being reported (with ALL headers), and

d. Any Additional documentation available (regarding the reported spam, inaccurate whois information, etc.)

*Contact information will be kept confidential unless the reporter provides express consent for release. The reporter's contact information will be verified before the report is processed, if the information is inaccurate, the report will NOT be processed.

All reports originating in any other fashion will be ignored. Any reporter of spam that uses tactics that in any way interferes with or degrades services offered by GKG will also be reported as a perpetuator of spam; and therefore, will be subject to this policy. Furthermore, these reports may be disregarded and/or the reporters blocked from GKG's network in cases of abuse.

For properly submitted reports, the report will be assigned a tracking number and will be investigated fully. The reporter will receive an email detailing the final resolution of the investigation. GKG will process all spam complaints using the following steps:

a. The reporter's contact information will be verified. The reporter will be contacted and the spam investigation process will be explained.

b. GKG will verify what GKG service the potential spammer is using.

    i. If the potential spammer is an Internet access customer:

        (a) GKG will verify the report's accuracy by reviewing the appropriate mail log files for that customer.

        (b) If the customer is determined to be using the account in order to distribute spam, GKG will suspend the account and contact the account holder.

        (c) The account will only be reinstated with a signed and notarized statement ensuring that spam activity will no longer occur and a $100 account reinstatement fee. GKG may also require a bond or deposit in order to continue offering services, at our sole discretion. This requirement will be used as described in **Section VI.1**.

        (d) Further reports will result in permanent exclusion from any GKG service.

    ii. If the potential spammer is a hosting customer (including domain registration customers using our parking services and co-location customers):

        (a) GKG will verify the report's accuracy by reviewing the appropriate mail log files for that customer.

        (b) The account will only be reinstated with a signed and notarized statement ensuring that Spam activity will no longer occur, and a $100 reinstatement fee. GKG may also require a bond or deposit in order to continue offering services, at our sole discretion. This requirement will be used as described in **Section VI.1**.

        (c) Further reports for new SPAM events will result in permanent exclusion from any GKG service.

    iii. If the potential spammer is a domain registration customer:

        (a) As GKG may not provide mail service for some domain registration customers, GKG cannot independently verify the spam report; therefore, all domain contacts and the host company will be contacted and informed of a spam complaint. This contact will REQUIRE a quick response in order to keep the domain registration active.

        (b) A permanent record of the complaint will be maintained. After GKG has appropriately verified that spamming activity is occurring, the domain registration will be placed on hold; therefore, removing the domain from the zone files (and consequently removing any web presence from the Internet and any mail service for that domain).

        (c) If a domain registration is found to be in breach of GKG's Service Agreement, GKG will place the domain on Administrative Hold and may change the username if necessary (and therefore remove the domain from the zone files) until such time as the domain expires, the registration is revoked or the domain holder repairs the breach. GKG does not generally delete domains in order to prevent the spammer from reregistering the domain with another Registrar and starting SPAM activity again.

        (d) The account will only be reinstated with a signed and notarized statement ensuring that Spam activity will no longer occur, and a $100 reinstatement fee. GKG may also require a bond or deposit in order to continue offering services, at our sole discretion. This requirement will be used as described in **Section VI.1**.

        (e) GKG reserves the right to prevent all GKG domain registration customers investigated for spam complaints from using the GKG Private Domain Registration or the Whois Email Alias service.

### 3. Disputing A Spam Complaint/Decision

All spam complaint decisions will be based on the information provided by the complainant. While GKG does

not accept any liability regarding false complaints, GKG will attempt to verify all complaints before action is taken.

If you dispute a spam complaint or decision, you must complete the following steps:

a. Notify GKG of the dispute by responding to the initial spam complaint.

b. Provide any documentation used to develop the dispute.

GKG may, at our sole discretion, require that you participate in the spam investigation. Furthermore, refusal to participate at the requested level will be considered when making a final decision and can be used as the sole basis for a decision against you.

### 4. Inaccurate WHOIS Information

GKG is required to accept and investigate all reports of inaccurate information of domain contacts as represented in our WHOIS database. In order to prevent flagrantly inaccurate WHOIS information, GKG utilizes custom filters that flag potentially inaccurate information for review. GKG's WHOIS database can be found at www.gkg.net/whois. All reports of inaccurate information should be directed to http://www.gkg.net/whois_form/whois_form.html. Once received, GKG will process the reports as follows:

a. The report MUST be received via the appropriate form along with any documentation showing that the contact information is inaccurate.

b. GKG will independently verify that the contact information is inaccurate and attempt to contact the current domain holder. The current domain holder will be given 72 hours to contact GKG and update the inaccurate contact information. If the inaccurate contact information is not updated, the domain will be placed on Registrar Hold (removing the domain from the zone files and preventing any changes).

c. The hold will be removed only with proof of accurate contact information. Proof will consist of government issued identification or any other documentation accepted by GKG, at GKG's sole discretion.

## VII. Privacy Policy

GKG recognizes our duty to protect our customers' personal information. By visiting any GKG web site, using any GKG service, or by otherwise interacting with GKG, you agree to accept the practices described in this Privacy Policy.

### 1. Information that is collected

GKG receives and stores all information you enter on any of our sites or provide to any GKG employee. GKG collects all of the following types of information:

a. contact information as described in **Section I.1.f**

b. financial information as required to process your payment for services

c. demographic information as needed to modify our services and/or processes

d. other information as provided by you

### 2. When information is released

GKG makes every effort to protect our customers' privacy. GKG does not willingly release any information about our customers. This prohibition includes the release of information to third party marketers and GKG's resellers. Information collected will only be released as described below.

a. As required by ICANN (specifically the Whois search) or any other contractual agreement entered into by GKG in order to provide services.

b. As required by law, court order or other government/law enforcement and/or regulatory agency.

GKG cannot control the release of information that is deemed public, such as domain registration information that must be released via the Whois database; however, GKG will take every reasonable precaution to ensure that Whois information is not used improperly, as defined by this Agreement.

## VIII. Changes to Services Agreement and Dispute Policies

You acknowledge that the systems and the practices used to set up, administer, and maintain the services covered by this document are evolving, and therefore you agree that GKG may modify this Agreement, or any part thereof, if necessary to comply with any agreements that GKG is currently bound by or will be bound by in the future (including, but not limited to, GKG's ICANN agreement), as well as to reflect current business circumstances. Your continued use of the services shall constitute your acceptance of this agreement and any policies referred to within this agreement including all modifications reflected in the then current Services Agreement and Referred Policies. If you do not agree to any of said changes, you may request that your services be cancelled or transferred to a different provider. You agree that such cancellation or request for transfer will be your exclusive remedy if you do not wish to abide by any changes to this Agreement. Such remedy does not waive the obligation of payment for any services you have incurred to that point.

## IX. General Agreement Information

### 1. Agents and Licenses

You agree that, if you are contracting for any service covered by this document for someone else, you represent that you have the authority to bind that person, as a principal to all terms and conditions provided herein.

You agree that if you license the use of any service covered by this document to a third party, you nonetheless remain the account holder of record, and remain responsible for all obligations under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full contact information, and accurate contact information adequate to facilitate timely resolution of any problems that arise in connection with the contracted service.

## 2. Limitation of Liability

YOU AGREE THAT GKG WILL NOT BE LIABLE FOR ANY

a. SUSPENSION OR LOSS OF THE DOMAIN NAME REGISTRATION OR OTHER SERVICE IN YOUR NAME,

b. USE OF YOUR DOMAIN NAME REGISTRATION OR OTHER SERVICE IN YOUR NAME,

c. INTERRUPTION OF BUSINESS,

d. ACCESS DELAYS OR ACCESS INTERRUPTIONS TO ANY SITE OR THE SITE(S) YOU ACCESS BY THE DOMAIN NAME REGISTERED IN YOUR NAME OR USE OF ANY OTHER SERVICE COVERED IN THIS DOCUMENT,

e. DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION,

f. EVENTS BEYOND GKG'S REASONABLE CONTROL,

h. THE PROCESSING OF ANY APPLICATION FOR ANY SERVICE, OR

i. APPLICATION OF ANY DISPUTE POLICY.

YOU FURTHER AGREE THAT GKG ALSO WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF GKG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL GKG'S MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR SERVICES RENDERED OR IN THE SUM OF FIVE HUNDRED DOLLARS ($500.00). IN THE EVENT THAT SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THEN IN SUCH STATES, OUR LIABILITY IS LIMITED TO THE EXTENT PERMITTED BY LAW.

## 3. Indemnification of GKG

You agree to defend, indemnify and hold harmless GKG for any loss, damages or costs, including reasonable attorneys' fees, resulting from any third party claim, action, or demand related to the set up, use or maintenance of any service covered by this agreement contracted in your name. This indemnification is in addition to any indemnification required under the Dispute Policy.

## 4. Representations and Warranties

You represent that, to the best of your knowledge and belief, neither the contracting of any service covered by this agreement (including, but not limited to the registration of the domain name), the manner in which it is directly or indirectly used (in conjunction with any other service) infringes the legal rights of a third party. You further represent and warrant that all information provided by you in connection with your service contract is accurate.

ALL SERVICES ARE PROVIDED TO YOU "AS IS." Except for our statement regarding our accreditation as an ICANN-approved domain name registrar, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR ITS SERVICES, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, GKG MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT CONTRACTING OR USE OF A SERVICE COVERED UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR RIGHT TO USE SAID SERVICE, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE SERVICE CONTRACTED TO YOU.

## 5. Breach and Revocation

GKG reserves the right to suspend, cancel, transfer or modify your services in the event that:

a. you materially breach this Agreement (including the any policy referred to by this agreement) and do not cure such breach within fifteen (15) days of notice by GKG,

b. you use the services contracted to you to send unsolicited commercial advertisements (commonly known as spam) in contradiction to either applicable laws or GKG's Anti-Spam Policy (found in **Section VI** above),

c. you use the services contracted to you in connection with unlawful activity, or

d. grounds arise for such suspension, cancellation, transfer or other modification as provided for in this Agreement.

You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation or transfer:

a. by any ICANN procedure, by any registrar (including GKG) or registry administrator procedures approved by an ICANN-adopted policy, or by any other ccTLD registry administrator procedures as the case may be,

b. to correct errors by GKG, another registrar or the registry administrator in administering the name or

c. for the resolution of disputes concerning the domain name.

You also agree that GKG shall have the right in its sole discretion to suspend, cancel, transfer or otherwise modify any service covered under this agreement upon seven (7) calendar days prior written notice, or at such time as GKG receives a properly authenticated order from a court of competent jurisdiction, or arbitration award, requiring the suspension, cancellation transfer or modification of the service.

## 6. Adjudication of Disputes

In the event of adjudication of disputes concerning or arising from use of services contracted to you, you shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of the location of GKG, and (2) of the location of your domicile.

## 7. Controlling Law and Venue

Except as otherwise set forth in **Section 6** above, or in the Dispute Policy with respect to disputes, this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Texas, as if the Agreement was a contract wholly entered into and wholly performed within the State of Texas. Except as otherwise set forth in **Section 6** above, or in the Dispute Policy with respect to domain disputes, any action to enforce this Agreement or any matter relating to your use of the GKG site shall be brought exclusively in the United States District Court for the Southern District of Texas, or if there is no jurisdiction in such court, then in a state court in Brazos County, Texas.

## 8. Notices

You agree that any notices required to be given under this Agreement by GKG to you will be deemed to have been given if delivered in accordance with the contact information you have provided.

## 9. General

This Agreement and all other Policies found at www.gkg.net/policies/, together with all modifications, constitute the complete and exclusive agreement between you and GKG, and supersede and govern all prior proposals, agreements, or other communications.

**Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The failure of GKG to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by GKG of a breach of any provision hereof be taken or held to be a waiver of the provision itself or of this agreement as a whole. In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. GKG will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, the original objectives and intent of GKG as reflected in the original provision. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of GKG.**