**From:** "Your Top Brands" <YourTopBrands@humanfacility.com>
**Subject:** **Claim your Free Apple iPhone**
**Date:** January 14, 2007 12:22:55 AM PST
**To:** nxxxxxxxxx@asis.com
**Reply-To:** r.6762.195636249@humanfacility.com

---

**Forward this mail to a friend:**

Friend's emails: [ ] [ ] Send

**One Click Opt-Out Instructions:**

You are currently subscribed as: xxxxxx@asis.com



If you wish to unsubscribe from our list, simply proceed to opt-out here as your privacy is extremely important to us. If you would like to stay in our subscriber database, and cancel emails from the advertiser above please scroll up and follow their opt out instructions.

---

humanfacility.com

1330 NW 6TH ST. STE. B
GAINESVILLE FL 32601 - 2202

Return-Path: <n.6762.195636249@humanfacility.com>
Received: from source ([66.207.172.102]) by exprod5mx125.postini.com ([64.18.4.13]) with SMTP;
Sun, 14 Jan 2007 03:36:51 EST
Received: from psmtp.com (exprod5mx125.postini.com [64.18.0.39])
by red.asis.com (8.13.6/8.13.6) with SMTP id l0E8bU4d099838
for <xxx@xxxx.xxx>; Sun, 14 Jan 2007 00:37:30 -0800 (PST)
(envelope-from n.6762.195636249@humanfacility.com)
Message-Id: <20070113161000.mjcyyytvrf@humanfacility.com>
Date: Sun, 14 Jan 2007 02:22:55 -0600
From: "Your Top Brands" <YourTopBrands@humanfacility.com>
Reply-To: r.6762.195636249@humanfacility.com
To: xxx@xxxx.xxx
Subject: Claim your Free Apple iPhone
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="=_9df14eac52c655fddeb2374c280981f9"
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=dbm; d=humanfacility.com;
b=UYQflFNfDTQKldRG6eg589ABZFuf6+ugkN/W+08xvtsSTK+V2eLHdNc79huRvMnHy3RxwDxr0QGVkqaYQtBKW
+lBMS4t6fBa4c9GRNB5VxBniv4ENvl1v9WNDeFsmjPR;
h=date:from:to:subject:mime-version:x-mailer:reply-to:message-id:content-type;
X-Mailer: nco v8.3.3.1007.195636249
X-pstn-levels: (S: 0.00000/67.37748 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <YourTopBrands@humanfacility.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.6/2439/Sat Jan 13 12:33:25 2007 on red.asis.com
X-Virus-Status: Clean

This is a MIME encoded message.

--=_9df14eac52c655fddeb2374c280981f9
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: 7bit

Congratulations! You've won a FREE* Apple iPhone!

Be the first to get a brand-new Apple iPhone, FREE*!
http://humanfacility.com/tsv/l.php?19933&195636249&o=3702&b=2yh4bcb4&p=4975&l=1

Simply click the link below to get started:
http://humanfacility.com/tsv/l.php?19933&195636249&o=3702&b=2yh4bcb4&p=4975&l=1

Don't wait. Supplies are strictly limited!

Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright Â© 2006 Your Top Brands. All rights reserved.

You can unsubscribe from promotions here http://humanfacility.com/tsv/l.php?19934&195636249&pid=22. Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 N
ew York, NY 10010.

--------------------------------------------
You are subscribed as: xxx@xxxx.xxx
If you wish to cease emails from our lists, simply follow to the link below.

http://humanfacility.com/tsv/un.php?6762&195636249

humanfacility.com
1101 nw 4th ave
Gainesville, FL 32601

```
--=_9df14eac52c655fddeb2374c280981f9
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<html>
<head>
<title>iPhone</title>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859-1=
">
</head>
<table width=3D"600" border=3D"0" cellpadding=3D"0" cellspacing=3D"0" align=
=3D"center">
     <tr>
          <td colspan=3D"4"><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4=
&p=3D4975&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14766" width=3D"600=
" height=3D"54" alt=3D""></a></td>
     </tr>
     <tr>
          <td colspan=3D"3"><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4=
&p=3D4975&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14767" width=3D"445=
" height=3D"10" alt=3D""></a></td>
          <td><a href=3D"http://humanfacility.com/tsv/l.php?19936&195636249&lk=3D430&bid=3D12"><img border=
=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14768" width=3D"155" height=3D"10" alt=3D"">=
</a></td>
     </tr>
     <tr>
          <td colspan=3D"4"><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4=
&p=3D4975&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14769" width=3D"600=
" height=3D"198" alt=3D""></a></td>
     </tr>
     <tr>
          <td rowspan=3D"2"><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4=
&p=3D4975&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14770" width=3D"197=
" height=3D"238" alt=3D""></a></td>
          <td><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4&p=3D4975=
&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14771" width=3D"36" height=
=3D"36" alt=3D""></a></td>
          <td colspan=3D"2" rowspan=3D"2"><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249=
&o=3D3702&b=3D2yh4bcb4&p=3D4975&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php=
?14772" width=3D"367" height=3D"238" alt=3D""></a></td>
     </tr>
     <tr>
          <td><a href=3D"http://humanfacility.com/tsv/l.php?19935&195636249&o=3D3702&b=3D2yh4bcb4&p=3D4975=
&l=3D1"><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14773" width=3D"36" height=
=3D"202" alt=3D""></a></td>
     </tr>
     <tr>
          <td><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14774" width=3D"197" height=
=3D"1" alt=3D""></td>
          <td><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14774" width=3D"36" height=
=3D"1" alt=3D""></td>
          <td><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14774" width=3D"212" height=
=3D"1" alt=3D""></td>
```

```
            <td><img border=3D"0" src=3D"http://humanfacility.com/tsv/img.php?14774" width=3D"155" height=
=3D"1" alt=3D""></td>
        </tr>
</table>
<br><br><br><br><br><br>

<center><br><br><font color=3D#000000>


<hr width=3D250>
<font face=3D"Verdana,Arial,Helvetica,sans-serif" size=3D1>
<form method=3D"GET" action=3D"http://humanfacility.com/tsv/forw_friend.php" target=3D"ies_f2f_window=
">
<div class=3D"forward2friend" id=3D"forward2friend">
<b><img src=3D"http://humanfacility.com/tsv/images/f2f_2.gif"></b><br>
<img src=3D"http://humanfacility.com/tsv/images/f2f_1.gif">
<input type=3Dtext name=3D"friend_email_1"> <input type=3Dtext name=3D"friend_email_2=
"> <input type=3Dsubmit value=3D"Send"><input type=3Dhidden name=3Dfrom_email=
 value=3D"xxx@xxxx.xxx"><input type=3Dhidden name=3Demailing_id value=3D"6762=
">
</div></font></form>

<hr width=3D250><font face=3D"Verdana,Arial,Helvetica,sans-serif" size=3D1>
<br>
<table width=3D"575" height=3D"156" border=3D"0" align=3D"center" cellpadding=
=3D"0" cellspacing=3D"0" id=3D"footer">
    <tr>
        <td colspan=3D"5">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_01.gif=
" width=3D"575" height=3D"30" alt=3D""></td>
    </tr>
    <tr>
        <td colspan=3D"2">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_02.gif=
" width=3D"188" height=3D"16" alt=3D""></td>
        <td height=3D"16" colspan=3D"2"><font size=3D"1">  xxx@xxxx.xxx</font=
></td>
        <td>
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_04.gif=
" width=3D"2" height=3D"16" alt=3D""></td>
    </tr>
    <tr>
        <td colspan=3D"5">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_05.gif=
" alt=3D"" width=3D"575" height=3D"56" border=3D"0" usemap=3D"#xyz45_message_map=
"></td>
    </tr>
    <tr>
        <td rowspan=3D"2">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_06.gif=
" width=3D"5" height=3D"53" alt=3D""></td>
        <td colspan=3D"2"><font size=3D"1">humanfacility.com</font></td>
        <td colspan=3D"2" rowspan=3D"2">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_08.gif=
" width=3D"256" height=3D"53" alt=3D""></td>
    </tr>
    <tr>
        <td colspan=3D"2">
            <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footer_09.gif=
" width=3D"314" height=3D"33" alt=3D""></td>
    </tr>
    <tr>
```

```
            <td>
                    <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footerspace.gif=
" width=3D"5" height=3D"2" alt=3D""></td>
            <td>
                    <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footerspace.gif=
" width=3D"183" height=3D"2" alt=3D""></td>
            <td>
                    <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footerspace.gif=
" width=3D"131" height=3D"2" alt=3D""></td>
            <td>
                    <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footerspace.gif=
" width=3D"254" height=3D"2" alt=3D""></td>
            <td>
                    <img src=3D"http://humanfacility.com/tsv/httpd/user_ftp/vst/r_footer/footerspace.gif=
" width=3D"2" height=3D"2" alt=3D""></td>
        </tr>
</table>
<map name=3D"xyz45_message_map"><area shape=3D"rect" coords=3D"341,1,413,12=
" href=3D"http://humanfacility.com/tsv/un.php?6762&195636249">
</map><br><br><br><br><br>
<img src=3D"http://humanfacility.com/tsv/httpd/viewed.php?6762&195636249" width=3D1 height=3D1>=
</font></font></center></body></html>

--=_9df14eac52c655fddeb2374c280981f9--
```

**From:** Your Top Brands Delivers <Charles@cavertlyoe.com>
**Subject:** **Your Top Brands is giving you $1000 FREE to shop Circuit City!**
**Date:** August 31, 2007 12:37:30 PM PDT
**To:** xxx@xxxx.xxx



Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands. All rights reserved.

You can unsubscribe from promotions by Clicking Here.
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.



Return-Path: <2-1365143-xxxx.xxx?xxx@mx18.cavertlyoe.com>
Received: from mx18.cavertlyoe.com [66.78.41.18] by cavertlyoe.com [66.78.41.18];
Fri, 31 Aug 2007 14:37:30 EST
Received: from source ([66.78.41.18]) by exprod5mx216.postini.com ([64.18.4.14]) with SMTP;
Fri, 31 Aug 2007 12:15:57 PDT
Received: from psmtp.com (exprod5mx216.postini.com [64.18.0.75])
by mail.asis.com (Postfix) with SMTP id 913BA6004
for <xxx@xxxx.xxx>; Fri, 31 Aug 2007 12:18:53 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
by mail.asis.com (Postfix) with ESMTP id 4A1AF5F65
for <xxx@xxxx.xxx>; Fri, 31 Aug 2007 12:18:55 -0700 (PDT)
Message-ID: <2-1365143-03kYS94NbNUoYQ@mx18.cavertlyoe.com>
Date: Fri, 31 Aug 2007 14:37:30 EST
From: Your Top Brands Delivers <Charles@cavertlyoe.com>
To: xxx@xxxx.xxx
Subject: Your Top Brands is giving you $1000 FREE to shop Circuit City!
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="-=5b76d70d6a1bc43f1dcc36364ed12d44";
X-Original-To: xxx@xxxx.xxx
Delivered-To: xxx@xxxx.xxx
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=simple;
s=s512; d=cavertlyoe.com;
b=RQt+q3XBAEMbDCAFP63WEBjEL4Q3nZcLVZ+VUKAvUgHoCsf2XEXSPp0kVqcKkp7wXORaVW8o7bAyl9QqFcJ6aQ==;
X-Mailer: 3.2.12-49 [Mar 22 2007, 13:13:34]
X-pstn-levels: (S: 0.00000/22.77013 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <Charles@cavertlyoe.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

---=5b76d70d6a1bc43f1dcc36364ed12d44
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit

Claim your FREE* $1,000 Circuit City Shopping Spree!

Just take our survey and complete participation requirements where
you sample and
purchase products of interest.

Shop from plasma and LCD flat screens, home theater, Tivo and DVR's,
Stereos,
Laptops, Xbox 360, Wii, Playstation 3, and More!

GO!
http://cavertlyoe.com/anigea?m=1365143&l=0

Get Ready for Sports Season!

* See Terms & Gift Rules

Powered by Your Top Brands. Your Top Brands is an independent rewards
program for consumers
and is not affiliated with any of the companies mentioned above. Your
Top Brands is solely
responsible for all gift fulfillment. To receive your gift, simply 1)
Participate in the survey

2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow
redemption instructions.
By continuing, you certify that you agree to the terms and
conditions.
Copyright © 2005 Your Top Brands. All rights reserved.

You can unsubscribe from promotions by visiting this website:
http://cavertlyoe.com/anigea?m=1365143&l=1
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South
#1079 New York, NY 10010.We are a third-party service and make no
representations or warranties regarding the
content of this message. We ensure that you will be promptly removed
from receiving
future correspondence if you do not wish to continue to see these
messages.
To cease messages go here:
http://cavertlyoe.com/2/06fe.do?e=xxx@xxxx.xxx&m=1365143,
or snailmail us at: 222 Grace Church St. #302-1000123 Port Chester,
NY 10573.  We
respect your right to privacy.

```
<2;5mGzpNrg3g9UzC;1365143>
---=5b76d70d6a1bc43f1dcc36364ed12d44
Content-Type: text/html; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit

<html>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table
id="Table_01" width="650" height="478" border="0" cellpadding="0" cellspacing="0">
<tr>
<td colspan="2">
<a
href="http://cavertlyoe.com/anigea?m=1365143&l=0"><img
src="http://www.imglt.com/i/lt/5515/circuit_city_email_01.gif" width="650" height="75" alt="" border="0"></a></td>
</tr>
<tr>
<td rowspan="2">
<a
href="http://cavertlyoe.com/anigea?m=1365143&l=0"><img
src="http://www.imglt.com/i/lt/5515/circuit_city_email_02.jpg" width="202" height="403" alt="" border="0"></a></td>
<td>
<a
href="http://cavertlyoe.com/anigea?m=1365143&l=0"><img
src="http://www.imglt.com/i/lt/5515/circuit_city_email_03.gif" width="448" height="163" alt="" border="0"></a></td>
</tr>
<tr>
<td>
<a
href="http://cavertlyoe.com/anigea?m=1365143&l=0"><img
src="http://www.imglt.com/i/lt/5515/circuit_city_email_04.jpg" width="448" height="240" alt="" border="0"></a></td>
</tr>
</table>
<table
width="660" border="0" cellspacing="0" cellpadding="2">
<tr>
<td align="left" valign="top"> <font size="1" face="Verdana, Arial, Helvetica, sans-serif">
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with
any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your
gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow
redemption
instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands.
```

```
All rights reserved.<br>
<br>
You can unsubscribe from promotions by <a
href="http://cavertlyoe.com/anigea?m=1365143&l=1"> Clicking Here. </a><br>
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.<br>
</font></td></tr></table>

<br>
<br><br>
<table border="0" width="62%">
    <tr>
        <td>
        <a href="http://cavertlyoe.com/2/06fe.do?e=xxx@xxxx.xxx&m=1365143">
        <img border="0" src="http://cavertlyoe.com/images/06fe.gif" width="500" height="120"></a></td>
    </tr>
</table>
<br><br><font color='#ffffff' face='arial,helvetica' size='1'><2;5mGzpNrg3g9UzC;1365143></font>
<img src="http://cavertlyoe.com/clickopen?msgid=1365143&email=03kYS94NbNUoYQ" width="1" height="1"></body></html>
---=5b76d70d6a1bc43f1dcc36364ed12d44--
```

**From:** "Your Top Brands" <return@sayinformations.com>
**Subject:** **Get a Harry Potter Movie Pack - for FREE!**
**Date:** August 1, 2007 12:06:52 PM PDT
**To:** xxx@xxxx.xxx

---

American Cinematic Adventures: Your Ticket to the Movies.

Get the Harry Potter Movie Pack Free.
4 Tickets to Harry Potter and the Order of the Phoenix
Harry Potter Books 1-6, Hardcover Box Set
Harry Potter DVD's 1-4, Box Set
Plus, a Bonus $50 for Snacks at the Theatre.

Just take our survey and complete participation requirements where you sample and purchase products of interest.

Click here
http://sayinformations.com/t/c/7/gen/mz166725.html

if you no longer what to get these please click here:
http://sayinformations.com/t/c/8/gen/mz166725.html
Mailing address:
Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

* See Terms & Gift Rules
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms and conditions.
Copyright Â© 2005 Your Top Brands. All rights reserved.

If you are not intrested anymore:
http://sayinformations.com/index.php?l=gen&e=xxx@xxxx.xxx
This message was sent to: xxx@xxxx.xxx
X-sayinformations.com-Recipient: xxx@xxxx.xxx
X-sayinformations.com-MSG: gen
// xmz166725xgenx
100AustinSt/Ste4/Patchogue/NY/11772

Return-Path: <ret@sayinformations.com>
Received: from source ([206.53.62.34]) by exprod5mx161.postini.com ([64.18.4.10]) with SMTP;
Wed, 01 Aug 2007 11:05:51 PDT
Received: from psmtp.com (exprod5mx161.postini.com [64.18.0.212])
by mail.asis.com (Postfix) with SMTP id B27CF5ED5
for <xxx@xxxx.xxx>; Wed, 1 Aug 2007 11:08:43 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
by mail.asis.com (Postfix) with ESMTP id 2845B5EF2
for <xxx@xxxx.xxx>; Wed, 1 Aug 2007 11:08:44 -0700 (PDT)
Message-ID: <1185991612.5043@sayinformations.com>
Date: Wed, 1 Aug 2007 14:06:52 -0500
From: "Your Top Brands" <return@sayinformations.com>
To: xxx@xxxx.xxx
Subject: Get a Harry Potter Movie Pack - for FREE!
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"
X-Original-To: xxx@xxxx.xxx
Delivered-To: xxx@xxxx.xxx
X-Userid: xxx@xxxx.xxx
X-ID: mz166725
X-Recipient: xxx@xxxx.xxx
X-sayinformations.com-MsgID: mz166725-gen
X-pstn-neptune: 5/2/0.40/64
X-pstn-levels: (S: 0.00736/98.25605 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <return@sayinformations.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

American Cinematic Adventures: Your Ticket to the Movies.

Get the Harry Potter Movie Pack Free.
4 Tickets to Harry Potter and the Order of the Phoenix
Harry Potter Books 1-6, Hardcover Box Set
Harry Potter DVD's 1-4, Box Set
Plus, a Bonus $50 for Snacks at the Theatre.

Just take our survey and complete participation requirements where you sample and purchase products of interest.

Click here
http://sayinformations.com/t/c/7/gen/mz166725.html

if you no longer what to get these please click here:
http://sayinformations.com/t/c/8/gen/mz166725.html
Mailing address:
Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

* See Terms & Gift Rules
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms and conditions.
Copyright Â© 2005 Your Top Brands. All rights reserved.

If you are not intrested anymore:
http://sayinformations.com/index.php?l=gen&e=xxx@xxxx.xxx
This message was sent to: xxx@xxxx.xxx
X-sayinformations.com-Recipient: xxx@xxxx.xxx
X-sayinformations.com-MSG: gen
 // xmz166725xgenx
100AustinSt/Ste4/Patchogue/NY/11772