**From:** "Your Top Brands" <YourTopBrands@technologieslimited.com>
**Subject:** **Claim your new John Deere Lawn Tractor - Free!**
**Date:** June 30, 2007 7:02:45 AM PDT
**To:** jlxxxxxxxxxx@foggy.net
**Reply-To:** r.7341.35598761@technologieslimited.com



Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers
and is not affiliated with any of the companies mentioned above. Your Top Brands is solely
responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey
2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands. All rights reserved.

You can unsubscribe from promotions by Clicking Here.

Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

**Sent:**

Jun 24 2004 5:36:59, , 206.42.203.198

---

A D V E R T I S E M E N T

This email was sent to you as a permission-based subscriber. We will continue to bring you valuable information on the products and
services that interest you. If you no longer wish to receive these messages, please Visit This Link to change your preferences.

BaseSquared | 4532 W. Kennedy Blvd., #335 | Tampa, FL 33609

ynfsrxubwiidpshvcxngxnjfr

!DSPAM:468662a8344075782717623!

```
Return-Path: <n.7341.35598761@technologieslimited.com>
Received: from web123.technologieslimited.com (web123.timanath.com [67.58.98.123])
     by mail.foggy.net (8.13.1/8.13.1) with SMTP id l5UE34kU072215
     for <xxx@xxxx.xxx>; Sat, 30 Jun 2007 07:03:04 -0700 (PDT)
     (envelope-from n.7341.35598761@technologieslimited.com)
Received: from mail.foggy.net (mail.foggy.net [216.100.254.3])
     by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l5UE3Dmv034400
     for <xxx@xxxx.xxx>; Sat, 30 Jun 2007 07:03:13 -0700 (PDT)
     (envelope-from n.7341.35598761@technologieslimited.com)
Message-Id: <20070630060001.ieoeqfmrtx@technologieslimited.com>
Date: Sat, 30 Jun 2007 09:02:45 -0500
From: "Your Top Brands" <YourTopBrands@technologieslimited.com>
Reply-To: r.7341.35598761@technologieslimited.com
To: xxx@xxxx.xxx
Subject: Claim your new John Deere Lawn Tractor - Free!
MIME-Version: 1.0
Content-Type: multipart/alternative;
     boundary="=_8352cdc2f797fe4285dd523190f18a9c"
X-Mailer: mxs v8.3.2.1000.35598761
X-DSPAM-Result: Spam
X-DSPAM-Confidence: 0.8843
X-DSPAM-Probability: 1.0000
X-DSPAM-Signature: 468662a8344075782717623
X-DSPAM-User: xxxxx

This is a MIME encoded message.

--=_8352cdc2f797fe4285dd523190f18a9c
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: 7bit

No text version was provided


!DSPAM:468662a8344075782717623!

--=_8352cdc2f797fe4285dd523190f18a9c
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: 7bit


<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title></title>
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table id="Table_01" width="580" height="387" border="0" cellpadding="0" cellspacing="0">
    <tr>
        <td colspan="2">
            <a href="http://technologieslimited.com/dbm83/l.php?12066&35598761&o=4921&b=hths4pb1&p=1893&l=2&e=xxx@xxxx.xxx"><img src="http://technologieslimited.com/dbm83/img.php?10438" width="580" height="117" border="0" alt=""></a></td>
    </tr>
    <tr>
        <td rowspan="3">
            <a href="http://technologieslimited.com/dbm83/l.php?12066&35598761&o=4921&b=hths4pb1&p=1893&l=2&e=xxx@xxxx.xxx"><img src="http://technologieslimited.com/dbm83/img.php?10439" width="332" height="270" border="0" alt=""></a></td>
        <td>
            <a href="http://technologieslimited.com/dbm83/l.php?
```

```
12066&35598761&o=4921&b=hths4pb1&p=1893&l=2&e=xxx@xxxx.xxx"><img src="http://technologieslimited.com/dbm83/img.php?
10440" width="248" height="87" border="0" alt=""></a></td>
    </tr>
    <tr>
        <td>
            <a href="http://technologieslimited.com/dbm83/l.php?
12066&35598761&o=4921&b=hths4pb1&p=1893&l=2&e=xxx@xxxx.xxx"><img src="http://technologieslimited.com/dbm83/img.php?
10441" width="248" height="181" border="0" alt=""></a></td>
    </tr>
    <tr>
        <td>
            <a href="http://technologieslimited.com/dbm83/l.php?
12066&35598761&o=4921&b=hths4pb1&p=1893&l=2&e=xxx@xxxx.xxx"><img src="http://technologieslimited.com/dbm83/img.php?
10442" width="248" height="2" border="0" alt=""></a></td>
    </tr>
</table><br>
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers <br>
and is not affiliated with any of the companies mentioned above. Your Top Brands is solely <br>
responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey <br>
2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. <br>
By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands. All rights
reserved.<br>
<br>
You can unsubscribe from promotions by <a href="http://technologieslimited.com/dbm83/l.php?12067&35598761&pid=22">
Clicking Here. </a><br>
<br>
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

<blockquote><p><font face="Arial" size="1"><b>Sent:</b></font><br>

<font face="Arial" size="1">Joel Householter</font><br>
   <font face="Arial" size="1">Jun 24 2004 5:36:59, , 206.42.203.198</font></p></blockquote>

<center><br><br><font color=#000000>


<hr width=250><font face="Verdana,Arial,Helvetica,sans-serif" size=1>
<blockquote><div align="left"><b>A D V E R T I S E M E N T</b><br><br>
<font face="Verdana, Arial, Helvetica, sans-serif" size="1" color="#000000">This email was sent to you as a
permission-based subscriber. We will continue to bring you valuable information on the products and services that
interest you. If you no longer wish to receive these messages, please <a href="http://technologieslimited.com/dbm83/
un.php?7341&35598761">Visit This Link</a> to change your preferences.
<br><br>
<center>BaseSquared | 4532 W. Kennedy Blvd., #335 | Tampa, FL 33609</center></font></blockquote></div>
<br><br><br>
ynfsrxubwiidpshvcxngxnjfr
```

```
<img src="http://technologieslimited.com/dbm83/opened.php?7341&35598761" width=1 height=1></font></font></center>
!DSPAM:468662a8344075782717623!

</body></html>

--=_8352cdc2f797fe4285dd523190f18a9c--
```

**From:** HighSchoolMusicals <HighSchoolMusicals@northatlantamedicalgroup.com>
**Subject:** [QUAR] Don't Miss out on a FREE High School Musical Gift Pack inluding Ice Tour Tickts, DVDs, CDs and More!
**Date:** September 3, 2007 7:42:50 AM PDT
**To:** xxx@xxxx.xxx



Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow redemption instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands. All rights reserved.

You can unsubscribe from promotions by Clicking Here.
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

Click here to unsubscribe. Or write to: ABSO Inc. 4279 Roswell Rd NE Suite 102-245 Atlanta, GA 30342-3700

```
Return-Path: <1-531436-xxxx.xxx?xxx@nzdqx.northatlantamedicalgroup.com>
Received: from nzdqx.northatlantamedicalgroup.com [38.99.114.122] by northatlantamedicalgroup.com [38.99.114.122];
   Mon, 3 Sep 2007 07:42:50 PST
Received: from nzdqx.northatlantamedicalgroup.com ([38.99.114.122]) by barracuda.foggy.net with SMTP id
mMEpG5IUDwwrCdzZ for <xxx@xxxx.xxx>; Mon, 03 Sep 2007 07:56:10 -0700 (PDT)
Received: from nzdqx.northatlantamedicalgroup.com (localhost [127.0.0.1])
     by barracuda.foggy.net (Spam Firewall) with SMTP id 6042B9104F
     for <xxx@xxxx.xxx>; Mon,  3 Sep 2007 07:56:10 -0700 (PDT)
Received: from barracuda.foggy.net (muggy.foggy.net [216.100.254.5])
     by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l83EuPb0081389
     for <xxx@xxxx.xxx>; Mon, 3 Sep 2007 07:56:25 -0700 (PDT)
     (envelope-from 1-531436-xxxx.xxx?xxx@nzdqx.northatlantamedicalgroup.com)
Message-ID: <1-531436-0vcez93Y88sUecr@nzdqx.northatlantamedicalgroup.com>
Date: Mon, 3 Sep 2007 07:42:50 PST
From: HighSchoolMusicals <HighSchoolMusicals@northatlantamedicalgroup.com>
To: xxx@xxxx.xxx
Subject: [QUAR] Don't Miss out on a FREE High School Musical Gift Pack inluding Ice Tour Tickts, DVDs, CDs and More!
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="-=3101ae107b0f5ae37adc2cfd79d759e3";
X-ASG-Debug-ID: 1188831362-5aad00000000-nov5w8
X-Barracuda-URL: http://216.100.254.5:8000/cgi-bin/mark.cgi
DKIM-Signature: v=1; a=rsa-sha1; c=simple; d=northatlantamedicalgroup.com;
     h=from:to:subject:content-type:date:message-id;
     q=dns/txt; s=s512; bh=fBZGXrHKTbX1lPJqCpq4Rof2J/0=;
     b=xmdovg/MfaOTISFKzurkaQ9/UtcCTwrcRTJ1LWdt0HbP4Ke81dsAJ6S27p6G0yVY38BBMGptWxxX/sayL/ZlCQ==;
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=simple;
     s=s512; d=northatlantamedicalgroup.com;
     b=neQallt/ZNKPCLcHQCVcTFKaNoI2BHGxRWVvqsKnmG/tj8+4ppZ9fBTkaMdNEHxFwY1jp4JR6bbfBtmzpUpbXw==;
X-ASG-Orig-Subj: Don't Miss out on a FREE High School Musical Gift Pack inluding Ice Tour Tickts, DVDs, CDs and More!
X-Mailer: 3.4.0-15 [Aug 31 2007, 03:10:17]
X-Barracuda-Connect: UNKNOWN[38.99.114.122]
X-Barracuda-Start-Time: 1188831384
X-Barracuda-Bayes: INNOCENT GLOBAL 0.8494 1.0000 2.7014
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at foggy.net
X-Barracuda-Spam-Score: 8.02
X-Barracuda-Spam-Status: Yes, SCORE=8.02 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=5.0 KILL_LEVEL=1000.0
tests=BSF_SC0_SA074b, BSF_SC0_SA074c, HTML_IMAGE_ONLY_32, HTML_MESSAGE, MARKETING_SUBJECT, RATWARE_EFROM
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.27407
     Rule breakdown below
      pts rule name               description
     ---- ---------------------- --------------------------------------------------
     0.60 MARKETING_SUBJECT      Subject contains popular marketing words
     2.88 RATWARE_EFROM          Bulk email fingerprint (envfrom) found
     0.50 BSF_SC0_SA074c         URI: Custom Rule SA074c
     0.50 BSF_SC0_SA074b         URI: Custom Rule SA074b
     0.84 HTML_IMAGE_ONLY_32     BODY: HTML: images with 2800-3200 bytes of words
     0.00 HTML_MESSAGE           BODY: HTML included in message
X-Priority: 5 (Lowest)
X-MSMail-Priority: Low
Importance: Low


---=3101ae107b0f5ae37adc2cfd79d759e3
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit


                  Powered by Your Top Brands. Your Top Brands
is an independent rewards program for consumers and is not affiliated
with any of the companies mentioned above. Your Top Brands is solely
responsible for all gift fulfillment. To receive your gift, simply 1)
```

Participate in the survey 2) Qualify for the sponsor offer(s) (see
Gift Rules) and 3) Follow redemption instructions. By continuing, you
certify that you agree to the terms and conditions. Copyright © 2005
Your Top Brands. All rights reserved.

You can unsubscribe from promotions by  Clicking Here.
http://northatlantamedicalgroup.com/sovsel?m=531436&l=1
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South
#1079 New York, NY 10010.


Click http://northatlantamedicalgroup.com/unsub.php?e=xxx@xxxx.xxx&m=531436 to
unsubscribe.    Or write to: ABSO Inc.   4279 Roswell Rd NE   Suite
102-245   Atlanta, GA 30342-3700

<1;6gGzLNR055JPzGr;531436>
---=3101ae107b0f5ae37adc2cfd79d759e3
Content-Type: text/html; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit

```html
<html>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table
id="Table_01" width="650" height="450" border="0" cellpadding="0" cellspacing="0">
<tr>
<td colspan="4">
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_email_0.gif" width="650" height="120" alt="" border="0"></a></
td>
</tr>
<tr>
<td rowspan="2">
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_emai-02.gif" width="2" height="330" alt="" border="0"></a></
td>
<td rowspan="2">
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_email_0.jpg" width="206" height="330" alt="" border="0"></a></
td>
<td>
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_emai-04.gif" width="345" height="68" alt="" border="0"></a></
td>
<td rowspan="2">
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_emai-05.jpg" width="97" height="330" alt="" border="0"></a></
td>
</tr>
<tr>
<td>
<a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=0"><img
src="http://www.imglt.com/i/lt/5499/High_School_Musical_emai-06.jpg" width="345" height="262" alt="" border="0"></a></
td>
</tr>
</table>
<table
```

```
width="660" border="0" cellspacing="0" cellpadding="2">
<tr>
<td align="left" valign="top"> <font size="1" face="Verdana, Arial, Helvetica, sans-serif">
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers and is not affiliated with
any of the companies mentioned above. Your Top Brands is solely responsible for all gift fulfillment. To receive your
gift, simply 1) Participate in the survey 2) Qualify for the sponsor offer(s) (see Gift Rules) and 3) Follow
redemption
instructions. By continuing, you certify that you agree to the terms and conditions. Copyright © 2005 Your Top Brands.
All rights reserved.<br>
<br>
You can unsubscribe from promotions by <a
href="http://northatlantamedicalgroup.com/sovsel?m=531436&l=1"> Clicking Here. </a><br>
Mailing address: Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.<br>
</font></td></tr></table>

<br><br>Click <a href="http://northatlantamedicalgroup.com/unsub.php?e=xxx@xxxx.xxx&m=531436">here</a> to unsubscribe.

Or write to: ABSO Inc.
4279 Roswell Rd NE
Suite 102-245
Atlanta, GA 30342-3700

<br><br><font color='#ffffff' face='arial,helvetica' size='1'><1;24A1eRGYBBr81A.;531436></font>
<img src="http://northatlantamedicalgroup.com/clickopen?msgid=531436&email=0vcez93Y88sUecr" width="1" height="1"></
body></html>
---=3101ae107b0f5ae37adc2cfd79d759e3--
```

**From:** "Your Top Brands Update" <return@tipsinformation.com>
**Subject:** **[QUAR] Can't Get Enough of High School Musical 2? You Can Go See the Ice Tour FREE!**
**Date:** September 17, 2007 1:51:33 PM PDT
**To:** xxx@xxxx.xxx

Get Your High School Musical F ree Gift Pack!

Just take our survey and complete participation requirements where you sample and purchase products of interest.

Go here for your $500 American Express Gift Card towards the gift items below
http://tipsinformation.com/t/c/286/gen/dz644181.html

 4 Tickets to High School Musical The Ice Tour
 High School Musical 2 CD
 High School Musical The Concert DVD & CD
 High School Musical DVD & CD

You can go here to no longet get these
http://tipsinformation.com/t/c/287/gen/dz644181.html
Mailing address
Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

* See Terms & Gift Rules
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers
and is not affiliated with any of the companies mentioned above. Your Top Brands is solely
responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey
2) Qualify for the sponsor ofer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms & conditions.
Copyright © 2005 Your Top Brands. All rights reserved.
If you are not intrested anymore:
http://tipsinformation.com/index.php?l=gen&e=xxx@xxxx.xxx
This message was sent to: xxx@xxxx.xxx
X-tipsinformation.com-Recipient: xxx@xxxx.xxx
X-tipsinformation.com-MSG: gen
 // xdz644181xgenx
100AustinSt/Ste4/Patchogue/NY/11772

```
Return-Path: <ret@tipsinformation.com>
Received: from tipsinformation.com (tipsinformation.com [206.53.62.47]) by barracuda.foggy.net with SMTP id
3SvrT4x7aWKrg4yj for <xxx@xxxx.xxx>; Mon, 17 Sep 2007 12:50:27 -0700 (PDT)
Received: from tipsinformation.com (localhost [127.0.0.1])
    by barracuda.foggy.net (Spam Firewall) with SMTP id 2FBD81236F4
    for <xxx@xxxx.xxx>; Mon, 17 Sep 2007 12:50:27 -0700 (PDT)
Received: from barracuda.foggy.net (muggy.foggy.net [216.100.254.5])
    by mailfront.foggy.net (8.13.1/8.13.1) with ESMTP id l8HJoTh0063223
    for <xxx@xxxx.xxx>; Mon, 17 Sep 2007 12:50:29 -0700 (PDT)
    (envelope-from ret@tipsinformation.com)
Message-ID: <1190058693.4084@tipsinformation.com>
Date: Mon, 17 Sep 2007 15:51:33 -0500
From: "Your Top Brands Update" <return@tipsinformation.com>
To: xxx@xxxx.xxx
Subject: [QUAR] Can't Get Enough of High School Musical 2? You Can Go See the Ice Tour FREE!
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"
X-ASG-Debug-ID: 1190058627-22df003d0000-Maq5U3
X-Barracuda-URL: http://216.100.254.5:8000/cgi-bin/mark.cgi
X-Userid: xxx@xxxx.xxx
X-ID: dz644181
X-Recipient: xxx@xxxx.xxx
X-tipsinformation.com-MsgID: dz644181-gen
X-ASG-Orig-Subj: Can't Get Enough of High School Musical 2? You Can Go See the Ice Tour FREE!
X-Barracuda-Connect: tipsinformation.com[206.53.62.47]
X-Barracuda-Start-Time: 1190058628
X-Barracuda-Bayes: INNOCENT GLOBAL 0.5088 1.0000 0.7500
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at foggy.net
X-Barracuda-Spam-Score: 1.68
X-Barracuda-Spam-Status: No, SCORE=1.68 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=5.0 KILL_LEVEL=1000.0
tests=MARKETING_SUBJECT, PLING_QUERY
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.28703
    Rule breakdown below
     pts rule name              description
     ---- ----------------------  --------------------------------------------------
     0.60 MARKETING_SUBJECT      Subject contains popular marketing words
     0.33 PLING_QUERY            Subject has exclamation mark and question mark
X-Priority: 5 (Lowest)
X-MSMail-Priority: Low
Importance: Low

Get Your High School Musical F ree Gift Pack!

Just take our survey and complete participation requirements where you sample and purchase
products of interest.

Go here for your $500 American Express Gift Card towards the gift items below
http://tipsinformation.com/t/c/286/gen/dz644181.html

 4 Tickets to High School Musical The Ice Tour
 High School Musical 2 CD
 High School Musical The Concert DVD & CD
 High School Musical DVD & CD
```

You can go here to no longet get these
http://tipsinformation.com/t/c/287/gen/dz644181.html
Mailing address
Your Top Brands Customer Care, 303 Park Avenue South #1079 New York, NY 10010.

* See Terms & Gift Rules
Powered by Your Top Brands. Your Top Brands is an independent rewards program for consumers
and is not affiliated with any of the companies mentioned above. Your Top Brands is solely
responsible for all gift fulfillment. To receive your gift, simply 1) Participate in the survey
2) Qualify for the sponsor ofer(s) (see Gift Rules) and 3) Follow redemption instructions.
By continuing, you certify that you agree to the terms & conditions.
Copyright © 2005 Your Top Brands. All rights reserved.
If you are not intrested anymore:
http://tipsinformation.com/index.php?l=gen&e=xxx@xxxx.xxx
This message was sent to: xxx@xxxx.xxx
X-tipsinformation.com-Recipient: xxx@xxxx.xxx
X-tipsinformation.com-MSG: gen
 // xdz644181xgenx
100AustinSt/Ste4/Patchogue/NY/11772