http://www.yourproductsamples.com



```
Official Gift Rules and Steps to Redeem
```

Last updated:  September 4, 2007

**Official Gift Rules for redemption of the $200 J.Crew Gift Card**

These Official Gift Rules for redemption of the $200 J.Crew Gift Card&nbspare part of the YourProductSamples End User License Agreement ("EULA") to which you must agree in order to use our Service, including seeking to qualify under these Gift Rules.  Capitalized terms unless otherwise defined shall have the meanings assigned to them in the EULA - End User License Agreement.

To qualify for and redeem your $200 J.Crew Gift Card, you must complete each of the following:

1. <u>Registration Form</u>.  Complete our Registration Form for the YourProductSamples Service by providing true, accurate, current, and complete information about yourself as prompted by the Registration Form - information that is untrue, inaccurate, or incomplete may disqualify you from eligibility to receive the $200 J.Crew Gift Card.
2. <u>Special Offers & Survey</u>.  All Special Offers and Survey Questions are optional. Answer or skip all offers that are presented following the registration form. You must also answer all of the questions (yes or no) as indicated at the "Special Offer Survey" page that also follows the registration form. Expressing interest in response to any special offer or survey question is not required to qualify for the $200 J.Crew Gift Card. . In contrast, a Sponsor offer, is an offer that you must complete to qualify for the $200 J.Crew Gift Card. . Please see the Sponsor Offer section below for the number of Sponsor Offers that must be completed to qualify for your $200 J.Crew Gift Card. The Sponsor Offers appear *after* you have successfully completed or skipped the special offers and survey section.
3. <u>Sponsor Offers</u>. You must participate in and satisfy a total of 4 Sponsor Offers as follows:
   Page 1: 2 offers
   Page 2: 1 offer
   Page 3: 1 offer

   To satisfy the requirements for the $200 J.Crew Gift Card, you must participate in the above-stated number of offers for each page (participating in offers in excess of those stated above for a given page does not reduce the number of offers in which you must participate on the other pages), and you must complete each of the Sponsor Offers pages listed above. **Please note Sponsor offers may require you to sample and/or purchase products of interest.
   In order to remain eligible for your gift, you must complete all of the sponsor offers that require you to sample and purchase products of interest within 180 days of signing up for our service.**
4. <u>Sponsor Offer Registration</u>. In order to satisfy the requirement for participating in the number of Sponsor offers described above, you must meet all qualifications of the Sponsor offers you select. You must complete each offer by clicking to and satisfying the requirements of our sponsor offers only online from the YourProductSamples's sponsor offer pages as listed above (not by telephone). **Please note that once you have clicked to and started and/or completed a transaction with a sponsor, you are subject to that sponsor's terms, conditions and rules on cancellation, and such transactions cannot be canceled by or through the Brandarama Service or by failure to complete the requisite number of sponsor offers specified above.**
5. <u>Verification of Sponsor Offer Participation</u>. Each Sponsor must provide written verification (written or electronic) to YourProductSamples that you have successfully qualified for and completed that

    Sponsor's offer. Following YourProductSamples's receipt of such verification from the last of the requisite number of Sponsors, YourProductSamples will send an email message to you with instructions on how to redeem your offer and ask you to confirm your delivery address where the $200 J.Crew Gift Card will be shipped. The qualification time varies by Sponsor, but may be in excess of 30 days. In some cases an additional step by you is required to satisfy the Sponsor's qualifications. By way of example that is not intended to be exhaustive, all-inclusive, or otherwise limiting, a Sponsor offer for, for example, credit card or similar service may require you to use the credit card to make a purchase, take a cash advance, or transfer a balance, to satisfy the Sponsor's qualifications. The time it takes you to complete this step is in your control and not that of the Service or the Sponsor, and the qualification time for such Sponsor offers accordingly will vary based in part on the time you take to satisfy this requirement. Your gift qualification status may be viewed at any time at **http://www.yourproductsamples.com/status**

6. **We also recommend that you print and keep any pages or correspondence proving that you completed the sponsor offers.** This may be helpful in the unlikely event that one of our sponsors fails to notify us in a timely manner that you have completed the required offer(s). You are responsible for reviewing your account and notifying YourProductSamples of any errors. **Your gift should ship to you within 6 to 8 weeks after YourProductSamples receives confirmation of your delivery address.**

The Service is not affiliated with the manufacturer or provider of the gift nor with any of the third parties appearing in the marketing promotional copy unless otherwise indicated. All gifts and offers are based on a first-come, first-serve basis. Gifts are subject to availability, and quantities may be limited. YourProductSamples reserves the right to substitute a gift of equal or greater value. YourProductSamples reserves the right to cancel any offer at any time for any reason, with or without notice.

**Summary of Frequently Asked Questions:**
Q: How can you offer gifts?
A: We rebate advertiser dollars to consumers in the form of gifts. Our advertising sponsors cover the cost of the $200 J.Crew Gift Card along with the shipping and handling charges.

Q: Is there a fee to participate in this program?
A: There are no membership fees for joining. To get your gift, you must continue through the survey and complete participation requirements for sampling and purchasing products of interest.

####

http://www.yourtopbrands.com



**Official Gift Rules and Steps to Redeem**

Last updated:  September 4, 2007

**Official Gift Rules for redemption of the $200 American Apparel Online Gift Certificate**

These Official Gift Rules for redemption of the $200 American Apparel Online Gift Certificate&nbspare part of the YourTopBrands End User License Agreement ("EULA") to which you must agree in order to use our Service, including seeking to qualify under these Gift Rules.  Capitalized terms unless otherwise defined shall have the meanings assigned to them in the EULA - End User License Agreement.

To qualify for and redeem your $200 American Apparel Online Gift Certificate, you must complete each of the following:

1. <u>Registration Form</u>.  Complete our Registration Form for the YourTopBrands Service by providing true, accurate, current, and complete information about yourself as prompted by the Registration Form - information that is untrue, inaccurate, or incomplete may disqualify you from eligibility to receive the $200 American Apparel Online Gift Certificate.
2. <u>Special Offers & Survey</u>.  All Special Offers and Survey Questions are optional. Answer or skip all offers that are presented following the registration form. You must also answer all of the questions (yes or no) as indicated at the "Special Offer Survey" page that also follows the registration form. Expressing interest in response to any special offer or survey question is not required to qualify for the $200 American Apparel Online Gift Certificate. . In contrast, a Sponsor offer, is an offer that you must complete to qualify for the $200 American Apparel Online Gift Certificate. . Please see the Sponsor Offer section below for the number of Sponsor Offers that must be completed to qualify for your $200 American Apparel Online Gift Certificate. The Sponsor Offers appear *after* you have successfully completed or skipped the special offers and survey section.
3. <u>Sponsor Offers</u>. You must participate in and satisfy a total of 4 Sponsor Offers as follows:
Page 1: 2 offers
Page 2: 1 offer
Page 3: 1 offer

   To satisfy the requirements for the $200 American Apparel Online Gift Certificate, you must participate in the above-stated number of offers for each page (participating in offers in excess of those stated above for a given page does not reduce the number of offers in which you must participate on the other pages), and you must complete each of the Sponsor Offers pages listed above. **Please note Sponsor offers may require you to sample and/or purchase products of interest.**
**In order to remain eligible for your gift, you must complete all of the sponsor offers that require you to sample and purchase products of interest within 180 days of signing up for our service.**
4. <u>Sponsor Offer Registration</u>. In order to satisfy the requirement for participating in the number of Sponsor offers described above, you must meet all qualifications of the Sponsor offers you select. You must complete each offer by clicking to and satisfying the requirements of our sponsor offers only online from the YourTopBrands's sponsor offer pages as listed above (not by telephone). **Please note that once you have clicked to and started and/or completed a transaction with a sponsor, you are subject to that sponsor's terms, conditions and rules on cancellation,**

> **and such transactions cannot be canceled by or through the Brandarama Service or by failure to complete the requisite number of sponsor offers specified above.**
>
> 5. <u>Verification of Sponsor Offer Participation</u>. Each Sponsor must provide written verification (written or electronic) to YourTopBrands that you have successfully qualified for and completed that Sponsor's offer. Following YourTopBrands's receipt of such verification from the last of the requisite number of Sponsors, YourTopBrands will send an email message to you with instructions on how to redeem your offer and ask you to confirm your delivery address where the $200 American Apparel Online Gift Certificate will be shipped. The qualification time varies by Sponsor, but may be in excess of 30 days. In some cases an additional step by you is required to satisfy the Sponsor's qualifications. By way of example that is not intended to be exhaustive, all-inclusive, or otherwise limiting, a Sponsor offer for, for example, credit card or similar service may require you to use the credit card to make a purchase, take a cash advance, or transfer a balance, to satisfy the Sponsor's qualifications. The time it takes you to complete this step is in your control and not that of the Service or the Sponsor, and the qualification time for such Sponsor offers accordingly will vary based in part on the time you take to satisfy this requirement. Your gift qualification status may be viewed at any time at
> **http://www.yourtopbrands.com/status**
> 6. **We also recommend that you print and keep any pages or correspondence proving that you completed the sponsor offers.** This may be helpful in the unlikely event that one of our sponsors fails to notify us in a timely manner that you have completed the required offer(s). You are responsible for reviewing your account and notifying YourTopBrands of any errors. **Your gift should ship to you within 6 to 8 weeks after YourTopBrands receives confirmation of your delivery address.**

The Service is not affiliated with the manufacturer or provider of the gift nor with any of the third parties appearing in the marketing promotional copy unless otherwise indicated. All gifts and offers are based on a first-come, first-serve basis. Gifts are subject to availability, and quantities may be limited. YourTopBrands reserves the right to substitute a gift of equal or greater value. YourTopBrands reserves the right to cancel any offer at any time for any reason, with or without notice.

**<u>Summary of Frequently Asked Questions:</u>**
Q: How can you offer gifts?
A: We rebate advertiser dollars to consumers in the form of gifts. Our advertising sponsors cover the cost of the $200 American Apparel Online Gift Certificate along with the shipping and handling charges.

Q: Is there a fee to participate in this program?
A: There are no membership fees for joining. To get your gift, you must continue through the survey and complete participation requirements for sampling and purchasing products of interest.

####