```
 1  THOMAS R. BURKE (CA State Bar No. 141930)
    DAVIS WRIGHT TREMAINE LLP
 2  505 Montgomery Street, Suite 800
    San Francisco, California 94111
 3  Telephone:   (415) 276-6500
    Facsimile:   (415) 276-6599
 4  Email:       thomasburke@dwt.com

 5  Ambika Doran (WA State Bar No. 38237)
    DAVIS WRIGHT TREMAINE LLP
 6  1201 Third Avenue, Suite 2200
    Seattle, Washington 98101
 7  Telephone:   (206) 757-8030
    Facsimile:   (206) 757-7700
 8  Email:       ambikadoran@dwt.com
    Attorneys for Defendant Active Response Group, Inc.
```

ORIGINAL FILED

08 AUG -7 PM 3:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, et al., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVE RESPONSE GROUP, INC., et al., <br><br> Defendant. | Case No. CV 07-6211 TEH <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, **Ronald London**, an active member in good standing of the bar of the Maryland Supreme Court, the District of Columbia Court of Appeals, the United States Supreme Court, the District of Columbia Circuit Court of Appeals, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, the federal district court for the District of Columbia, the federal district court for the District of Maryland, the federal district court for the Southern District of New York, and the federal district court for the District of Colorado, hereby applies for admission to practice in

the Northern District of California on a pro hac vice basis representing in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Thomas R. Burke (CA State Bar No. 141930)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, California 94111
> Telephone:   (415) 276-6500
> Facsimile:   (415) 276-6599
> Email:       thomasburke@dwt.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2008

RONALD LONDON

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

I caused the above document to be served on each person on the attached list by the following means:

[X] I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **August 7, 2008**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[ ] I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[ ] I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ] I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

[ ] A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 7, 2008**, at San Francisco, California.

*Natasha Majorko* (signature)
Natasha Majorko

PROOF OF SERVICE
Case No. CV07-6211 BZ

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
|  | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail |  |

**[M]**  Jason K. Singleton                                    Attorneys for Plaintiffs
Richard E. Grabowski
Singleton Law Group
611 "L" Street, Suite A
Eureka, CA 95501

Telephone: (707) 441-1177
Facsimile:  (707) 441-1533

Email: jason@singletonlawgroup.com
       rgrabowski@mckinleyville.net

PROOF OF SERVICE
Case No. CV07-6211 BZ