| DATE | DATE | INVOICE NO. | VOUCHER ID. | INVOICE AMOUNT | NET AMOUNT | CHECK NUMBER 69091 |
|---|---|---|---|---|---|---|
| 08-05-08 | 08-05-08 | 05AUG08B | 902820 | 210.00 | 210.00 | REMARKS "80512-10" PRO HAC VICE |

TOTAL 210.00

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022198
Cashier ID: sprinka
Transaction Date: 08/07/2008
Payer Name: DAVIS WRIGHT TREMAINE LLP

PRO HAC VICE
For: DAVIS WRIGHT TREMAINE LLP
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount: $210.00

CHECK
Check/Money Order Num: 69091
Amt Tendered: $210.00

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

07-6211TEH

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS LISTED ABOVE

DAVIS WRIGHT TREMAINE LLP
1201 THIRD AVENUE
SUITE 2200
SEATTLE, WA 98101-3045