United States District Court
for The Northern District of California

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, et al., | Case No. CV 07-6211 TEH |
| Plaintiff, | |
| v. | **(Proposed)** |
| ACTIVE RESPONSE GROUP, INC., et al., | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Defendant. | |

**RONALD LONDON**, an active member in good standing of the bar of United States District Court, Western District of Washington, whose business address and telephone number is,

> Davis Wright Tremaine LLP
> 1201 Third Avenue Suite 2200
> Seattle, WA 98101
> (206) 757-8030

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Active Response Group, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, Electronic Case Filing.

Dated: _____     _____

Thelton E. Henderson
United States District Judge

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

I caused the above document to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **August 7, 2008**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 7, 2008**, at San Francisco, California.

*/s/ Natasha Majorko*
Natasha Majorko

PROOF OF SERVICE
Case No. CV07-6211 BZ

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

**[M]**  Jason K. Singleton                          Attorneys for Plaintiffs
Richard E. Grabowski
Singleton Law Group
611 "L" Street, Suite A
Eureka, CA 95501

Telephone: (707) 441-1177
Facsimile:  (707) 441-1533

Email: jason@singletonlawgroup.com
       rgrabowski@mckinleyville.net

PROOF OF SERVICE
Case No. CV07-6211 BZ