IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC., et al.,<br><br>    Defendant. | Case No. CV 07-6211 TEH<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

**RONALD LONDON**, an active member in good standing of the bar of United States District Court, Western District of Washington, whose business address and telephone number is,

    Davis Wright Tremaine LLP
    1201 Third Avenue Suite 2200
    Seattle, WA 98101
    (206) 757-8030

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Active Response Group, Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice . Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.

Dated: 08/08/08



Thelton E. Henderson
United States District Judge

(Proposed) ORDER GRANTING PRO HAC VICE APPLICATION
Case No. CV 07-6211 BZ

DWT 11610191v1 0080512-000010