THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>　　　　Defendants. | Case No. CV 07-6211 TEH (MEJ)<br><br>STIPULATION TO CONTINUANCE OF SETTLEMENT CONFERENCE |

The parties stipulate to a continuance of the scheduled September 26, 2008 settlement conference in this matter, and the accompanying September 19, 2008 deadline to submit a settlement conference statement.  The Court is scheduled to consider on September 22, 2008, Defendant Active Response Group, Inc.'s Motion for Certification, a Stay, or a Security.  The parties stipulate to deciding a date for the settlement conference within two weeks of any order of the Court denying the motion to stay.

So stipulated.

Dated: August 28, 2008

//

//

Page 2

Stipulation to Continuance of Settlement Conference

264782.1

1  //

2  //

3                                SINGLETON LAW GROUP

4

5     /s/ Jason K. Singleton
   Jason K. Singleton
   Richard E. Grabowski
6  Attorneys for Plaintiffs ASIS INTERNET
   SERVICES and JOEL HOUSEHOLTER, dba
7  FOGGY.NET

8
   DAVIS WRIGHT TREMAINE LLP
9

10    /s/ Thomas R. Burke
   Thomas R. Burke
11 Ronald London (admitted *pro hac vice*)
   Ambika K. Doran (admitted *pro hac vice*)
12 Attorneys for Defendant ACTIVE RESPONSE
   GROUP, INC.
13

14 ORDER

15 It is so ordered.

16                    Dated:  September ___, 2008.

17                    _____

18                    Hon. Maria-Elena James
                      United States Magistrate Judge

19

(DAVIS WRIGHT TREMAINE LLP — left margin)

Page 3

Stipulation to Continuance of Settlement Conference

264782.1