

**Keena R. Willis**
Sr. Paralegal/Compliance Manager
kwillis@godaddy.com

14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

D 480.624.2506
F 480.624.2546

2 of 3

July 15, 2008

Jason K. Singleton, Esq.
Singleton Law Group
611 L Street, Suite A
Eureka, CA 95501

Re:   *164 domain names*
      GDG Reference No. 08-2270

Dear Sirs:

Please consider this GoDaddy.com, Inc.'s official response to the Subpoena issued by the United States District Court for the District of Arizona. In response to that Subpoena, we are herewith producing approximately nine thousand three hundred thirty-six (9336) pages of documents which have been Bates labeled as GD 000001 through GD 009336. Certain documents herein contain information that is protected by our privacy policy and therefore, GoDaddy.com requests confidential treatment of those pages that have been designated as "Confidential." You should assume that if categories of documents called for in the subpoena are not included in the produced documents, GoDaddy.com has no responsive documents for such categories.

We have also enclosed an executed Certificate of Authenticity.

Please remit your check in the amount of $2621.91 to cover the cost of production.

Copying, printing and reproduction
    9336 Pages x $.25 per Page   $2334.00
FedEx   $287.91
TOTAL   $2621.91

If we can assist further, please give me a call.

          Very truly yours,

          GODADDY.COM, INC.

          Keena R. Willis
          Sr. Paralegal/Compliance Manager

enclosure