**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES,
JOEL HOUSEHOLTER, dba FOGGY.NET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>    Plaintiff,<br>vs.<br><br>ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al.<br><br>    Defendants. | Case No.  C-07-6211 TEH<br><br>DECLARATION OF NELLA WHITE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR CERTIFICATION, STAY, AND BOND<br><br>DATE :  September 22, 2008<br>TIME :  10:00 am<br>CTRM :  12, 9th Floor |

I, NELLA WHITE, declare as follows:

1. I am the President and CEO of Plaintiff, ASIS INTERNET SERVICES. I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2. ASIS is an Internet Access service, in operation since 1995, in the isolated community of Garberville, California, providing dial-up and broadband, internet and email service to much of the population of Garberville. ASIS currently has just under 1,000 Internet access and email customers.

3. Attached hereto as Exhibit A are true and correct copies of the Articles of Incorporation of ASIS INTERNET SERVICES.

4. Attached hereto as Exhibit B are true and correct copies of ASIS' Business Licenses for the years 2004 through 2007.

5.    Attached hereto as Exhibit C are true and correct copies of various vendor invoices related to providing Internet and email services.

6.    Attached hereto as Exhibit D are true and correct copies of sample Customer Invoices (redacted) for both Internet and email services.

7.    Plaintiff both owns and leases hardware and network bandwidth in providing its services.

8.    Attached hereto as Exhibit E is a CD containing the emails (filed under seal as confidential)

9.    ASIS has declared that it costs approximately $3,000 per month to process SPAM emails in both processing and employee costs.

10.    ASIS receives approximately 200,000 SPAM emails per day to all of its and its customers email accounts (both active and inactive).

11.    ASIS received these emails between March 3, 2006, through May 5, 2008 in the following manner: ASIS received the emails first on its filtering service operated by Postini; then transferred, processed and stored the emails on its email server; and then transferred the emails to it's attorney where they were stored on a special SPAM storage and investigation server.

12.    ASIS has been in business of providing dial-up and DSL internet and email services to Humboldt County, California, since 1995, primarily in the isolated community of Garberville, California. In January of 2007 ASIS had 950 customers for both internet access and 1500 email services. ASIS provides these services through: its own equipment, service agreements with Postini, Falcon Knight, AT&T and other vendors; and its team of 4 employees.

13.    ASIS owns various domain names used to provide internet and email services. Attached hereto as Exhibit F are true and correct copies of the printouts of WHOIS reports indicating ownership of six domain names used in the provision of access to the Internet and email services. ASIS is incorporated and license to do business in Garberville, California.

14.    Specific emails may have a higher cost than the average cost if they contain

1    viruses or hacker software, or if they result in customer SPAM complaints.

2         15.    ASIS does not collect, for use in SPAM suits, SPAM emails directed to active
3    consumers, it does collect and use SPAM sent to inactive accounts and internal administrative
4    accounts.

5         16.    ASIS occasionally suffers network and server slow downs based on daily receipt
6    of SPAM emails.

7         17.    ASIS' contract with its service providers allows for spikes in its network band
8    width beyond its normal contracted bandwidth at no additional costs as the costs are built into
9    the overall contract rate.

10        18.    ASIS does not use its administrative accounts for any purpose other than to
11   conduct its business. That business does not include soliciting email advertisements.

13        I declare under penalty of perjury under the laws of the United States of America that
14   the foregoing is true and correct

16   Dated:    August 29, 2008        /s/ NELLA WHITE
                                      NELLA WHITE, President
17                                    **ASIS INTERNET SERVICES**