JUN 24 2002

BILL JONES, Secretary of State

ARTICLES OF INCORPORATION

OF

ASIS INTERNET SERVICES

ONE: The name of the corporation is ASIS INTERNET SERVICES

TWO: The purpose of the corporation is to engage in any lawful
Act or activity for which a corporation may be organized
Under the General Corporation Law of California other than
The banking business, the trust company business or the
Practice of a profession permitted to be incorporated by
The California Corporations Code.

Three: The name and address in this state of the corporation's initial agent for service of process is:

    Richard Cottrell

    183 Oak Manor Dr.

    Fairfax, Ca 94930

Four: This corporation is authorized to issue only one class of shares of stock which shall be designated common stock. The total number of shares it is authorized to issue is

    10,000 shares.

Five: The names and addresses of the persons who are appointed to act as the initial directors of this corporation are:

| Name | Address |
|---|---|
| Rex White | 7883 Benbow Drive |
| | Garberville, Ca 95542 |
| Nella White | 7883 Benbow Drive |
| | Garberville, Ca 95542 |

IN WITNESS WHEREOF, the undersigned, being all the persons named above as the initial directors, have executed these Articles of Incorporation.

DATED: June 17, 2002

*[Signatures: Rex White / Nella White]*

The undersigned, being all the persons named above as the initial directors, declare that they are the persons who executed the foregoing Articles of Incorporation, which execution is their act and deed.

DATED: June 17, 2002

_____

Nella White

_____

_____

