# Business License
## County of Humboldt
Eureka, California

License Number: 06 _ 01593

This License is issued to:

Business Name: **ASIS INTERN**
Owner Name(s): **Rex White**
**Nella White**



This License Valid O

ASIS INTERNET SERVICES, INC.
P.O. Box 776
Garberville, CA 95542

**Type of Business Activity to be transacted:**
**Internet Service Provider & Computer Repair**

| TYPE | ISSUED | EXPIRES |
|---|---|---|
| Storefront | 10/1/2006 | 10/1/2007 |

Signed by:

STEPHEN A. STRAWN, License Collector



MICHAEL J. GIACONE, Auditor-Controller





**This License Must Be Displayed in Public View**

# Business License
## County of Humboldt
Eureka, California

License Number: 05_01493

This License is issued to:

Business Name: **ASIS INTERNET SERVICES, INC.**
Owner Name(s): Rex White
Nella White

This License Valid Only at the Following Location(s):

ASIS INTERNET SERVICES, INC.

P.O. Box 776
Garberville, CA 95542

445 C Conger Street
Garberville, CA 95542

**Type of Business Activity to be transacted:**
**Internet Service Provider & Computer Repair**

| TYPE | ISSUED | EXPIRES |
|---|---|---|
| Storefront | 10/1/2005 | 10/1/2006 |

Signed by:

STEPHEN A. STRAWN, License Collector

MICHAEL J. GIACONE, Auditor-Controller

This License Must Be Displayed in Public View



## Business License
## County of Humboldt
Eureka, California

**License Number:**
04 _ 01492

This License is issued to:

Business Name: **ASIS INTERNET SERVICES, INC.**
Owner Name(s): **Rex White**
**Nella White**

This License Valid Only at the Following Location(s):

ASIS INTERNET SERVICES, INC.

P.O. Box 776
Garberville, CA 95542

445 C Conger Street
Garberville, CA 95542

### Type of Business Activity to be transacted:
### Internet Service Provider & Computer Repair

| **TYPE** | **ISSUED** | **EXPIRES** |
|---|---|---|
| Storefront | 10/1/2004 | 10/1/2005 |

Signed by:

STEPHEN A. STRAWN, License Collector

MICHAEL J. GIACONE, Auditor-Controller

This License Must Be Displayed in Public View