# BillMax
### THE ULTIMATE BILLING SOLUTION
an iSpark Company  -  6737 Brentwood Stair Rd. Suite 210
Ft. Worth TX 76112

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

| ☐ | ☐ DISCOVER | ☐ MasterCard | ☐ VISA |

| CARD NUMBER | | EXP. DATE |
| SIGNATURE | | |

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
| 2006-08-15 | | |

| AMOUNT DUE | SHOW AMOUNT PAID HERE | $ |

**ADDRESSEE**
ACCESS SOLUTIONS INFORMATION SERVICES (ASIS)
NELLA WHITE
PO BOX 776
GARBERVILLE CA 95542-0776

**REMIT TO**
BILLMAX BILLING SOLUTIONS
AN ISPARK COMPANY
6737 BRENTWOOD STAIR RD. SUITE 210
FT. WORTH TX 76112

*Please detach and return this portion with payment.*

| DATE | DESCRIPTION | CHARGE | TAX | TOTAL |
|------|-------------|--------|-----|-------|
| 2006-08-01 | BALANCE FORWARD | | | 100.00 |
| 2006-08-14 | PAYMENT: Check 8690 | | | -100.00 |

| BILLING PERIOD | DUE DATE | TOTAL AMOUNT DUE |
|----------------|----------|------------------|
| 2006-08-01 — 2006-08-15 | | $0.00 |

| MESSAGES | NOTES |
|----------|-------|
| Overdue accounts may be charged a late payment fee of 1 1/2% per month (18% annually). | |



WE APPRECIATE YOUR BUSINESS

BillMax Billing Solutions   Phone: (817) 446-7776
an iSpark Company           Fax:   (817) 446-7773
6737 Brentwood Stair Rd. Suite 210
Ft. Worth TX 76112

000082

# INVOICE

Page: 1



O1 Communications, Inc.
1515 K Street
Suite 100
Sacramento, CA 95814
(916) 554-2100

**INVOICE**  0021964-IN

INVOICE DATE:  09/15/2006

INVOICE DUE DATE:  10/10/2006

ACCOUNT NO.:  ▮▮▮▮
ACCOUNT EXECUTIVE:  Mike Brown

ASIS Telemedia
PO Box 776
Garberville, CA  95542

| DESCRIPTION | QUANTITY | | APPLICABLE CHARGES | AMOUNT |
|---|---|---|---|---|
| Managed Modems Internet Access | | | | |
| Managed Modems Internet Access | 96.00 | EACH | 20.25 | 1,944.00 |

| | Current Charges Due | $1,944.00 |
|---|---|---|

**For billing inquiries, please call 1-888-444-1111 ext. 2132**

Current charges for service period:
October 1, 2006 - October 31, 2006

*Fees and Payment Terms.* Customer shall pay O1 all fees shown in each schedule relating to the particular service ordered. O1 shall invoice customer once a month. Customer shall pay invoiced fees no later than twenty-five (25) days from invoice date. Late payments will accrue interest at a rate of one and one-half percent (1.5%) per month, or the highest rate allowed by applicable law, whichever is lower.

*Important Information:* This bill is now due and payable, it becomes subject to a late payment charge if not paid within 25 days of the presentation date. Should you have any questions regarding this bill, please request an explanation from O1 Communications, Inc. If you believe you have been incorrectly billed you may file a complaint with the California Public Utilities Commission, Consumer Affairs Branch, 505 Van Ness Aveenue, San Francisco, California 94102. To avoid having service disconnected, payment of the disputed bill should be made "under protest" to the CPUC or payment arrangements should be made agreeable to the Company pending the outcome of the Commission's Consumer Affairs Branch review. The Consumer Affairs Branch shall review the basis of the billed amount, communicate the results of its review to the parties, and inform you of your recourse to pursue the matter further with the Commission.

# INVOICE

Page: 1



O1 Communications, Inc.
1515 K Street
Suite 100
Sacramento, CA 95814
(916) 554-2100

INVOICE  0021964-IN

INVOICE DATE:  09/15/2006

INVOICE DUE DATE:  10/10/2006

ASIS Telemedia
PO Box 776
Garberville, CA  95542

ACCOUNT NO.:  ▮▮▮▮▮
ACCOUNT EXECUTIVE:  Mike Brown

| DESCRIPTION | QUANTITY | | APPLICABLE CHARGES | AMOUNT |
|---|---|---|---|---|
| Managed Modems Internet Access | | | | |
| Managed Modems Internet Access | 96.00 | EACH | 20.25 | 1,944.00 |

| | Current Charges Due | $1,944.00 |
|---|---|---|

**For billing inquiries, please call 1-888-444-1111 ext. 2132**

Current charges for service period:
October 1, 2006 - October 31, 2006

**Fees and Payment Terms.** Customer shall pay O1 all fees shown in each schedule relating to the particular service ordered. O1 shall invoice customer once a month. Customer shall pay invoiced fees no later than twenty-five (25) days from invoice date. Late payments will accrue interest at a rate of one and one-half percent (1.5%) per month, or the highest rate allowed by applicable law, whichever is lower.

**Important Information:** This bill is now due and payable. It becomes subject to a late payment charge if not paid within 25 days of the presentation date. Should you have any questions regarding this bill, please request an explanation from O1 Communications, Inc. If you believe you have been incorrectly billed you may file a complaint with the California Public Utilities Commission, Consumer Affairs Branch, 505 Van Ness Aveenue, San Francisco, California 94102. To avoid having service disconnected, payment of the disputed bill should be made "under protest" to the CPUC or payment arrangements should be made agreeable to the Company pending the outcome of the Commission's Consumer Affairs Branch review. The Consumer Affairs Branch shall review the basis of the billed amount, communicate the results of its review to the parties, and inform you of your recourse to pursue the matter further with the Commission.

## IMPORTANT MESSAGES

THANK YOU FOR USING POSTINI    All payments are Net-30 in US Dollars. Please include your Customer Number on all correspondence and remittances. Our Remittance Address is: Postini Inc, PO Box 826195, Philadelphia, PA 19182-6195.  For Overnight Payments, please remit to: PNC Bank, Route 38 & East Gate Drive, Moorestown, NJ 08057; Reference: Postini Inc, Lockbox #826195

## INVOICE INFORMATION

| | |
|---|---|
| Invoice Date | 05-SEP-06 |
| Invoice Number | 230038 |
| Customer Number | |
| Due Date | 05-OCT-06 |
| Beginning Balance | $440.65 |
| Payments Received | $440.65 |
| New Charges | $444.85 |
| Tax | $0.00 |
| Ending Balance | $444.85 |

SHIP TO: 101074 - ACCESS SOLUTIONS (ASIS)   PO NUMBER: N/A

| DESCRIPTION | QUANTITY | PRICE | LINE AMOUNT | TAX AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| TRXS ID: 10125565   TRXS DATE: 04-SEP-2006 SERVICE PROVIDER EDITION, ANNUAL, MONTHLY BILL | 1 | 420 | 420.00 420.00 | 0.00 | 420.00 |
| TRXS ID: 10125566   TRXS DATE: 04-SEP-2006 SERVICE PROVIDER EDITION, USAGE, MONTHLY | | 0 | 0.00 | 0.00 | 0.00 |
| TRXS ID: 10128883   TRXS DATE: 04-SEP-2006 SERVICE PROVIDER EDITION, USAGE, MONTHLY REGULAR USAGE ADDITIONAL USAGE | 1200 71 | .35 | 0.00 24.85 24.85 | 0.00 | 24.85 |



www.postini.com/billingfaq

000085

707-923-3356    p.1

Oct 20 06 03:02p




```
                                    ASIS                          Page  1 of 5
                                    PO BOX 776                    Account Number
                                    GARBERVILLE CA 95542 - 0776   Billing Date  Oct 1, 2006

                                                                  Web Site  att.com
```

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---:|
| Previous Bill | 246.43 |
| Payment Received 9-14 Thank you! | 246.43CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 356.64 |
| **Total Amount Due** | **$356.64** |
| Amount Due in Full by | Nov 1, 2006 |

## Billing Summary

| Questions? Call: | Page | |
|---|---|---:|
| Plans and Services | 1 | .00 |
| 1 877 477-3375 | | |
| Change to Service: | | |
| 1 877 477-3375 | | |
| AT&T Advanced Solutions | 1 | 356.64 |
| 1 877 477-3375 | | |
| **Total Current Charges** | | **356.64** |

## AT&T Advanced Solutions

**Itemized Charges and Credits**

Item
No    Date    Description

**Charges for 415 383-7846**
DONALD H MCGREEVY
519 PINEO AV
M VLY, CA

1.  9-27   DSL PRO-RATED CHARGE                              5.11
           Product Rate:    10.21
           Service Date: 09/28/06 - 10/12/06
           ORD# N466290

**Charges for 530 283-1746**
JOSEPH D WILLIS
635 BOYLE
OCY, CA

2.  9-21   DSL MON SRV 384/1.5X128K                         10.60
           Service Date: 09/21/06 - 10/20/06

**Charges for 530 546-7216**
GARY OBERON
6731 NORTH LAKE BL
T VSTA, CA

3.  9-26   DSL PRO-RATED CHARGE                              1.36
           Product Rate:    10.21
           Service Date: 09/27/06 - 09/30/06
           ORD# N454675

**Charges for 707 441-8626**
GAIL NARUM DBA
305 O
EUR, CA

4.  9-25   DSL MO SVC 384K-1.5M X 128K                      11.50
           Service Date: 09/25/06 - 10/24/06

**Charges for 707 442-1609**
RICHARD D KERN
1626 MYRTLE AV
EUR, CA

5.  9-25   DSL MON SRV 384/1.5X128K                         10.60
           Service Date: 09/25/06 - 10/24/06

## News You Can Use Summary

- CARRIER INFORMATION
See "News You Can Use" for additional information

Return bottom portion with your check in the enclosed envelope.

Local Services provided by AT&T California or AT&T Nevada based upon the service address location.

U.S. Pat. D410, 950 and D414, 510

**accounting**

| | |
|---|---|
| From: | "Sonic.net Billing" <billing@sonic.net> |
| To: | <accounting@asis.com> |
| Sent: | Saturday, February 25, 2006 8:05 AM |
| Subject: | Sonic.net: Receipt for automatic payment |

Your automatic credit card renewal payment has been processed, and your Sonic.net account has been credited. If you have any questions regarding your bill or your Internet service, please feel free to contact us.

RECEIPT

Sonic.net, Inc.
2260 Apollo Way
Santa Rosa, CA 95407
707.522.1000

Due Date: 2006-03-01
Service from 2006-03-01 to 2006-04-01

For:
Nella White <          >
ASIS Internet
PO Box 776
Garberville, CA  95542

| Description | Unit Price | Total |
|---|---|---|
| Invoice to email | 0.00 | 0.00 |
| Invoice to email | 0.00 | 0.00 |
| IP address space 209.204.171.96/27 | 0.00 | 0.00 |
| IP address space 69.12.170.160/27 | 0.00 | 0.00 |
| IP address space 69.12.170.192/26 | 0.00 | 0.00 |
| No Invoices to Primary Email | 0.00 | 0.00 |
| DSL ATM Reseller | 0.00 | 0.00 |
| DSL ATM Circuit - TN 7078226724 Profile 1544/Dyn | 3.45 | 3.45 |
| DSL ATM Circuit - TN 7078259570 Profile 1544/Dyn | 3.45 | 3.45 |
| DSL ATM Circuit - TN 7078409459 Profile 1544/Dyn | 3.45 | 3.45 |
| Delegated Sub-domain - adsl.dynamic.asis.com | 0.00 | 0.00 |
| Credit Remove (Dyn) ATM Reseller circuit (7074434205) 2006-02-21 to 2006-03-01 | 0.99cr | 0.99cr |
| Charge Add (Dyn) ATM Reseller circuit (7074434205) 2006-02-15 to 2006-03-01 | 1.73 | 1.73 |
| Charge Add (Dyn) ATM Reseller circuit (7078409459) 2006-02-08 to 2006-03-01 | 2.59 | 2.59 |

2/26/2006

| | | |
|---|---|---|
| Shipping Fee | 6.00 | 6.00 |
| Shipping Fee | 6.00 | 6.00 |
| Wholesale - Zoom DSL Modem Kit, Reference 7078409459 | 53.00 | 53.00 |
| Wholesale - Zoom DSL Modem Kit, Reference 7074434205 | 53.00 | 53.00 |

Total:  131.68

-------------------------------------------------------------

Is your credit card expiring soon? Would you like to renew using a different bank account? Visit our card update tool:


Thanks for your continued patronage of Sonic.net!

2/26/2006

000088



**StarNet**
*A Service of US LEC*

ASIS Internet Services, Inc.
P.O. Box 776
445 C. Conger St.
Garberville, CA 95542

Account Number:
Invoice Number:         29319
Invoice Date:           01-OCT-2006
Payment Due Date:       10-OCT-2006
Page Number:            1

Questions about your bill?
Please contact StarNet Billing.

MegaPOP ID   5413

Phone:    (888) 212-0099
E-Mail:   billing@starnetusa.net

## Summary of Services

### Account History Review

| | |
|---|---:|
| Balance Forward: | $210.00 |
| Payments: | $210.00 |
| **Amount Past Due** | **$0.00** |

### Current Charges

| | |
|---|---:|
| Total Net Prepayments | -$50.00 |
| Total Services | $305.00 |
| **Total Current Charges** | **$255.00** |
| **Total Amount Due** | **$255.00** |

### Important Messages

MegaPOP Footprint Expands!

Beginning July 1, The MegaPOP Plus network will be expanded, adding an additional 2,700 unique access numbers. We have added coverage from the Level 3 dial network to help fill in some of the last remaining gaps we have on our nationwide network. Along with our standard MegaPOP network, you have the ability to port numbers, allowing for a seamless transition of your customer base.

In the ten years that we have been building our network, we have gotten closer and closer to total coverage within the US, but the last 7-8% has remained elusive. This has forced some of our customers with end-users who fall outside our footprint to augment their phone book from other network providers. As a MegaPOP customer, you can now offer one of the widest footprints of any single vendor, receive just one invoice, and deal with a single point of contact. Why manage multiple vendors when you can get it all in one place?

Call your Sales Representative today for pricing at 888-212-0099.

000089