1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services,
   JOEL HOUSEHOLTER, dba FOGGY.NET
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET | Case No. C-07-6211 TEH |
   |---|---|
   | Plaintiffs vs. ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al., Defendants. | EXHIBIT E TO DECLARATION OF NELLA WHITE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR CERTIFICATION, STAY, AND BOND SUBMITTED UNDER SEAL |

# EXHIBIT "E" TO DECLARATION OF NELLA WHITE SUBMITTED MANUALLY ON CD UNDER SEAL