

# Whois Record for Asis.com       ( Asis )

## Front Page Information

| | |
|---|---|
| Website Title: | **ASIS MetaPage - No Frames - Internet Service Provider** |
| Title Relevancy | 42% |
| Meta Description: | ASIS is an internet service provider with 56k access throughout California, web hosting on secure FreeBSD unix server. Telnet/FTP, Scripting and Dynamic Content allowed and encouraged. |
| Description Relevancy: | 42% relevant. |
| AboutUs: | Wiki article on Asis.com |
| **SEO Score:** | 81% |
| Terms: | 622 (Unique: 422, Linked: 356) |
| Images: | 7 (Alt tags missing: 7) |
| Links: | 98 (Internal: 19, Outbound: 79) |
| Related Sites: | about.com, avocadia.net, auntnellieskids.com, asisonline.org, asiaallied.com, ascendsoftware.com, ascend.com, artsncrafts4kids.com, artisticsensations.com, google.com |

## Indexed Data

| | |
|---|---|
| DMOZ: | 6 listings |
| Y! Directory: | 12 listings |
| Alexa Trend/Rank: | #608,015 ⬆ 279,322 ranks over the last three months. |
| Compete Rank: | 📊 #144,799 with 9,985 U.S. visitors per month |
| Quantcast Rank: | #94,108 |
| Wikipedia: | Listed on 9 pages |

## Registry Data

| | |
|---|---|
| ICANN Registrar: | TUCOWS INC. |

### Thumbnail: 2006-06-25



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

| | |
|---|---|
| Created: | 1995-08-07 |
| Expires: | 2011-08-06 |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.ASIS.COM (has 84 domains) |
| Name Server: | NS1.FALCONKNIGHT.COM (has 138 domains) |
| Whois Server: | whois.tucows.com |

Disable SEO Text Browser ( Beta )

## Other TLDs                    Hide Key

.com   .net   .org   .biz   .info   .us

## Server Data

| | |
|---|---|
| Server Type: | Apache/1.3.39 (Unix) mod_perl/1.30 PHP/4.4.4 with Suhosin-Patch mod_ssl/2.8.28 OpenSSL/0.9.7e-p1 |
| IP Address: | 66.160.163.101  W  R  P  D  T |
| IP Location: | 🇺🇸 - California - Menifee - Falcon Knight Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

## DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Asis Internet" owns about 8 other domains |
| Email Search: | support@asis.com is associated with about 31 domains |
| | service@domainmonger.com is associated with about 31,716 domains |
| Registrar History: | 1 registrar |
| IP History: | 2 changes on 2 unique name servers over 3 years. |
| Whois History: | 49 records have been archived since 2003-03-20. |
| Reverse IP: | 55 other sites hosted on this server. |
| Monitor Domain: | 🚩 Set Free Alerts on asis.com |
| Free Tool: | 🌐 Download DomainTools for Windows |

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page           ☑ Indexed Data
☑ Server Data          ☑ Registry Data
☑ Exclusive            ☐ Whois Record
   Data

## Shopping Cart (1 item )

Current Items

| | | |
|---|---|---|
| ✅ | singletonlawgroup.com | Buy this |

Buy all of these Domains

## Domains for Sale                    remove all

| Domain | Price |
|---|---|
| AsisProducts.com | $50.00 |
| AsisNews.com | $100.00 |
| NewsAsis.com | $100.00 |
| CosmoAsis.com | $200.00 |
| SellingAsis.com | $200.00 |

## Whois Record

Registrant:
  Asis Internet
  P.O. Box 776
  Garberville, CA 95542
  US
  .

```
Domain name: ASIS.COM

Administrative Contact:
    White, Rex      support@asis.com
    P.O. Box 776
    Garberville, CA 95542
    US
    (707) 923-3356
Technical Contact:
    White, Rex      support@asis.com
    P.O. Box 776
    Garberville, CA 95542
    US
    (707) 923-3356

Registration Service Provider:
    Domainmonger.com,    service@domainmonger.com
    +1.801-572-0021
    +1.425-952-0172 (fax)
    http://www.domainmonger.com

Registrar of Record: TUCOWS, INC.
Record last updated on 30-Aug-2006.
Record expires on 06-Aug-2011.
Record created on 07-Aug-1995.

Registrar Domain Name Help Center:
    http://domainhelp.tucows.com

Domain servers in listed order:
    NS1.FALCONKNIGHT.COM
    NS1.ASIS.COM    66.160.163.101

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

| Domain | Price |
| --- | --- |
| AsisGroup.com | $200.00 |
| DrJoasIs.com | $250.00 |
| AsisHouses.com | $279.00 |
| ProAsis.com | $500.00 |
| Asis.biz | $600.00 |
| TrichiNiAsis.com | $750.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| IBuyPropertyAsis.com | 01-04-2008 |
| Cash4HomesAsis.com | 01-04-2008 |

## Compare Similar Domains

| Domain | Created |
| --- | --- |
| Asis | 1995-08-07 |
| Asir X N | 1996-08-23 |
| Asis - Band | 2002-03-18 |
| Asis - Art | 2002-05-08 |
| Asis - Aims | 2005-09-26 |
| Asis - Auctions | 2006-02-08 |
| Asir Y | 2006-06-14 |
| Asir Wada | 2006-08-29 |
| Asi Ryu Lt Uz Li Ri | 2006-09-26 |
| Asi Ryan | 2006-09-30 |
| Asis - Auction | 2006-12-22 |
| Asi Ryan - Karine | 2007-01-25 |
| Asis Ya Pi | 2007-01-29 |
| Asis - America | 2007-02-01 |
| Asis - Asia | 2007-02-01 |



Want to own some of the best domains? [X] Excellent high quality domains are going up for auction on Jan 10th. Bidding is now open. The stats on these 170+ hand picked domains can be downloaded and analyzed prior to the auction. Great generics like Grampa.com for $2,500. HealthyHeart.com for $225,000. NationalIdCard.com for $3,000. HivVirus.com for $2,000. BookUniverse.com for $1,500. Capitalization.com for $1,000. BasilGarden.com for $1,500. WorkRemotely.com for $8,000.

Bid Now



## Whois Record for Avenueofthegiants.net

### ( Avenue Of The Giants )

### Front Page Information

| | |
|---|---|
| Website Title: | Avenue of the Giants :: Home Page |
| Title Relevancy | 66% |
| AboutUs: | Wiki article on Avenueofthegiants.net |
| SEO Score: | 76% |
| Terms: | 553 (Unique: 326, Linked: 2) |
| Images: | 25 (Alt tags missing: 20) |
| Links: | 1 (Internal: 1, Outbound: 0) |

### Indexed Data

| | |
|---|---|
| Alexa Trend/Rank: | #7,035,815 for the last three months. |
| Compete Rank: | #749,070 with 1,274 U.S. visitors per month |
| Wikipedia: | Listed on 1 pages |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 2003-04-04 |
| Expires: | 2009-04-04 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.ASIS.COM (has 84 domains) |
| Name Server: | NS1.FALCONKNIGHT.COM (has 138 domains) |
| Whois Server: | whois.networksolutions.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/1.3.39 (Unix) mod_perl/1.30 PHP/4.4.4 with Suhosin-Patch mod_ssl/2.8.28 OpenSSL/0.9.7e-p1 |
| IP Address: | 66.160.163.101  W R P D T |
| IP Location: | - California - Menifee - Falcon Knight Inc |

### Thumbnail: 2006-06-25

Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

content,

portion
ls
s of
host
trees
elt and
. The
d by
hich
f virgin
to
; or
e

Response Code:  200
Blacklist Status:  Clear
Domain Status:  Registered And Active Website

## DomainTools Exclusive

Registrant Search:  "Jangus Publishing Group" owns about 1 other domains

Email Search:  jangus@gotsky.com is associated with about 2 domains

customerservice@networksolutions.com is associated with about 1,058,685 domains

Registrar History:  1 registrar

IP History:  4 changes on 3 unique name servers over 3 years.

Whois History:  2 records have been archived since 2006-03-17.

Reverse IP:  55 other sites hosted on this server.

Monitor Domain:  🚩 Set Free Alerts on avenueofthegiants.net

Free Tool:  💿 Download DomainTools for Windows

## Whois Record

```
Registrant:
Jangus Publishing Group
P.O. Box 1957
Redway, CA 95560
US

   Domain Name: AVENUEOFTHEGIANTS.NET

   Administrative Contact:
      Jangus Publishing Group
jangus@gotsky.com
      P.O. Box 1957
      Redway, CA 95560
      US
      707-923-3727 fax: 707 923-0069

   Technical Contact:
      Network Solutions, LLC.
customerservice@networksolutions.com
      13861 Sunrise Valley Drive
      Herndon, VA 20171
      US
      1-888-642-9675 fax: 571-434-4620

   Record expires on 04-Apr-2009.
   Record created on 04-Apr-2003.
   Database last updated on 2-Jan-
2008 19:22:02 EST.
```

Disable SEO Text Browser ( Beta )

## Other TLDs        Hide Key

.com    .net    .org    .biz    .info    .us

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page        ☐ Indexed Data
☑ Server Data       ☐ Registry Data
☑ Exclusive         ☐ Whois Record
Data

## Shopping Cart (1 item )

Current Items

✅ singletonlawgroup.com     Buy this

Buy all of these Domains

## Domains for Sale        remove all

| Domain | Price |
| --- | --- |
| SurfGiants.com | $100.00 |
| GiantsCastle.com | $500.00 |
| LotteGiants.com | $500.00 |
| TechnologyGiants.com | $800.00 |
| GiantsTalk.com | $1,000.00 |
| HumanGiants.com | $1,100.00 |
| AutoGiants.com | $1,210.00 |

**Domain servers in listed order:**

```
NS1.ASIS.COM
NS1.FALCONKNIGHT.COM              66.160.163.2
```



Want to own some of the best domains? [X] Excellent high quality domains are going up for auction on Jan 10th. Bidding is now open. The stats on these 170+ hand picked domains can be downloaded and analyzed prior to the auction. Great generics like Grampa.com for $2,500. HealthyHeart.com for $225,000. NationalIdCard.com for $3,000. HivVirus.com for $2,000. BookUniverse.com for $1,500. Capitalization.com for $1,000. BasilGarden.com for $1,500. WorkRemotely.com for $8,000.

[Bid Now]

| | |
|---|---|
| SoccerGiants.com | $1,255.00 |
| PrizeGiants.com | $1,588.00 |
| HostGiants.com | $1,588.00 |
| StockGiants.com | $1,588.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| CandyGiants.com | 01-03-2008 |
| 18Giants.com | 01-03-2008 |
| StarsHideGiants.com | 01-03-2008 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Avenue Of The Stars | 1997-04-09 |
| Avenue Of The Peninsula | 1998-10-16 |
| Avenue Of The Saints | 1999-04-04 |
| Avenue Of The States | 2000-01-04 |
| Avenue Of The Righteous | 2005-03-03 |
| Avenue Of The Fountains | 2005-05-28 |
| Avenue Of Theo Ranges | 2005-06-23 |
| Avenue Of The Cars | 2006-02-10 |
| Avenue Of The Giants | 2006-03-28 |
| Avenue Of The Bells | 2006-07-31 |
| Avenue Of The Sphinx | 2006-11-09 |
| Avenue Oft Hearts South … | 2007-01-04 |
| Avenue Oft Hearts South … | 2007-01-08 |
| Avenue Oft Hearts South … | 2007-01-08 |
| Avenue Of The Dragonfly | 2007-01-12 |



## Whois Record for Coastalinternet.net                                        ( Coastal Internet )

### Front Page Information

|  |  |
|---|---|
| Website Title: | ✳ ASIS Internet Services |
| Title Relevancy | 100% |
| AboutUs: | 🌐 Wiki article on Coastalinternet.net |
| SEO Score: | 81% |
| Terms: | 135 (Unique: 84, Linked: 0) |
| Images: | 3 (Alt tags missing: 1) |
| Links: | 2  (Internal: 1, Outbound: 1) |

### Registry Data

|  |  |
|---|---|
| ICANN Registrar: | TUCOWS INC. |
| Created: | 1999-08-10 |
| Expires: | 2009-08-10 |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.ASIS.COM (has 84 domains) |
| Name Server: | NS1.FALCONKNIGHT.COM (has 138 domains) |
| Whois Server: | whois.tucows.com |

### Server Data

|  |  |
|---|---|
| Server Type: | Apache/2.0.61 (FreeBSD) mod_fastcgi/2.4.2 mod_python/3.3.1 Python/2.4.4 mod_jk/1.2.23 PHP/4.4.7 with Suhosin-Patch mod_ssl/2.0.61 OpenSSL/0.9.7e-p1 mod_perl/2.0.3 Perl/v5.8.8 |
| IP Address: | 66.160.163.2  [W] [R] [P] [D] [T] |
| IP Location | 🇺🇸 - California - Menifee - Falcon Knight Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### Thumbnail: 2005-06-28



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

## DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Asis Internet" owns about 8 other domains |
| Email Search: | support@asis.com is associated with about 31 domains |
| | service@domainmonger.com is associated with about 31,716 domains |
| Registrar History: | 2 registrars |
| IP History: | 1 change on 2 unique name servers over 3 years. |
| Whois History: | 3 records have been archived since 2001-10-15. |
| Reverse IP: | 69 other sites hosted on this server. |
| Monitor Domain: | 🚩 Set Free Alerts on coastalinternet.net |
| Free Tool: | 💿 Download DomainTools for Windows |

## Whois Record

```
Registrant:
Asis Internet
P.O. Box 776
Garberville, CA 95542
US

Domain name: COASTALINTERNET.NET

Administrative Contact:
  White, Rex    support@asis.com
  P.O. Box 776
  Garberville, CA 95542
  US
  (707) 923-3356
Technical Contact:
  White, Rex    support@asis.com
  P.O. Box 776
  Garberville, CA 95542
  US
  (707) 923-3356

Registration Service Provider:
  Domainmonger.com,    service@domainmonger.com
  +1.801-572-0021
  +1.425-952-0172 (fax)
  http://www.domainmonger.com

Registrar of Record: TUCOWS, INC.
Record last updated on 14-Aug-2007.
Record expires on 11-Aug-2009.
Record created on 11-Aug-1999.
```

Disable SEO Text Browser ( Beta )

### Other TLDs                         Hide Key

| .com | .net | .org | .biz | .info | .us |
|------|------|------|------|-------|-----|

### Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page          ☑ Indexed Data
☑ Server Data         ☑ Registry Data
☑ Exclusive           ☑ Whois Record
Data

### Shopping Cart (1 item )

Current Items

✅ singletonlawgroup.com     Buy this

Buy all of these Domains

### Domains for Sale                remove all

| Domain | Price |
|--------|-------|
| CoastalAuto.com | $500.00 |
| CoastalIsland.com | $688.00 |
| CoastalFood.com | $1,000.00 |
| CoastalShop.com | $1,000.00 |
| CoastalSupply.com | $1,088.00 |

```
Registrar Domain Name Help Center:
   http://domainhelp.tucows.com

Domain servers in listed order:
   NS1.FALCONKNIGHT.COM
   NS1.ASIS.COM

Domain status: clientTransferProhibited
               clientUpdateProhibited
```



Want to own some of the best domains? (X)
Excellent high quality domains are going up for auction on Jan 10th. Bidding is now open. The stats on these 170+ hand picked domains can be downloaded and analyzed prior to the auction. Great generics like Grampa.com for $2,500. HealthyHeart.com for $225,000. NationalIdCard.com for $3,000. HivVirus.com for $2,000. BookUniverse.com for $1,500. Capitalization.com for $1,000. BasilGarden.com for $1,500. WorkRemotely.com for $8,000.

[Bid Now]

| Domain | Price |
| --- | --- |
| CoastalWeb.com | $1,500.00 |
| CoastalMfg.com | $1,588.00 |
| CoastalCable.com | $1,688.00 |
| CoastalComputer.com | $1,688.00 |
| CoastalLaser.com | $1,888.00 |
| CoastalSearch.com | $1,888.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| SeaRaceway.com | 01-03-2008 |
| MyCoastalDream.com | 01-03-2008 |
| SeaStatePaint.com | 01-03-2008 |
| SeaStateSupply.com | 01-03-2008 |
| IntuisEa.com | 01-03-2008 |
| CalifCoastMotels.com | 01-03-2008 |
| SeaStateMarine.com | 01-03-2008 |
| SeaStateIndustrial.com | 01-03-2008 |
| CoastalBaja.com | 01-03-2008 |
| WestCoastBlades.com | 01-03-2008 |
| WestCoastBlades.net | 01-03-2008 |
| SeaStateCoatings.com | 01-03-2008 |

## Compare Similar Domains

| Domain | Created |
| --- | --- |
| Coastal Intl | 1996-10-02 |
| Coastal Inter Modal | 1998-11-11 |
| Coastal Internet | 1999-10-25 |
| Coastal International | 2002-09-10 |
| Coastal Internet Service... | 2003-09-03 |
| Coastal International Se... | 2003-12-11 |
| Coastal Internet Designs... | 2004-04-15 |
| Coastal Internet Cafe | 2005-11-10 |
| Coastal International Lo... | 2005-11-23 |
| Coastal Interview Form | 2005-12-04 |
| Coastal Internet Solutio... | 2006-03-08 |
| Coastal International Se... | 2006-04-11 |
| Coastal Internacional | 2006-08-25 |
| Coastal Interior Sri | 2006-11-21 |
| Coastal Intra Murals | 2006-12-26 |



# Whois Record for Communitycornerstone.org

## ( Community Cornerstone )

### Front Page Information

| | |
|---|---|
| Website Title: | Community Cornerstone Welcome |
| Title Relevancy | 66% |
| Meta Description: | Community Cornerstone was established provide training and opportunities for adults with disabilities who live in Northern Mendocino and Southern Humboldt counties. |
| Description Relevancy: | 100% relevant. |
| AboutUs: | Wiki article on Communitycornerstone.org |
| SEO Score: | 79% |
| Terms: | 176 (Unique: 114, Linked: 35) |
| Images: | 15 (Alt tags missing: 15) |
| Links: | 8 (Internal: 6, Outbound: 2) |

### Thumbnail: 2005-08-12



Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

### Registry Data

| | |
|---|---|
| Created: | 2007-06-13 |
| Expires: | 2009-06-13 |
| Whois Server: | whois.pir.org |

### Server Data

| | |
|---|---|
| Server Type: | Apache/1.3.39 (Unix) mod_perl/1.30 PHP/4.4.4 with Suhosin-Patch mod_ssl/2.8.28 OpenSSL/0.9.7e-p1 |
| IP Address: | 66.160.163.101  W R P D T |
| IP Location | - California - Menifee - Falcon Knight Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

Registrant Search: "ASIS Internet Services" owns about 1 other domains

Email Search: support@asis.com is associated with about 31 domains

Registrar History: 2 registrars

IP History: 15 changes on 8 unique name servers over 4 years.

Whois History: 2 records have been archived since 2007-11-17.

Reverse IP: 55 other sites hosted on this server.

Monitor Domain: Set Free Alerts on communitycornerstone.org

Free Tool: Download DomainTools for Windows

## Whois Record

```
Domain ID:D148107144-LROR
Domain Name:COMMUNITYCORNERSTONE.ORG
Created On:13-Jun-2007 23:40:04 UTC
Last Updated On:13-Aug-2007 03:54:20 UTC
Expiration Date:13-Jun-2009 23:40:04 UTC
Sponsoring Registrar:Tucows Inc. (R11-LROR)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:tuQgdsvBn2sEWI1o
Registrant Name:Sally Then
Registrant Organization:ASIS Internet Services
Registrant Street1:P.O. Box 776
Registrant Street2:
Registrant Street3:
Registrant City:Garberville
Registrant State/Province:Ca
Registrant Postal Code:95542
Registrant Country:US
Registrant Phone:+1.7079233356
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:support@asis.com

Admin ID:tuQgdsvBn2sEWI1o
Admin Name:Sally Then
Admin Organization:ASIS Internet Services
Admin Street1:P.O. Box 776
Admin Street2:
Admin Street3:
Admin City:Garberville
Admin State/Province:Ca
Admin Postal Code:95542
Admin Country:US
Admin Phone:+1.7079233356
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
```

Disable SEO Text Browser ( Beta )

## Other TLDs    Hide Key

.com   .net   .org   .biz   .info   .us

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive       ☑ Whois Record
Data

## Shopping Cart (1 item )

Current Items

✓  singletonlawgroup.com    Buy this

Buy all of these Domains

## Domains for Sale    remove all

| Domain | Price |
| --- | --- |
| ICornerstone.com | $500.00 |
| CornerstoneConsultants.com | $500.00 |
| CornerstoneCreations.com | $750.00 |
| CornerstoneTechnology.com | $1,088.00 |
| CornerstoneLtd.com | $1,288.00 |

Communitycornerstone.org - Summary DV - Customers Stone

Admin Email: support@asis.com

Tech ID:tuQgdsvBn2sEWI1o
Tech Name:Sally Then
Tech Organization:ASIS Internet Services
Tech Street1:P.O. Box 776
Tech Street2:
Tech Street3:
Tech City:Garberville
Tech State/Province:Ca
Tech Postal Code:95542
Tech Country:US
Tech Phone:+1.7079233356
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: support@asis.com

Name Server:NS1.ASIS.COM
Name Server:NS1.FALCONKNIGHT.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

| | |
|---|---|
| CornerstoneOfFaith.com | $1,388.00 |
| CornerstoneService.com | $1,588.00 |
| CornerstoneBiz.com | $1,588.00 |
| CornerstoneUk.com | $1,688.00 |
| CornerstoneLand.com | $1,788.00 |
| CornerstoneMarket.com | $1,888.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| EzekielFoundation.com | 01-03-2008 |
| JaredFoundation.com | 01-03-2008 |
| HermosaFoundation.com | 01-03-2008 |
| FedererFoundation.com | 01-03-2008 |
| CornerstoneBookshop.net | 01-03-2008 |
| FoundationGrowth.net | 01-03-2008 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Community Corrections | 1997-04-02 |
| Community Cordless | 2000-01-11 |
| Community Corp | 2002-03-03 |
| Community Core | 2004-03-08 |
| Community Corner | 2004-05-06 |
| Community Corps | 2004-08-03 |
| Community Correctional | 2004-08-15 |
| Community Cop | 2005-10-19 |
| Community Correctional F... | 2006-06-07 |
| Community Cord Blood Ban... | 2006-06-27 |
| Community Cornerstone | 2006-07-24 |
| Community Corner With Bi... | 2006-08-29 |
| Community Corners | 2006-12-13 |
| Community Corporation | 2007-01-06 |
| Community Cord Inated Ch... | 2007-02-20 |



Want to own some of the best domains? [X]
Excellent high quality domains are going up for auction on Jan 10th. Bidding is now open. The stats on these 170+ hand picked domains can be downloaded and analyzed prior to the auction. Great generics like Grampa.com for $2,500. HealthyHeart.com for $225,000. NationalIdCard.com for $3,000. HivVirus.com for $2,000. BookUniverse.com for $1,500. Capitalization.com for $1,000. BasilGarden.com for $1,500. WorkRemotely.com for $8,000.

[Bid Now]



## Whois Record for Mckinleyville.net                    ( Mckinley Ville )

### Front Page Information

| | |
|---|---|
| Website Title: | PlaceHolder for mckinleyville.net |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Mckinleyville.net |
| SEO Score: | 78% |
| Terms: | 32 (Unique: 27, Linked: 0) |
| Images: | 0 (Alt tags missing: 0) |
| Links: | 0 (Internal: 0, Outbound: 0) |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | TUCOWS INC. |
| Created: | 1997-07-21 |
| Expires: | 2008-07-20 |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.ASIS.COM (has 84 domains) |
| Name Server: | NS1.FALCONKNIGHT.COM (has 138 domains) |
| Whois Server: | whois.tucows.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.61 (FreeBSD) mod_fastcgi/2.4.2 mod_python/3.3.1 Python/2.4.4 mod_jk/1.2.23 PHP/4.4.7 with Suhosin-Patch mod_ssl/2.0.61 OpenSSL/0.9.7e-p1 mod_perl/2.0.3 Perl/v5.8.8 |
| IP Address: | 66.160.163.2  W R P D T |
| IP Location: | - California - Menifee - Falcon Knight Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### Thumbnail: 2005-07-15

Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

et.
you

## DomainTools Exclusive

Registrant Search: "Asis Internet" owns about 8 other domains

Email Search: support@asis.com is associated with about 31 domains

service@domainmonger.com is associated with about 31,716 domains

Registrar History: 1 registrar with 1 drop.

IP History: 3 changes on 2 unique name servers over 2 years.

Whois History: 4 records have been archived since 2001-10-14.

Reverse IP: 69 other sites hosted on this server.

Monitor Domain: Set Free Alerts on mckinleyville.net

Free Tool: Download DomainTools for Windows

## Whois Record

```
Registrant:
Asis Internet
P.O. Box 776
Garberville, CA 95542
US

Domain name: MCKINLEYVILLE.NET

Administrative Contact:
   White, Rex     support@asis.com

   P.O. Box 776
   Garberville, CA 95542
   US
   (707) 923-3356
Technical Contact:
   White, Rex     support@asis.com

   P.O. Box 776
   Garberville, CA 95542
   US
   (707) 923-3356

Registration Service Provider:
   Domainmonger.com,     service@domainmonger.com

   +1.801-572-0021
   +1.425-952-0172 (fax)
   http://www.domainmonger.com

Registrar of Record: TUCOWS, INC.
Record last updated on 30-Aug-2006.
Record expires on 20-Jul-2008.
Record created on 21-Jul-1997.

Registrar Domain Name Help Center:
```

Disable SEO Text Browser ( Beta )

### Other TLDs                    Hide Key

.com   .net   .org   .biz   .info   .us

### Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page        ☑ Indexed Data
☑ Server Data       ☑ Registry Data
☑ Exclusive         ☐ Whois Record
Data

### Shopping Cart (1 item )

Current Items

✅ singletonlawgroup.com    Buy this

Buy all of these Domains

### Domains for Sale            remove all

| Domain | Price |
| --- | --- |
| TaurusMckinley.com | $100.00 |
| Mount-Mckinley.com | $400.00 |
| MckinleyVille.biz | $439.00 |
| CityOfMckinleyVille.com | $500.00 |
| CountyOfMckinley.com | $650.00 |
| Mckinley...Medical.com | $988.00 |

```
http://domainhelp.tucows.com

Domain servers in listed order:
    NS1.FALCONKNIGHT.COM
    NS1.ASIS.COM

Domain status: clientTransferProhibited
               clientUpdateProhibited
```



Want to own some of the best domains? [X]
Excellent high quality domains are going
up for auction on Jan 10th. Bidding is now
open. The stats on these 170+ hand picked
domains can be downloaded and analyzed
prior to the auction. Great generics like
Grampa.com for $2,500. HealthyHeart.com for
$225,000. NationalIdCard.com for $3,000.
HivVirus.com for $2,000. BookUniverse.com
for $1,500. Capitalization.com for $1,000.
BasilGarden.com for $1,500.
WorkRemotely.com for $8,000.

[Bid Now]

| | |
|---|---|
| MckinleyMedical.com | $988.00 |
| MckinleyParkOnline.net | $1,000.00 |
| MckinleyProperties.com | $1,000.00 |
| MckinleyConstruction.com | $1,288.00 |
| PresidentWilliamMckinley.com | $1,300.00 |
| MckinleyPlumbing.com | $1,388.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| AllisonMckinley.com | 01-03-2008 |
| MckinleyParkCommons.com | 01-03-2008 |
| MckinleyParkTowers.com | 01-03-2008 |
| MckinleyParkVillage.com | 01-03-2008 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Mckinley Ville | 1996-10-11 |
| Mckinley View | 1997-03-08 |
| Mckinley Ville Ca | 1999-08-24 |
| Mckinley Ville Californi... | 2000-03-06 |
| Mckinley View Lodge | 2001-08-17 |
| Mckinley Ville Ace | 2003-09-08 |
| Mckinley Ville Chamber | 2003-09-23 |
| Mckinley Ventures | 2004-08-26 |
| Mckinley View Lodging | 2005-02-17 |
| Mckinley Ville Biz Suppl... | 2005-02-23 |
| Mckinley Village Lodge | 2005-09-15 |
| Mckinley Ville Ca Homes | 2006-01-17 |
| Mckinley Ville Care Ale ... | 2006-01-17 |
| Mckinley Village | 2006-07-06 |
| Mckinley View South | 2006-09-25 |



## Whois Record for ( Urchin ) Urchin.net

### Front Page Information

| | |
|---|---|
| Website Title: | PlaceHolder for urchin.net |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Urchin.net |
| SEO Score: | 78% |
| Terms: | 32 (Unique: 27, Linked: 0) |
| Images: | 0 (Alt tags missing: 0) |
| Links: | 0 (Internal: 0, Outbound: 0) |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | TUCOWS INC. |
| Created: | 1998-01-02 |
| Expires: | 2010-01-01 |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.ASIS.COM (has 84 domains) |
| Name Server: | NS1.FALCONKNIGHT.COM (has 138 domains) |
| Whois Server: | whois.tucows.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.61 (FreeBSD) mod_fastcgi/2.4.2 mod_python/3.3.1 Python/2.4.4 mod_jk/1.2.23 PHP/4.4.7 with Suhosin-Patch mod_ssl/2.0.61 OpenSSL/0.9.7e-p1 mod_perl/2.0.3 Perl/v5.8.8 |
| IP Address: | 66.160.163.2  W R P D T |
| IP Location: | - California - Menifee - Falcon Knight Inc |
| Response Code: | 200 |
| Blacklist Status: | Clear |
| Domain Status: | Registered And Active Website |

### Thumbnail: 2005-08-01

Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

## DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Asis Internet" owns about 8 other domains |
| Email Search: | support@asis.com is associated with about 31 domains |
| | service@domainmonger.com is associated with about 31,716 domains |
| Registrar History: | 2 registrars |
| IP History: | 1 change on 2 unique name servers over 3 years. |
| Whois History: | 9 records have been archived since 2001-10-12. |
| Reverse IP: | 69 other sites hosted on this server. |
| Monitor Domain: | 🚩 Set Free Alerts on urchin.net |
| Free Tool: | 🔧 Download DomainTools for Windows |

## Whois Record

```
Registrant:
Asis Internet
P.O. Box 776
Garberville, CA 95542
US

Domain name: URCHIN.NET

Administrative Contact:
    White, Rex    support@asis.com

    P.O. Box 776
    Garberville, CA 95542
    US
    (707) 923-3356
Technical Contact:
    White, Rex    support@asis.com

    P.O. Box 776
    Garberville, CA 95542
    US
    (707) 923-3356

Registration Service Provider:
    Domainmonger.com, service@domainmonger.com

    +1.801-572-0021
    +1.425-952-0172 (fax)
    http://www.domainmonger.com

Registrar of Record: TUCOWS, INC.
Record last updated on 02-Jan-2008.
Record expires on 01-Jan-2010.
Record created on 02-Jan-1998.

Registrar Domain Name Help Center:
```

Disable SEO Text Browser ( Beta )

### Other TLDs                                    Hide Key

| | | | | | |
|---|---|---|---|---|---|
| .com | .net | .org | .biz | .info | .us |

### Symbol Key

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

- ☑ Front Page
- ☑ Indexed Data
- ☑ Server Data
- ☑ Registry Data
- ☑ Exclusive Data
- ☐ Whois Record

### Shopping Cart (1 item )

Current Items

| | |
|---|---|
| ✅ singletonlawgroup.com | Buy this |
| Buy all of these Domains | |

### Domains for Sale                          remove all

| Domain | Price |
|---|---|
| UrchinWerKz.com | $75.00 |
| StreetUrchin.com | $250.00 |
| SeaUrchinInformation.com | $500.00 |
| SeaUrchinRoe.com | $600.00 |
| SeaUrchinPictures.com | $650.00 |

```
         http://domainhelp.tucows.com

Domain servers in listed order:
    NS1.FALCONKNIGHT.COM
    NS1.ASIS.COM

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

| | |
|---|---|
| MysticUrchin.com | $688.00 |
| SeaUrchinShells.com | $700.00 |
| SeaUrchinLicenses.com | $850.00 |
| GreenSeaUrchin.com | $900.00 |
| PurpleSeaUrchin.com | $1,350.00 |

Compare Similar Domains

| Domain | Created |
|---|---|
| Urchin | 1996-10-13 |
| Ur Chicago | 1998-01-03 |
| Urchin - Es | 2004-02-13 |
| Urchin 5 | 2005-04-25 |
| Urchin - Experts | 2005-05-25 |
| Ur Chief | 2006-02-15 |
| Urchin - Studios | 2006-03-26 |
| Ur Childs Health | 2006-05-02 |
| Ur Chi G | 2006-06-05 |
| Urchin - Booties | 2006-06-28 |
| Ur Child | 2006-09-17 |
| Ur Chicago Realtor | 2006-11-15 |
| Urchin - Analysis | 2006-11-27 |
| Ur Chic | 2007-02-15 |
| Urchin - Aid | 2007-02-18 |



Want to own some of the best domains? X  Excellent high quality domains are going up for auction on Jan 10th. Bidding is now open. The stats on these 170+ hand picked domains can be downloaded and analyzed prior to the auction. Great generics like Grampa.com for $2,500. HealthyHeart.com for $225,000. NationalIdCard.com for $3,000. HivVirus.com for $2,000. BookUniverse.com for $1,500. Capitalization.com for $1,000. BasilGarden.com for $1,500. WorkRemotely.com for $8,000. Bid Now