1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501

5  (707) 441-1177
   FAX  441-1533

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10 | ASIS INTERNET SERVICES, a California  ) Case No. C-07-6211 TEH
   | corporation, and JOEL HOUSEHOLTER, dba )
11 | KNEELAND ENGINEERING, dba FOGGY.NET   ) **DECLARATION OF JOEL**
   |                                        ) **HOUSEHOLTER IN SUPPORT OF**
12 |       Plaintiffs,                      ) **OPPOSITION TO MOTION FOR**
   |                                        ) **CERTIFICATION, STAY, AND BOND**
13 | vs.                                    )
   |                                        )
14 | ACTIVE RESPONSE GROUP, INC., a Delaware) DATE :   September 22, 2008
   | corporation, et al.                    ) TIME :   10:00 am
15 |                                        ) CTRM :   12, 9th Floor
   |                                        )
16 |       Defendants.

17 ─────────────────────────────────────────

18     I, JOEL HOUSEHOLTER declare as follows:

19     1.   I am an individual dba as KNEELAND ENGINEERING, dba FOGGY.NET
20 (hereafter referred to as "FOGGY").  I have personal and firsthand knowledge of each fact
21 hereinafter set forth and if called to testify could and would competently testify to the matters
22 set forth herein.

23     2.   FOGGY is an Internet Access service, in operation since 1998, in Humboldt
24 County, California, providing dial-up internet and email service to Humboldt County.

25     3.   Attached hereto as Exhibit A is a true and correct copy of the Business License
26 issued to KNEELAND ENGINEERING for the year 4/1/08 to 4/1/2009.

27     4.   Attached hereto as Exhibit B are true and correct copies of various vendor
28 invoices related to providing Internet and email services.

5.  Attached hereto as Exhibit C are true and correct copies of sample Customer Invoices (redacted) for both Internet and email services.

6.  Plaintiff both owns and leases hardware and network bandwidth in providing its services.

7.  Attached hereto as Exhibit D is a CD containing the emails (filed under seal as confidential) that FOGGY received in this matter.

8.  It costs approximately $1,221 per month to process SPAM emails in both processing and employee costs.

9.  FOGGY receives approximately 33,273 SPAM emails per day to all of its and its customers email accounts (both active and inactive) or approximately 1,011,165 SPAM emails in an average month.

10. FOGGY received these emails between May 25, 2007, through September 22, 2007, in the following manner: FOGGY received the emails first on its Barracuda filtering; then transferred, processed, and stored the emails on its email server; and then transferred the emails to it's attorney where they were stored on a special SPAM storage and investigation server.

11. FOGGY has been in business of providing dial-up internet and email services to Humboldt County, California, since 1998. In 2007 FOGGY had 75 customers for internet access and 180 email service customers. FOGGY provides these services through: its own equipment, AT&T and other vendors; and its team of 2 employees.

12. FOGGY owns various domain names used to provide internet and email services. Attached hereto as Exhibit E are true and correct copies of the printouts of WHOIS reports indicating ownership of 4 domain names used in the provision of access to the Internet and email services. In addition FOGGY is the Administrative Contact for and/or hosts 7 additional domains.

13. Specific emails may have a higher cost than the average cost if they contain viruses or hacker software, or if they result in customer SPAM complaints.

14. FOGGY collects all SPAM emails sent to its servers. Among those are emails

1  sent to active, inactive, and administrative accounts.

2  15. FOGGY occasionally suffers network and server slowdowns based on daily
3  receipt of SPAM emails.

4  16. Foggy purchased and installed a Barracuda spam filtering system (server and
5  software) in July of 2007. Prior to acquiring the Barracuda system, Foggy only used DSPAM,
6  which it still runs as both SPAM filters are required to eliminate most of the SPAM. This
7  upgrade in spam filtering was caused in part by the emails at issue in this case.

8  17. Joel Householter spends about an hour each day, seven days a week, working
9  with customers fixing problems where SPAM evades the filters. The system administrator
10  spends 2 hours per week working on upgrades and problems with the filters.

12  I declare under penalty of perjury under the laws of the United States of America that
13  the foregoing is true and correct

15  Dated:     August 29, 2008          /s/ Joel Householter
                                        **JOEL HOUSEHOLTER, dba KNEELAND**
16                                      **ENGINEERING, dba FOGGY.NET**