# Business License
# County of Humboldt
### Eureka, California

**License Number:** 08 _ 00803

**This License is issued to:**

Business Name: **KNEELAND ENGINEERING**

Owner Name(s): **JOEL HOUSEHOLTER**

### This License Valid Only at the Following Location(s):

KNEELAND ENGINEERING

P.O. Box 7129  
Eureka, CA 95502

7246 Humboldt Hill Rd., Bld. B, Sp. 1  
Eureka, CA 95503

### Type of Business Activity to be transacted:
### Internet Service Provide - ISP

| TYPE | ISSUED | EXPIRES |
|---|---|---|
| Mobile | 4/1/2008 | 4/1/2009 |

**Signed by:**

STEPHEN A. STRAWN, License Collector

*Marcia Berman*

MICHAEL J. GIACONE, Auditor-Controller



**This License Must Be Displayed in Public View**