

BARRACUDA NETWORKS RECEIPT
Date: 2008-07-11 15:06:00                               Invoice #: 142334 (AGURSKUTPL)

BILL TO:                                                SHIP TO/END CUSTOMER:
Kneeland Engineering/Foggy.Net                          Kneeland Engineering/Foggy.Net
Accounts Payable                                        Joel Householter
PO Box 7129                                             PO Box 7129
Eureka, CA 95502                                        Eureka, CA 95502
UNITED STATES                                           UNITED STATES

jhouseholter@foggy.net
(707) 476-2820

| ITEM # | ITEM DESCRIPTION | QTY | UNIT PRICE | PRICE |
|---|---|---|---|---|
| BSF300a-e1 | Barracuda Spam Firewall 300 1 Year EU BAR-SF-84310 | 1 | 499.00* | 499.00* |
|  |  |  | Sub Total | 499.00 |
|  |  | Payment Received - 2008-07-11 |  | -499.00 |
|  |  |  | Total | 0.00 |

All prices in US dollars.
* Not Taxed

Terms: Credit Card
Credit Card: 4694xxxxxxxx2614
Auth ref: ELEE2E50EE11
Charge ref: ELEE2E50EE18

Please remit checks to:
Barracuda Networks, Inc.
Dept LA 22762
Pasadena, CA 91185-2762
408-342-5400 phone
408-342-1061 fax

Customer_Services@barracuda.com

You are responsible for all sales taxes, use taxes, withholding taxes, value added taxes,
import and export taxes and any other similar taxes imposed by any federal, state, provincial
or local governmental entity on this purchase.

Thank you for your order.

Barracuda Networks makes the Barracuda Web Filter to protect organizations from the dangers of
web surfing such as spyware, virus, and offensive content. It's a complete Web Content Filter
with all the features and no per user license fees.

Barracuda Spam Firewall: Current Operational Status    https://muggy.foggy.net/cgi-bin/index.cgi



**BARRACUDA NETWORKS — SPAM FIREWALL 300**

Log Off admin

| BASIC | BLOCK/ACCEPT | USERS | DOMAINS | ADVANCED | English |

| Status | Message Log | Spam Scoring | Virus Checking |
| Quarantine | IP Configuration | Administration | Bayesian/Intent |

**Email Statistics [inbound]**    Clear Statistics    **Performance Statistics**

|  | Total | Day | Hour |
|---|---|---|---|
| Blocked | 8,311,152 | 109,940 | 686 |
| Blocked: Virus | 12,598 | 107 | 0 |
| Quarantined | 15,378,177 | 273 | 55 |
| Allowed: Tagged | 154,216 | 487 | 3 |
| Allowed | 425,732 | 308 | 7 |
| Total Received | 24,281,875 | 111,115 | 751 |

In/Out Queue Size: 14/15
Average Latency: 31 seconds
Last Message: <1 minute ago
Unique Recipients: 523
System Load: 60%
CPU Fan Speed: 6849 RPM
System Fan Speed: 3856 RPM
CPU Temperature: 32°C
Firmware Storage: 30%
Mail/Log Storage: 76%

**Subscription Status**    Refresh

Energize Updates:    Current (Expires: 2009-07-29)
Instant Replacement: Not Purchased

**Hourly Mail Statistics**



Allowed
Allowed: Tagged
Quarantined
Blocked: Virus
Blocked: Spam
Blocked: Bad Recipient
Blocked: Rate Control

**Daily Mail Statistics**



**AT&T Advertising & Publishing**
Directory Advertising Statement
Billing Date August 07, 2008
>>> Due Date August 27, 2008 <<<
Account Number 8101959320-00005

For inquiries concerning your account, please contact our Customer Service Center at 1-800-479-2977, Monday-Friday between 8:30 am - 5:00 pm.

Page 1 of 1

KNEELAND ENGINEERING
PO BOX 7129
EUREKA CA 95502 7129

## Bill-At-A-Glance — Details follow this section

| | | |
|---|---|---|
| Previous Bill Amount | $ | 29.00 |
| Payments Applied - Thank You! | $ | 116.00 CR |
| Balance Forward | $ | 87.00 CR |
| Current Charges | $ | 87.00 |
| Minimum Amount Due   >>>>>>>>>>> | $ | 0.00 |
| No Payment Due | | |

### Advertising News

Want to view your current advertising program online? View and approve your ads online? Go to www.RealYP.att.com and register today. There is a wealth of information online at RealYP.att.com about how AT&T Real Yellow Pages can continue to help your business reach ready-to-buy customers 24/7. The site includes product and local market information, tips on how to create an effective advertising program, and more... Go to RealYP.att.com and register today.

### Copyright and Trademark Notice

© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T Real Yellow Pages, YELLOWPAGES.COM, and AT&T, AT&T Real Yellow Pages, and YELLOWPAGES.COM logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

************************* BILLING DETAILS *************************

### Payments Applied                             $   -116.00 CR

| Payment | 7/24/08 - check | 1028 | $ | 116.00 CR |
|---|---|---|---|---|

### Explanation of Current Charges              $    87.00

| HUMBOLDT CO, CA Directory 11/07 | | $ | 87.00 |
|---|---|---|---|

Listed Number 707-476-2820

### Important Information About Your Account

If you would like to pay your account in full, the Total Amount Owed as of this date is listed below for the life of each directory advertising product you have purchased. This total also includes Internet charges owed, but does not include contracted Internet amounts not yet billed. For questions about this total, please contact our Customer Service Center at 1-800-479-2977. Thank you.

### Total Balance                                $    0.00

NOTE: The amounts above are net of incentives, adjustments, & advance payments.

DEVICE FOR THE DEAF TDD# 1-800-682-2355

Please note, a $25.00 charge applies to returned checks.

For your convenience, we offer several easy payment options. Bank account direct debit or credit card payments can be made at www.RealYP.att.com or over the phone. Please call our Customer Service Center toll free at 1-800-479-2977 to discuss any of these easy payment options or go to www.RealYP.att.com to register. Thank you for choosing AT&T Advertising & Publishing for your advertising needs.

# Certificate of Subscriptions

**BARRACUDA** NETWORKS

Serial #: BAR-SF-84310
Invoice #: 142334

Part #: BSF300a
Certificate Date: 2008-07-11

**Barracuda Spam Firewall 300**

| Purchase Date | Part # | Subscription |
|---|---|---|
| 2008-07-11 | BSF300a-e1 | Barracuda Spam Firewall 300 1 Year EU |

\* Expiration and Start Dates will be shown on Barracuda Spam Firewall 300. Start date is determined by Activation date, not purchase or certificate date. Subscriptions must be paid in full for certificate to be valid.

Validation Code: b391c54ea710ed22a790835eab89907d