**AdBase Systems, Inc.**
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 1/19/2005 | 247135 |

**BILL TO**

FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 1/19/2005 | 1/19/2005 to 2/19/2005 -- WSD-Ports- 35 @ $35 | 1 | $1,225.00 | $1,225.00 |

|  |  |
|---|---|
| Invoice Subtotal: | $1,225.00 |
| Amt Paid: | $1,225.00 |
| Amount Due: | $0.00 |

Thank You for Your Business

Case 3:07-cv-06211-TEH   Document 58-4   Filed 08/29/2008   Page 2 of 11

**AdBase Systems, Inc.**
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 2/19/2007 | 409134 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2/19/2007 | 2/19/2007 to 3/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $700.00 | $700.00 |
| 2/19/2007 | 1/19/2007 to 2/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 5.00 users@1.0000/user | 1 | $5.00 | $5.00 |

| | Invoice Subtotal: | $705.00 |
|---|---|---|
| | Amt Paid: | $705.00 |

**AdBase Systems, Inc.**
**8 Penn Center West**
**Suite 101**
**Pittsburgh, PA 15276**

| Date | Invoice # |
|---|---|
| 4/19/2007 | 411215 |

## Invoice Paid

| BILL TO |
|---|
| FOGGY.NET |
| P.O. Box 7129 |
| Eureka, CA 95502 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4/19/2007 | 4/19/2007 to 5/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $700.00 | $700.00 |
| 4/19/2007 | 3/19/2007 to 4/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 5.00 users@1.0000/user | 1 | $5.00 | $5.00 |

|  |  |
|---|---|
| Invoice Subtotal: | $705.00 |
| Amt Paid: | $705.00 |

AdBase Systems, Inc.
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 6/19/2007 | 413516 |

BILL TO
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 6/19/2007 | 6/19/2007 to 7/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $700.00 | $700.00 |
| 6/19/2007 | 5/19/2007 to 6/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 4.00 users@1.0000/user | 1 | $4.00 | $4.00 |
| | | | Invoice Subtotal: | $704.00 |
| | | | Amt Paid: | $704.00 |

AdBase Systems, Inc.
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 7/19/2007 | 414708 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 7/19/2007 | 7/19/2007 to 8/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $700.00 | $700.00 |
| 7/19/2007 | 6/19/2007 to 7/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 3.00 users@1.0000/user | 1 | $3.00 | $3.00 |

| | Invoice Subtotal: | $703.00 |
|---|---|---|
| | Amt Paid: | $703.00 |

**AdBase Systems, Inc.**
**8 Penn Center West**
**Suite 101**
**Pittsburgh, PA 15276**

| Date | Invoice # |
|---|---|
| 9/19/2007 | 416959 |

### BILL TO

FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 9/19/2007 | 9/19/2007 to 10/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $700.00 | $700.00 |
| 9/19/2007 | 8/19/2007 to 9/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 5.00 users@1.0000/user | 1 | $5.00 | $5.00 |
| | | | **Invoice Subtotal:** | **$705.00** |
| | | | **Amt Paid:** | **$705.00** |

**AdBase Systems, Inc.**
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 10/25/2007 | 418331 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/25/2007 | 10/25/2007 to 11/19/2007 -- WSD-Ports- 20 @ $35 | 1 | $575.34 | $575.34 |

| | | |
|---|---|---|
| | Invoice Subtotal: | $575.34 |
| | Amt Paid: | $575.34 |
| Thank You for Your Business | Amount Due: | $0.00 |

**AdBase Systems, Inc.**
**8 Penn Center West**
**Suite 101**
**Pittsburgh, PA 15276**

| Date | Invoice # |
|---|---|
| 12/19/2007 | 420441 |

### BILL TO
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/19/2007 | 12/19/2007 to 1/19/2008 -- WSD-Ports- 15 @ $35 | 1 | $525.00 | $525.00 |
| 12/19/2007 | 11/19/2007 to 12/19/2007 -- SlipStream (Allow-Mode) -- SlipStream Users 4.00 users@1.0000/user | 1 | $4.00 | $4.00 |

|  |  |
|---|---|
| Invoice Subtotal: | $529.00 |
| Amt Paid: | $529.00 |

AdBase Systems, Inc.
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 3/19/2008 | 423933 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/19/2008 | 3/19/2008 to 4/19/2008 -- WSD-Ports- 15 @ $35 | 1 | $525.00 | $525.00 |
| 3/19/2008 | 2/19/2008 to 3/19/2008 -- SlipStream (Allow-Mode) -- SlipStream Users 3.00 users@1.0000/user | 1 | $3.00 | $3.00 |
| | | | Invoice Subtotal: | $528.00 |
| | | | Amt Paid: | $528.00 |

AdBase Systems, Inc.
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 6/26/2008 | 427312 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 6/26/2008 | 6/19/2008 to 7/19/2008 -- WSD-Ports- 15 @ $35 | 1 | $525.00 | $525.00 |

| | |
|---|---|
| Invoice Subtotal: | $525.00 |
| Amt Paid: | $525.00 |
| Amount Due: | $0.00 |

Thank You for Your Business

**AdBase Systems, Inc.**
8 Penn Center West
Suite 101
Pittsburgh, PA 15276

| Date | Invoice # |
|---|---|
| 8/19/2008 | 429338 |

**BILL TO**
FOGGY.NET
P.O. Box 7129
Eureka, CA 95502

## Invoice Paid

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 8/19/2008 | 8/19/2008 to 9/19/2008 -- WSD-Ports- 15 @ $35 | 1 | $525.00 | $525.00 |
| 8/19/2008 | 7/19/2008 to 8/19/2008 -- SlipStream (Allow-Mode) -- SlipStream Users 1.00 users@1.0000/user | 1 | $1.00 | $1.00 |
| | | | **Invoice Subtotal:** | **$526.00** |
| | | | **Amt Paid:** | **$526.00** |