Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20912 |

BILL TO:
Account#: A1019

Eureka CA 95502-7039

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Page Hosting | | $27.00 | $27.00 |

|   |   |
|---|---|
| Sub Total: | $27.00 |
| Tax: | $0.00 |
| Previous Balance: | -$27.00 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000351

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20913 |

BILL TO:
Account#:  A1106



Eureka CA 95501

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

Sub Total: $19.95
Tax: $0.00
Previous Balance: $0.00
Invoice Total: $19.95

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

Foggy Net
PO Box 7129
Eureka CA 95502-7129

707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20914 |

BILL TO:
Account#: A1126

~~[redacted]~~
~~[redacted]~~

McKinleyville CA 95519-7915

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Non-Profit Conversion | | $17.95 | $17.95 |

|  |  |
|---|---|
| Sub Total: | $17.95 |
| Tax: | $0.00 |
| Previous Balance: | -$17.94 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000353

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20916 |

BILL TO:
Account#: A1264

Arcata CA 95518

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Non-Profit Conversion |  | $5.00 | $5.00 |

Sub Total: $5.00
Tax: $0.00
Previous Balance: $0.00
Invoice Total: $5.00

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000354

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20918 |

BILL TO:
Account#: A1357

Eureka CA 95503-9420

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---:|---:|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | -$19.95 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

Now with **NATIONWIDE ACCESS** and **FREE WEB ACCELERATOR!**

000355

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20919 |

BILL TO:
Account#: A1386



Cutten CA 95534

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | -$60.43 |
| Invoice Total: | -$40.48 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000356

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20920 |

BILL TO:
Account#: A1428

~~[redacted]~~
~~[redacted]~~

Eureka CA 95501-1738

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | -$19.95 |
| Invoice Total: | -$0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

Now with **NATIONWIDE ACCESS** and **FREE WEB ACCELERATOR!**

000357

Foggy Net
PO Box 7129
Eureka CA 95502-7129

707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20923 |

BILL TO:
Account#: A1447
~~[redacted]~~
~~[redacted]~~
Fortuna CA 95540

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | In The Business | | $17.95 | $17.95 |

|  |  |
|---|---|
| Sub Total: | $17.95 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $17.95 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

Now with **NATIONWIDE ACCESS** and **FREE WEB ACCELERATOR!**

000358

Foggy Net  
PO Box 7129  
Eureka CA 95502-7129  
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20924 |

BILL TO:  
Account#: A1460  
[redacted]  
[redacted]  
Eureka CA 95503

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |
| 1 | Multiple email Chg $5.00 | | $5.00 | $5.00 |

|  |  |
|---|---|
| Sub Total: | $24.95 |
| Tax: | $0.00 |
| Previous Balance: | -$24.94 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

Foggy Net  
PO Box 7129  
Eureka CA 95502-7129  
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20925 |

BILL TO:  
Account#: A1462  
  
Eureka CA 95503

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | -$19.95 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000360

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20926 |

BILL TO:
Account#: A1468

~~[redacted]~~
~~[redacted]~~

McKinleyville CA 95519-3725

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | In The Business | | $17.95 | $17.95 |

|  |  |
|---:|---:|
| Sub Total: | $17.95 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $17.95 |

TERMS: *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20927 |

BILL TO:
Account#: A1503
~~[redacted]~~
~~[redacted]~~
Arcata CA 95521

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $19.95 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20928 |

BILL TO:
Account#: A1561
[redacted]
[redacted]
Eureka CA 95502

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

Sub Total: $19.95
Tax: $0.00
Previous Balance: -$19.94
Invoice Total: $0.00

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000363

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20929 |

**BILL TO:**
Account#: A1646

~~[redacted]~~
~~[redacted]~~
Eureka CA 95503

| QUANTITY | DESCRIPTION | P.O. NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | -$19.94 |
| Invoice Total: | $0.00 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000364

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20931 |

BILL TO:
Account#: A1739
~~[redacted]~~
~~[redacted]~~
Oklahoma City OK 73127

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Dedicated IP w/BW | | $125.00 | $125.00 |

|  |  |
|---|---|
| Sub Total: | $125.00 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $125.00 |

TERMS: *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000365

Foggy Net
PO Box 7129
Eureka CA 95502-7129

707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20932 |

**BILL TO:**
Account#: A1769

~~[redacted]~~
~~[redacted]~~
Carlotta CA 95528

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|   |   |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $19.95 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000366

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20933 |

**BILL TO:**
Account#: A1837



Loleta CA 95551

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|  |  |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | $59.85 |
| Invoice Total: | $79.80 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000367

Foggy Net  
PO Box 7129  
Eureka CA 95502-7129  
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20938 |

BILL TO:  
Account#: A1994  
~~[redacted]~~  
~~[redacted]~~  
Fortuna CA 95540

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

|   |   |
|---|---|
| Sub Total: | $19.95 |
| Tax: | $0.00 |
| Previous Balance: | $0.00 |
| Invoice Total: | $19.95 |

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- WRITE ACCT NUMBER ON CHECK

This statement reflects payments received as of invoice date.

Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!

000368

Foggy Net
PO Box 7129
Eureka CA 95502-7129
707-476-2820

# INVOICE

| DATE | INVOICE# |
|---|---|
| 04/23/2007 | I20940 |

BILL TO:
Account#:  A2045

Arcata CA 95521

| QUANTITY | DESCRIPTION | P.O.NUMBER | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 2 Email; 1 PPP; 19.95 | | $19.95 | $19.95 |

Sub Total:       $19.95
Tax:             $0.00
Previous Balance: -$19.95
Invoice Total:    $0.00

**TERMS:** *15 days from invoice date.*

Services are billed in advance. -- **WRITE ACCT NUMBER ON CHECK**

This statement reflects payments received as of invoice date.

**Now with NATIONWIDE ACCESS and FREE WEB ACCELERATOR!**

000360