1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services,
   JOEL HOUSEHOLTER, dba FOGGY.NET
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | ASIS INTERNET SERVICES, a California ) | Case No.  C-07-6211 TEH
11 | corporation, and JOEL HOUSEHOLTER, )
   | dba KNEELAND ENGINEERING, dba )
12 | FOGGY.NET ) | **EXHIBIT D TO DECLARATION OF JOEL**
   |  ) | **HOUSEHOLTER IN SUPPORT OF**
13 |      Plaintiffs ) | **OPPOSITION TO DEFENDANT'S MOTION**
   | vs. ) | **FOR CERTIFICATION, STAY, AND BOND**
14 |  ) | **SUBMITTED UNDER SEAL**
   | ACTIVE RESPONSE GROUP, INC., a )
15 | Delaware corporation, et al., )
   |  )
16 |      Defendants. )
17 | _____ )

18

19 # EXHIBIT "D" TO DECLARATION
20 # OF JOEL HOUSEHOLTER
21
22 # SUBMITTED MANUALLY ON CD
23 # UNDER SEAL
24

25

26

27

28