# DomainTools

## Whois Record for Foggy.net ( Foggy )

### Front Page Information

| | |
|---|---|
| Website Title: | Untitled |
| Title Relevancy | 0% |
| AboutUs: | Wiki article on Foggy.net |
| SEO Score: | 0% |
| Related Sites: | darkspace.net, dhagpo-kagyu.org, fj-co.com, gravityadventures.net, halalstuff.com, hmt.com, jasminehill.org, jazzrecords.com, jesenicko.net |

**Thumbnail:**     2008-05-03



### Indexed Data

| | |
|---|---|
| Alexa Trend/Rank: | #6,374,867 ⬇ 2,034,808 ranks over the last three months. |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 1998-07-28 |
| Expires: | 2009-07-27 |
| Updated: | 2006-06-21 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.networksolutions.com |

**Historical Thumbnails:**     3 records

  

05-03-2008     11-22-2007     05-16-2005

View Thumbnail History

Queue this Domain for Update

### Server Data

| | |
|---|---|
| Server Type: | Apache/1.3.26 (Unix) |
| IP Address: | 216.100.254.2  W  R  P  D  T |
| IP Location | - Georgia - Atlanta - Keet Tv.l |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

### SEO Text Browser

SEO Text Browser

### DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Householter, Joel" owns about 2 other domains |
| Email Search: | jhouseholter@foggy.net is associated with about 10 domains |
| Registrar History: | 1 registrar with 1 drop. |
| NS History: | 1 change on 2 unique name servers over 2 years. |
| IP History: | 2 changes on 2 unique name servers over 3 years. |
| Whois History: | 12 records have been archived since 2001-11-13. |
| Dedicated Hosting: | foggy.net is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on foggy.net |
| Free Tool: | Download DomainTools for Windows |

**Buy great domain names for the price you want to pay.**

Disable SEO Text Browser ( Beta )

### Whois Record

```
Registrant:
Householter, Joel
    VideCo
    4753 Patricia Drive
    Eureka, CA 95503
    US

    Domain Name: FOGGY.NET
```

### Other TLDs     Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

### Symbol Key

Available
Available (Previously registered)

```
Administrative Contact, Technical Contact:
     Householter, Joel                    jhouseholter@foggy.net

     VideCo
     4753 Patricia Drive
     Eureka, CA 95503
     US
     707-476-2820 fax: 707-476-2814

Record expires on 27-Jul-2009.
Record created on 28-Jul-1998.
Database last updated on 26-Aug-2008 18:52:09 EDT.

Domain servers in listed order:

NS1.FOGGY.NET                    216.100.254.2
NS1.PBI.NET                      206.13.28.11
```

Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Register Your Domain**
Register & get free applications for
your domain with Google
www.google.com/a

**Web Design.domain.Hosting**
Websites,Hosting,Internet Marketing
and Domain Registration
www.ijuice.com

## Customize This Page

Select the items you want to be shown
on this page.

- ☑ Front Page        ☑ Indexed Data
- ☑ Server Data       ☑ Registry Data
- ☑ Exclusive Data    ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| FoggyHeadlights.com | $449.00 |
| FoggyBottom.org | $588.00 |
| AlaskaFoggyDay.com | $1,000.00 |
| FoggyLake.com | $1,000.00 |

## Compare Similar Domains

| Domain | Created |
| --- | --- |
| Foggy | 1995-12-01 |
| Fogg Works | 1999-10-05 |
| Foggy - Funnies | 2000-08-29 |
| Fogg World | 2000-10-20 |
| Fog Guts | 2003-12-10 |
| Foggy - Notion | 2004-10-27 |
| Foggy - Notions | 2004-10-27 |
| Foggy - Down | 2004-11-19 |
| Foggy - Downs | 2004-11-19 |
| Foggy - Night - In - Par... | 2004-12-11 |
| Fogg Ware | 2005-08-25 |
| Foggy - Funnys | 2006-01-17 |
| Fogg Web | 2006-06-16 |
| Fogg Ventures | 2006-07-02 |
| Fogg Werks | 2006-10-08 |



## Whois Record for Homeworkhotline.tv ( Homework Hotline )

Front Page Information

| | |
|---|---|
| Website Title: | Keet HomeWork Hotline | Helping Kids on the Northcoast with Math and Science |
| Title Relevancy: | 75% |
| AboutUs: | Wiki article on Homeworkhotline.tv |
| SEO Score: | 78% |
| Terms: | 220 (Unique: 146, Linked: 21) |
| Images: | 7 (Alt tags missing: 2) |
| Links: | 13  (Internal: 10, Outbound: 3) |

Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 2005-11-14 |
| Expires: | 2008-11-14 |
| Updated: | 2005-11-16 |
| Registrar Status: | CLIENT-XFER-PROHIBITED |
| Name Server: | NS1.PBI.NET  (has  12,699 domains) |
| Name Server: | NS1.FOGGY.NET  (has  8 domains) |
| Whois Server: | whois.networksolutions.com |

Server Data

| | |
|---|---|
| IP Address: | 216.100.254.26  W R P D T |
| IP Location: | - Georgia - Atlanta - Keet Tv.l |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "KEET-TV" owns about  1 other domains |
| Email Search: | jhouseholter@foggy.net  is associated with about 10 domains |
| Monitor Domain: | Set Free Alerts on homeworkhotline.tv |
| Free Tool: | Download DomainTools for Windows |

Whois Record

```
Registrant:
KEET-TV
    PO Box 13
    Eureka, CA 95502-0013
    US

    Domain Name: HOMEWORKHOTLINE.TV

    Administrative Contact, Technical Contact:
    KEET-TV                  jhouseholter@foggy.net
    PO Box 13
    Eureka, CA 95502-0013
    US
    707-445-0813

Record expires on 14-Nov-2008.
Record created on 14-Nov-2005.
Database last updated on 26-Aug-2008 18:56:15 EDT.

    Domain servers in listed order:
```

Add Missing Thumbnail:
Queue Thumbnail For Addition

SEO Text Browser
SEO Text Browser

Disable SEO Text Browser ( Beta )

Other TLDs     Hide Key
.com  .net  .org  .biz  .info  .us

Symbol Key
Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

Windows 2008 Servers
Managed Servers , Free Setup, Plesk 24/7 Support, Uptime Guarantee
www.SectorLink.com

Register Domain Name
Limited Time Only! Get a Domain For $10 with 10-Year Registration.
Register.com

Ads by Google

```
NS1.FOGGY.NET              216.100.254.2
NS1.PBI.NET                206.13.28.11
```



## Customize This Page

Select the items you want to be
shown on this page.

- ☑ Front Page      ☑ Indexed Data
- ☑ Server Data     ☑ Registry Data
- ☑ Exclusive Data  ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| PacificHomework.com | $10.00 |
| StockHomework.com | $488.00 |
| HomeworkConstruction.com | $500.00 |
| HomeworkPatrol.com | $552.00 |
| IHomework.com | $1,000.00 |
| NoHomework.com | $1,000.00 |
| HotHomework.com | $1,400.00 |
| HomeworkLink.com | $1,488.00 |
| QuickHomework.com | $1,488.00 |
| FreeHomework.com | $1,549.00 |
| CheckHomework.com | $1,788.00 |

## Compare Similar Domains

| Domain | Created |
| --- | --- |
| Homework Hotline | 1998-10-14 |
| Homework Hound | 2002-09-18 |
| Homework Hood | 2003-06-03 |
| Homework Hotlink | 2004-03-13 |
| Homework Home Solutions | 2004-09-14 |
| Homework Hotlines | 2004-09-16 |
| Homework Hotshots | 2005-06-13 |
| Homework Hoteli Ne | 2006-01-04 |
| Homework Hot L Line | 2006-01-16 |
| Homework Hospital | 2006-08-04 |
| Homework Hope | 2006-08-28 |
| Homework Hot Spot | 2006-09-11 |
| Homework Hotline Help | 2006-11-28 |
| Homework Host | 2006-12-04 |
| Homework Hot Lin | 2007-01-28 |

# DomainTools

## Whois Record for Keet-tv.org ( k E Et Tv )

### Front Page Information

| | |
|---|---|
| Website Title: | None given. |
| AboutUs: | Wiki article on Keet-tv.org |

### Registry Data

| | |
|---|---|
| Created: | 2004-10-22 |
| Expires: | 2016-10-22 |
| Updated: | 2007-09-13 |
| Whois Server: | whois.pir.org |

### Server Data

| | |
|---|---|
| Server Type: | Apache |
| IP Address: | 216.100.254.38  W  R  P  D  T |
| IP Location: | 🏴 - Georgia - Atlanta - Keet Tv.I |
| Response Code: | |
| SSL Cert: | mail.keet-tv.org expires in 3455 days. |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "KEET-TV" owns about 1 other domains |
| Email Search: | j_householter@keet.pbs.org is associated with about 1 domains |
| NS History: | 1 change on 2 unique name servers over 4 years. |
| IP History: | 3 changes on 2 unique name servers over 4 years. |
| Whois History: | 3 records have been archived since 2006-11-13. |
| Dedicated Hosting: | keet-tv.org is hosted on a dedicated server. |
| Monitor Domain: | 📌 Set Free Alerts on keet-tv.org |
| Free Tool: | 🟡 Download DomainTools for Windows |

**Sell your domains for the price they're worth.**

### Whois Record

```
Domain ID:D105038055-LROR
Domain Name:KEET-TV.ORG
Created On:22-Oct-2004 18:03:27 UTC
Last Updated On:13-Sep-2007 16:06:02 UTC
Expiration Date:22-Oct-2016 18:03:27 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:38585286-NSI
Registrant Name:KEET-TV
Registrant Organization:KEET-TV
Registrant Street1:PO Box 13
Registrant Street2:
Registrant Street3:
Registrant City:Eureka
Registrant State/Province:CA
Registrant Postal Code:95502-0013
Registrant Country:US
Registrant Phone:+1.7074450813
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:j_householter@keet.pbs.org

Admin ID:38585286-NSI
Admin Name:KEET-TV
Admin Organization:KEET-TV
Admin Street1:PO Box 13
Admin Street2:
Admin Street3:
Admin City:Eureka
Admin State/Province:CA
```

### Thumbnail: 2008-05-15



### Historical Thumbnails: 9 records

  

05-15-2008   05-04-2007   04-15-2006

View Thumbnail History
Queue this Domain for Update

### Other TLDs                    Hide Key

.com  .net  .org  .biz  .info  .us

### Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk 24/7
Support, Uptime Guarantee
www.SectorLink.com

**$250,000 Income Potential**
Entrepreneurs Wanted. Turnkey System. No
Selling.
www.JayKubassek.com

**Register Domain Name**
Limited Time Only! Get a Domain For $10
with 10-Year Registration.
Register.com

Ads by Google

Customize This Page

```
        Admin Postal Code:95502-0013
        Admin Country:US
        Admin Phone:+1.7074450813
        Admin Phone Ext.:
        Admin FAX:
        Admin FAX Ext.:
        Admin Email: j_householter@keet.pbs.org
        Tech ID:38585286-NSI
        Tech Name:KEET-TV
        Tech Organization:KEET-TV
        Tech Street1:PO Box 13
        Tech Street2:
        Tech Street3:
        Tech City:Eureka
        Tech State/Province:CA
        Tech Postal Code:95502-0013
        Tech Country:US
        Tech Phone:+1.7074450813
        Tech Phone Ext.:
        Tech FAX:
        Tech FAX Ext.:
        Tech Email: j_householter@keet.pbs.org
        Name Server:NS1.PBI.NET
        Name Server:NS1.FOGGY.NET
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
        Name Server:
```

Customize This Page

Select the items you want to be shown on this page.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

### Domains for Sale

| Domain | Price |
| --- | --- |
| EsLtV.com | $100.00 |
| TvHog.com | $475.00 |
| TvNt.com | $500.00 |
| CnnTv.com | $500.00 |
| TvCan.com | $500.00 |
| ChiTv.com | $500.00 |
| TvWww.com | $500.00 |
| AntTv.com | $500.00 |
| PanTv.com | $500.00 |
| JobTv.com | $525.00 |
| TvAce.com | $999.00 |

### Domains At Auction

| Domain | Auction Date |
| --- | --- |
| VacTv.com | 08-27-2008 |
| FactoidTv.com | 08-27-2008 |
| TvHotSpot.com | 08-27-2008 |
| TvStarSearch.com | 08-27-2008 |
| EroticNetTv.com | 08-27-2008 |
| GolfNetTv.com | 08-27-2008 |
| KidsNetTv.com | 08-27-2008 |
| MenNetTv.com | 08-27-2008 |
| FashionNetTv.com | 08-27-2008 |
| GospelSearchTv.com | 08-27-2008 |
| GreenBenchTv.com | 08-27-2008 |
| ChinchanTv.com | 08-27-2008 |
| RocketFishingTv.com | 08-27-2008 |

### Compare Similar Domains

| Domain | Created |
| --- | --- |
| Kees Y Stems | 1999-04-21 |
| Kees Wiese | 1999-11-26 |
| K E Et | 2000-02-20 |
| Kees World | 2002-04-16 |
| K E Eta | 2003-08-07 |
| K E Eta Ballah | 2004-03-02 |
| K E E Tab | 2004-07-07 |
| K E Et 21 | 2004-07-14 |
| Kees X | 2005-05-03 |
| Kees Y | 2005-10-13 |
| K E Et - Alt | 2005-10-16 |
| Kees Y S | 2005-12-06 |
| Kees Wurth | 2006-05-16 |
| K E Et - Life | 2006-11-27 |
| K E Et 1 | 2007-01-14 |



## Whois Record for Kneeland.net ( Kneeland )

### Front Page Information

| | |
|---|---|
| Website Title: | Welcome |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Kneeland.net |
| SEO Score: | 81% |
| Terms: | 162 (Unique: 79, Linked: 3) |
| Images: | 1 (Alt tags missing: 0) |
| Links: | 1 (Internal: 1, Outbound: 0) |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 1999-06-17 |
| Expires: | 2013-06-17 |
| Updated: | 2008-06-06 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.networksolutions.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 216.100.254.12  W  R  P  D  T |
| IP Location | Georgia - Atlanta - Keet Tv.l |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Email Search: | jhouseholter@foggy.net is associated with about 10 domains |
| Registrar History: | 1 registrar |
| IP History: | 2 changes on 2 unique name servers over 3 years. |
| Whois History: | 5 records have been archived since 2001-05-25. |
| Dedicated Hosting: | kneeland.net is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on kneeland.net |
| Free Tool: | Download DomainTools for Windows |



Thumbnail:    2008-05-23



Historical Thumbnails:    3 records

  

05-23-2008   03-20-2007   06-01-2005

View Thumbnail History
Queue this Domain for Update

SEO Text Browser

SEO Text Browser

.d.net

page

)]

### Whois Record

```
Registrant:
Kneeland Engineering
    PO Box 7129
    Eureka, CA 95502-7129
    US

Domain Name: KNEELAND.NET

Administrative Contact, Technical Contact:
    Householter, Joel              jhouseholter@foggy.net

    VideCo
    4753 Patricia Drive
    Eureka, CA 95503
    US
```

Disable SEO Text Browser ( Beta )

Other TLDs    Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

Symbol Key

Available

```
        707-476-2820 fax: 707-476-2814

    Record expires on 17-Jun-2013.
    Record created on 17-Jun-1999.
    Database last updated on 26-Aug-2008 18:56:26 EDT.

    Domain servers in listed order:

    FOGGY.NET                    216.100.254.2
    NS1.PBI.NET                  206.13.28.11
```

Available (Previously registered)

Registered (Active website)

Registered (Parked or redirected)

Registered (No website)

On-Hold (Generic)

On-Hold (Redemption Period)

On-Hold (Pending Delete)

Monitor

Preview

No preview

Buy this (Available)

Buy this (Bid at auction)

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk
24/7 Support, Uptime Guarantee
www.SectorLink.com

**Register Domain Name**
Limited Time Only! Get a Domain For
$10 with 10-Year Registration.
Register.com

Ads by Google

Customize This Page

Select the items you want to be shown
on this page.

☑ Front Page        ☑ Indexed Data
☑ Server Data       ☑ Registry Data
☑ Exclusive Data    ☑ Whois Record

Compare Similar Domains

| Domain | Created |
|---|---|
| Kneeland | 1996-05-02 |
| Kneeland Gallery | 1999-05-14 |
| Knee Lake | 2000-05-17 |
| Kneeland Construction | 2000-11-16 |
| Kneeland Construction Co... | 2004-02-11 |
| Kneel - You - Sucker | 2004-02-19 |
| Knee Lake Lodge | 2004-12-24 |
| Kneeland Air And Heat | 2005-03-08 |
| Kneel 369 | 2005-09-05 |
| Kneel 4u S | 2006-02-27 |
| Knee Lake Resort | 2006-03-25 |
| Kneeland Ch G | 2006-04-10 |
| Kneel 2 Nil | 2006-04-15 |
| Kneeland Bob | 2006-07-13 |
| Kneeland - Consulting | 2006-10-04 |