

## Whois Record for Eurekaradio.com ( Eureka Radio )

### Front Page Information

| | |
|---|---|
| Website Title: | Radio Eureka | News Talk KINS 980 am, Thunder County KEKA 101.5 fm, Talk Radio KWSW 790 am |
| Title Relevancy | 100% |
| AboutUs: | Wiki article on Eurekaradio.com |
| SEO Score: | 79% |
| Terms: | 52 (Unique: 32, Linked: 12) |
| Images: | 1 (Alt tags missing: 0) |
| Links: | 5 (Internal: 1, Outbound: 4) |

### Indexed Data

| | |
|---|---|
| Wikipedia: | Listed on 1 pages |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 2004-12-22 |
| Expires: | 2012-12-22 |
| Updated: | 2007-12-05 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.MEDIATEMPLE.NET (has 215,437 domains) |
| Name Server: | NS2.MEDIATEMPLE.NET |
| Whois Server: | whois.networksolutions.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/2.2.3 (CentOS) |
| IP Address: | 72.47.239.124  W R P D T |
| IP Location: | - Texas - Frisco - Media Temple Inc |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "Householter, Joel" owns about 2 other domains |
| Email Search: | jhouseholter@foggy.net is associated with about 10 domains |
| Registrar History: | 1 registrar |
| NS History: | 3 changes on 3 unique name servers over 4 years. |
| IP History: | 4 changes on 4 unique name servers over 4 years. |
| Whois History: | 3 records have been archived since 2007-09-09. |
| Reverse IP: | 12 other sites hosted on this server. |
| Monitor Domain: | Set Free Alerts on eurekaradio.com |
| Free Tool: | Download DomainTools for Windows |

**Buy great domain names for the price you want to pay.**

### Whois Record

```
Registrant:
Householter, Joel
    VideCo
    4753 Patricia Drive
    Eureka, CA 95503
    US
```

**Thumbnail:**                    2008-04-24



**Historical Thumbnails:**            3 records



04-24-2008      11-01-2007      07-03-2005

View Thumbnail History
Queue this Domain for Update

### SEO Text Browser



SEO Text Browser

Disable SEO Text Browser ( Beta )

**Other TLDs**                    Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

**Symbol Key**

Available

```
Domain Name: EUREKARADIO.COM

Administrative Contact, Technical Contact:
    Householter, Joel          jhouseholter@foggy.net

    VideCo
    4753 Patricia Drive
    Eureka, CA 95503
    US
    707-476-2820 fax: 707-476-2814

Record expires on 22-Dec-2012.
Record created on 22-Dec-2004.
Database last updated on 26-Aug-2008 18:57:07 EDT.

Domain servers in listed order:

NS1.MEDIATEMPLE.NET          64.207.129.18
NS2.MEDIATEMPLE.NET          64.207.128.18
```

Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk
24/7 Support, Uptime Guarantee
www.SectorLink.com

**Register Domain Name**
Limited Time Only! Get a Domain For
$10 with 10-Year Registration.
Register.com

Customize This Page

Select the items you want to be shown
on this page.
☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive Data  ☑ Whois Record

Domains for Sale

| Domain | Price |
| --- | --- |
| OzEureka.com | $250.00 |
| EurekaHealth.com | $388.00 |
| EurekaJobs.com | $500.00 |
| EurekaUsa.com | $500.00 |
| EurekaTeam.com | $500.00 |
| EurekaMedia.com | $500.00 |
| EurekaLand.com | $1,000.00 |
| EurekaValley.com | $1,588.00 |
| EurekaTimes.com | $1,688.00 |
| EurekaData.com | $1,788.00 |
| VisitEureka.com | $1,788.00 |

Domains At Auction

| Domain | Auction Date |
| --- | --- |
| EurekaCafe.com | 08-27-2008 |
| FontEureka.com | 08-27-2008 |
| Eureka-Technologies.com | 08-28-2008 |

Compare Similar Domains

| Domain | Created |
| --- | --- |
| Eureka Ranch | 1997-06-09 |
| Eureka Radiator | 2002-02-08 |
| Eureka Racing | 2002-09-11 |
| Eureka Quilt Show | 2003-12-04 |
| Eureka R - Uk | 2004-07-27 |
| Eureka Radio | 2004-12-22 |

| | |
|---|---|
| Eureka R | 2005-01-07 |
| Eureka Racino | 2005-01-19 |
| Eureka Rainbow | 2005-10-10 |
| Eureka Rc | 2006-02-06 |
| Eure Karau To | 2006-02-22 |
| Eureka Ranch Open Source... | 2006-06-14 |
| Eureka Quilt Shop | 2006-08-06 |
| Eureka Ranch Tv | 2006-09-01 |
| Eureka Ranch Technology | 2007-01-19 |



## Whois Record for Jennsea.com ( Jenn Sea )

### Front Page Information

|  |  |
|---|---|
| Website Title: | Jennsea Home Page |
| Title Relevancy | 0% |
| AboutUs: | Wiki article on Jennsea.com |
| SEO Score: | 65% |
| Terms: | 62 (Unique: 39, Linked: 0) |
| Images: | 3 (Alt tags missing: 3) |
| Links: | 3 (Internal: 3, Outbound: 0) |

**Thumbnail:**          2008-06-06



### Registry Data

|  |  |
|---|---|
| ICANN Registrar: | WILD WEST DOMAINS, INC. |
| Created: | 2001-11-28 |
| Expires: | 2009-11-28 |
| Updated: | 2008-05-28 |
| Registrar Status: | clientDeleteProhibited |
| Registrar Status: | clientRenewProhibited |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | NS1.FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.wildwestdomains.com |

**Historical Thumbnails:**          3 records

     

06-06-2008     11-02-2007     05-22-2005

View Thumbnail History
Queue this Domain for Update

### Server Data

|  |  |
|---|---|
| Server Type: | Apache/1.3.26 (Unix) |
| IP Address: | 216.100.254.123  W  R  P  D  T |
| IP Location | - Georgia - Atlanta - Keet Tv.I |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

**SEO Text Browser**

SEO Text Browser

### DomainTools Exclusive

|  |  |
|---|---|
| Email Search: | leh4@humboldt.edu is associated with about 2 domains |
|  | help@15dollardomains.com is associated with about 414 domains |
| Registrar History: | 2 registrars |
| IP History: | 2 changes on 2 unique name servers over 3 years. |
| Whois History: | 3 records have been archived since 2007-07-24. |
| Dedicated Hosting: | jennsea.com is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on jennsea.com |
| Free Tool: | Download DomainTools for Windows |

**Buy great domain names for the price you want to pay.**

Disable SEO Text Browser ( Beta )

### Whois Record

```
Registrant:
    NA
    172 11th Street
    NULL
    Arcata, California 95521
    United States

    Domain Name: JENNSEA.COM
```

**Other TLDs**          Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

**Symbol Key**

Available

```
Created on: 21-May-08
Expires on: 28-Nov-09
Last Updated on: 28-May-08

Administrative Contact:
    Henderson, Lee    leh4@humboldt.edu
    NA
    172 11th Street
    NULL
    Arcata, California 95521
    United States
        Fax -- NULL

Technical Contact:
    Contact, Technical Support    help@15dollardomains.com
    NA
    2180 Halakau Street
    NULL
    Honolulu, Hawaii 96821
    United States
        Fax -- +1.6319807811

Domain servers in listed order:
    NS1.FOGGY.NET
    NS1.PBI.NET
```

Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**$250,000 Income Potential**
Entrepreneurs Wanted. Turnkey System. No Selling.
www.JayKubassek.com

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk 24/7
Support, Uptime Guarantee
www.SectorLink.com

**Register Domain Name**
Limited Time Only! Get a Domain For $10
with 10-Year Registration.
Register.com

Ads by Google

## Customize This Page

Select the items you want to be shown
on this page.

- ☑ Front Page
- ☑ Server Data
- ☑ Exclusive Data
- ☑ Indexed Data
- ☑ Registry Data
- ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| WildJennMarie.com | $90.00 |
| GotJenn.com | $100.00 |
| JennTheDark.com | $200.00 |
| Jennair.net | $200.00 |
| JennInFashion.com | $488.00 |
| JennJameson.com | $488.00 |
| JennaTv.com | $500.00 |
| JennStar.com | $500.00 |
| JennisKens.com | $500.00 |
| JennHarris.com | $500.00 |
| JennMahnke.com | $1,000.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| Jenn27.com | 08-28-2008 |
| JennairAttrezzi.com | 08-28-2008 |

## Compare Similar Domains

| Domain | Created |
| --- | --- |
| Jenn Selke | 2001-10-10 |
| Jenn Sea | 2001-11-28 |
| Jenns Dream | 2002-07-06 |
| Jenns Doll Z Nsu Ch | 2003-02-10 |
| Jenns Drawings | 2003-08-07 |
| Jenns Doll Z | 2004-08-05 |
| Jenn See | 2005-08-01 |
| Jenn Sells Fast | 2005-08-02 |

| | |
|---|---|
| Jenns Drawing Board | 2005-08-19 |
| Jenn Sells Fl | 2006-03-23 |
| Jenns Eclectic Shoppe | 2006-03-26 |
| Jenn Sells | 2006-07-07 |
| Jenn Sells 4u | 2006-11-03 |
| Jenns Dream Parties | 2006-11-14 |
| Jenns Doodling S | 2007-02-14 |



## Whois Record for Kuryradio.com ( Kur Y Radio )

**Front Page Information**

| | |
|---|---|
| Website Title: | KURY Radio | KURY 95.3 FM KURY 910 AM Brookings, Oregon |
| Title Relevancy: | 100% |
| AboutUs: | Wiki article on Kuryradio.com |
| SEO Score: | 81% |
| Terms: | 22 (Unique: 17, Linked: 4) |
| Images: | 1 (Alt tags missing: 0) |
| Links: | 2  (Internal: 1, Outbound: 1) |

**Registry Data**

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 2005-03-01 |
| Expires: | 2013-03-01 |
| Updated: | 2008-02-14 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.MEDIATEMPLE.NET (has 215,437 domains) |
| Name Server: | NS2.MEDIATEMPLE.NET |
| Whois Server: | whois.networksolutions.com |

**Server Data**

| | |
|---|---|
| Server Type: | Apache/2.2.3 (CentOS) |
| IP Address: | 72.47.239.124   W  R  P  D  T |
| IP Location: | Texas - Frisco - Media Temple Inc |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

**DomainTools Exclusive**

| | |
|---|---|
| Registrant Search: | "Householter, Joel" owns about 2 other domains |
| Email Search: | jhouseholter@foggy.net is associated with about 10 domains |
| Registrar History: | 1 registrar |
| NS History: | 3 changes on 3 unique name servers over 3 years. |
| IP History: | 4 changes on 4 unique name servers over 3 years. |
| Whois History: | 4 records have been archived since 2007-09-14. |
| Reverse IP: | 12 other sites hosted on this server. |
| Monitor Domain: | Set Free Alerts on kuryradio.com |
| Free Tool: | Download DomainTools for Windows |

**Sell your domains for the price they're worth.**

**Whois Record**

```
Registrant:
Householter, Joel
    VideCo
    4753 Patricia Drive
    Eureka, CA 95503
    US

    Domain Name: KURYRADIO.COM

    Administrative Contact, Technical Contact:
        Householter, Joel                    jhouseholter@foggy.net
```

**Thumbnail:**                                    2008-06-10



**Historical Thumbnails:**        3 records

| 06-10-2008 | 12-10-2007 | 07-13-2005 |
|---|---|---|

View Thumbnail History
Queue this Domain for Update

**SEO Text Browser**

SEO Text Browser

Disable SEO Text Browser ( Beta )

**Other TLDs**                    Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

**Symbol Key**

Available

```
        VideCo
        4753 Patricia Drive
        Eureka, CA 95503
        US
        707-476-2820 fax: 707-476-2814

        Record expires on 01-Mar-2013.
        Record created on 01-Mar-2005.
        Database last updated on 26-Aug-2008 18:57:26 EDT.

        Domain servers in listed order:

        NS1.MEDIATEMPLE.NET          64.207.129.18
        NS2.MEDIATEMPLE.NET          64.207.128.18
```

Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Make $18,000 in One Day?**
Act Fast Be The First In Your Area
Automated + Residuals + No Selling.
www.YourLegacyMentors.com

**$250,000 Income Potential**
Entrepreneurs Wanted. Turnkey System. No
Selling.
www.JayKubassek.com

**Register Domain Name**
Limited Time Only! Get a Domain For $10
with 10-Year Registration.
Register.com

## Customize This Page

Select the items you want to be shown
on this page.

- ☑ Front Page          ☑ Indexed Data
- ☑ Server Data         ☑ Registry Data
- ☑ Exclusive Data      ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| RadioPix.com | $77.00 |
| SoftRadio.com | $100.00 |
| StarRadio.com | $250.00 |
| RadioMark.com | $500.00 |
| RadioBus.com | $500.00 |
| CallRadio.com | $500.00 |
| RadioHam.com | $895.00 |
| WiseRadio.com | $1,000.00 |
| RadioTeam.com | $1,288.00 |
| RadioHill.com | $1,688.00 |
| RadioPress.com | $1,888.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| ObjectiveAudio.com | 08-27-2008 |
| JesterMedia.com | 08-27-2008 |
| SkyMediaNet.com | 08-27-2008 |
| IanMedia.com | 08-27-2008 |
| TeasingMedia.com | 08-27-2008 |
| RadioHolidays.com | 08-27-2008 |
| FanFanMedia.com | 08-27-2008 |
| SkyMediaSales.com | 08-27-2008 |
| RadioStorm.net | 08-27-2008 |
| LuckyManAudio.com | 08-27-2008 |
| InternetRadioAds.com | 08-27-2008 |
| PulsarRadio.com | 08-27-2008 |
| EMediaMaven.com | 08-27-2008 |

Compare Similar Domains

| Domain | Created |
|---|---|
| Kur Y R | 2004-07-19 |
| Kur Y R Mobile | 2005-01-03 |
| Kur Yourself | 2005-02-09 |
| Kur Y Radio | 2005-03-01 |
| Kur Y Tech | 2005-05-26 |
| Kur Y S | 2005-07-19 |
| Kur Y Oz | 2005-09-01 |
| Kur Yong Y On | 2005-10-20 |
| Kur Y S Consulting | 2006-02-03 |
| Kur Yum | 2006-04-06 |
| Kur Y Pack | 2006-04-25 |
| Kur Yong Po | 2006-09-26 |
| Kur Y R Plz En | 2006-10-11 |
| Kur Y Soft | 2006-10-15 |
| Kur Yong | 2007-02-23 |

**DomainTools**

## Whois Record for Keet.org ( k E Et )

### Front Page Information

| | | Thumbnail:          2008-06-07 |
|---|---|---|
| Website Title: | [KEET - Public Television for the Northcoast](#) | |
| Title Relevancy: | 100% | |
| AboutUs: | [Wiki article on Keet.org](#) | |
| SEO Score: | 80% | |
| Terms: | 418 (Unique: 245, Linked: 75) | |
| Images: | 15 (Alt tags missing: 1) | |
| Links: | 42 (Internal: 31, Outbound: 11) | |
| Related Sites: | kvie.org, kixe.org, kcsm.org, koce.org, kvpt.org, kteh.org, kiem-tv.com, krcb.org, kaef.com, kpbs.org | |



### Indexed Data

| | |
|---|---|
| DMOZ: | 2 listings |
| Alexa Trend/Rank: | #11,356,900 ⇧ 10,700,164 ranks over the last three months. |
| Wikipedia: | Listed on 1 pages |

### Registry Data

| | |
|---|---|
| Created: | 1996-04-13 |
| Expires: | 2009-04-14 |
| Updated: | 2007-06-21 |
| Whois Server: | whois.pir.org |

### Server Data

| | |
|---|---|
| Server Type: | Apache |
| IP Address: | 70.86.128.94  W R P D T |
| IP Location: | - Texas - Dallas - Theplanet.com Internet Services Inc |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Email Search: | jhouseholter@foggy.net is associated with about 10 domains |
| NS History: | 2 changes on 3 unique name servers over 5 years. |
| IP History: | 6 changes on 6 unique name servers over 4 years. |
| Whois History: | 5 records have been archived since 2001-04-10. |
| Reverse IP: | 256 other sites hosted on this server. |
| Monitor Domain: | Set Free Alerts on keet.org |
| Free Tool: | Download DomainTools for Windows |

**Buy great domain names for the price you want to pay.**

### Historical Thumbnails:          18 records

  
06-07-2008     01-15-2007     06-20-2004

[View Thumbnail History](#)
[Queue this Domain for Update](#)

### SEO Text Browser

SEO Text Browser

[Disable SEO Text Browser ( Beta )](#)

### Other TLDs          Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

### Symbol Key

Available

### Whois Record

```
Domain ID:D637785-LROR
Domain Name:KEET.ORG
Created On:13-Apr-1996 04:00:00 UTC
Last Updated On:21-Jun-2007 17:29:08 UTC
Expiration Date:14-Apr-2009 04:00:00 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:24137162-NSI
Registrant Name:KEET - TV
Registrant Organization:KEET - TV
```

```
Registrant Street1:7246 Humboldt Hill Road PO Box
Registrant Street2:
Registrant Street3:
Registrant City:Eureka
Registrant State/Province:CA
Registrant Postal Code:95502
Registrant Country:US
Registrant Phone:+1.9999999999
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: jhouseholter@foggy.net

Admin ID:20648771-NSI
Admin Name:Joel Householter
Admin Organization:VideCo
Admin Street1:4753 Patricia Drive
Admin Street2:
Admin Street3:
Admin City:Eureka
Admin State/Province:CA
Admin Postal Code:95503
Admin Country:US
Admin Phone:+1.707476282
Admin Phone Ext.:
Admin FAX:+1.707476281
Admin FAX Ext.:
Admin Email: jhouseholter@foggy.net

Tech ID:24137163-NSI
Tech Name:Kneeland Engineering
Tech Organization:Kneeland Engineering
Tech Street1:4753 Patricia Drive
Tech Street2:
Tech Street3:
Tech City:Eureka
Tech State/Province:CA
Tech Postal Code:95503
Tech Country:US
Tech Phone:+1.707476282
Tech Phone Ext.:
Tech FAX:+1.707476281
Tech FAX Ext.:
Tech Email: jhouseholter@foggy.net

Name Server:NS2.PHPWEBHOSTING.COM
Name Server:NS1.PHPWEBHOSTING.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**$250,000 Income Potential**
Entrepreneurs Wanted. Turnkey System. No Selling.
www.JayKubassek.com

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk 24/7 Support, Uptime Guarantee
www.SectorLink.com

**Register Domain Name**
Limited Time Only! Get a Domain For $10 with 10-Year Registration.
Register.com

**Customize This Page**

Select the items you want to be shown on this page.

- ☑ Front Page      ☐ Indexed Data
- ☑ Server Data     ☑ Registry Data
- ☑ Exclusive Data  ☑ Whois Record

**Domains for Sale**

| Domain | Price |
| --- | --- |
| ToEt.com | $265.00 |
| EtAmp.com | $500.00 |
| PhOEt.com | $500.00 |
| HeKEt.com | $500.00 |
| EtJob.com | $500.00 |
| YLnEt.com | $500.00 |
| EtMs.com | $500.00 |
| 4uNet.com | $500.00 |
| EtIKk.com | $500.00 |
| WapEt.com | $500.00 |
| Teamet.com | $1,488.00 |

**Domains At Auction**

| Domain | Auction Date |
| --- | --- |
| EveretCenter.com | 08-27-2008 |
| ObiEtRise.com | 08-27-2008 |
| HerbersVet.com | 08-27-2008 |
| SteEtArcade.com | 08-27-2008 |
| EToilleRestaurant.com | 08-27-2008 |
| FormesEtVitalite.com | 08-27-2008 |
| InernetAmerica.com | 08-27-2008 |
| MixTreEt.net | 08-27-2008 |
| EtShares.com | 08-27-2008 |
| CeCrEt.com | 08-27-2008 |
| LkEtSSingIt.com | 08-27-2008 |
| EtPhones.net | 08-27-2008 |
| DaggetRealty.com | 08-27-2008 |

Compare Similar Domains

| Domain | Created |
|---|---|
| Kees Y Stems | 1999-04-21 |
| Kees Wiese | 1999-11-26 |
| K E Et | 2000-02-20 |
| Kees World | 2002-04-16 |
| K E Eta | 2003-08-07 |
| K E Eta Ballah | 2004-03-02 |
| K E E Tab | 2004-07-07 |
| K E Et 21 | 2004-07-14 |
| Kees X | 2005-05-03 |
| Kees Y | 2005-10-13 |
| K E Et - Alt | 2005-10-16 |
| Kees Y S | 2005-12-06 |
| Kees Wurth | 2006-05-16 |
| K E Et - Life | 2006-11-27 |
| K E Et 1 | 2007-01-14 |



## Whois Record for Star-page.com ( Star Page )

### Front Page Information

| | |
|---|---|
| Website Title: | Welcome to StarPage |
| Title Relevancy: | 100% |
| AboutUs: | Wiki article on Star-page.com |
| SEO Score: | 65% |
| Terms: | 48 (Unique: 42, Linked: 0) |
| Images: | 13 (Alt tags missing: 13) |
| Links: | 10 (Internal: 9, Outbound: 1) |

### Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 1997-12-07 |
| Expires: | 2010-12-06 |
| Updated: | 2006-06-22 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.networksolutions.com |

### Server Data

| | |
|---|---|
| Server Type: | Apache/1.3.26 (Unix) |
| IP Address: | 216.100.254.11  W R P D T |
| IP Location | Georgia - Atlanta - Keet Tv.I |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| Registrant Search: | "StarPage" owns about 3 other domains |
| Email Search: | jhousholter@foggy.net is associated with about 10 domains |
| Registrar History: | 1 registrar |
| IP History: | 1 change on 2 unique name servers over 3 years. |
| Whois History: | 3 records have been archived since 2000-12-22. |
| Dedicated Hosting: | star-page.com is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on star-page.com |
| Free Tool: |  Download DomainTools for Windows |

Aftermarket.com DOMAINS FOR SALE — T.R.A.F.F.I.C. Auction September 24, 2008 5:00PM-6:30PM EST — Submit your domains for auction >

### Whois Record

```
Registrant:
StarPage
   PO Box 7039
   Eureka, CA 95502
   US

   Domain Name: STAR-PAGE.COM

   Administrative Contact, Technical Contact:
      Housholter, Joel                    jhousholter@foggy.net
      VideCo
      4753 Patricia Drive
```

Thumbnail:   2008-06-09





Historical Thumbnails:   6 records

  

06-09-2008  06-05-2005  06-16-2004

View Thumbnail History
Queue this Domain for Update

### SEO Text Browser

SEO Text Browser

Disable SEO Text Browser ( Beta )

Other TLDs     Hide Key

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

Symbol Key

Available

```
        Eureka, CA 95503
        US
        707-476-2820 fax: 707-476-2814

Record expires on 06-Dec-2010.
Record created on 07-Dec-1997.
Database last updated on 26-Aug-2008 18:57:39 EDT.

Domain servers in listed order:

FOGGY.NET                    216.100.254.2
NS1.PBI.NET                  206.13.28.11
```

Available

Available  (Previously registered)

Registered  (Active website)

Registered  (Parked or redirected)

Registered  (No website)

On-Hold  (Generic)

On-Hold  (Redemption Period)

On-Hold  (Pending Delete)

Monitor

Preview

No preview

Buy this  (Available)

Buy this  (Bid at auction)

**Windows 2008 Servers**

Managed Servers , Free Setup, Plesk
24/7 Support, Uptime Guarantee
www.SectorLink.com

**Register Domain Name**

Limited Time Only! Get a Domain For
$10 with 10-Year Registration.
Register.com

Ads by Google

## Customize This Page

Select the items you want to be shown
on this page.

- ☑ Front Page    ☑ Indexed Data
- ☑ Server Data    ☑ Registry Data
- ☑ Exclusive Data ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| StarRadio.com | $250.00 |
| BandStar.com | $500.00 |
| NationalStar.com | $500.00 |
| StarInn.com | $500.00 |
| StarDukes.com | $500.00 |
| PhotoStar.com | $1,200.00 |
| PortStar.com | $1,300.00 |
| Penstar.com | $1,495.00 |
| StarArts.com | $1,688.00 |
| StarChurch.com | $1,788.00 |
| StarPin.com | $1,888.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| RuffStar.com | 08-27-2008 |
| RoadStarExpress.com | 08-27-2008 |
| SoutheasternStar.com | 08-27-2008 |
| BaystarFinance.com | 08-27-2008 |
| StarCoTires.com | 08-27-2008 |
| NetStarHosting.com | 08-27-2008 |
| TvStarSearch.com | 08-27-2008 |
| StarCoWheels.com | 08-27-2008 |
| SeaStarHotel.com | 08-27-2008 |
| LoneStarBabes.com | 08-27-2008 |
| MediaWebStar.com | 08-27-2008 |
| GoldStarAdvertising.com | 08-27-2008 |
| LoneStarLanes.com | 08-27-2008 |

Compare Similar Domains

| Domain | Created |
| --- | --- |
| Star - Pa K | 1997-03-25 |
| Star - Page | 1997-12-07 |
| Star - Pack - France | 1999-02-25 |
| Star - Pack | 1999-05-14 |
| Star - P | 2000-03-10 |
| Star - Paint | 2000-08-28 |
| Star - Pa C | 2001-01-31 |
| Star - Palette | 2005-02-07 |
| Star - Palettes | 2005-02-07 |
| Star - Palace | 2005-07-05 |
| Star - Packaging | 2006-02-27 |
| Star - Pages | 2006-03-09 |
| Star - Owners | 2006-06-19 |
| Star - O Y Un | 2006-07-16 |
| Star - Painting | 2006-11-03 |