

# Whois Record for Curleysgrill.com ( Curleys Grill )

## Front Page Information

| | |
|---|---|
| Website Title: | Curley's Grill - Eat. Drink. Save Money. |
| Title Relevancy | 57% |
| AboutUs: | Wiki article on Curleysgrill.com |
| SEO Score: | 66% |
| Terms: | 402 (Unique: 271, Linked: 26) |
| Images: | 23 (Alt tags missing: 19) |
| Links: | 20 (Internal: 19, Outbound: 1) |

Thumbnail: 2008-07-31

Historical Thumbnails: 9 records

07-31-2008

04-25-2007

02-17-2005

View Thumbnail History

Queue this Domain for Update

## Registry Data

| | |
|---|---|
| ICANN Registrar: | NETWORK SOLUTIONS, LLC. |
| Created: | 2002-09-13 |
| Expires: | 2012-09-13 |
| Updated: | 2006-06-27 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.networksolutions.com |

## Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 216.100.254.121 W R P D T |
| IP Location | - Georgia - Atlanta - Keet Tv.I |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

## SEO Text Browser

SEO Text Browser

ail

t

g

Disable SEO Text Browser ( Beta )

## DomainTools Exclusive

| | |
|---|---|
| Email Search: | curley@foggy.net is associated with about 1 domains |
| | customerservice@networksolutions.com is associated with about 1,162,723 domains |
| Registrar History: | 1 registrar |
| NS History: | 1 change on 2 unique name servers over 6 years. |
| IP History: | 3 changes on 3 unique name servers over 3 years. |
| Whois History: | 3 records have been archived since 2007-08-02. |
| Dedicated Hosting: | curleysgrill.com is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on curleysgrill.com |
| Free Tool: | Download DomainTools for Windows |

T.R.A.F.F.I.C. Auction
September 24, 2008
5:00PM-6:30PM EST
Submit your domains for auction >

## Other TLDs

Hide Key

.com .net .org .biz .info .us

## Whois Record

```
Registrant:
Curley's Grill
   PO Box 247
   Ferndale, CA 95536
   US

   Domain Name: CURLEYSGRILL.COM

   Administrative Contact:
      Curley's Grill                curley@foggy.net
```

## Symbol Key

```
   PO Box 247
   Ferndale, CA 95536
   US
   707-786-9696 fax: 123 123 1234

Technical Contact:
   Network Solutions, LLC.              customerservice@networksolutions.com
   13861 Sunrise Valley Drive
   Herndon, VA 20171
   US
   1-888-642-9675 fax: 571-434-4620

Record expires on 13-Sep-2012.
Record created on 13-Sep-2002.
Database last updated on 26-Aug-2008 18:54:46 EDT.

Domain servers in listed order:

FOGGY.NET                    216.100.254.2
NS1.PBI.NET                  206.13.28.11
```

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

www.brandbucket.com Ads by Google

## Customize This Page

Select the items you want to be shown on this page.

- [x] Front Page
- [x] Indexed Data
- [x] Server Data
- [x] Registry Data
- [x] Exclusive Data
- [x] Whois Record

## Compare Similar Domains

| Domain | Created |
|---|---|
| Curleys Foods | 2000-03-28 |
| Curleys Fishing Tools | 2002-08-23 |
| Curleys Grill | 2002-09-13 |
| Curleys Inc | 2003-06-16 |
| Curleys Frozen Custard | 2004-05-03 |
| Curleys Fisheries | 2004-08-03 |
| Curleys Embroidery | 2005-03-25 |
| Curleys Jerkey | 2005-05-16 |
| Curleys Furniture | 2005-10-21 |
| Curleys Hd | 2005-12-06 |
| Curleys Guide Service Ll... | 2006-02-28 |
| Curleys Guide Service | 2006-05-16 |
| Curleys Cove | 2006-06-19 |
| Curleys Harley Davidson | 2006-07-15 |
| Curleys Harley - Davidso... | 2007-02-08 |

# Whois Record for Ferndaleblacksmith.com ( Ferndale Blacksmith )

## Front Page Information

| | |
|---|---|
| Website Title: | Blacksmithing, Art Glass & Jewelry - The Blacksmith Shop - Ferndale, California |
| Title Relevancy | 80% |
| Meta Description: | The Blacksmith Shop is located in the Victorian Village of Ferndale California, and specializes in blacksmithing, art glass and jewelry from the most talented artists and studios. |
| Description Relevancy: | 63% relevant. |
| AboutUs: | Wiki article on Ferndaleblacksmith.com |
| SEO Score: | 80% |
| Terms: | 164 (Unique: 114, Linked: 20) |
| Images: | 22 (Alt tags missing: 19) |
| Links: | 24 (Internal: 19, Outbound: 5) |
| Related Sites: | swampfoxknives.com, forgetools.com, sweetnessandlight.com, victorianferndale.org |

## Indexed Data

| | |
|---|---|
| DMOZ: | 1 listings |
| DMOZ Title: | The Blacksmith Shop |
| DMOZ Description: | Specializes in blacksmithing, art glass and jewelry from several artists and studios. Offers a picture gallery. |
| DMOZ Category: | Business_and_Economy |
| Compete Rank: | #859,115 with 1,147 U.S. visitors per month |

## Registry Data

| | |
|---|---|
| ICANN Registrar: | COMPUTER SERVICES LANGENBACH GMBH DBA JOKER.COM |
| Created: | 2000-10-07 |
| Expires: | 2009-10-07 |
| Updated: | 2007-10-10 |
| Registrar Status: | clientDeleteProhibited |
| Registrar Status: | clientRenewProhibited |
| Registrar Status: | clientTransferProhibited |
| Registrar Status: | clientUpdateProhibited |
| Name Server: | FOGGY.NET (has 8 domains) |
| Name Server: | NS1.PBI.NET (has 12,699 domains) |
| Whois Server: | whois.joker.com |

## Server Data

| | |
|---|---|
| Server Type: | Apache/2.0.52 (CentOS) |
| IP Address: | 216.100.254.122 W R P D T |
| IP Location | - Georgia - Atlanta - Keet Tv.l |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

## DomainTools Exclusive

| | |
|---|---|
| Email Search: | blacksmith@foggy.net is associated with about 1 domains |
| Registrar History: | 1 registrar |
| NS History: | 4 changes on 2 unique name servers over 4 years. |
| IP History: | 1 change on 2 unique name servers over 3 years. |
| Whois History: | 4 records have been archived since 2007-04-12. |
| Dedicated Hosting: | ferndaleblacksmith.com is hosted on a dedicated server. |
| Monitor Domain: | Set Free Alerts on ferndaleblacksmith.com |
| Free Tool: | Download DomainTools for Windows |

## Thumbnail: 2007-11-30

## Historical Thumbnails: 5 records

11-30-2007

07-04-2005

09-03-2004

View Thumbnail History
Queue this Domain for Update

## SEO Text Browser

SEO Text Browser

ne Black

the fine

ed firep
nd gate
, paperv

shop in

nith Ass
s in Fe
below f
nces.

Disable SEO Text Browser ( Beta )

## Other TLDs

Hide Key

.com .net .org .biz .info .us

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)

Sell your domains for the price they're worth.

## Whois Record

```
domain:       ferndaleblacksmith.com
owner:        Joe Koches
email:        blacksmith@foggy.net

address:      455 Main St
city:         Ferndale
state:        CA
postal-code:  95536
country:      US
phone:        +1.7077864216
admin-c:      CCOM-50345  blacksmith@foggy.net

tech-c:       CCOM-50346  blacksmith@foggy.net

billing-c:    CCOM-50347  blacksmith@foggy.net

nserver:      ns1.pbi.net
nserver:      foggy.net
status:       lock
created:      2000-10-07 16:12:30 UTC
modified:     2007-10-10 17:29:48 UTC
expires:      2009-10-07 20:12:30 UTC

contact-hdl:  CCOM-50345
person:       Joe Koches
email:        blacksmith@foggy.net

address:      455 Main St
city:         Ferndale
state:        CA
postal-code:  95536
country:      US
phone:        +1.7077864216

contact-hdl:  CCOM-50346
person:       Joe Koches
email:        blacksmith@foggy.net

address:      455 Main St
city:         Ferndale
state:        CA
postal-code:  95536
country:      US
phone:        +1.7077864216

contact-hdl:  CCOM-50347
person:       joseph koches
email:        blacksmith@foggy.net

address:      p.o.box 596
city:         ferndale
state:        california
postal-code:  95536
country:      US
phone:        +1.7077864216

source:       joker.com live whois service
query-time:   0.010436
db-updated:   2008-08-26 22:58:29
```

On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Windows 2008 Servers**
Managed Servers , Free Setup, Plesk 24/7 Support, Uptime Guarantee
www.SectorLink.com

**1 Rule of a flat stomach:**
Cut down 9 lbs of stomach fat every 11 days by obeying this 1 rule.
FatLoss4Idiots.com

**Register Domain Name**
Limited Time Only! Get a Domain For $10 with 10-Year Registration.
Register.com

## Customize This Page

Select the items you want to be shown on this page.

- [x] Front Page
- [x] Indexed Data
- [x] Server Data
- [x] Registry Data
- [x] Exclusive Data
- [x] Whois Record

## Domains for Sale

| Domain | Price |
|---|---|
| OnlineBlacksmith.com | $100.00 |
| Blacksmith.biz | $250.00 |
| BlacksmithHistory.com | $449.00 |
| BlacksmithNetwork.com | $549.00 |
| BlacksmithForge.com | $699.00 |
| KentuckyBlacksmith.com | $749.00 |
| IllinoisBlacksmith.com | $999.00 |
| BlacksmithAnvil.com | $1,199.00 |
| BlacksmithTool.com | $1,249.00 |
| ElectronicBlacksmith.com | $1,288.00 |
| TheBlacksmith.com | $1,800.00 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Ferndale Blacksmith | 2000-10-07 |
| Ferndale Borough | 2001-05-16 |
| Ferndale Ca | 2002-10-22 |
| Ferndale Bedand Breakfas... | 2003-07-21 |
| Ferndale Baptist | 2004-12-04 |
| Ferndale Building Projec... | 2005-02-26 |
| Ferndale Blackpool | 2005-06-14 |
| Ferndale Ataglance | 2005-06-27 |
| Ferndale Butterfly Garde... | 2005-08-09 |
| Ferndale Auctions | 2005-12-05 |
| Ferndale Baseball | 2005-12-26 |
| Ferndale Blues Fest | 2006-01-30 |
| Ferndale Banquet Hall | 2006-02-21 |
| Ferndale Blog | 2006-10-07 |
| Ferndale Blues Festival | 2007-01-22 |