**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES,
JOEL HOUSEHOLTER, dba FOGGY.NET

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al.<br><br>    Defendants. | Case No.  CV-07-6211 TEH<br><br>DECLARATION OF JOSH MOHLAND IN SUPPORT OF OPPOSITION TO MOTION FOR CERTIFICATION, STAY, AND BOND<br><br>DATE:  September 22, 2008<br>TIME:    10:00 a.m.<br>CTRM: 12, 9th floor |

I, JOSH MOHLAND, declare as follows:

1.     I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.     Attached hereto as Exhibit A are true and correct copies of the privacy policies of the brand names showing ownership by Active Response Group.

3.     Attached hereto as Exhibit B is a true and correct copy of a complete list of the sending domain names at issue in this action.

4.     Attached hereto as Exhibit C is a true and correct copy of WHOIS reports on all of the sending domain names.  This Exhibit is being submitted on a CD and submitted manually due to its extreme size.

5.     Attached hereto as Exhibit D is a true and correct copy of a complete list of the email subject lines.

6. Attached hereto as Exhibit E are true and correct copies of the Privacy/Proxy Services Registration Agreements.

7. Attached hereto as Exhibit F as a sample is a true and correct copy of an "iPhone" email, a printout of the Defendant's website for the "Claim your Free Apple iPhone" and the Terms and Conditions for "Your Top Brands" sent to Plaintiffs. The email recipient has been redacted to protect Plaintiffs email address.

8. Attached hereto as Exhibit G is a true and correct copy of a SPAMHAUS report listing Active Response, LLC dba yourtopbrands.com on the Spamhaus Block List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated:     August 29, 2008          /s/ Josh Mohland
                                    JOSH MOHLAND