`http://www.brandarama.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

Our Privacy Commitment

Information We Collect

Use of Information

Opt-Out Policy

Global Data Processing and Safe Harbor Principles

Privacy Complaints

How to Access or Modify Your Information

Special Notification for California Residents

Links to Other Sites

Security

Changes to This Privacy Policy

---

### Our Privacy Commitment

**Brandarama** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

#### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

# Use of Information

## Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

## Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

## Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

http://www.freegiftparade.com



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

Our Privacy Commitment

Information We Collect

Use of Information

Opt-Out Policy

Global Data Processing and Safe Harbor Principles

Privacy Complaints

How to Access or Modify Your Information

Special Notification for California Residents

Links to Other Sites

Security

Changes to This Privacy Policy

---

### Our Privacy Commitment

**FreeGiftParade** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

# Information We Collect

## Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

## Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

## Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

http://www.householdsavingsclub.com



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

### Our Privacy Commitment

**HouseHoldSavingsClub** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our **Subscribers**,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the **Opt-Out Policy** section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about **log files**, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about **cookies**, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

# Use of Information

## Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

## Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

## Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal

information you have provided through this Site in a manner that is consistent with this Privacy Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.

In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.

If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:

Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the

information that we maintain to service you. You can change your personal information at any time and as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1]  You are a subscriber if you choose to complete an online survey and/or register for a service, offer or

promotion at our Site.

[2]  Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3]  What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

`http://www.pollprizeusa.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

### Our Privacy Commitment

**PollPrizeUSA** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

#### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

`http://www.rewardsparade.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

### Our Privacy Commitment

**RewardsParade** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

#### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

http://www.topconsumerrewards.com



## Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

## Our Privacy Commitment

**TopConsumerRewards** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

# Information We Collect

## Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

## Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

## Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

`http://www.usasurveygroup.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

### Our Privacy Commitment

**USASurveyGroup** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

# Information We Collect

## Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

## Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

## Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

# Use of Information

## Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

## Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

## Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.

In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.

If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:

Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

`http://www.viewpointrewards.com`



## Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

## Our Privacy Commitment

**ViewPointRewards** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

# Information We Collect

## Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

## Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

## Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

---

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www.aboutcookies.org.

`http://www.wholesomerewards.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

| **Use the links below to navigate to specific information about our Privacy Policy.** |
| --- |
| **Our Privacy Commitment** |
| **Information We Collect** |
| **Use of Information** |
| **Opt-Out Policy** |
| **Global Data Processing and Safe Harbor Principles** |
| **Privacy Complaints** |
| **How to Access or Modify Your Information** |
| **Special Notification for California Residents** |
| **Links to Other Sites** |
| **Security** |
| **Changes to This Privacy Policy** |

---

### Our Privacy Commitment

**WholesomeRewards** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to

adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our Subscribers,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the Opt-Out Policy section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about log files, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about cookies, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

#### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear

GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

<hr>

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy

Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and

as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

---

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

---

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

---

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

---

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www.aboutcookies.org.

`http://www.yourproductsamples.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

### Our Privacy Commitment

**YourProductSamples** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do

not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

# Information We Collect

## Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

## Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

### (b) Subscriber Information

We collect personally identifiable information about our **Subscribers**,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the **Opt-Out Policy** section below).

## Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

### Log Files

Like most Web site servers we use log files. To learn more about **log files**, click here.[2] Log file information is not linked to personally identifiable information.

### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about **cookies**, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer

that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and as often as necessary. You can also request that information be deleted. Information may be withheld

or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.

`http://www.yourtopbrands.com`



### Review Our Privacy Policy

Last Revised: Aug 8, 2007

**Use the links below to navigate to specific information about our Privacy Policy.**

**Our Privacy Commitment**

**Information We Collect**

**Use of Information**

**Opt-Out Policy**

**Global Data Processing and Safe Harbor**

**Principles**

**Privacy Complaints**

**How to Access or Modify Your Information**

**Special Notification for California Residents**

**Links to Other Sites**

**Security**

**Changes to This Privacy Policy**

---

### Our Privacy Commitment

**YourTopBrands** (the "Site") is owned and operated by Active Response Group, Inc., a leading online customer loyalty and rewards company. We respect your privacy and our goal is to maintain your trust when handling your personal information. This document is intended to inform you, the end user, about how we handle information we process on behalf of our clients who use our lead generation and online marketing services (our "Clients").

By using this Site you are accepting the practices described in this Privacy Policy and you agree to adhere to the Terms and Conditions posted on the Site. If you do not agree with any terms, please do

not use this Site or submit any personal information.

If you have any questions regarding this Privacy Policy, click here to contact us.

---

## Information We Collect

### Children's Privacy

This Site is not directed to children under the age of thirteen and we do not knowingly collect personal information from children under the age of thirteen on the Site. If we become aware that we have inadvertently received personal information from a visitor under the age of thirteen on the Site, we will delete the information from our records.

### Personally Identifiable Information

You may choose to provide personal information (such as your name, address, telephone number and email address) on this Site. Here are some of the ways you may provide the information and the types of information you may submit.

#### (a) Contact Us

If you email us through an email or Contact Us link on this Site, we ask you for information such as your name and email address in order to respond to your questions and comments. We will only use this information to respond to your inquiry, unless you authorize additional use of your information.

#### (b) Subscriber Information

We collect personally identifiable information about our **Subscribers**,[1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell number, activities, interests, user behavior and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services.

To the extent the Subscriber information you provide to us includes a wireless device, your provision of such information represents your agreement to be contacted on that device by email, text (SMS) message and telemarketing, and your receipt of notice that your wireless provider may charge you in connection with receipt of incoming calls or messages. You may revoke authorization to be contacted by such means at any time (see the **Opt-Out Policy** section below).

### Non-Personally Identifiable Information

We collect certain aggregate and non-personally identifiable information, as described below, when you visit this Site. This information does not relate to a single identifiable visitor. It tells us such things as how many users visited our Site and the pages accessed.

#### Log Files

Like most Web site servers we use log files. To learn more about **log files**, click here.[2] Log file information is not linked to personally identifiable information.

#### Cookies

Like many sites, we collect information about online behavior using cookies. To learn more about **cookies**, click here.[3] Cookies contain identification information that enables us to offer you the most relevant advertisements and other content. If you have set your computer to reject cookies you can still browse our Site anonymously until such time as you wish to register for an offer or service.

#### Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer

that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

## Use of Information

### Client Offers and Third Parties

By registering at this Site, you agree that this act constitutes an inquiry and/or application for purposes of telemarketing laws, and notwithstanding that your telephone and/or cell number may be listed with the federal Do-Not-Call Registry you expressly opt-in to: (a) receive an offer or service from one or more of our Clients; (b) receive future information about products and services from us and from a variety of third parties to whom we may provide your information; (c) permit us, our Clients and other third parties to contact you pursuant to the business relationship we have established using the information you provided to us for any purpose such as contacting you by e-mail address, phone and/or cell number (including use of automated dialing equipment), text (SMS) message or any means of communication for any purpose that, among other things, your wireless device may be capable of receiving (e.g. mms, video etc. ).

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

### Terms for Specific Clients

### Central Florida Investments, Inc. and Westgate Resorts, Ltd.

If you indicated a vacation preference and responded to the vacation question on page 2 of the registration process, you agree that your personally identifiable information will be disclosed to Central Florida Investments, Inc, and Westgate Resorts, Ltd (collectively, "Westgate") and you will be considered to have made a business inquiry of Westgate, despite that neither entity is otherwise affiliated with or responsible for content contained on this Site. You agree that Westgate may contact you by telephone, including contacting you using an automated telephone dialing system, prerecorded message, or by email. You agree to hold Westgate and its affiliates harmless from and release and indemnify them and their agents and employees from any and all liability that may arise from your entering your personal information through this Site. You agree and acknowledge that Westgate may disclose your personally identifiable information to unrelated third parties.

### Other Circumstances

We may share personal information about you:

- With our service providers and business partners who work on behalf of or with us under confidentiality agreements. These parties may use your personal information to help us communicate with you about offers from us and our Clients. These companies do not have any independent right to use or disclose your information.
- To respond to subpoenas, court orders, or other legal process, or to exercise our legal rights or defend against legal claims.
- If we believe it is necessary in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our terms of use.
- In the event we sell or transfer all or a portion of our business or assets. Should such a sale or transfer occur, we will use reasonable efforts to direct the transferee to use the personal information you have provided through this Site in a manner that is consistent with this Privacy Policy.

## Opt-Out Policy

You may exercise your option to not receive any future communications from us by clicking here. Subscribers should note that unsubscribing from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our Clients or other third parties. To opt-out of future Client and third party offers, set your Communication Preferences in the Customer Status Center to indicate that you do not wish to receive any further information. Please note that you may still receive information from third parties to whom we have disclosed your information prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

## Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.
In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

## Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:
Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010
You may also click here to complete an online form. Please describe in as much detail as possible the ways in which you believe that this Privacy Policy has not been complied with. We will investigate your complaint promptly.
If you feel that your inquiry has not been satisfactorily addressed, you may contact the Direct Marketing Association at privacypromise@the-dma.org or in writing at:
Direct Marketing Association
Attn: Privacy Promise
1615 L St. NW
Suite 1100
Washington, DC 20036

## How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and as often as necessary. You can also request that information be deleted. Information may be withheld

or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

## Special Notification for California Residents

Individuals who reside in California and have provided their personal information may request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

Active Response Group, Inc.
Privacy Officer
Information Access Request
303 Park Avenue, #1079
New York, New York 10010

This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

## Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review if you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

## Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

## Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

---

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at our Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

[3] What is a cookie? A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. We may share this information with third parties, but only in aggregated, anonymous form, including reporting the results of advertising campaigns. Reporting and analyzing the performance of offers and advertisements improves our ability to serve the right offer at the right time, increasing the increasing the personalization of your experience on the Site.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www. aboutcookies.org.