| | | |
|---|---|---|
| 100touchlamps.com | Affirmthebest.com | Ashdapper.com |
| 1020today.com | Aftergavel.com | Ashtopper.com |
| 1234survey.net | Afterimove.com | Askingmeagain.com |
| 123double.com | Agatedefense.com | Associateslimited.com |
| 12aablog.info | Agivugroup.com | Assumambulance.com |
| 12pixgroup.com | Allballoonsgroup.com | Assuminfare.com |
| 13winkstech.com | Allconsult11.com | Ateliertone.com |
| 14box.com | All-dayoffers.com | Atlantisbrickroads.com |
| 1unplugged.com | Alleydancing.com | Attachessential.com |
| 202yes.info | All-for-one-1.com | Attemptfreedom.com |
| 20dreamstech.com | Allforthebests.com | Attendgavel.com |
| 220yes.info | Allfreeemail.com | Attentiondeserved.org |
| 2dozencarnations.com | Allyourdownload.info | Attenvocorp.com |
| 2sdhfnjd.info | Alwaysconnectedtoyou.com | Auctionsalez.com |
| 34q.biz | Amazingoceanview.com | Audiencecorp.com |
| 3jdkmfg.info | Ambrosiadelights.net | Aureatemoney.com |
| 4kdjnfmjg.info | Amedgrapes.com | Authentemp.com |
| 58spotsinc.com | Amplegate.com | Authorcubit.com |
| 74ideastech.com | Amsterdameastsite.com | Authordaybook.com |
| 90connectionsinc.com | Amysteryshopper.info | Authortrousers.com |
| 94bucketstech.com | Amysteryshopper.net | Babedhouse.com |
| Aahhsnndc.info | Anchorcath.com | Babedtrousers.com |
| Abbsbbdd.info | Anchorthis.com | Backcurve.com |
| A-better-today.com | Andloedhim2.com | Backgreet.com |
| Abletennis.com | Aninnovationbrain.com | Backlinese.com |
| Aboutbrother.com | Aninternationalflavor.com | Badentz.com |
| Aboutchicagoonline.com | Answerpushes.com | Baeddantz.com |
| Abouthelp.net | Antrite.com | Bagbearbox.net |
| Aboutpartner.com | Anythingrading.com | Baileytz.com |
| Abutterflyspirit.com | Apolloforthcoming.com | Bakatz.com |
| Accessidpro.net | Appallaple.com | Bakepanhook.com |
| Accttransfersummary.com | Appledark.com | Ballastmussels.com |
| Accumulatormug.com | Applelift.com | Balldotbowl.com |
| Aceresourcecenter.com | Appletan.com | Bandanestring.com |
| Acidfold.com | Applicationoffice.net | Baneblow.com |
| Acidshears.com | Applicationtools.net | Banejuggle.com |
| Acidstead.com | Appriceatethemessage.com | Banenervous.com |
| Acingthatinterview.com | Aproposnow.com | Banepeach.com |
| Actmarket.com | Arc-mail.com | Banespirit.com |
| Actsanus.com | Arcticfauna.com | Barclipyellow.net |
| Actualshirt.com | Ardynetz.com | Barfurnituredays.com |
| Addclap.com | Areaofbooth.com | Bargainfinder0013.info |
| Addeliverymechanism.com | Ariatz.com | Bargainfinder009.info |
| Ad-distributor.com | Aricktz.com | Bargainspares.com |
| Addpaw.com | Armorfast.com | Barginsleuthing.com |
| Addsand.com | Armorstate.com | Baristamedia.com |
| Admailco.com | Armorunlike.com | Barytz.com |
| Adminumbers.com | Arrowdiced.com | Baseblinkgroup.com |
| Adsformtipper.com | Arrowdives.com | Basic-good.com |
| Advancedsolutionspro.com | Arrowgraze.com | Bathlevel.com |
| Advertisementemail.com | Arrowsuch.com | Batteryjumper.net |
| Advertisingpublisher.com | Artcrop.com | Batwindowcap.net |
| Advertisingpublisheronline.com | Asdcxzv.info | Beachcoffeecup.net |
| Affirmspoken.com | Asdflwe.com | Beachtansun.com |
| Affirmsqueez.com | Ashcling.com | Beakgreen.com |

| | | |
|---|---|---|
| Beakjuice.com | Birchgold.com | Bouncestand.com |
| Beaklion.com | Birchvivid.com | Bowcold.com |
| Beakroof.com | Birdsnestbrine.com | Bowldj.com |
| Beanadd.com | Bishoptz.com | Boycrop.com |
| Bearvcol.com | Bitontz.com | Boyhover.com |
| Bearwalldoor.net | Bitterbeercontest.com | Bp1971dc.com |
| Bedcano.com | Bizpalamerica.com | Bracketheyear.com |
| Bedsdaybeds.com | Bjorktz.com | Bracketlace.com |
| Beedark.com | Bjorntz.com | Breakfastmadefast.com |
| Beetaste.com | Blackandwhite33.com | Breakingglass.info |
| Beetip.com | Blackorangeblack.net | Breaktease.com |
| Behindtalkcorp.com | Blackspeakerindustry.com | Breazybrushing.com |
| Beigeslipper.com | Bladetz.com | Brgns2me0010.info |
| Bellaloneinline.com | Blancsubs.com | Brgns2me0013.info |
| Bellebolder.com | Blanketbowl.com | Brgns2me003.info |
| Belletzer.com | Blinknatural.com | Brgns2me009.info |
| Bellinitz.com | Blinkside.com | Bricklayerlot.com |
| Bellonatz.com | Blinkspeculum.com | Brilliantinformations.com |
| Bellotz.com | Blinkwordsltd.com | Bringtrace.com |
| Belvatz.com | Bluebluechip.com | Bringumpire.com |
| Benatz.com | Bluecircleside.com | Broad80inc.com |
| Beniciotz.com | Bluecubiclesgroup.com | Broadcandlesinc.com |
| Bentzers.com | Bluecurrentways.com | Brokenatomic.com |
| Berrygable.com | Bluefacesassociates.com | Brokendread.com |
| Bestbluraysite.info | Bluefacescorp.com | Brokengrizz.com |
| Best-deals-delivered.com | Bluefacesinc.com | Brotherfinder.com |
| Bestfunonline.com | Bluejeansrouted.com | Brownpenholdpen.net |
| Bestones4us.com | Bluememorythought.com | Brownrugs.com |
| Bestwebmedia.info | Bluemesas.com | Brownturnpen.com |
| Bestworldreach.com | Blueredyellow.net | Bubbleberries.com |
| Betterwaywhile.com | Blueruunerexpress.com | Bubblegumfalls.com |
| Beylatz.com | Bluesellz.com | Bubbleword2times.com |
| Beyoncetz.com | Blueskiesindustry.com | Bubblingbranch.com |
| Beyondjustinfinity.com | Bluesodabottle.com | Buildthatfurniture.com |
| Beyondmyreachalways.com | Bluesourcetech.com | Burnearth.com |
| Bhavnatz.com | Bluestringtighten.com | Burnroast.com |
| Biagiotz.com | Bnm529.com | Buyocean.com |
| Bianatz.com | Bodyrockbeach.com | Cablepatrol.com |
| Biantz.com | Boilpoint.net | Cactusafternoonspring.com |
| Bibianatz.com | Boldenicons.com | Cailantz.com |
| Bigauctionlive.com | Boldenicons.net | Caileantz.com |
| Bigbuckssolutions.com | Boldens.net | Caintz.com |
| Bigextent.com | Bonrelavent.com | Caithnesstz.com |
| Bigggtimez010.info | Bonsaichop.info | Calculatforward.com |
| Bigggtimez012.info | Bookcuddy.com | Calculatinherit.com |
| Biggreyhotdogs.net | Bookshape.com | Calendarsetmade.com |
| Bigmoneycheese.net | Bootwater.com | Calendarsurf.com |
| Bignewcomb.com | Bordeffen.com | Caltz.com |
| Bigpinkfish.net | Bornbarn.com | Camperfast.com |
| Bikeridingtomorrow.com | Borncrop.com | Camperhunt.com |
| Billingblog.info | Bornride.com | Campermaster.com |
| Bilowy.com | Borntickle.com | Camperrace.com |
| Bingtz.com | Boseat.com | Campersoccer.com |
| Binhtz.com | Bostonschow.com | Campertickle.com |
| Biotopes.info | Bostonsnack.com | Canarymaize.com |

| | | |
|---|---|---|
| Candlesandmemories.com | Chatversegroup.com | Cloudlesshorizon.com |
| Candycuddy.com | Chaudrelavent.com | Cloudydaypro.com |
| Cansimbled.net | Checknowledge.com | Clovesunset.com |
| Canyontennis.com | Cherrycastshow.com | Clutchpad.com |
| Capergrove.com | Cherrynougat.com | Coachfern.com |
| Caperwoods.com | Cherrypiemedias.com | Coastingwax.com |
| Capitolarea.net | Cheyennetz.com | Codockouty.info |
| Capopupintapeanut.com | Chiamakatz.com | Coffeestool.com |
| Captaincrick.com | Chicagovalues.biz | Coggeryinvolve.com |
| Cardsforgifts.net | Chicagovalues.net | Coincolt.com |
| Careeradvances.net | Chicotz.com | Coldfloat.com |
| Carloveclub.com | Chiltontz.com | Coldhour.com |
| Carlsbadssurf.com | Chimejust.com | Coldlearn.com |
| Carpetpestdestroyers.com | Chimesnake.com | Coldnon.com |
| Cartertz.com | Chinmaytz.com | Coldtotal.com |
| Cartonplasticthings.com | Chitownpolitics.com | Collaborationpower.com |
| Carwyntz.com | Choice-is-best01.com | Collarzing.com |
| Carytz.com | Choice-is-best02.com | Collectorcup.com |
| Casabonitas.com | Cholesterol-mechanic.net | Cologneveal.com |
| Casalate.com | Chungtz.com | Colorcati.com |
| Casapitchy.com | Cicerotz.com | Colorglue.com |
| Casasqueez.com | Cinection.com | Colorhum.com |
| Caseytz.com | Circledotfill.com | Colossalcandysupply.com |
| Cashaving.com | Citrousfruit.com | Comedianlaughter.com |
| Castleembark.com | City-treasures.com | Commercial-distributor.com |
| Castleofdreamssky.com | Claimerclosure.com | Commercial-publisher.com |
| Castlewish.com | Claimerlay.com | Companylimited.net |
| Catfishnokids.com | Claimerpave.com | Completein.com |
| Cavertlyoe.com | Claimzofficial.com | Complinero.com |
| Cbt458.com | Clamshellbox.com | Complyknit.com |
| Cdl-group.com | Clankparadise.net | Complyreseat.com |
| Cedaraxis.com | Clapchords.com | Computersearchmedia.com |
| Cedarclove.com | Clapforward.com | Concernanswer.com |
| Cedarideas.com | Clapquench.com | Concernbrine.com |
| Cedarmint.com | Classicoffer.com | Concernsolution.com |
| Cedarplum.com | Claygoat.com | Concordvines.com |
| Ceilingchairfloor.net | Claymix.com | Concorplow.com |
| Ceilingsupporter.com | Cleanpurple.com | Confedcycle.com |
| Celestialport.com | Cleanroomsmedia.com | Confessdetach.com |
| Cellbillingcharged.com | Clearfloater.com | Confessslops.com |
| Cellphonecentralonline.com | Cleontz.com | Consumersupportproducts.com |
| Centralcitysite.com | Clevelandtz.com | Contemptransfi.com |
| Certified-dealer.net | Cleverscreatch.com | Contiepers.com |
| Certifiedpostalmail.com | Clickenbacksill.com | Continuingprotection.com |
| Chairarmsmouse.com | Clicktrafficbroker.com | Convincepad.com |
| Chairhours.com | Clifftz.com | Convincepitchy.com |
| Chairinstructions.com | Clingdish.com | Convincepull.com |
| Chamivent.com | Clinglearn.com | Coolnewmug.com |
| Chanceinformation.com | Clingwork.com | Cornerstonerelations.com |
| Chandsona.com | Clitustz.com | Corp456mart.com |
| Channeluppermoon.com | Clodbear.com | Cottonbowldallas.com |
| Charlieswigpalace.com | Cloddevour.com | Couchmouth.com |
| Chartofchores.com | Closereach.net | Councilcrew.com |
| Chasechicken.com | Clothestraction.com | Countryclubrewards.com |
| Chatterspotgroup.com | Clothunder.com | Coveringfan.com |

| | | |
|---|---|---|
| Crashimpacter.com | Daintyleash.com | Desideriotz.com |
| Createyourultimatelifestyle.com | Daisytrace.com | Deskmakersnow.com |
| Crepebiz.com | Daityz.com | Destinlicense.com |
| Cricketcold.com | Dakaraitz.com | Devcenderice.com |
| Cricketmind.com | Daksheshtz.com | Devfastjt.info |
| Crispborn.com | Daleytz.com | Devfastlt.info |
| Crispcling.com | Dallasfort.com | Devfastrt.info |
| Crisperchissle.com | Damektz.com | Devildetailsguide.com |
| Criticalrenew.com | Dapperfind.com | Dfgrdmskj.info |
| Criticalspot.com | Dappertotal.com | Diamondsgold.org |
| Criticritual.com | Dareyou123.com | Differentfacesmedia.com |
| Criticstate.com | Darkhockey.com | Dillnails.com |
| Criticstore.com | Darkrisk.com | Dillrun.com |
| Criticthink.com | Dateconnections.net | Dillshoes.com |
| Cropcrisp.com | Dawrfloan.com | Dillturtle.com |
| Cropdream.com | Dawundefined.com | Dillyswitch.com |
| Cropfry.com | Day-to-daynews.com | Dipation.com |
| Cropgame.com | Dazzletaggroup.com | Directionsaway.com |
| Cropgrass.com | Dazzlewiregroup.com | Directlytoyourhome.info |
| Crophockey.com | Dealsbyemail1.com | Directlytoyourhome.net |
| Cropmorning.com | Dealsbyemail2.com | Directorchard.com |
| Cropstick.com | Dealsbyemail3.com | Directpiecesdelivered.com |
| Crownpartners.net | Dealsbyemail4.com | Dirtandgerms.info |
| Crystalaccept.com | Dealsbyemail5.com | Dirtandgerms.org |
| Csqlconsult.com | Dealsbyemail6.com | Discountintl.com |
| Cubatz.com | Dealsbyemail7.com | Dishash.com |
| Cuffjacket.com | Dealsbyemail8.com | Dishrange.com |
| Cuffsleaves.com | Dealsbyemail9.com | Diskbasket.com |
| Cupofclimb.com | Deals-delivered.com | Diskeyed.com |
| Cupofwaters.com | Dealsinmiami.net | Disksnap.com |
| Current-mindset.com | Debatecases.com | Diverthigh.com |
| Customeblades.com | Debatetrained.com | Dlgeniuspricealert.com |
| Customerental.com | Decision-guide.net | Dlgeniusservices.com |
| Custommanuallabor.com | Declangroup.net | Dlgeniusshop.com |
| Cuthberttz.com | Declanicons.com | Dlz2me0011.info |
| Cyancinema.com | Declanicons.net | Dlz2me002.info |
| Cyandrew.com | Declanpromotions.com | Dlz2me007.info |
| Cyberconsultinggroup.com | Deeplipped.com | Dlz2me009.info |
| Cyberdealsusa.com | Deepplane.com | Dockhaul.com |
| Cybermega.net | Delack.net | Doingbreath.com |
| Cypriantz.com | Delacks.com | Doingdog.com |
| Cyriltz.com | Delacks.net | Doingsmold.com |
| Daberttz.com | Delicatestingy.com | Dollarsavend.com |
| Dablistgroup.com | Delivergreatoffers.com | Domcityinc.com |
| Dabsharegroup.com | Deniropromotions.com | Doodiltd.com |
| Dadbirthdayideas.com | Deniropromotions.net | Dooractorbell.com |
| Dagoberttz.com | Denistz.com | Doorlive.net |
| Dailybargwirebuyers.com | Denleytz.com | Doubleringrack.com |
| Dailydotter.com | Denziltz.com | Doushop.info |
| Dailyflaggler.com | Deraintz.com | Downloadfreecartoons.info |
| Dailyhealthadvicemedia.com | Dermottz.com | Downloadsapple.com |
| Daily-opportunities.com | Derrentz.com | Doyouneed.net |
| Dailyorweekly.com | Derricktz.com | Doyouswearstintingly.com |
| Dailystretches.com | Desertcloudsset.com | Dreamerslake.com |
| Daintygnat.com | Desertviolet.com | Dreamgrantersmedia.com |

| | | |
|---|---|---|
| Driveglee.com | Enhancedvision.net | Fanzgalore.com |
| Drive-link.com | Enjoyourgift.net | Farandoff.com |
| Droiltrousers.com | Enlightenbasket.com | Farmerspeach.com |
| Drop25inc.com | Enlighteneyed.com | Farrelgroup.com |
| Drop88tech.com | Enlightenshape.com | Farrelgroup.net |
| Dropocean.com | Enlightensnap.com | Fashneck.com |
| Drumbeatz.com | Enrollog.com | Fastkite.info |
| Dryendsign.com | Ensleyalex.com | Fastwebvisit.com |
| Dry-erase-erasers.net | Entertainhurt.com | Faubmando.com |
| Drysands.info | Enterthesenow.com | Favoredthing.com |
| Dthwboh774.info | Enviablejobperks.com | Fbb123.com |
| Dualdashes.com | Epcsourcebuy.com | Fedincomeacct.com |
| Dundebre.com | Epcsourcedailyspecial.com | Fedrebate.com |
| Dwbswtt778.info | Epsore.com | Feed39inc.com |
| Dywygwhlm.info | Essentialvitaminstores.com | Feedifygroup.com |
| Earfreeze.com | Esurveyreply.net | Feedsharegroup.com |
| Earnestable.com | Evdresscame.com | Feelingbenzoin.com |
| Earnestbuild.com | Evenbettermenues.com | Femboraz.com |
| Earnestopposite.com | Eventcubesinc.com | Fenbotz.com |
| Earnestshape.com | Everydayfunnyjokes.com | Fencedquidd.com |
| Earnestslops.com | Evilcandle.com | Fencethe.com |
| Earnestsnap.com | Exactindustries.net | Fermention.com |
| Earnestsoak.com | Exampilmade.com | Fernrun.com |
| Easiervalue.com | Excelltreasures.com | Festerz.com |
| Easybuttonz.com | Exchangetravelinc.info | Fieldxpress.com |
| Easyhuntfly.com | Exerciseandfitnesscorp.com | Fijautri.com |
| Easymadeinamerica.info | Exercisedflow.com | Filengz.com |
| Easyrewardscenter.com | Exercisedkind.com | Filetowngroup.com |
| Easysuitcase.com | Exerciserightassociates.com | Filmtransfers.net |
| Easythermalcures.com | Exploreanothercareer.com | Fimdrumz.com |
| Easywebdrive.com | Expresspineapple.com | Findfountain.com |
| Ecctrumptz.com | Expresssystemsinc.com | Finepointpens.com |
| Echolinen.com | Express-to-u.com | Fireisthesilenceofourlives.com |
| Echomarks.com | Extramarkings.com | Firstfivefinder.com |
| Echotia.biz | Eyesonball.com | Firstlookdeals.com |
| Ecooloffers.com | Ezbillsez.info | Firstplacesurveys.net |
| Eddsdsca.info | Ezreachme.com | Fishgolf.net |
| Eeddjjmmff.info | Faceinfare.com | Fishhunt.net |
| Eelalignsign.com | Faceslops.com | Fishtrawl.com |
| Effiliatez.com | Facilerelaventmonde.com | Fivevisitingdays.com |
| Effortgiven.com | Factoidmodify.com | Fixinghairmirror.com |
| Ehost-services.com | Fadefillet.com | Fizgiglong.com |
| Ehotfreeoffers.com | Fakesugar.com | Fizgigwire.com |
| Elbowringsize.com | Fallawz.com | Flabething.com |
| Elbowstone.com | Fallenread.com | Flagflyjacket.com |
| Electricalwiringassoc.info | Fallenstead.com | Flagfortriver.com |
| Elephitl.com | Fallensuch.com | Flakesart.com |
| Elffold.com | Fallingpieces.info | Flakesbasketball.com |
| Elfmaroon.com | Fallonpromotion.com | Flakesbow.com |
| Email-advertisement.com | Fallonpromotions.com | Flakescamp.com |
| Embarrassdetach.com | Fallonpromotions.net | Flakesstone.com |
| Embruptz.com | Fallowingz.com | Flakesvolleyball.com |
| Emergingopporunities.com | Famstatic.com | Flakesworry.com |
| Empirefrisbee.com | Fan-cleaners.net | Flapline.com |
| Emptypool.info | Fandinnefly.com | Flapneck.com |

| | | |
|---|---|---|
| Flashenter.com | Frogadd.com | Gleeroof.com |
| Flashingbeat.com | Frogdill.com | Gleesunny.com |
| Flavorpave.com | Frontthingstech.com | Gleetaste.com |
| Flavortriple.com | Frostdove.com | Gleewheel.com |
| Flavorzoo.com | Frostpetals.com | Gloarcubit.com |
| Flexibleworkouts.com | Frostsilver.com | Gloarexcellent.com |
| Flightexchangeinc.info | Fruitpeaches.com | Gloarhigh.com |
| Flipspark.com | Fruitscarf.com | Global-trendz.net |
| Floathat.com | Fruitstrawberriespeach.com | Glorificationsaltine.com |
| Floatinggrove.com | Fulgout.com | Glosslay.com |
| Floatingyard.com | Fullallom.com | Glosslocate.com |
| Floatlesson.com | Fullofgreatideas.com | Gloverink.com |
| Floatrunning.com | Fullrust.com | Gnatbasketball.com |
| Floattie.com | Fullsalez.com | Gnathover.com |
| Floattrial.com | Fullspoken.com | Gnatmoon.com |
| Floorgreenstripe.com | Fullsubs.com | Gnatquick.com |
| Flossingflamingos.com | Funfestival.net | Gnatrun.com |
| Flowerroast.com | Furnitbite.com | Gnatturnover.com |
| Flufferflight.com | Gabeohcorptech.com | Gofindlove.net |
| Fluffycloudz.com | Gabifygroup.com | Goldlandings.com |
| Foldingbills.info | Gablegable.com | Goldmeans.com |
| Fomzoliz.com | Gabspacegroup.com | Golentos.com |
| Forcenewlight.com | Gacorem.com | Golferlife.com |
| Forestgreenexpress.com | Gameromdownload.info | Golindtland.com |
| Forestque.com | Gamesgiftstoysplace.com | Good-andbasic.com |
| Forevergracefam.com | Gamesweepsg.com | Gooddiced.com |
| Forgetablespoons.com | Garagetool.info | Goodednessed.com |
| Forgivehouse.com | Gatherercup.com | Gookygroup.com |
| Forktoward.com | Gazelledoctor.com | Gorunsunset.com |
| Forthcoversif.com | Generationorder.com | Gostergroup.com |
| Forwardemailshere.com | Genuinesteal.com | Gotmoresource.com |
| Forzight.com | Geterfreee.net | Gotnumail.info |
| Fosselz.com | Getexclusive.net | Gotosurveys.info |
| Fountainborn.com | Getfreee.net | Gotosurveys.net |
| Fountaindill.com | Getgrean.com | Goundrail.com |
| Fountainfallsfire.com | Geticeduce.com | Grabasample.net |
| Fourblackspeakers.com | Getsday.net | Grameframe.com |
| Fourblinks.info | Getsfreebies.net | Gramsfork.com |
| Fourwhitechairs.com | Gettinmore.com | Grandhelper.com |
| Freebeagle.com | Getyoursample.info | Grangtivenit.com |
| Freebieget.net | Getyourss.com | Gransmal.com |
| Freebies-network.com | Ghjtyekd.info | Graydusk.com |
| Freedomdialto.com | Gigabit-nw.com | Grayfence.com |
| Freeemailsubscription.com | Gigajamgroup.com | Great-cl1ck.com |
| Freefuntime.net | Girlcowboysride.com | Greatcolumn.com |
| Freekidsbirthday.com | Girlglad.com | Great-daily-deals.com |
| Freelancefreesheet.com | Givealubejob.net | Greatdailyopportunities.com |
| Freetongroup.com | Givewayrain.com | Great-dealsonline.com |
| Freezesand.com | Givewaysite.com | Greatequipoise.com |
| Fresherfields.com | Gladgrain.com | Greatergoodwins.com |
| Freshgreen.net | Gladimpress.com | Greatfacility.com |
| Freshhappy.com | Gladlate.com | Greatlongweekend.com |
| Freshnews3d.com | Gleehorn.com | Greatnext.net |
| Freshstuck.com | Gleelizard.com | Greatofferalert.com |
| Friendlyindustry.com | Gleenon.com | Greatpodvideo.info |

| | | |
|---|---|---|
| Greenbookstech.com | Holdverbalise.com | Illusefish.com |
| Greenplusblue.com | Holidaytravelers.net | Illusewool.com |
| Greenstoragegroup.info | Homebaby.net | Ilovegifts.net |
| Greenthe.com | Homegiftsanditems.com | Imagelore.com |
| Gretofferonlyforyou.com | Homehillhollow.com | Impressarmed.com |
| Greytiretrack.com | Home-improvement-dept.net | Impressdesired.com |
| Grimsrealpack.com | Homestartnetwork.info | Improve-yourlife-now.com |
| Groupsnetinfo.net | Honeycedar.com | In1due.info |
| Growersfruit.com | Honeycoloredcandys.com | In80ltd.com |
| Growerspeach.com | Honeypilepost.com | Inboxgreats.com |
| Growing-ties.com | Honordull.com | Incleco.com |
| Guarnnent.info | Hoodeggs.com | Indigomoodbargain.com |
| Gummyhub.com | Hoodswing.com | Infoforgifts.net |
| Halfsharkbait.com | Hoopswithnets.com | Informationundergrounds.com |
| Halfstapler.com | Hootabuy.com | Infoscholar.com |
| Handercrayon.com | Hopitelesse.com | Infosintelligence.com |
| Handytoolscorp.info | Hopperlipped.com | Infospclz001.com |
| Handywould.com | Hopperout.com | Infospclz0015.info |
| Hangoverassist.com | Hopscotchfour.com | Infospclz006.info |
| Happinessseekersgroup.com | Horseknobs.com | Inhandintend.com |
| Happydailygrind.com | Hostbasketball.com | Installead.com |
| Happygentle.com | Hotinboxdeals.com | Intelligentkeepsake.com |
| Happyvalleynights.com | Hourbean.com | Intentable.com |
| Hardenrich.com | Hourblessing.com | Intenttotally.com |
| Hardpitchy.com | Hourmoon.com | Inthefront.net |
| Hardsmug.com | Hourrisk.com | Intimidknit.com |
| Hardwoolly.com | Hourstick.com | Intimidslum.com |
| Harketonline.com | Hoverroast.com | Intimidsqueez.com |
| Harleyspicey.com | Hoververy.com | Intwineeyed.com |
| Harrisblue.com | Howcoolthatis.com | Intwinetotally.com |
| Harrisblue.net | Humanfacility.com | Investmentbenefit.com |
| Hatbeak.com | Hundread-sites.com | Invisiblebread.com |
| Hatsbutter.com | Hungryadd.com | Invissior.info |
| Haveagoodday478.com | Hungrydainty.com | Invitingspry.com |
| Headloot.com | Hungryumpire.com | Ion3mte40.info |
| Healthierhomesassociates.org | Hurtfind.com | Ipeworks.com |
| Healthyfishmeals.com | Hurtflakes.com | Ipoanswers.com |
| Healthymealscorp.biz | Hurthorn.com | Iposol.com |
| Healthymealscorp.com | Hurtjuice.com | Iqenter.net |
| Healthymealscorp.org | Hurtslip.com | Isiforrealhome.com |
| Healthytipsdaily.com | Hyperdyn.info | Issaing.com |
| Hearinghooves.com | Ibelieveinmericals.com | Itemsdoneright.com |
| Heartonegroup.com | Icbtisd.info | Itisinformation.com |
| Heatisoff.com | Icecanayell.com | Itsono.com |
| Hiddenindustry.com | Icesaps.com | Ivoryelephants.com |
| Hideportfolio.com | Idctiajttwt.info | Jackambulance.com |
| Highleeper.com | Idealightsite.com | Jackbuild.com |
| Highschoolhijinx.com | Idealscales.com | Jacksonindustry.com |
| High-style.net | Igniteguide.com | Jagholangstreet.com |
| Hillynews.info | Ignoreplenty.com | Janesmiraclemusic.com |
| Hippothree.com | Igroupstech.com | Janetsbodycandy.com |
| Hipptyhoppers.com | Iiiehhhndj.info | Janroadclass.com |
| Hitechwarmth.com | Illatomic.com | Jarlight.com |
| Hockeyumpire.com | Illuseblamed.com | Jennifersrunawaypage.com |
| Hocklente.com | Illusedozen.com | Jensgiftscards.com |

| | | |
|---|---|---|
| Jerkinline.com | Kkindlinstickss.com | Lightlawn.com |
| Jetplaneownersassc.info | Kleanalpha.com | Lightning-tune-up.net |
| Jetsandliner.com | Kleancommons.com | Lightpixie.com |
| Jillybear.info | Kleenexusers.com | Lightsunrise.com |
| Jobhip.com | Klkstandard.com | Likesqueez.com |
| Jobstreams.net | Knightleypromotions.com | Likethatu.com |
| Jobswicked.com | Knightpromotions.net | Likethread.com |
| Joeconulting.com | Knownewplace.com | Lilyfreeze.com |
| Johnjoshuafrancis.com | Konstia.com | Lilygable.com |
| Joltbisquit.com | Krownexpress.com | Lilysplash.com |
| Joltturkey.com | Kwikget.net | Limeclove.com |
| Joltwriter.com | Labingdogs.com | Linenash.com |
| Jot34inc.com | Lacostabound.com | Linxpoint.com |
| Journalfaden.com | Lacrossegroup.com | Liquidateyoureassets.com |
| Joyfulcold.com | Lanaillic.com | Littlegreyfish.net |
| Jtz456.com | Landscapeoval.com | Littleorangefish.net |
| Juiceclover.com | Lapbisquit.com | Littlepinkfish.net |
| Juicetablespoons.com | Lapdark.com | Littleslakes.com |
| Juicetent.com | Lapentail.com | Livelunar.com |
| Juicetickle.com | Lapgreen.com | Liveoaktech.com |
| Jumperwade.com | Laphover.com | Liveplacesgroup.com |
| Jumproast.com | Lapshirt.com | Livespotgroup.com |
| Juneoffers.com | Largetoenail.com | Livingedgejack.com |
| Justcallone.com | Largevalues.com | Lizardburn.com |
| Justenergize.net | Laserbeam5.com | Lizardclass.com |
| Justerelavent.com | Lastbutnotleast27.com | Lizardclover.com |
| Just-in-time-1.com | Laterunumbers.com | Lizardfresh.com |
| Kansred.com | Lattyn.com | Lizardgame.com |
| Kdt076.com | Laughterisgodsbesttooldtohealwounds.com | Lizardjump.com |
| Keeperchat.com | Lavalamas.com | Lizardrun.com |
| Keeperexcite.com | Lawgrouponline.net | Lizardstick.com |
| Keepergavel.com | Lcfin.com | Lizardturnover.com |
| Keepershape.com | Ldl-minimizer.com | Lizardvolleyball.com |
| Keepitgumbo.com | Leapingdolly.com | Lizardwarp.com |
| Kenya-fosa.info | Learntie.com | Lodestargazez.com |
| Kenya-gosa.info | Learntrial.com | Logbaseball.com |
| Kenya-hosa.info | Leashdaisy.com | Logbasketball.com |
| Kenya-josa.info | Leashgrass.com | Logleague.com |
| Kenya-nosa.info | Leasholive.com | Loglesson.com |
| Kenya-qosa.info | Leashpurse.com | Logoffor.com |
| Kenya-rosa.info | Leashrace.com | Lookedleftlast.com |
| Kenya-sosa.info | Leashsoccer.com | Lookednever.com |
| Kenya-uosa.info | Leashstone.com | Lookfortheclickheretab.com |
| Kenya-vosa.info | Leashtickle.com | Looseyarn.com |
| Keyboardkelp.com | Leashvolleyball.com | Lothingyourtimewaistedoften.com |
| Keyrockrolling.com | Leashworry.com | Loveableseacritters.com |
| Kihaal.info | Leassonsandle.com | Loveistheanswertoallquestionstoday.com |
| Kijnddjhe.info | Leatherfile.com | Lovelent.com |
| Kindnun.com | Leavingthetournomnetforrome.com | Lowerratesforyou.com |
| Kingoftheworld33.com | Ledialin.com | Lowerratesforyou.org |
| Kingpuppy.com | Leftycar.net | Luckiebargainz006.info |
| Kingtimely.info | Lendleadact.com | Luckyapril.com |
| Kingtimely.net | Leprechaunfriend.com | Luminenlights.com |
| Kitcattle.com | Lettersarewords.com | Lunchnation.com |
| Kiteflydude.com | Lifenew.net | Lunchserial.com |

| | | |
|---|---|---|
| Lvtgroup.net | Mightywinds.info | Mxswmple.info |
| Mablesack.com | Mikesgoodiestoday.com | My1due.info |
| Machroutes.com | Milesourceonline.com | My1two.info |
| Macoracorp.com | Mindedfish.com | Myamericandating.com |
| Macrorudera.com | Mindedslum.com | Mycollegecareer.net |
| Madsengroup.net | Mindedunlike.com | My-daily-deals.com |
| Maidemploy.com | Mindugroup.com | Mygreatcityview.com |
| Maidmoneymiler.com | Mintgiffts.com | Myisiforreal.com |
| Mainbelieve.com | Minutesstucky.com | Myjkofp.com |
| Mainnusiti.com | Misprotypist.com | Myjobmoves.com |
| Makingquench.com | Missbelong.com | Myonlinesamples.net |
| Mammaltrain.com | Missfixed.com | Mypreferredoffer.com |
| Mandetach.com | Missrust.com | Myscarce.com |
| Mandysdragonnails.com | Mistmando.com | Mysdponto.com |
| Manillaindustry.com | Mistpopular.com | Mysurveyreply.net |
| Manillanetwork.com | Mistsouled.com | Mytmen.com |
| Manjump.com | Mistspirit.com | Mywrestle.com |
| Manquick.com | Mistyelm.com | Nadirtop.com |
| Mansontech.com | Mitrigroup.com | Nailflakes.com |
| Manualjump.com | Mitsonmet.com | Nailfromthehammer.com |
| Maplespin.info | Mnhjkloiu.info | Nailgentle.com |
| Margarineteam.net | Mobileoil.net | Naillizard.com |
| Markbendrt.com | Moclaryconsulting.com | Nailpants.com |
| Marketanalyze.com | Modernapaint.com | Nailsoap.com |
| Marketcanonts.com | Modern-look.com | Nailtaste.com |
| Marketing-stats.com | Moloanacorp.com | Nailwhite.com |
| Marketports.com | Momscookingreceipt.com | Nailyarn.com |
| Martialartgiftstore.com | Moneyclosure.com | Nappingknuckle.com |
| Masterofpoterygrow.com | Moneymakingwells.com | Nationalbeeexpress.com |
| Matassint.com | Moneysmock.com | Naturallatit.com |
| Matchesmaple.com | Mongeri.com | Navirate.com |
| Matchsticksseventeen.com | Monitorsighttv.com | Nearhearphone.com |
| Matrixmaple.com | Monitorthefours.com | Neclacewavemake.com |
| Mattailup.com | Montgomeryalex.com | Nedtokenpro.com |
| Mattresslid.com | Mookogroupinc.com | Nematri.com |
| Maydaystars.com | Moonyarn.com | Nesstoward.com |
| Maywoodroadgroup.com | Morecabinetmove.com | Nesswagon.com |
| Mbamixture.com | Moreforthemoney.net | Netcloudstech.com |
| Meal-giftcards.com | Morningcling.com | Neteventcorp.com |
| Mechnewsmile.com | Morningvalue.com | Nethenormal.com |
| Meeklearnt.com | Mothersdayspa.info | New12aa.info |
| Megansbestshoes.com | Mothsub.com | Newbotanicalgarden.com |
| Melloncastle.com | Mothtraction.com | New-boundaries.net |
| Mellowtan.com | Mountaindrives.com | Newcrowcall.com |
| Mendingplenty.com | Mountainexpressonline.com | Newerpossibilities.com |
| Mercuryrockgroup.com | Mountainpear.info | Newlineresouces.com |
| Mermaidstencil.com | Movinglanes.com | Newlingswim.com |
| Metachry.info | Muffinrope.com | News14tech.com |
| Metricpita.com | Mulbehen.com | Newshoppinginfo.net |
| Metropolischicago.com | Multicoloreddecor.com | Newstepresults.com |
| Micromenesth.com | Muraforum.com | Newsurveys.net |
| Middlehockey.com | Mutineerin.com | Newwellness.net |
| Middleinvite.com | Mxsfmple.info | New-years-resolutionz.net |
| Middlekite.com | Mxsgmple.info | Nextdoorgroups.com |
| Middletoad.com | Mxsqmple.info | Nflseasonticket.info |

| | | |
|---|---|---|
| Nflticketonline.info | Onefirstvertical.com | Passionexciting.com |
| Nicediscounts.com | Onepinksweater.com | Passioninfare.com |
| Nicktalktime.com | Onertrey.com | Passionrust.com |
| Nid97.com | Onlineguidedirect.com | Passionsnap.com |
| Nightbluesile.com | Onlineredpinkbook.net | Passiontotally.com |
| Ninecatsnickel.com | Onstrumul.com | Passportstone.com |
| Nintrite.com | Ooliagroup.com | Passsand.com |
| Nipstaff.com | Open-face-griller.org | Pastputty.com |
| Nohiddensecrets.com | Opportunitiesdaily.com | Patervivify.com |
| Nohospitalvisits.com | Opportunitiesscreens.com | Patriotfurnace.com |
| Noncornelan.com | Opticalchanges.net | Paulaslastresort.com |
| Noninvite.com | Optimisticfutures.net | Pawburn.com |
| Nonsky.com | Optimumdeal.com | Pawclass.com |
| Northatlantamedicalgroup.com | Optionfourin.com | Pawentertain.com |
| Northlinesystems.com | Opxyzsevr3d.com | Pawmorning.com |
| Nosnowsnew.com | Oragnags.info | Pawolive.com |
| Notifypriory.com | Orangeprodotti4.com | Pawtie.com |
| Nowrinkleshere.com | Orangeprodotti5.com | Pawtrial.com |
| Ntdwbn41.info | Orangepumpkinindustry.com | Pawwhisper.com |
| Nuccessfulsir.com | Orchidmint.com | Paydayupfront.com |
| Nu-dealz.info | Originalleftyride.net | Paygolf.com |
| Nursebug.com | Ornamentalheight.info | Paypathgroup.com |
| Nutla.com | Otherwaytoday.com | Peacefulribbons.com |
| Nwdconsulting.com | Ourpeersgroup.com | Peachpop.info |
| Nwiregroup.com | Ourwhitepaper.com | Peachveil.com |
| Nyfashioncentral.com | Outletplug.com | Peachyml.com |
| Nyh776.com | Outreacarriero.com | Pearclove.com |
| Oaktreefinancial.net | Outreaccrimino.com | Pebbleway.com |
| Oatsbisquit.com | Outreacsoso.com | Peelerskirting.com |
| Oatsentail.com | Overdull.com | Penpaperpack.com |
| Oatslion.com | Oversavor.com | Peopleclasstop.com |
| Oatslog.com | Overtheocean.com | Peopleintravel.info |
| Oatslord.com | Overtimely.com | Pepperpromotions.net |
| Oatspants.com | Oyolithgroup.com | Pereptionskeptic.com |
| Oatspencil.com | P1ck-th1s.com | Pereptionundefined.com |
| Obcentricitisa.com | P1ck-this.com | Perfectgiftss.com |
| Obvgenriltacit.com | Pacificfont.com | Perfectmailings.com |
| Occupydog.com | Pacificsimple.com | Perfectmailingsource.com |
| Occupyplane.com | Padritual.com | Perfectmomentsinc.com |
| Oceansmajor.com | Pagemus.com | Perfect-strive.com |
| Oceanswavez.com | Pailjarleaf.net | Perfetone.com |
| Oceanwinter.com | Pailwallcrayon.net | Performedhum.com |
| Offer-junction.com | Paintbelong.com | Permtrimtrail.com |
| Offersallday.com | Palmsprinted.com | Pernsono.com |
| Offerseals.com | Panasonsupportone.com | Perpadmidas.com |
| Offerwheel.com | Pancakesandwafflesgroup.com | Personalinspirationsgroup.com |
| Officialbed.com | Pandapacket.com | Pertintionsip.com |
| Officialcotton.com | Pantsart.com | Pesferunne.info |
| Officialletterhead.com | Pantshover.com | Phantom-class.com |
| Offorhear.com | Paperandplasticitems.com | Phoneticketlines.com |
| Ogolutions.com | Paperclipchainsmade.com | Photoworldrecord.com |
| Ohrama.com | Papercomposer.com | Phras.com |
| Oliveponder.com | Papercorner.info | Pianiant.com |
| Olivethistle.com | Passbelong.com | Piarang.com |
| Olivezoo.com | Passesfororange.com | Pickinherit.com |

| | | |
|---|---|---|
| Pickshamble.com | Positionword.com | Pushupz.com |
| Picksoak.com | Positivelooks.com | Quadrigconfed.com |
| Picturestructure.com | Positivever.com | Quadrigreseat.com |
| Picturewheels.net | Postedone.com | Quakereyed.com |
| Piecessliegh.com | Posterfreezerlot.net | Quakerrust.com |
| Pigglad.com | Potle.com | Qualifymark.com |
| Pigglower.com | Pourgrowth.com | Qualityflakes.com |
| Pigwish.com | Pourlay.com | Qualitylizard.com |
| Pinecurly.com | Povive.com | Qualitypants.com |
| Pinksheetquotesite.com | Power-cl1cks.com | Quectoes.com |
| Pinkveils.com | Powerdull.com | Quetrocorp.com |
| Pinkylive.com | Powermulticreative.com | Quiblegroup.com |
| Pinsenrich.com | Ppuyehd.info | Quikklebind.info |
| Pinsquake.com | Precisionarrow.com | Qweds34.info |
| Pinswell.com | Premierrelavent.com | Qwerfdsa.info |
| Pintpine.com | Pressjust.com | Qwyridnvmgh.info |
| Pionis.com | Pressparch.com | Racebin.com |
| Pivenpromotions.net | Presssuch.com | Racenail.com |
| Placacarioliven.com | Pretendmeaning.com | Racevantage.com |
| Placetinner.com | Prewfind.com | Ragepencil.com |
| Plaintreason.com | Pricealertsavings.com | Ragonally.com |
| Planetglo.com | Primarysole.com | Ragrust.com |
| Plannedmouse.com | Primergall.com | Ragskald.com |
| Plasmaenrich.com | Privategroundexpress.com | Rainpixie.com |
| Plasterbuildinggroup.info | Proactiveindustries.net | Raisinamer.com |
| Platesheet.com | Progessingforward.com | Rallyfeaver.com |
| Platformprotections.com | Projectreach.net | Ramousable.com |
| Platinumweeks.com | Promotions-center.net | Rangersforhire.com |
| Playcold.com | Promotion-zone.net | Rantroness.com |
| Playholer.com | Promptshears.com | Ratbrowntime.com |
| Playlocate.com | Promptusual.com | Rationaltuning.com |
| Pleaseaskmelater.com | Propbisquit.com | Ratway.com |
| Pleatstream.com | Propleague.com | Raveltopfaster.com |
| Plixsnever.com | Proplesson.com | Rayscenter.com |
| Pluckertraction.com | Propstone.com | Razorgloves.com |
| Plugincords.com | Protectdraw.com | Razorsedge.info |
| Plumbowling.info | Proudindustry.com | Razorsharpresults.com |
| Plumcedar.com | Provenswim.com | Readcleze.com |
| Pluving.com | Puloomor.com | Readyforward.com |
| Podhhfnnghc.info | Pumarange.com | Readysls84.info |
| Pointfloat.com | Pumpkinblack.com | Realtimenewsdailymedia.com |
| Pointnon.com | Pumpkinred.com | Redborders.com |
| Polartalent.com | Puppybasketball.com | Redglassofwine.com |
| Polerimlamps.com | Puppybisquit.com | Redhairweb.com |
| Polsterjockieing.com | Puppycricket.com | Redoakrattle.com |
| Pondcolor.com | Puppyrange.com | Redparrott.net |
| Poolcabanainfo.info | Puppysky.com | Redwallcanyon.com |
| Poolpractice.com | Puppytell.com | Redyellowgreen.net |
| Poolsideview.com | Purescou.com | Reflectionagain.com |
| Popajsnfmj.info | Puritydread.com | Regulargrand.com |
| Popcorndelivery.com | Puritydull.com | Relaventenligne.com |
| Poplifecan.com | Purplepeoplepleaser.net | Relaventsuperbe.com |
| Poppave.com | Purplerally.com | Relaventvirtuel.com |
| Popsum.com | Push-button-resizers.net | Renderthem.com |
| Porlitnuddeed.com | Pushing-thelimits.org | Rendingtrousers.com |

| | | |
|---|---|---|
| Renewingvalues.com | Royalsteps.com | Seekandfindindustry.com |
| Rentpole.com | Rreeggffnhd.info | Seekgreatvalue.com |
| Repeatingtasks.com | Ruggedcliffs.com | Selectiveoffersjustforyou.com |
| Restrium.com | Rulecone.com | S-email.info |
| Retail-department.com | Runash.com | Sendeslossmoven.com |
| Retail-rewards-dept.net | Runbackthrough.com | Sendmedirect.com |
| Reward-center.net | Runbring.com | Sendmothersdayflowers.info |
| Reward--centers.com | Runcrisp.com | Sendroadsinc.com |
| Rewards-center.net | Rundaisy.com | Sendstreamltd.com |
| Rewards-department.net | Runworry.com | Septraroll.com |
| Rewards-dept.net | Rureadry4this.net | Servepromptlycenter.com |
| Rewards-shipping.com | Rushmitt.com | Serviceslimited.net |
| Rewqasdf.info | Russetred.com | Setsworld.com |
| Ricelesson.com | Rusticsand.com | Seuvirtical.com |
| Ricepurse.com | Sacredfig.info | Sevenlinksgolf.com |
| Ricetie.com | Safehabitatcorp.info | Sevenpaperroll.com |
| Rideloose.com | Sagewaiting.com | Sfaorganization-int.com |
| Ridestep.com | Saguarobranch.info | Sgameonlinebiz.com |
| Ridestick.com | Sailingandcamping.com | Shademorningmt.com |
| Ridetickle.com | Saintshall.com | Shaderas.com |
| Ridleypromotions.com | Saluteseashore.com | Shadowsindelkin.com |
| Ridleypromotions.net | Samblog.info | Shakentailfeather.com |
| Rifeaffirm.com | Samplemysite.info | Sheetlamp.com |
| Rifedives.com | Sampleology.net | Sheetmetalcad.com |
| Rightinformations.com | Samradwan.com | Sheetmetalguru.com |
| Rightringer.com | Sandcopper.com | Shipbeg.com |
| Rinsebat.com | Satintruffles.com | Shippinginformationroad.com |
| Ripplerose.com | Saucyblister.com | Shipships.com |
| Riskumpire.com | Savesinformation.com | Shirthungry.com |
| Rittrile.com | Sayinformations.com | Shirtstone.com |
| Riverbedrubble.com | Scalestringer.com | Shjkeys.com |
| Roastclap.com | Scarfawake.com | Shockingvalue.com |
| Roastdark.com | Scarhalf.com | Shoelessman.com |
| Roasthair.com | Scarletsheap.com | Shoesitesands.com |
| Roastnails.com | Scarsign.com | Shoestoad.com |
| Roastpants.com | Scavaultson.com | Shoppersbonanza.com |
| Roastshirt.com | Scissorbeach.com | Shotsupport.com |
| Roasttip.com | Screamblue.com | Showupsign.com |
| Rockgrain.com | Screenslates.com | Shufflebirdgroup.com |
| Rockingchairgroup.com | Screwpiledriver.com | Shuttergrave.com |
| Rockorchard.com | Scrolnights.com | Shuttertooth.com |
| Rocksoup.net | Scutc.com | Sichron.com |
| Rollingoranges.net | Sdewdcvf.info | Sidecubiclesinc.com |
| Ronsontowel.com | Sdf39.com | Siegeflow.com |
| Roofdrive.com | Sdponto.com | Signedpostal.com |
| Rooffountain.com | Sdvesax.info | Siliencefreeze.com |
| Rooffrog.com | Seacowrie.com | Silver-industry.com |
| Roofrange.com | Searchforsimplicity.com | Simoncheck.com |
| Roofsoccer.com | Searchthistoday.com | Simoonbattle.com |
| Rooftrial.com | Seasonbattle.com | Simoonsouled.com |
| Roomnun.com | Seasonexcellent.com | Simple-online-education.net |
| Root91.com | Seasonmit.com | Simplesmando.com |
| Rosenoon.com | Secretretail.info | Simworldparty.com |
| Roundoldclock.com | Securebitmail.com | Singingsoftly.com |
| Rowusa.net | Secureimport.com | Sitesecretshopper.info |

| | | |
|---|---|---|
| Sitesecretshopper.net | Southportindustry.com | Strangefootings.com |
| Sixsidetable.com | Southwst2.com | Strategicleads.net |
| Sixthingsontip.com | Speakerline.com | Stratosscyclops.com |
| Skfngmvh.info | Special-delivery-1.com | Stream33inc.com |
| Skibagroup.com | Specialdeliveryindustry.com | Streamingapplications.net |
| Skinusual.com | Specialdeliverynetworks.com | Streamspotstech.com |
| Skipclubgroup.com | Special-message.com | Strickenpit.com |
| Skipennant.com | Special-you.com | Stringwithshag.com |
| Skiploungegroup.com | Speculumneck.com | Strongcome.com |
| Skreetchysaxaphone.com | Speedsweepin.com | Strummerattend.com |
| Sksnsdudn.info | Spentflag.com | Stycati.com |
| Skyapple.info | Spentgrowth.com | Styleandlooks.com |
| Skydealsandvalues.com | Spentlocate.com | Submarinesalad.com |
| Slash34ltd.com | Spentluke.com | Suctioncup-depot.net |
| Sleepbath.com | Spentsun.com | Suelizsamsunmolben.com |
| Sleeprunwave.com | Spicedseaside.com | Summerbeachtoys.com |
| Sleepsour.com | Spothelect.com | Summerweddingideas.org |
| Sleepwandering.com | Spotplane.com | Summitdealznow.com |
| Sleevefolderco.com | Spotrope.com | Sunnysoccer.com |
| Slipmus.com | Spressusur.com | Sunshine-day-1.com |
| Slippertasty.com | Spring58tech.com | Superenrich.com |
| Sliprange.com | Springnotice.com | Superfacility.com |
| Slipriver.com | Squarecords.com | Superharket.com |
| Sliptent.com | Squarenlava.com | Superman4u.com |
| Slipturnover.com | Stagefrightrunning.com | Supernels.com |
| Slumblamed.com | Staircasekind.com | Superode.com |
| Slumcatal.com | Stairsfinder.com | Superread.com |
| Smackingpumpkin.com | Standardaspects3.info | Supertimesheet.com |
| Smalgran.com | Starglad.com | Sureinformations.com |
| Smalgran.net | Starienight.com | Surveyforumnet.info |
| Smallsidewalk.com | Starsregard.com | Surveyscostmx3.net |
| Smallwheelwhile.com | Startsounding.com | Survey-team.info |
| Smart-consumer-choice.com | Statesent.com | Survy.info |
| Smartdealdaily.com | Statotalife.com | Survy.net |
| Smartdealflash.com | Staystrongpard.com | Svngsrgstr.com |
| Smartdealrewards.com | Steplano.com | Sweetandsours.com |
| Smartdealspecials.com | Steppolefence.com | Swingsprofit.com |
| Smarterfinds.net | Sternfind.com | Syntectaffirma.com |
| Smileremote.com | Sternorange.com | Systemslimited.net |
| Smoothwoodgrain.com | Sternpuppy.com | Takeselbowgrease.com |
| Snapseventimes.com | Sternsand.com | Talllands.com |
| Snobar.info | Sternturtle.com | Tallpicturefor.com |
| Snowoak.com | Stickborn.com | Tansbackbook.com |
| Snowsleader.com | Stickcrisp.com | Taosquaresinc.com |
| Snxncdkdnf.info | Stickinvite.com | Tapcleaned.com |
| Soapblessing.com | Stickpurse.com | Tapdancehero.com |
| Soapentertain.com | Sticktoad.com | Tasfsaycfio.info |
| Soapfresh.com | Stickyropesauce.com | Tastefrog.com |
| Soaphover.com | Stinkache.com | Tastehunt.com |
| Soapinvite.com | Stinkspry.com | Tastejump.com |
| Solveflag.com | Stockhotsheet.com | Tastemoon.com |
| Somegreenleaves.com | Stonestroll.com | Tastepurse.com |
| Sothisisitalmost.com | Stopillowhaleg.com | Tasterace.com |
| Soundsofautumn.com | Stornehedgewallsstupid.coms | Tatterdaybook.com |
| Sourcsforge.net | Storytucks.com | Tatterhigh.com |

| | | |
|---|---|---|
| Tatterlipped.com | Thesandbug.com | Tracenon.com |
| Tatterquick.com | Thesandsbeach.com | Tracetaste.com |
| Teamsurveygroup.net | Theshammer.com | Tracethoughts.com |
| Teamsurveys.net | Thesheetstore.com | Traceyarn.com |
| Technologieslimited.com | Thesurveysgroup.net | Tractorfeatures.com |
| Technologytidbits.net | Thinkbossesinc.com | Tradinglimited.net |
| Tekdrivegroup.com | Thistleartichokes.com | Tradingmedia.biz |
| Tekjamgroup.com | Thoughtpathgroup.com | Tradingmedia.net |
| Tellerprod.com | Thoughtskeptsecret.com | Trakerstat.com |
| Tellerside.com | Threecurtain.com | Transferad.com |
| Tempcloth.com | Threegreengroup.com | Transferhere.com |
| Temperhapshouldold.com | Tiaraihh.info | Trapcurve.com |
| Tempertrawler.com | Tieapple.com | Trapfold.com |
| Temphyper.com | Tiebean.com | Trapgrowth.com |
| Tempsmug.com | Tieturnover.com | Traplaw.com |
| Temptingturf.com | Timberlinen.com | Trapreal.com |
| Tencabins.com | Timesteerhomes.com | Treefern.info |
| Tendencyword.com | Timetowtrip.com | Triallap.com |
| Tenderofferz.com | Tintedwisp.com | Trianglearea.net |
| Tengep101.com | Tintofrainbow.com | Triangleget.com |
| Tengep109.com | Tinybluegreen.net | Tricubit.com |
| Tenpinpalace.com | Tinygreenbubbles.net | Triplecakecarol.com |
| Tentearth.com | Tinymexicanhat.com | Tripleclown.com |
| Terinederien.com | Tipsinformation.com | Triplespots.com |
| Terraceviewinc.com | Tiretailtree.com | Tripletracktruck.com |
| Thandrumtold.com | Toadmind.com | Tripsheetonline.com |
| Theamberoak.com | Todayissuchaspecialdayitssbirthdaytime.com | Trithing.com |
| Thearcticway.com | Todaylooking.com | Triumpridge.com |
| Thebushgroup.net | Tomakemesmile.info | Truckusual.com |
| Thecleffresh.com | Toncarekit.com | Trumbeegroup.com |
| Theconsultingllc.com | Tonesieff.com | Trunkspaces.com |
| Thedealsonit.com | Tonunderpin.com | Truthlabor.com |
| Thedeerfieldgroup.net | Topclippers.com | Truthwagon.com |
| Thedockage.com | Tophillhouses.com | Trutrigroup.com |
| Thedurrengroup.com | Topicshotsgroup.com | Tubeaffirm.com |
| Thefavoriteholiday.com | Toppedarms.com | Tumblerpot.com |
| Thefiresprite.com | Topperfind.com | Tunetellers.com |
| Thegamestar.com | Topperhair.com | Turkeyburn.com |
| Theglazeworks.com | Topperslip.com | Turkeydaisy.com |
| Theinnerstruggle.com | Toppertiger.com | Turkeyinstraw.info |
| Thekeaneygroup.net | Topperturn.com | Turkeyleague.com |
| Thekingroup.com | Toppointgroup.com | Turnash.com |
| Theloftygoat.com | Toppulsegroup.com | Turnclass.com |
| Themoveonit.com | Toprailpaint.com | Turnipbisquit.com |
| Thenaughtysheet.com | Toptaggroup.com | Turniplion.com |
| Thenorwalkgroup.net | Toptoerabbit.com | Turnipman.com |
| Theoakbrookgroup.com | Toptotransit.com | Turnipmiddle.com |
| Theoakhills.com | Toreandmacho.com | Turnippuppy.com |
| Theopenresource.com | Totalesso.com | Turnipshoes.com |
| Thepivengroup.com | Totalpurse.com | Turnmilesest.com |
| Theridleygroup.net | Tothepool.com | Turnrun.com |
| Theronangroup.net | Touchalms.com | Turtlehungry.com |
| Theroseburg.com | Towelarmchairbrush.info | Turtlehunt.com |
| Thesaffordgroup.net | Tracehover.com | Turtlestep.com |
| Thesanantoniospurs.com | Tracelast.com | Turtletreeoasis.com |

| | | |
|---|---|---|
| Tvbargains001.com | Valuegnat.com | Waterjupiter.com |
| Tvbargains0010.info | Valuehole.com | Waterjustnight.com |
| Tvbargains0011.info | Valuepants.com | Waterorangedoor.net |
| Tvbargains0013.info | Valuerust.com | Watersignals.com |
| Tvbargains0015.info | Valuesandeals.info | Wdauhfti.info |
| Tvbargains002.info | Valuestead.com | Wearethecoregroup.com |
| Tvbargains009.info | Vanishread.com | Web-poptrendz.com |
| Twentysunhut.com | Vantagefloat.com | Webpromoz.com |
| Twistyknobs.org | Vantagegentle.com | Webtrademap.net |
| Twitterclubgroup.com | Vantagepencil.com | Webv8.info |
| Twoblinks.info | Vantagerun.com | Weddingdreammakers.com |
| Twoendsofearth.com | Vantagewhite.com | Weddingwishescorp.info |
| Tworound.com | Vantagework.com | Weekdcse.com |
| Twotake.com | Vealstraggler.com | Weldinghabit.com |
| Typechords.com | Vegetablesgrowers.com | Weldingpull.com |
| Typedphysical.com | Vegetablesveggies.com | Weldingritual.com |
| Typelay.com | Venseeds.com | Weldingwoolly.com |
| Typequench.com | Ventanasbluff.com | Wellsingasongthatweallknow.com |
| Typicalexcite.com | Ventgrave.com | Wellwishwhole.com |
| Typicalrust.com | Ventilationservices.net | Westresourcegroup.com |
| Uhavetoknowthis.com | Ventilationsystem.net | Whayshdnfj.info |
| Uhyjkij.info | Verroz.com | Wheelbisquit.com |
| Ultra-rewards.com | Versityright.com | Wheelcurve.com |
| Umpirebisquit.com | Versityrope.com | Wheelfresh.com |
| Umpiregreen.com | Verticalsoup.com | Wheelfry.com |
| Umpirehair.com | Verybarn.com | Wheelhat.com |
| Umpirenails.com | Veryfloat.com | Wheelpurse.com |
| Umpiretip.com | Verygnat.com | Whenews.com |
| Undercandle.com | Verylion.com | Whereofwinds.com |
| Undersuffer.com | Verylizard.com | Whisperapple.com |
| Underthroughhigh.com | Verysmallcamera.com | Whispernail.com |
| Unequalfish.com | Verysoap.com | Whispervalue.com |
| Unequalungrant.com | Viewlime.com | Whitebring.com |
| Unevencatal.com | Vigiladder.com | Whiteribboninflowers.net |
| Uneventhink.com | Villavactions.net | Whitewineglass.com |
| Ungrantgobet.com | Vinyardvine.net | Whoisitfor.com |
| Ungrantsqueez.com | Virginiarails.com | Whynotchoose.com |
| Universalunreal.com | Virtualbeagle.com | Wickedjobstech.com |
| Unleashmypotential.com | Virtualbuiz.com | Wieldcubit.com |
| Unoccumenage.com | Virtualdeliveries.com | Williamenglandbound.com |
| Unprintabledocument.com | Visionblessing.com | Willstringerstrap.com |
| Unshockpack.com | Visionbring.com | Willyblue.com |
| Unshockstore.com | Volleyballworm.com | Windskeptic.com |
| Unspentaffirm.com | Volumerelease.com | Windvirtu.com |
| Upbeardust.com | V-secret-rewards-4u.com | Wineglassofwine.com |
| Upbearlate.com | W4terspill.info | Winningisonlyhalfthebattleoftime.com |
| Upbearnatural.com | Walkinguprighted.com | Wintertas.com |
| Upbearsqueez.com | Wallcount.com | Winthinthenthall.com |
| Upbearsteer.com | Wantedtosayhello.com | Wiscon-wsas.info |
| Upbearuneven.com | Wantitworld.com | Wiscon-wsbs.info |
| Updownos.info | Wardsmeaning.com | Wiscon-wscs.info |
| Upitry.com | Wardssub.com | Wiscon-wsds.info |
| Usefulightshinevery.com | Waslookingdown.info | Wiscon-wses.info |
| Usneedsfood.com | Wassweetperfume.info | Wiscon-wsgs.info |
| Valuedread.com | Waterbluespa.com | Wiscon-wshs.info |

| | | |
|---|---|---|
| Wiscon-wsis.info | Xmetro.net | Zooyarn.com |
| Wiscon-wsks.info | Xm-news.com | Zourdcept.com |
| Wiscon-wsls.info | Xpectdealz06.info | Zucchinipepper.com |
| Wiscon-wsms.info | Xpectdealz16.info | |
| Wiscon-wsns.info | Xpectdealz19.info | |
| Wiscon-wsos.info | Xpectdealz20.info | |
| Wiscon-wsps.info | Xtra-value.com | |
| Wiscon-wsqs.info | Xyz72.com | |
| Wiscon-wsrs.info | Xzrd245.info | |
| Wiscon-wsss.info | Yakiboogroup.com | |
| Wiscon-wsts.info | Yakitagroup.com | |
| Wiscon-wsus.info | Yarnbeak.com | |
| Wiscon-wsws.info | Yarncrisp.com | |
| Wiscon-wsxs.info | Yarnfry.com | |
| Wiscon-wszs.info | Yarnhorn.com | |
| Wisefamous.com | Yarnmoon.com | |
| Wiseplane.com | Yarnstone.com | |
| Wishlocate.com | Yarntent.com | |
| Wishtriple.com | Yarntotal.com | |
| Wistfulsea.com | Yarnturnover.com | |
| Withoutcare.com | Yearighthen.com | |
| Wjsmdjjn.info | Yellowbeeexpress.com | |
| Woodglossing.com | Yellowjacketexpress.com | |
| Word83tech.com | Yesterdayallyourtroublesweresofaraway.com | |
| Wordbeangroup.com | Yieldtime.com | |
| Wordsyouknow.com | Yiyg853.info | |
| Workmoon.com | Youalwayunderstood7.com | |
| Workthisbean.com | Youmustanswer.com | |
| Workwithbothhnadsandtoes.com | Younglothome.com | |
| Worldlyless.com | Yourbreakthroughtoprosperity.com | |
| Worldmediaworld.com | Yourdailyopportunities.com | |
| Worldzonline.com | Yourfore.com | |
| Wormdark.com | Yourfount.com | |
| Wormgentle.com | Yournewdeals.com | |
| Wormlog.com | Yourpersonalmedia1000.com | |
| Wormpuddle.com | Yourpodcasters.info | |
| Wormtotal.com | Yourscarymovie.com | |
| Worthendeavors.com | Yoursurveyresponse.net | |
| Wortsouled.com | Yourtaco.com | |
| Wowdealz005.info | Yourteesheet.com | |
| Wowdealz007.info | Yoyofactor.com | |
| Wowdealz008.info | Yulelogplaced.com | |
| Wowdealz010.info | Yyrhhddnnc.info | |
| Wowdealz013.info | Yyrhht3493.info | |
| Wowdealz014.info | Zagdlyinc.com | |
| Wowdealz015.info | Zambooks.com | |
| Wowdealz016.info | Zepromen.com | |
| Wqtbj921.info | Zerofina.com | |
| Wrestlersmat.com | Zexonline.com | |
| Wrigleygroup.net | Zooclap.com | |
| Wtfaidtf.info | Zoodark.com | |
| Wwfcarinsurance.info | Zoomlensworld.com | |
| Wwieodl.info | Zoompronow2.com | |
| Xactracks.com | Zoopaw.com | |
| Xenoglimp.com | Zootickle.com | |