**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS Internet Services,
JOEL HOUSEHOLTER, dba FOGGY.NET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET<br><br>       Plaintiffs<br>vs.<br><br>ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al.,<br><br>       Defendants. | Case No.  C-07-6211 TEH<br><br>EXHIBIT C TO DECLARATION OF JOSH MOHLAND IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR CERTIFICATION, STAY, AND BOND |

# EXHIBIT "C" TO DECLARATION OF JOSH MOHLAND SUBMITTED MANUALLY ON CD