## TERMS AND CONDITIONS FOR PRIVATE DOMAIN NAME REGISTRATION

By ordering Private Domain Name Registration Services from 1&1 Internet, Inc. ("1&1"), you ("you" or "Customer") agree to the terms and conditions set forth herein. The provisions contained in these Terms and Conditions for Private Domain Name Registration (the "Agreement") incorporate and are supplemental to 1&1's General Terms and Conditions (the "1&1 GT&C"), by which you are also bound, to the extent they are not modified by this Agreement.

### 1. SUBJECT OF THE AGREEMENT

The Agreement governs the provision of Private Domain Name Registration Services (the 'Services') to the Customer by 1&1. The Services comprise the registration and renewal of domain names using contact information provided by 1&1, as described below, which information will appear in the public WHOIS database on your behalf.

### 2. SERVICES PROVIDED

**2.1**

1&1 will acquire a Second-Level Domain Name ("Private Domain Name"), on your behalf, assuming that the Domain Name you request is available for registration. 1&1 will not own any Private Domain Name registered on your behalf under this Section. Any costs incurred by 1&1 to obtain and/or maintain the Private Domain Name on your behalf shall be charged to you by 1&1. Private Domain Names may not be transferred. The toplevel domain .us may not be registered as a Private Domain Name.

**2.2**

You authorize and direct 1&1 to display alternate contact information in the public WHOIS database, including names, postal address, phone number, and email address, as more particularly outlined below.

**2.3**

You authorize and direct 1&1 to process communications directed to you at the contact information displayed in the public WHOIS database as follows:

**2.3.1**

An e-mail alias pointing to your 1&1 account will be created once you have purchased the Services, and that e-mail address will be displayed in the public WHOIS database. Messages received at the e-mail address posted in the public WHOIS database for your Private Domain Name will be forwarded to the e-mail address associated with your account name or to another e-mail address, in accordance with the preferences you set in the 1&1 Control Panel. Disabling the Services will delete this e-mail address and remove it from the WHOIS database. Once an e-mail address is removed from the public WHOIS database it will no longer be a valid e-mail address for the receipt of messages. You acknowledge that you may not receive messages sent such e-mail address once the Services are disabled.

**2.3.2**

1&1's corporate address will be the postal address displayed in the public WHOIS database for the Private Domain Name. You hereby authorize 1&1 to receive, sort, open, forward, and destroy any and all mail sent to 1&1 on your behalf in its sole discretion. Third class and "junk" mail will be discarded upon receipt or returned to the sender unopened. First-class mail and mail received via certified mail or courier, including but not limited to Federal Express, United Parcel Services, and similar services, will be opened and all such mail that can be scanned will be scanned and sent to you via the e-mail address associated with the 1&1 account for the Private Domain Name. You acknowledge that you will have five (5) calendar days from the date such mail is sent to you via e-mail to request in writing that a copy of such scanned mail be forwarded to you via postal mail. You acknowledge that unless you direct us otherwise in writing within such five (5) calendar day period, all such mail will be destroyed five (5) calendar days after a scanned copy is sent to you via e-mail. All mail that is unable to be scanned will be forwarded to you at your expense at the postal address associated with the account for the applicable domain name.

**2.3.3**

1&1 reserves the right to charge you for, and you are responsible for paying, all fees and costs associated with 1&1 forwarding postal mail. 1&1 further reserves the right to charge an administrative charge of $5.00 per item forwarded. You authorize 1&1 to apply any such charges to your credit card pursuant to the 1&1 GT&C.

**2.3.4**

A telephone number will be displayed in the public WHOIS database for the Private Domain Name which will be answered by a voice mail system. Callers will be informed of how to contact you using the information displayed in the public WHOIS database, however, they will not be able to leave messages.

**2.4**

You hereby waive any and all claims arising from your failure to receive communications directed to your domain name contact information displayed in the public WHOIS database but not forwarded to you by 1&1. You acknowledge and agree that you will not receive all communications sent to you at the contact information listed in the public WHOIS database. You further acknowledge and agree that 1&1 disclaims any and all loss or liability that may result from your use of the Services and/or your failure to receive important correspondence sent to you at the contact information displayed in the public WHOIS database, including, but not limited to, legal notices or UDRP complaints.

### 3. WARRANTIES AND INDEMNIFICATION

**3.1.**

You warrant that the contact information you have provided to 1&1 is and will remain accurate. You agree that you will inform 1&1 within fifteen (15) calendar days of the change of your name, mailing address, email address, telephone or telefax number.

**3.2.**

You warrant to 1&1 that any Domain Name you may seek to register through 1&1 does not violate the rights of any third party, in particular trademark rights, and that you have taken reasonable steps, including but not limited to searches of the applicable state and federal trademark registries, to assure that this is the case.

**3.3.**

You agree to indemnify and hold harmless 1&1, its officers, directors, employees and agents, with respect to any and all damages, losses, claims or expenses incurred with respect to or arising out of claims of third parties concerning your use of the Services or the Private Domain Name.

**3.4.**

You acknowledge and agree that 1&1 has the absolute right and power, as it deems necessary in its sole discretion, without providing notice and without any liability to you whatsoever, to (1) reveal to third parties the contact information provided by you to 1&1 in connection with the account for the applicable domain name, (2) populate the public WHOIS database with your name, primary postal address, e-mail address and/or telephone number as provided by you to 1&1, or (3) terminate your subscription to the Services:

**3.4.1**

if, in 1&1's sole discretion, you violate the terms of the 1&1 GT&C;

**3.4.2**

if any third party claims that the domain name violates or infringes a third party's trademark, trade name or other legal rights, whether or not such claim is valid;

**3.4.3**

to comply with ICANN policies or requirements, including but not limited to the Uniform Domain Name Dispute Resolution Policy (UDRP)

**3.4.3**

to comply with any applicable laws, government rules or requirements, subpoenas, court orders, requests of law enforcement or government agencies; or

**3.4.4**

if any third party threatens legal action against 1&1 that is related in any way, directly or indirectly, to the domain name, or claims that you are using the domain name registration in a manner that violates any law, rule or regulation, or is otherwise illegal or violative of a third party's legal rights.

**3.5.**

ALL 1&1 SERVICES ARE PROVIDED TO YOU ON AN "AS IS" BASIS, AND WITHOUT ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE.

## 4. DISPUTE RESOLUTION

**4.1.**

This Agreement shall be interpreted under the laws of the State of Pennsylvania, without regard to any conflict of laws provisions. Any claim, dispute or controversy with respect to, in connection with or arising out of this Agreement shall be subject to and decided by arbitration in the City of Philadelphia, County of Philadelphia, Commonwealth of Pennsylvania, by a panel of three arbitrators chosen in accordance with terms of the 1&1 GT&C.

**4.2.**

1&1 may without advance notice amend this Agreement or the from time to time, and will do so by posting the new Agreement on the 1&1 website in place of the old. Each and every such amendment shall be become effective immediately for all pre-existing and future accounts. It is your responsibility to periodically check the 1&1 website for updates of this Agreement.

Affordable, Reliable
Web Hosting Solutions.

# Terms of Service

| I AGREE |

- No Spamming (unsolicited bulk email) allowed
- No material that provides sells or offers to sell the following: controlled substances, illegal drugs and drug contraband, weapons, pirated materials, instructions on making, assembling or obtaining illegal goods or weapons to attack others. Information used to break, copyright, violate the trademark of or to destroy others property or information. Information used to illegally harm any people or animals. We do not allow pornography, nudity, sexual products, programs or services. Escort services are not allowed or other content deemed adult related.
- Foul language and profanity in the site content, and in the domain name are prohibited.
- All activities may be monitored, recorded, and examined by any authorized person, including law enforcement.
- Bluehost reserves the right, but is not obligated to review the content posted via the service and to refuse or remove any such materials in its sole discretion, without notice at any time.
- You must retain accurate contact information to avoid having your account terminated.
- You agree that Bluehost may, under certain circumstances and without prior notice, immediately terminate your account and access to the Service.
- If you terminate your contract prior to its term, you may be disqualified from the free domain registration promotion.
- If you discover anyone on our system violating any of these terms or notice anything suspicious from our network, report it at abuse@bluehost.com for investigation. We will immediately terminate any account we feel has been in violation of any of these terms.
- We provide a 30 day money back guarantee for hosting accounts. However, if you register a new domain name with your account and choose to cancel after three days of service, $10 will be deducted from the refund for the cost of the domain. You will maintain full ownership of the new domain after you have canceled your hosting with us.
- BlueHost.com reserves the right to refuse service to anyone for any reason.

===============================================================================

Bluehost.com demonstrates its commitment to our customers' privacy by providing this statement. We will do everything in our power to ensure your right to privacy. We are committed to developing long lasting relationships that are built on trust. Bluehost.com will never violate that trust.

Personal Data Transmissions Are Encrypted When you order from Bluehost.com, all your personal information is protected. We use Secure Sockets Layer (SSL), the industry standard, for encrypting all personal information, including name, address and credit card numbers.

Bluehost.com Will Not Sell Your Personal Information
Bluehost.com keeps all your information confidential.

**Automatic Account Renewals**
Bluehost.com automatically renews account hosting services 14 days prior to the account expiration date. Said renewal is for the same duration initially selected.

The undersigned ('Customer') and Bluehost.com mutually agrees as follows:

1. Bluehost.com shall automatically renew customer's hosting account, for the same duration initially selected, with the credit card on file 14 days prior to the account expiration date, unless customer at customer's sole discretion notifies Bluehost.com of cancellation of automatic renewal at least 16 days prior to account expiration date by directing Automatic Renewal Cancellation Notification to billing@bluehost.com.

2. Bluehost.com agrees that on receipt of Automatic Renewal Cancellation Notification under the conditions stated above, that no

additional charges shall be billed to customer and that customer's hosting account shall expire on the account expiration date.

3. In the event Customer is a corporation, partnership, limited liability, joint venture, other business entity or group of individuals, the individual signing up for account hosting services certifies that he/she has the authority to bind the corporation, partners, joint venture or individuals in this manner.

4. Customer may cancel their services at any time and receive a pro-rated refund for any remaining time on their contract. Pro-rated refunds may include deductions for domain fees and or service charges for early termination.

5. In the event that the Customer issues a chargeback or reversal of charges without first following the above cancellation policy, Customer will be responsible for a $75.00 billing service fee.

6. If an account renews and a client wants to cancel the account, they will receive a refund for the unused portion of the hosting; $10 will be withheld for the domain registration, if the domain is registered with us.

**Policy Changes**
Bluehost.com is dedicated to providing the best web hosting service possible to every one of our clients. We are also dedicated to staying on top of available technology.

While Bluehost.com will provide our clients with reasonable notification, Bluehost.com reserves the right to change its policy at any time to meet the needs of our customers, changing laws and new technology.

**Minors**
In accordance with Utah law, users may not post or disclose any personal or private information or images about children or any third party without their consent (or a parent's consent in the case of a minor).

You must be 18 years old to establish an account for paid Services, and you represent that you are at least 18 years old by registering for such Services. Parents may obtain an account for the Services for minors, and by doing so, consent to such minor.s use of such Services. Parents assume full responsibility and liability associated with a minor's use of any of the Services.

**Cookie Policy Statement**
Bluehost.com understands that many of you are concerned about cookies. We provide this Cookie Policy Statement to let you know how we use this technology. Bluehost.com uses cookies to help us improve our website and web hosting services, and, most importantly, provide our existing customers with the opportunity for continued savings and increased convenience.

**Cookies For Improving Our Web Site**
Bluehost.com uses cookies to inform us of a repeat visit. The cookie does not tell us who you are, your name, email address, or Passwords.

**Cookies For Banner Rewards Program**
To offer our customers continued savings, Bluehost.com uses cookies to help monitor the traffic generated from Bluehost.com banners and logo buttons displayed on our customers' websites. For every new Bluehost.com customer that was introduced to Bluehost.com through a customer's website, our client receives a credited discount!

**Cookies For Customer Account Management**
For our customers, Bluehost.com uses cookies to store user names for added convenience to the Webmaster. As part of our web hosting package, Bluehost.com offers password-protected web-based management tools. By storing the customers' Usernames in a cookie, the Webmaster will not have to keep filling out form fields when they desire to manage their account. (The cookie does not store Passwords.) Bluehost.com is dedicated to using the newest technologies in order to simplify our customers' lives.

This is Bluehost.com Usage Policy, which supplements the service agreement of each user of Bluehost.com's services (each, a "Subscriber"). Every Subscriber is subject to this Usage Policy, and by virtue of using Bluehost.com's services, network, and/or systems (collectively the "Services") agrees to be bound by this Usage Policy. Bluehost.com will revise this Usage Policy from time to time. A Subscriber's use of the Services after revisions to the Usage Policy are posted on Bluehost.com's website at www.Bluehost.com, will constitute such person's acceptance of any changes or additions to the Usage Policy.

Subscribers violate this Usage Policy when they (or their affiliates or customers) engage in the following prohibited activities.

**Violations of Intellectual Property Rights**
Any violation of any person's intellectual property rights, rights of privacy, rights of publicity or other personal rights is prohibited.

Bluehost.com is required by law to remove or block access to content appearing on or through the Services upon receipt of proper notice of copyright infringement (see "Copyright Infringement Notice Information" below).

### Spamming
Spamming, whether or not it overloads the Services or disrupts service to Bluehost.com's Subscribers, is prohibited. The term "spamming" includes, but is not limited to, the sending of unsolicited bulk and/or commercial message over the Internet or maintaining an open SMTP policy. Bluehost.com reserves the right to determine, in its sole and absolute discretion, whether e-mail recipients were from an opt-in email list.

### Misrepresentation of Transmission Information
Forging, misrepresenting, omitting, or deleting message headers, return mailing information and/or Internet protocol addresses to conceal or misidentify the origin of an message is prohibited.

### Viruses and Other Destructive Activities
Use of the Services for creating or sending Internet viruses, worms or Trojan horses, or for pinging, flooding or mail bombing, or engaging in denial of service attacks is prohibited. It is also prohibited for any Subscriber to engage in other activity that is intended to disrupt or interfere with, or that results in the disruption of or interference with, the ability of others to effectively use the Services (or any connected network, system, service or equipment) or conduct their business over the Internet.

### Hacking
"Hacking" and related activities is prohibited. "Hacking" includes, but is not limited to, the following activities: illegally or without authorization, accessing computers, accounts or networks, penetrating or attempting to penetrate security measures, port scans, stealth scans, and other activities designed to assist in hacking.

### Anonymous Proxies
We do not allow the use of anonymous proxy scripts on our servers. They can be very abusive to the server resources, affecting all users on that server.

### Export Control Violations
The exportation of encryption software outside of the United States and/or violations of United States law relating to the exportation of software is prohibited.

### Child Pornography
The use of the Services to store, post, display, transmit, advertise or otherwise make available child pornography is prohibited. Bluehost.com is required by law, and will, notify law enforcement agencies when it becomes aware of the presence of child pornography on, or being transmitted through, the Services.

### Other Illegal Activities
The use of the Services to engage in any activities that are determined by Bluehost.com, in its sole and absolute discretion, to be illegal is prohibited. Such illegal activities include, but are not limited to, storing, posting, displaying, transmitting or otherwise making available ponzi or pyramid schemes, fraudulently charging credit cards or displaying credit card information of third parties without their consent, and failure to comply with applicable on-line privacy laws. Bluehost.com will cooperate fully with appropriate law enforcement agencies in connection with any and all illegal activities occurring on or through the Services.

### Obscene, Defamatory, Abusive or Threatening Language
Use of the Services to store, post, transmit, display or otherwise make available obscene, defamatory, harassing, abusive or threatening language is prohibited.

### Other Activities
Engaging in any activity that, in Bluehost.com's sole and absolute discretion, disrupts, interferes with or is harmful to (or threatens to disrupt, interfere with, or be harmful to) the Services, Bluehost.com's business, operations, reputation, goodwill, customers and/or customer relations, or the ability of Bluehost.com's customers to effectively use the Services is prohibited. Such prohibited activities include making available any program, product or service that is designed to or could be used to violate this Usage Policy. In addition, the failure by a Subscriber to cooperate with Bluehost.com in correcting or preventing violations of this Usage Policy by, or that result from the activity of, a customer of the Subscriber is a violation of this Usage Policy.

In general, Bluehost.com does not monitor its customers' websites or activities to determine whether they are in compliance with this Usage Policy. However, when Bluehost.com becomes aware of any violation of this Usage Policy or its User Agreement, Bluehost.com may take any action to stop or correct such violation, including, but not limited to, shutting down a website, denying access to the

Services or to the Internet, and/or removing information. In addition, Bluehost.com may take action against a Subscriber or a customer of such Subscriber because of the activities of such customer. Bluehost.com reserves the right to take any such action even though such action may affect other customers of the Subscriber.

Bluehost.com may disclose any information in its possession, including, without limitation, information about Subscribers, internet transmissions and website activity in order to comply with a court order, subpoena, summons, discovery request, warrant, statute, regulation or governmental request, to protect Bluehost.com or others from harm, and/or to ensure the proper operation of the Services. Bluehost.com has no obligation to notify any person, including the Subscriber about whom information is sought, that Bluehost.com has provided the information.

In the event a cancellation is necessary, a pro-rated refund will be issued for the remainder of your service term from the time of cancellation. There is no cancellation fee. If cancellation is within the first 30 days you will be issued a full refund. For customers who registered a new domain name with the account and choose to cancel after three days of service, $10 will be deducted from the refund for the cost of the domain. You will maintain full ownership of the new domain after you have canceled your hosting with us. For customers who registered a domain with Bluehost.com at time of sign-up, if cancellation is after the first three days the domain will be released to the customer and Bluehost.com will no longer cover further registration fees.

**Copyright Notice Infringement Information**
In accordance with the Digital Millennium Copyright Act, Bluehost.com has adopted a policy that provides for termination of websites hosted by Bluehost.com that are found to infringe on copyrights of third parties. If a copyright holder believes that there has been a violation of his or her copyright on a website that is hosted by Bluehost.com or its subsidiaries, and the copyright holder wants Bluehost.com to remove the website or disable the material in question, Bluehost.com will remove the website or disable the material if the copyright holder provides us with all of the following information:

1. A signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed. Identification of the copyrighted work that is claimed is being infringed, or, in the case of claimed infringement of multiple copyrighted works, a representative list of such works.

2. Identification of the material that is claimed to be infringing or is the subject of infringing activity and that should be removed or access to which should be disabled, with information reasonably sufficient to permit us to locate the material.

3. Information reasonably sufficient to permit us to contact the person giving the notification, such as an address and telephone, and, if available, an electronic mail address at which such person may be contacted.

4. A statement that the person giving the notification has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

5. A statement that the information in the notification is accurate, and under penalty of perjury, that the person giving the notification is authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

**Warranty Disclaimer**. YOU ACKNOWLEDGE THAT THE SERVICES AND THE SOFTWARE ARE PROVIDED "AS IS, AS AVAILABLE" WITHOUT ANY WARRANTY OF ANY KIND. BLUEHOST HEREBY DISCLAIMS ANY WARRANTY OR CONDITION WITH RESPECT TO THE QUALITY, PERFORMANCE OR FUNCTIONALITY OF THE SERVICES AND SOFTWARE, OR WITH RESPECT TO THE QUALITY OR ACCURACY OF ANY INFORMATION OBTAINED FROM OR AVAILABLE THROUGH USE OF THE SERVICES AND SOFTWARE, OR THAT THE SERVICES AND SOFTWARE WILL BE UNINTERRUPTED, ERROR-FREE OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE SERVICES AND SOFTWARE MAY CONTAIN ERRORS. NO ADVICE OR INFORMATION GIVEN BY BLUEHOST OR UNITED ONLINE WEB SERVICE'S REPRESENTATIVES INCLUDING, WITHOUT LIMITATION, CUSTOMER SUPPORT REPRESENTATIVES, SHALL CREATE A WARRANTY. BLUEHOST DISCLAIMS ALL WARRANTIES OR CONDITIONS, EXPRESS, IMPLIED OR STATUTORY INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF QUIET ENJOYMENT AND NON-INFRINGEMENT AND ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY OF COMPUTER PROGRAMS AND CONTENT. BLUEHOST DOES NOT GUARANTEE THAT USERS WILL BE ABLE TO USE THE SERVICES AT TIMES OR LOCATIONS OF THEIR CHOOSING. BLUEHOST DOES NOT WARRANT THAT THE SERVICES ARE COMPATIBLE WITH ANY THIRD PARTY SERVICE OR SOFTWARE, EVEN IF SUCH THIRD PARTY CLAIMS, REPRESENTS OR WARRANTS THAT SUCH SERVICE OR SOFTWARE IS COMPATIBLE WITH ANY SERVICE OR BLUEHOST IN PARTICULAR.

**Limitation of BlueHost's Liability**. BLUEHOST SHALL NOT BE LIABLE FOR NONPERFORMANCE OR DELAY IN PERFORMANCE CAUSED BY ANY REASON, WHETHER WITHIN OR OUTSIDE OF ITS CONTROL.  IN NO EVENT SHALL BLUEHOST BE LIABLE UNDER CONTRACT, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER LEGAL OR EQUITABLE THEORY FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT

LIMITATION, LOSS OF USE, LOST PROFITS, LOSS OF DATA OR INFORMATION OF ANY KIND OR LOSS OF BUSINESS GOODWILL OR OPPORTUNITY) WHETHER OR NOT BLUEHOST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGES. BLUEHOST SHALL NOT BE LIABLE FOR THE COST OF PROCUREMENT OF SUBSTITUTE GOODS, SERVICES OR TECHNOLOGY. BLUEHOST'S ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY WITH RESPECT TO ANY USE OF THE SERVICES IS THE CANCELLATION OF YOUR ACCOUNT AS SET FORTH HEREIN. IN NO EVENT SHALL BLUEHOST LIABILITY TO YOU EXCEED THE GREATER OF ONE DOLLAR ($1.00) OR ANY AMOUNTS ACTUALLY PAID IN CASH BY YOU TO BLUEHOST FOR THE PRIOR ONE MONTH PERIOD. NO ACTION, REGARDLESS OF FORM, ARISING OUT OF THESE RULES OR OUT OF THE SERVICES MAY BE BROUGHT BY YOU OR BLUEHOST MORE THAN ONE YEAR AFTER THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION HAS OCCURRED. SOME JURISDICTIONS DO NOT ALLOW A LIMITATION ON LIABILITY FOR NEGLIGENCE THAT CAUSES DEATH OR PERSONAL INJURY AND, IN SUCH JURISDICTIONS, BLUEHOST'S LIABILITY SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

**Indemnification of BlueHost**. You agree to defend, indemnify and hold BlueHost, its affiliates and its sponsors, partners or other co-branders and their respective officers and employees harmless from and against any and all claims, losses, damages, liabilities and costs (including, without limitation, reasonable attorneys' fees and court costs) arising out of or relating to your breach of any of the Rules or use by you or any third party of the Services, except to the extent the foregoing directly result from BlueHost's own negligence. BlueHost reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. In that event, you shall have no further obligation to provide indemnification for BlueHost in that matter.

IF YOU DO NOT AGREE TO THE RULES, YOU MUST DISCONTINUE THE REGISTRATION PROCESS, DISCONTINUE YOUR USE OF THE SERVICES, AND, IF YOU ARE ALREADY A MEMBER, CANCEL YOUR ACCOUNT.

**Changes to the Rules and Services Apply to You.** You may review the most current version of the Rules at the Site. BlueHost may change the Rules or change the scope of the Services, in whole or in part, at any time at BlueHost's sole discretion. Posting of such changed Rules on the Site shall constitute notice of such changes to you, although BlueHost may choose additional types of notice. BlueHost will use reasonable efforts to provide you with 7 days advance notice of changes to the Rules that materially and adversely impact your use of the Services. Your continued use of the Services following notice constitutes your acceptance of all changes. If you do not agree to any such changes, your sole and exclusive remedy is to cancel your account as described below.

I AGREE

© 2003-2006 BlueHost.Com. All Rights Reserved

# AMENDMENT AGREEMENT
## REGISTRATION SERVICE PROVIDER AGREEMENT
## .COM, .NET AND .ORG ("RSP AGREEMENT")

This Amendment Agreement is dated as of May 11, 2005 by and between:

**Tucows.com Co.**

("Tucows")

and

**You, the Reseller**

("Reseller")

WHEREAS the parties to this agreement have signed an RSP Agreement prior to May 10, 2005;

AND WHEREAS Reseller desires to use and/or sell the "Whois Privacy Service" offered by Tucows.

NOW THEREFORE the parties hereto agree to amend the RSP Agreement to allow for the sale of the Whois product as follows:

1. **DEFINITIONS**

   a)  "Contact(s)" are individuals or entities associated with domain name records; these include the Registrant, the billing, the technical and the administrative contacts;

   b)  "Registrant" means the person or organization that has registered a domain name and has the right to use the domain name for a specified period of time provided that it acts in compliance with certain terms and conditions;

   c)  "Registration Agreement" means the agreement entered into by and between Tucows and each Registrant in accordance with ICANN and any applicable Registry policies;

   d)  "Whois Information" means the Contact information required by each Registrant for each domain name registration;

   e)  "Whois Privacy Service" means the Tucows Service whereby Resellers may offer Registrants the ability to substitute generic information specified by Tucows in the 'Whois' registration field according to the terms and conditions outlined herein and in the Registration Agreement;

   f)  "Whois Registry" means the public domain and IP address directory.

All initially capitalized terms not otherwise defined herein shall have the definitions assigned to such terms in the RSP Agreement.

2. **SERVICES PROVIDED**

   a)   Tucows Whois Privacy Service is available as the following offering:

       i)   Whois and Proxy Information.  Each Registrant must continue to warrant and provide that it is providing true, accurate and current Whois Information. Tucows will keep the Contact and Registrant information on file in accordance with the Registration Agreement but will include the following information in the publicly available Whois Registry:

           (1)   contactprivacy.com shall appear as the Registrant and Contacts name(s);

           (2)   Tucows' postal address, and a Tucows assigned email address and telephone number shall appear on behalf of the Registrant and the Contact(s);

           (3)   the primary and secondary nameservers shall be those designated by the Registrant;

           (4)   the original date of registration and the expiration of each domain name;

           (5)   Tucows will be identified as the registrar of record.

   b)   Ongoing Management of the Domain Name.  Registrants will retain complete control over the domain name and its registrations records and may suspend and reinstate the Whois Privacy Service as required.

   c)   New and Existing Registrations.  The Whois Privacy Service may be purchased for both new and existing domain name registrations.  Existing policies regarding refunds for new domain name registrations will also apply to the Whois Privacy Service.

   d)   Transfers.  The Whois Privacy Service may be applied to transfers in to Tucows but will only commence when the transfer of the domain name has been completed and the registration is in the Tucows database.  The Whois Privacy Service must be disabled in order to transfer a domain name registration away from Tucows. Registrations will leave the Tucows database with the Whois Information.

   e)   Communications with Registrants and Contacts.  All renewal and transfer messages issued by Tucows will be sent to the Registant and Contacts in its Whois Information records in its database.

   f)   Communications Forwarding.  Communications received by Tucows with respect to a particular domain name registration will be handled as follows:

i)      Tucows will forward to the Registrant all correspondence received by registered mail or traceable courier.  This information may be opened, scanned and emailed to the Registrant. Regular postal mail will be discarded or returned to sender at Tucows' discretion.

ii)     Email correspondence will be forwarded according to the instructions of the Registrant as they appear in Tucows' records.

iii)    a voice mail message will advise all callers that inbound messages will not be accepted; calls will be directed to the contactprivacy.com web site where written messages will be forwarded according to the Registrant's instructions.

iv)    Tucows will only be responsible for communications to Registrants when its complete details are reflected in the Whois.

g)    **Right to Suspend and Disable.**  Tucows shall have the right, at its sole discretion and without liability to Reseller, its Registrant and any Contacts, to reveal Registrant and Contact Whois Information when required by law, in the good faith belief that disclosure is necessary to further determination of an alleged breach of a law, to comply with a legal process served upon Tucows, to resolve any and all third party claims including but not limited to ICANN's or a Registry's dispute resolution policy; to avoid financial loss or legal liability or if Tucows believes that the Registrant is using the Whois Privacy Service to conceal its involvement with illegal, illicit, objectionable or harmful activities or to transmit SPAM, viruses, worms or other harmful computer programs.

h)    In the event that Tucows receives a formal complaint, notice of claim or UDRP, Tucows will have the right to disable the Whois Privacy Service pending final disposition of the matter.

3.    **TERM**

a)    The Whois Privacy Service will be provided until it is cancelled by Reseller, the Registrant or a Contact.

4.    **FEES**

a)    Reseller will be charged $0.17 per month, or $2.04 for each year a domain name is registered with Tucows.  Fees will be charged on a monthly basis.

b)    In the event that Reseller's account does not have sufficient funds for any monthly remittance, Tucows shall have the right to suspend or cancel the Whois Privacy Service to Reseller and/or its Customers.

Save and except as outlined herein, all terms of the Agreement shall remain in full force and effect.

**Agreed and Accepted:**

**TUCOWS.COM CO.**

96 Mowat Avenue

Toronto, Ontario Canada

M6K 3M1

Phone: 1-416-535-0123

Fax:  1-416-531-2516


**RESELLER:** _____

**Username:** _____

Address: _____

_____

_____

Phone: _____

Fax: _____


**By:**

**Signature:** _____

**Name**: _____

     (Please Print)

**Title:** _____

**Date:** _____


**By:**

**Signature:** _____

**Name**: _____

     (Please Print)

**Title:** _____

**Date:** _____

## Private Domain Name Registration Agreement

Please note you agree to be bound by all terms of this agreement, and any agreement connected hereto, even if you do not read or understand this or any related agreement in its entirety. No other connected agreement or provision binds Domain Privacy Group Inc. to perform the terms of that agreement or provision, and Domain Privacy Group Inc.�s obligations are limited strictly to the services described herein.

This Agreement is made in addition to all agreements you have previously or contemporaneously executed in support of registering your secondary top-level domain name whether through Domain Privacy Group Inc. or any third party.

This Agreement between Domain Privacy Group Inc. and you ("you", "your" or "customer") sets forth the terms and conditions of your use of the domain name privacy registration services offered by Domain Privacy Group Inc..

Services - Domain Privacy Group Inc., upon receipt of the prescribed payment from you, will provide the following in respect of each domain name you register through this Agreement, into the relevant WHOIS™ registry, namely Domain Privacy Group Inc.�s

1. name and postal address as Registrant of the domain name;
2. e-mail address, postal address and phone number as Technical Contact of the domain name;
3. e-mail address, postal address and phone number as Administrative Contact of the domain name;
4. e-mail address, postal address and phone number as Billing Contact of the domain name;
5. the primary and secondary domain name servers you designate for the domain name;
6. the original registration and expiration date of the domain name; and
7. your Registrar identity.

Retention of Rights - you agree to retain all rights and liabilities associated with each of your domain names pursuant to any applicable registration agreement, including

1. the right to sell, transfer or assign each domain name registration;
2. the right to control and use each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;
3. the right to cancel each domain name registration;
4. the right to cancel this Agreement with Domain Privacy Group Inc. so that the applicable WHOIS™ database reverts to its default state identifying you as the Registrant;
5. the right to renew each domain name registration upon its expiration, subject to your Registrar�s applicable rules and policies; and
6. the right to initially resolve any and all monetary, creditor or other claims that arise in connection with a legal or other dispute involving your domain name registration, subject to Domain Privacy Group Inc.�s ongoing right to deny, suspend or terminate all service under this Agreement.

Obligations - you are obligated to do all of the following, the failure to do any of which may result in Domain Privacy Group Inc. immediately terminating this Agreement without any compensation to you, and restoring the applicable WHOIS™ registry in respect of your domain name back to its default state, namely indicating your name, address, phone numbers and e-mail address as Registrant, Administrative Contact and Billing Contact:

1. continually and immediately provide a current and valid owner name, physical address (no post office boxes or mail forwarding services), telephone number (no forwarding numbers or answering services), and permanent e-mail address;
2. continually and immediately provide a current and valid credit card number to pay for all services rendered including forwarding of any mail or other communications to you

Restrictions - Domain Privacy Group Inc.�s services under this Agreement are not of a mail-forwarding service, and are strictly limited to a privacy provider for limiting or deflecting third party solicitations including but not limited to unsolicited e-mail (SPAM). Domain Privacy Group Inc. strictly reserves the right to not forward any advertisement-based mail or e-mail, general mail or e-mail, voicemail, facsimile, or any other communication. Mail will be forwarded only where it has been delivered by traceable courier requiring a return signature, with you bearing the entire pre-paid cost of the forwarding by traceable courier requiring a return signature. E-mail addressed for you but not addressed to your designated Domain Privacy Group Inc. e-mail address will not be forwarded. Domain Privacy Group Inc. assumes no

liability for the failure to not forward mail or other communications to you. Domain Privacy Group Inc.�s services are strictly limited to facilitating lawful privacy activity on the WHOIS™ registry.

Right to deny, suspend or terminate service - Domain Privacy Group Inc. retains the absolute right and power, in its sole discretion and without any liability to you, to do any of the following, where provision of services under this Agreement results in an administrative burden to Domain Privacy Group Inc., this Agreement is terminated, or you otherwise fail to pay any prescribed fees or do anything required under the terms of this Agreement:

1. reset any applicable WHOIS™ registry under this Agreement to its default state, thereby identifying you as the Registrant, Administrative Contact and Billing Contact, along with all other information as required by the applicable WHOIS™ registry; and
2. where required by law and for the purpose of investigating any alleged criminal wrongdoing by a sovereign authority, identify you as the Registrant, Administrative Contact and Billing Contact of any applicable domain name, and provide to said authority any files or records then in the possession of Domain Privacy Group Inc.

Liability - at all times this Agreement is in force and subsequent thereto, you assume and are responsible for all liability connected to your domain name including any content displayed thereon or files connected therewith. The denial of or refusal to assume any liability by you may result in the immediate cancellation of this Agreement without any compensation to you.

Conflict - in the event that a provision of any agreement connected hereto conflicts with any provision herein, this agreement will prevail to the extent of that conflict. If the conflict cannot otherwise be reconciled in spite of this overriding provision, both agreements will be interpreted to the benefit and favour of Domain Privacy Group Inc. over you.

Execution - you agree that regardless of the laws or regulations of your jurisdiction, you are accepting the terms of this Agreement by electronic acknowledgement and as such, you agree to be bound by the terms of this Agreement as if you signed a paper-based or otherwise physical original Agreement. The absence of your original signature in this Agreement does not by itself invalidate any provision or all of this Agreement.

Termination - where this Agreement is terminated for any reason, Domain Privacy Group Inc. will immediately reset any applicable WHOIS™ registry under this Agreement to its default state, thereby identifying you as the Registrant, Administrative Contact and Billing Contact, along with all other information as required by the applicable WHOIS™ registry. If Domain Privacy Group Inc. is served with a Court Order enjoining it from providing services to you, this Agreement will automatically terminate forthwith, and the relevant WHOIS™ registry will revert to its default state to identify you as the Registrant, Administrative Contact and Billing Contact.

Amendments - you agree that Domain Privacy Group Inc. may amend this agreement from time-to-time, and you agree to be bound by such amendment(s) until the expiration of this Agreement. Domain Privacy Group Inc. agrees to publish any Agreement amendment(s) at its web site www.domainprivacygroup.com. It is solely your responsibility to regularly visit www.domainprivacygroup.com to determine if any amendment(s) have been made to this Agreement. Any amendment(s) made will take effect immediately as of the date of its (their) posting, and not as of the date you become aware of such amendment(s). If you do not agree to be bound by any such amendment(s), Domain Privacy Group Inc. reserves the right to cancel any or all services herein, without any compensation to you, and accordingly invoke the termination provision herein.

Caveat - services rendered are non-refundable.

Disclaimer - Domain Privacy Group Inc. is not liable for any inadvertent disclosure or theft of your personal information; failure to renew this Agreement; unauthorized usage of your account under this Agreement; deletion of, failure to store, failure to process or act upon e-mail messages sent to or forwarded either to you or your assigned Domain Privacy Group Inc. e-mail address; or any other act or omission caused by you or your agents (whether authorized by you or not).

Survival - all disclaimers of Domain Privacy Group Inc.�s liability under this Agreement survive termination indefinitely.

Choice of law - by accepting this Agreement you irrevocably attorn to the jurisdiction of Ontario, Canada. You agree that any and all disputes arising from this Agreement will be disposed of by a court of competent jurisdiction in Ontario only, applying the laws of Ontario only. You further agree that by accepting this Agreement you will not challenge the choice of law or jurisdiction provisions herein, and will be bound by any judgment rendered by such a competent court in spite

of its extra-territorial application. You will explicitly honour any judgment or Order rendered against you as if that judgment or Order were rendered from a court of your local jurisdiction.

Indemnity - you agree to fully indemnify and hold harmless Domain Privacy Group Inc. and all of its affiliates, agents, employees, directors, officers, partners, associates, customers, licensees, distributors and retailers, from and against any and all claims, demands, liabilities, losses, damages and costs arising from your domain name or any dispute connected therewith.

X Close Window

C L O S E   W I N D O W

# GO DADDY
# SPAM POLICY

## GO DADDY SPAM POLICY

Go Daddy does not tolerate the transmission of spam. Customers suspected to be using Go Daddy service for the purpose of sending spam are investigated by the registrar and/or hosting provider. After the registrar and/or hosing provider investigaes the complaint, Go Daddy service could be removed and the registrant's contact information exposed.

### How We Define Spam

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email (UBE) or Unsolicited Facsimiles (Fax), which is email or facsimile sent to recipients as an adverstisement or otherwise, without first obtaining prior confirmed consent to receive these communications from the sender. This can include, but is not limited to, the following:

    i. Email Messages
   ii. Newsgroup postings
  iii. Windows systems messages
   iv. Pop-up messages (aka "adware" or "spyware" messages)
    v. Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)
   vi. Online chat room advertisements
  vii. Guestbook or Website Forum postings
 viii. Facsimile Solicitations

### What We Allow and Don't Allow

In order to use our service you must not only abide by all applicable laws and regulations, which include the Can-Spam Act of 2003 and the Telephone Consumer Protection Act, but you must also abide by Go Daddy's no spam policies. Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have already "opted-in" to receive messages from the sender specifically. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax.

### What We Do

We encourage all customers and recipients of email generated from our service to report suspected spam. To Report Spam: Please contact the registrar of the domain and/or hosting provider. If you need further assistance, please email abuse@domainsbyproxy.com.

Revised: 7/25/2007
Copyright © 2007Go Daddy All Rights Reserved.

C L O S E   W I N D O W

## DOMAINS BY PROXY
## PRIVACY, SECURITY, YOUR INFORMATION

### DOMAINS BY PROXY RESPECTS YOUR PRIVACY

**We will not give any information about you to others without your express permission.**

Our site uses forms in which you give us contact information (your name, address, daytime telephone number, and email address) so you can place orders, request information and support, and make product suggestions. We will then create an account number for you and if you choose to order from us using a credit card, we will collect your credit card number and expiration date. If you contact us for support, we will keep an internal record of what support was given. We use your customer information only when it will be important for us to contact you regarding functionality changes to our products, our web site, new Domains by Proxy services, and special offers we think you'll find valuable. If you would rather not receive this information, please see the "Updating Your Information" section below on how to change your preferences. If we present a co-branded offer with our partners or affiliates, it will be clear at the point of collection who is collecting the information and whose privacy statement applies.

We may use third-party advertising companies to serve ads on our behalf. These companies may employ cookies and action tags (also known as single pixel gifs or web beacons) to measure advertising effectiveness. Any information that these third parties collect via cookies and action tags is completely anonymous. If you would like more information about this practice and your choices, click here .

On rare occasions, one of our partners may require us to share your personal information with them. We will only do so with your explicit permission first.

We use information gathered about you from our site statistics (for example your IP address) to help diagnose problems with our server, and to administer our Web site. We also gather broad demographic information from this data to help us improve our site and make your browsing and purchasing experience more enjoyable. This is not linked to any personally identifiable information, except as necessary to prevent fraud or abuse on our system.

Our site uses cookies to keep track of your shopping cart and receipts. We use cookies to identify you so you don't have to login each time you visit our site. They are linked to your customer number which is associated with the information in your account.

This site also contains links to other sites. Unfortunately Domains by Proxy is not responsible for the privacy practices or the content of such Web sites.

**Security**

This site has security measures in place to protect the loss, misuse and alteration of the information under our control. Please view our Secure Ordering page for further details.

**Updating Your Information**

As a customer of Domains by Proxy , you may alter your customer information or opt-out of

receiving communications from us and our partners at any time. We have the following options for changing and modifying your customer information.

    i. Visit your online Account Manager

   ii. You may send mail to Domains by Proxy at the following postal address:
      14455 North Hayden Road, Suite 219, Scottsdale, AZ. 85260 USA

### Sending Emails

We use emails to communicate with you, to confirm your placed orders, and to send information that you have requested. We also provide email links, as on our "About Us" page, to allow you to contact us directly. We strive to promptly reply to your messages.

The information you send to us may be stored and used to improve this site and our products, or it may be reviewed and discarded. However, your information will only be shared with third parties with your explicit permission.

### Only If We Have To

As stated previously in this policy, we will not share your personal information except with a third party to assist us in the processing or securing of your personal information or when we are required by law unless we have given you notice and choice, in the good-faith belief that such action is necessary in order to conform to the edicts of the law, or we must comply with a legal process served on our web site. We may also need to give out your information if one of our partners requires it, but these situations are rare.

### Changes in Our Practices

If we make material changes to our information handling practices or other privacy aspects, we will post those changes on this privacy statement, at least 30 days prior to their implementation or notify you directly via email. Minor changes will be immediately effective upon reposting to this privacy policy on the Domains by Proxy Web site.

### Service Provider

We use a credit card processing company to bill users for goods and services. These companies do not retain, share, store or use personally identifiable information for any secondary purposes.

### Contest

From time-to-time our site requests information from users via surveys or contests. Participation in these surveys or contests is completely voluntary and the user therefore has a choice whether or not to disclose this information. Information requested may include contact information (such as name and shipping address), and demographic information (such as zip code, age level – you must be 18 or above to enter). Contact information will be used to notify the winners and award prizes. Survey information will be used for purposes of monitoring or improving the use and satisfaction of this site.

### Tell-A-Friend

If a user elects to use our referral service for informing a friend about our site, we ask them for the friend's name and email address. Domains by Proxy will automatically send the friend a one-time email inviting them to visit the site. Domains by Proxy stores this information for the sole purpose of sending this one-time email. The friend may contact Domains by Proxy at support@domainsbyproxy.com to request the removal of this information from our database.

**What Happens to my Personal Information if I Terminate my Domains by Proxy Account?**

When Your Domains by Proxy account is cancelled (either voluntarily or involuntarily) all of your personally identifiable information is placed in "deactivated" status on our relevant Domains by Proxy databases. However, you should know that deactivation of your account does not mean your personally identifiable information has been deleted from our database entirely. We will retain and use your personally identifiable information if necessary in order to resolve disputes or enforce our agreements.

**Contacting the Web Site**

If you have any questions about our privacy statement, the practices of this site, or your dealings with this Web site, please contact us at:

Domains by Proxy
ATTN: Web Team
14455 North Hayden Rd.
Suite 226
Scottsdale, AZ, 85260, US

Revised: 10/1/2007
Copyright © 2000 - 2007 All Rights Reserved.

C L O S E   W I N D O W

## *DOMAINS BY PROXY*
## *DOMAIN NAME PROXY AGREEMENT*

Please read this Domain Name Proxy Agreement ("Agreement") carefully. By using the Services and/or Web site of Domains By Proxy, Inc., an Arizona corporation ("DBP"), You agree to all the terms and conditions set forth both herein and in the DBP privacy policy, which is incorporated by reference. You acknowledge that DBP may amend this agreement at any time upon posting the amended terms on its Web site, and that any new, different or additional features that change the services provided by DBP will automatically be subject to this agreement. If you do not agree to be bound by, or if you object to, the terms and conditions of this agreement and any amendments hereto, do not use or access our services. Continued use of DBP's services and its Web site after any such changes to this agreement have been posted, constitutes your acceptance of those changes.

This ("Agreement") is by and between DBP and you, your heirs, assigns, agents and contractors ("You") and is made effective as of the date of electronic execution. This Agreement sets forth the terms and conditions of Your relationship with DBP and Your use of DBP's services and represents the entire Agreement between You and DBP. By using DBP's Services, You acknowledge that You have read, understand and agree to be bound by all the terms and conditions of this Agreement, and You further agree to be bound by the terms of this Agreement for transactions entered into by: (i) You on Your behalf; (ii) anyone acting as Your agent; and (iii) anyone who uses the account You have established with DBP, whether or not the transactions were on Your behalf and/or authorized by You. You agree that You will be bound by representations made by third parties You use to purchase services from DBP, and that statements of a general nature on DBP's web site or in DBP promotional materials will not bind DBP. You further agree to abide by the terms and conditions promulgated by the Internet Corporation for Assigned Names and Numbers ("ICANN") (including the Uniform Domain Name Dispute Resolution Policy ("Dispute Resolution Policy") and Your Registrar (i.e., the ICANN-accredited person or entity through which You register a domain name).

## 1. DESCRIPTION OF DBP'S PRIVATE REGISTRATION SERVICES

The business of DBP is to maximize Your right to privacy to the greatest extent possible. When you subscribe to DBP's private registration service through a DBP-affiliated Registrar, each and any available domain name registration that You designate will thereafter be registered in the name of DBP, as Registrant. In exchange for DBP becoming the Registrant of each domain name registration on Your behalf, DBP shall keep Your name, postal address, email address, phone and fax numbers confidential, subject to Section 4 of this Agreement. When DBP becomes the Registrant of Your domain name registration, the following DBP information (and not your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

    i.   DBP's name and postal address as Registrant of the domain name;

    ii.   DBP's email address, postal address and phone number for the domain name registration's technical contact;

    iii.   DBP's email address, postal address and phone number for the domain name registration's administrative contact;

    iv.   DBP's email address, postal address and phone number for the domain's name registration's billing contact;

    v.   The primary and secondary domain name servers You designate for the domain name;

    vi.   The domain name's original date of registration and expiration date of the registration; and

    vii.   The identity of Your Registrar.

## 2. FULL BENEFITS OF DOMAIN REGISTRATION RETAINED BY YOU

Although DBP will be the Registrant of each domain name registration You designate, You will retain the full benefits of domain name registration with respect to each such domain name registration, including:

    i.  The right to sell, transfer or assign each domain name registration;

    ii.  The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;

    iii.  The right to cancel each domain name registration;

    iv.  The right to cancel Your account with DBP so that You become the Registrant;

    v.  The right to renew each domain name registration upon its expiration, subject to Your Registrar's applicable rules and policies; and

    vi.  The right to initially resolve any and all monetary, creditor or other claims that arise in connection with a legal or other dispute involving Your domain name registration, subject to DBP's Section 4 rights, which shall, in all events, supersede any and all of Your rights as set forth in this Section 2.

## 3. YOUR NOTIFICATION OBLIGATIONS; REPRESENTATION AND WARRANTIES

**Personal Information**

You agree that for each domain name for which DBP becomes the Registrant on Your behalf, You will provide accurate and current information as to:

    i.  Your name and postal address;

    ii.  The email address, postal address, phone and fax numbers for the domain name registration's technical contact;

    iii.  The email address, postal address, phone and fax numbers for the domain name registration's administrative contact;

    iv.  The email address, postal address, phone and fax numbers for the domain name registration's billing contact;

    v.  The primary and secondary domain name servers to which each domain name points; and

    vi.  The domain name's original date of registration and expiration date.

You agree to: (i) notify DBP within five (5) business days when any of the personal information You provided upon subscribing to DBP's services, changes; (ii) respond within five (5) business days to any inquiries made by DBP to determine the validity of personal information provided by You; (iii) respond to email messages posted to Your DBP account regarding correspondence DBP has received that is either addressed to or involves Your domain name registration, as more fully set forth in Section 5(b) below. It is Your responsibility to keep Your personal information current and accurate at all times.

**Renewals**

You agree that DBP, as Registrant, will (i) arrange for Your Registrar to automatically renew on Your behalf, for a period of one year only, any domain name registration that is up for renewal; and (ii) arrange for Your Registrar to charge the credit card You have on file with the Registrar, at the Registrar's then current rates. Renewal fees, once charged, will be non-refundable. You may also elect not to automatically renew DBP's private registration services, by logging into Your customer account at Your Registrar's web site and selecting the manual renewal option. It is Your responsibility to keep Your credit card information current and accurate, including the expiration date.

**Representations and Warranties**

You warrant that all information provided by You to DBP is truthful, complete, current and accurate.

You also warrant that You are using DBP's private registration services in good faith and that You have no knowledge of Your domain name infringing upon or conflicting with the legal rights of a third party or a third party's trademark or trade name. You also warrant that the domain name being registered by DBP on Your behalf will not be used in connection with any illegal or morally objectionable activity (as defined below in Section 4), or, in connection with the transmission of Spam.

## 4. DBP'S RIGHTS TO DENY, SUSPEND, TERMINATE SERVICE AND TO DISCLOSE YOUR PERSONAL INFORMATION

i. You understand and agree that DBP has the absolute right and power, in its sole discretion and without any liability to You whatsoever, to either: (i) close Your account (which means You then become the Registrant of the domain name registration); (ii) reveal Your name and personal information that You provided to DBP when required by law, in the good faith belief that such action is necessary in order to conform to the edicts of the law, or to comply with a legal process served upon DBP; (iii) resolve any and all third party claims, whether threatened or made, arising out of Your use of a domain name registered by DBP on Your behalf; or (iv) take any other action DBP deems necessary:

    A. In the event you breach any provision of this Agreement or the DBP Anti-Spam Policy;

    B. To protect the integrity and stability of the applicable domain name Registry;

    C. To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;

    D. To comply with ICANN's Dispute Resolution Policy;

    E. To avoid any financial loss or legal liability (civil or criminal) on the part of DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;

    F. If the domain name DBP registers on Your behalf violates or infringes a third party's trademark, trade name or other legal rights; and

    G. If it comes to DBP's attention that You are using DBP's services for purposes of engaging in, participating in, sponsoring or hiding Your involvement in, illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise: (i) appeal purely to the prurient interests of third parties; (ii) defame, embarrass, harm, abuse, threaten, or harass third parties; (iii) violate state or federal laws of the United States and/or foreign territories; (iv) involve hate crimes, terrorism and child pornography; (v) are tortious, vulgar, obscene, invasive of a third party's privacy, racially, ethnically, or otherwise objectionable; (vi) impersonate the identity of a third party; (vii) harm minors in any way; or (viii) relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

ii. You also acknowledge and agree that DBP may, in its sole discretion and without any liability to You whatsoever: (i) cancel the registration of any domain name DBP has registered on Your behalf during the first thirty (30) days after registration has taken place; (ii) cancel the registration of any domain name DBP has registered on Your behalf if that name is being used in association with Spam; and/or (iii) suspend your rights under Section 2 of this Agreement during resolution of a dispute.

iii. You further understand and agree that if DBP is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your domain name registration or Your use of DBP's services, Your private domain name registration will automatically revert back to You and Your identity will therefore be

revealed in the Whois directory as Registrant.

iv.  In the event: (i) DBP takes any of the actions set forth in paragraphs (a), (b) or (c)
above; and (ii) You elect to cancel DBP's services for any reason, neither DBP nor
your Registrar will refund any fees paid by You whatsoever.

## 5. COMMUNICATIONS FORWARDING

### a. Correspondence Forwarding

Inasmuch as DBP's name, postal address and phone number will be listed in the Whois directory,
You agree that DBP will review and forward communications addressed to your domain name that
are received via email, certified or traceable courier mail (such as UPS, FedEx, or DHL), or first
class U.S. postal mail. You specifically acknowledge that DBP will not forward to You first class
postal mail (other than legal notices), "junk" mail or other unsolicited communications (whether
delivered through fax, postal mail or telephone), and You further authorize DBP to either discard all
such communications or return all such communications to sender unopened. You agree to waive
any and all claims arising from Your failure to receive communications directed to Your domain
name but not forwarded to You by DBP.

### b. Email Forwarding

The Whois directory requires an email address for every purchased domain name registration.
When You purchase a private domain registration, DBP creates a private email address for that
domain, "@domainsbyproxy.com". Thereafter, when messages are sent to Your private email
address, DBP handles them according to the email preference You selected for that particular
domain. You have three email preferences from which to choose. You can elect to: (i) have all of
the messages forwarded; (ii) have all of the messages filtered for Spam and then forwarded; or (iii)
have none of the messages forwarded.

### c. Notifications Regarding Correspondence and Your Obligation to Respond

When DBP receives certified or traceable courier mail or legal notices addressed to Your domain
name, we will post an email message to Your DBP account. Our email message will identify the
sender of the correspondence, the date we received it, and a brief description of its contents. You
will have seventy-two (72) hours to decide whether to reject the correspondence or have it
forwarded via overnight courier, facsimile (or both). You will be informed of the charge for both
shipping options and the credit card You provide will be billed only after You have affirmatively
selected one or both shipping options. You must select a shipping option and the credit card
transaction must be successful prior to us forwarding the correspondence to You. In the event You
do not respond to our email message, DBP will attempt to contact you via telephone. If you do not
respond to our email or voice messages and/or the correspondence that DBP has received
regarding Your domain name registration concerns a legal dispute or otherwise requires immediate
forwarding and/or immediate disposition, DBP may immediately reveal Your identity and/or cancel
our private registration service regarding either the domain name registration in question or with
respect to all of Your private domain name registrations, depending on the circumstances. This
means the Whois directory will revert to displaying Your name, postal address, email address and
phone number. We take this action because DBP will not become involved in any legal or other
matters between You and third parties.

### d. Forwarding Fees

In consideration for (i) handling and forwarding certified and traceable courier mail and certain first
class correspondence, and (ii) responding to and dealing with complaining third parties, You agree
to pay DBP at the time such services are provided. DBP may change its forwarding fees at any
time. Unless otherwise stated, all fees are posted (and payable by You) in U.S. Dollars. You are
responsible for paying all fees and taxes associated with using DBP's forwarding services. Payment
shall be made by You providing a valid credit card for charge by DBP, and is non-refundable. If for
any reason DBP is unable to charge Your credit card with the full amount of the service provided,
or if DBP is charged back for any fee it previously charged to the credit card You provided, You

agree that DBP may, without notice to You, pursue all available remedies in order to obtain payment, including but not limited to, sale of the domain name registration to a third party, and immediate cancellation of Your account and all services DBP provides to You.

**e. Additional Administrative Fees**

DBP reserves the right to charge a reasonable service fee for administrative tasks outside the scope of its regular services. These include, but are not limited to, customer service issues that cannot be handled over email but require personal service, and disputes that require legal services. You agree that DBP will arrange for Your Registrar to bill these charges to the credit card You have on file with the Registrar. Administrative fees, once charged, will be non-refundable. It is Your responsibility to keep Your credit card information current and accurate, including the expiration date. Failure to do so could result in termination of DBP's services.

You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this Agreement.

## 6. LIMITATIONS OF LIABILITY

Under no circumstances shall DBP be liable for any direct, indirect, incidental, punitive, special, or consequential damages for any reason whatsoever related to this agreement, your domain name registration, DBP's services, use or inability to use the DBP Web site or the materials and content of the Web site or any other Web sites linked to the DBP Web site or your provision of any personally identifiable information to DBP or any third party. This limitation applies regardless of whether the alleged liability is based on contract, tort, warranty, negligence, strict liability or any other basis, even if DBP has been advised of the possibility of such damages or such damages were reasonably foreseeable. Because certain jurisdictions do not permit the limitation or elimination of liability for consequential or incidental damages, DBP's liability in such jurisdictions shall be limited to the smallest amount permitted by law.

You further understand and agree that DBP disclaims any loss or liability resulting from: (i) the inadvertent disclosure or theft of Your personal information; (ii) access delays or interruptions to our web site or the web sites of our affiliated-Registrars; (iii) data non-delivery or mis-delivery between You and DBP; (iv) the failure for whatever reason to renew a private domain name registration; (v) the unauthorized use of Your DBP account or any of DBP's services; (vi) errors, omissions or misstatements by DBP; (vii) deletion of, failure to store, failure to process or act upon email messages forwarded to either You or Your private domain name registration; (viii) processing of updated information regarding Your DBP account; (ix) any act or omission caused by You or Your agents (whether authorized by You or not).

## 7. INDEMNITY

You agree to release, defend, indemnify and hold harmless DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your Registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to this Agreement, the services provided hereunder by DBP, the DBP web site, Your account with DBP, Your use of Your domain name registration, and/or disputes arising in connection with the Dispute Resolution Policy.

## 8. DBP WARRANTY DISCLAIMER

DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers, and employees expressly disclaim all representations and warranties of any kind in connection with this agreement, the service provided hereunder, the DBP Web site or any Web sites linked to the DBP Web site, whether express or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose and non-infringement. All DBP services, as well as the DBP Web site, are provided "AS IS". Your subscription to and use of DBP's services and its Web site are entirely at your risk. Some jurisdictions do not allow the disclaimer of implied warranties, in which event the foregoing disclaimer may not apply to you.

## 9. COPYRIGHT & TRADEMARK

You understand and agree that all content and materials contained in this Agreement, the Privacy Policy and the DBP web site, are protected by the various copyright, patent, trademark, service mark and trade secret laws of the United States, as well as any other applicable proprietary rights and laws, and that DBP expressly reserves its rights in and to all such content and materials.

You further understand and agree that You are prohibited from using, in any manner whatsoever, any of the afore-described content and materials without the express written permission of DBP. No license or right under any copyright, patent, trademark, service mark or other proprietary right or license is granted to You or conferred upon You by this Agreement or otherwise.

## 10. MISCELLANEOUS PROVISIONS

### a. Severability; Construction; Entire Agreement

If any part of this Agreement shall be held to be illegal, unenforceable or invalid, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, enforceable and valid, and the legality, enforceability and validity of the remaining provisions of this Agreement shall not be affected or impaired. The headings herein will not be considered a part of this Agreement. You agree that this Agreement, including the policies it incorporates by reference, constitute the complete and only Agreement between You and DBP regarding the services contemplated herein.

### b. Governing Law; Venue; Waiver Of Trial By Jury

This Agreement shall be governed in all respects by the laws and judicial decisions of Maricopa County, Arizona, excluding its conflicts of laws rules. Except as provided immediately below, You agree that any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of Maricopa County, Arizona. For the adjudication of domain name registration disputes, you agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona. You agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes place relating to or arising out of this Agreement.

### c. Notices

All notices from DBP to You will be sent to the email address You provided to DBP. Notices by email shall be deemed effective 24 hours after the email is sent by DBP, unless DBP receives notice that the email address is invalid, in which event DBP may give You notice via first class or certified mail, return receipt requested. All notices from You to DBP shall be sent via certified mail, return receipt requested or traceable courier to DBP, Inc., Attn: General Counsel, 15111 North Hayden Road, Suite 160, PMB 353, Scottsdale, AZ. 85260. Notices sent via certified mail or traceable courier shall be deemed effective five (5) days after the date of mailing.

### d. Insurance

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's negligent actions (and absent fraud or other negligent or willful misconduct committed by a third party), You may be insured against such loss through DBP's Professional Liability Insurance Policy, which is currently underwritten by American International Insurance Company. Of course, every claim is subject to the then-carrier's investigation into the facts and circumstances surrounding such claim. In the event You have reason to believe that circumstances exist which warrant the filing of an insurance claim, please send a written notice (specifying the basis for such claim), via certified mail, return receipt requested, to:

Domains By Proxy, Inc.
15111 N. Hayden Road, Suite 160
PMB 353
Scottsdale, AZ. 85262
Attn: Insurance Claims

### e. Indemnification

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's willful misconduct, Your Registrar (the "Indemnifying Party") will indemnify and hold You harmless against any losses, damages or costs (including reasonable attorneys fees) resulting from any claim, action, proceeding, suit or demand arising out of or related to the loss of Your domain name registration. Such indemnification obligations under this Section 10 (e) are conditioned upon the following: (i) that You promptly give both DBP and the Indemnifying Party written notice of the claim, demand, or action and provide reasonable assistance to the Indemnifying Party, at its cost and expense, in connection therewith, and (ii) that the Indemnifying Party has the right, at its option, to control and direct the defense to any settlement of such claim, demand, or action.

Any notice concerning indemnification shall, with respect to DBP, be sent in accordance with Section 10(c) of this Agreement. With respect to Your Registrar, notices regarding indemnification should be sent in accordance with the notification provisions contained in Your Registrar's Domain Name Registration Agreement.

**f. Term of Agreement; Survival**

The term of this Agreement shall continue in full force and effect as long as DBP is the Registrant for any domain name on Your behalf. Sections 5 (Communications Forwarding), 7 (Limitation of Liability), 8 (Indemnity), 9 (Warranty Disclaimer) and 10 (Miscellaneous Provisions) shall survive any termination or expiration of this Agreement.

Revised: 5/16/2007
Copyright © 2003 - 2007 All Rights Reserved.