**From:** "Your Top Brands" <YourTopBrands@humanfacility.com>
**Subject:** **Claim your Free Apple iPhone**
**Date:** January 14, 2007 12:22:55 AM PST
**To:** nxxxxxx@asis.com
**Reply-To:** r.6762.195636249@humanfacility.com



If you wish to unsubscribe from our list, simply proceed to opt-out here as your privacy is extremely important to us. If you would like to stay in our subscriber database, and cancel emails from the advertiser above please scroll up and follow their opt out instructions.
_____

humanfacility.com

1330 NW 6TH ST. STE. B
GAINESVILLE FL 32601 - 2202






This is an advertisement powered by YourTopBrands. YourTopBrands is an independent rewards program and not associated with any of the above listed merchants or brands. The above listed merchants or brands in no way endorse or sponsor YourTopBrands's offer and are not liable for any alleged or actual claims related to this offer. The above listed trademarks and service marks are the marks of their respective owners. YourTopBrands is solely responsible for all Gift fulfillment. In order to receive your gift you must: (1) Meet the eligibility requirements, (2) register with us, (3) complete and continue through our survey, (4) agree to register, participate in and satisfy the requirements for 10 sponsor offers as described in the "Gift Rules" that require sampling and purchasing products of interest, and (5) follow redemption instructions as described in the "Gift Rules." **By continuing, you certify that you are a US resident over the age of 18 and that you agree to the privacy policy, gift rules, participation requirements and End User License Agreement ("EULA"). Void where prohibited. Your information will be shared with our marketing partners.**
Copyright © 2004-2007 YourTopBrands. All rights reserved.
Privacy Policy - 8/8/2007 | Copyright Notice | EULA - 8/24/2007 | Member Support | Gift Rules

http://www.yourtopbrands.com



# Official Gift Rules and Steps to Redeem

Last updated:  September 4, 2007

**Official Gift Rules for redemption of the $600 Amex Gift Card good towards an Apple iPhone**

These Official Gift Rules for redemption of the $600 Amex Gift Card good towards an Apple iPhone&nbspare part of the YourTopBrands End User License Agreement ("EULA") to which you must agree in order to use our Service, including seeking to qualify under these Gift Rules.  Capitalized terms unless otherwise defined shall have the meanings assigned to them in the EULA - End User License Agreement.

To qualify for and redeem your $600 Amex Gift Card good towards an Apple iPhone, you must complete each of the following:

1. Registration Form.  Complete our Registration Form for the YourTopBrands Service by providing true, accurate, current, and complete information about yourself as prompted by the Registration Form - information that is untrue, inaccurate, or incomplete may disqualify you from eligibility to receive the $600 Amex Gift Card good towards an Apple iPhone.
2. Special Offers & Survey.  All Special Offers and Survey Questions are optional. Answer or skip all offers that are presented following the registration form. You must also answer all of the questions (yes or no) as indicated at the "Special Offer Survey" page that also follows the registration form. Expressing interest in response to any special offer or survey question is not required to qualify for the $600 Amex Gift Card good towards an Apple iPhone. . In contrast, a Sponsor offer, is an offer that you must complete to qualify for the $600 Amex Gift Card good towards an Apple iPhone. . Please see the Sponsor Offer section below for the number of Sponsor Offers that must be completed to qualify for your $600 Amex Gift Card good towards an Apple iPhone. The Sponsor Offers appear *after* you have successfully completed or skipped the special offers and survey section.
3. Sponsor Offers. You must participate in and satisfy a total of 10 Sponsor Offers as follows:
   Page 1: 3 offers
   Page 2: 3 offers
   Page 3: 2 offers
   Page 4: 2 offers

   To satisfy the requirements for the $600 Amex Gift Card good towards an Apple iPhone, you must participate in the above-stated number of offers for each page (participating in offers in excess of those stated above for a given page does not reduce the number of offers in which you must participate on the other pages), and you must complete each of the Sponsor Offers pages listed above. **Please note Sponsor offers may require you to sample and/or purchase products of interest.**
   **In order to remain eligible for your gift, you must complete all of the sponsor offers that require you to sample and purchase products of interest within 180 days of signing up for our service.**
4. Sponsor Offer Registration. In order to satisfy the requirement for participating in the number of Sponsor offers described above, you must meet all qualifications of the Sponsor offers you select. You must complete each offer by clicking to and satisfying the requirements of our sponsor offers only online from the YourTopBrands's sponsor offer pages as listed above (not by telephone). **Please note that once you have clicked to and started and/or completed a transaction with a sponsor, you are subject to that sponsor's terms, conditions and rules on cancellation, and such transactions cannot be canceled by or through the Brandarama Service or by failure to complete the requisite number of sponsor offers specified above.**
5. Verification of Sponsor Offer Participation. Each Sponsor must provide written verification (written or electronic) to YourTopBrands that you have successfully qualified for and completed that Sponsor's offer. Following YourTopBrands's receipt of such verification from the last of the requisite number of Sponsors, YourTopBrands

will send an email message to you with instructions on how to redeem your offer and ask you to confirm your delivery address where the $600 Amex Gift Card good towards an Apple iPhone will be shipped. The qualification time varies by Sponsor, but may be in excess of 30 days. In some cases an additional step by you is required to satisfy the Sponsor's qualifications. By way of example that is not intended to be exhaustive, all-inclusive, or otherwise limiting, a Sponsor offer for, for example, credit card or similar service may require you to use the credit card to make a purchase, take a cash advance, or transfer a balance, to satisfy the Sponsor's qualifications. The time it takes you to complete this step is in your control and not that of the Service or the Sponsor, and the qualification time for such Sponsor offers accordingly will vary based in part on the time you take to satisfy this requirement. Your gift qualification status may be viewed at any time at
**http://www.yourtopbrands.com/status**

6. **We also recommend that you print and keep any pages or correspondence proving that you completed the sponsor offers.** This may be helpful in the unlikely event that one of our sponsors fails to notify us in a timely manner that you have completed the required offer(s). You are responsible for reviewing your account and notifying YourTopBrands of any errors. **Your gift should ship to you within 6 to 8 weeks after YourTopBrands receives confirmation of your delivery address.**

The Service is not affiliated with the manufacturer or provider of the gift nor with any of the third parties appearing in the marketing promotional copy unless otherwise indicated. All gifts and offers are based on a first-come, first-serve basis. Gifts are subject to availability, and quantities may be limited. YourTopBrands reserves the right to substitute a gift of equal or greater value. YourTopBrands reserves the right to cancel any offer at any time for any reason, with or without notice.

**Summary of Frequently Asked Questions:**
Q: How can you offer gifts?
A: We rebate advertiser dollars to consumers in the form of gifts. Our advertising sponsors cover the cost of the $600 Amex Gift Card good towards an Apple iPhone along with the shipping and handling charges.

Q: Is there a fee to participate in this program?
A: There are no membership fees for joining. To get your gift, you must continue through the survey and complete participation requirements for sampling and purchasing products of interest.



####