



SBL Home   |   SBL FAQs   |   SBL Listing Policy   |   SBL Delisting Procedure   |

Please read this page carefully. It contains the reason for the listing and who to contact about it.

**Ref: SBL50519**

**216.23.173.224/28 is listed on the Spamhaus Block List (SBL)**

27-Jan-2007 18:55 GMT | SR12

**Active Response, LLC - yourtopbrands.com et al.**

Operator of Yourtopbrands.com, &c., payloads used by spammers worldwide in concert with Hydra Media.

CustName: Active Response, LLC
Address: 900 Broadway, 2nd Floor
City: New York
StateProv: NY
PostalCode: 10011
Country: US
RegDate: 2006-11-20
Updated: 2006-11-20

NetRange: 216.23.173.224 - 216.23.173.239
CIDR: 216.23.173.224/28
NetName: ICI-ACTIVERESPONSE-1
NetHandle: NET-216-23-173-224-1
Parent: NET-216-23-160-0-1
NetType: Reassigned
Comment:
RegDate: 2006-11-20
Updated: 2006-11-20

RTechHandle: ICI6-ARIN
RTechName: Intelenet Hostmaster
RTechPhone: +1-949-784-7911
RTechEmail: hostmaster@intelenet.net

OrgAbuseHandle: INTEL1-ARIN
OrgAbuseName: InteleNet Abuse
OrgAbusePhone: +1-949-784-7911
OrgAbuseEmail: abuse@intelenet.net

OrgNOCHandle: INO7-ARIN
OrgNOCName: InteleNet Network Operations
OrgNOCPhone: +1-949-784-7911
OrgNOCEmail: noc@intelenet.net

OrgTechHandle: ICI6-ARIN
OrgTechName: Intelenet Hostmaster

OrgTechPhone: +1-949-784-7911
OrgTechEmail: hostmaster@intelenet.net

**Removal Procedure**

To have record SBL50519 (216.23.173.224/28) removed from the SBL, the Abuse/Security representative of intelenet.net (or the Internet Service Provider responsible for connectivity to 216.23.173.224/28) needs to **contact the SBL Team** to explain how the spam problem has been terminated. If the spam problem that caused this listing has been terminated we will normally remove the listing from the SBL.

If you are a representative of intelenet.net, you also need to see this:
Current intelenet.net spam problems

The SBL is an international anti-spam system maintained by The Spamhaus Project and used by Internet networks to protect customers from spam sources and spam services. The SBL lists only IP addresses (not domains or addresses). If you are unable to send email due to this SBL listing, please contact your Internet Service Provider and show them this page - your Service Provider needs to contact Spamhaus to resolve the issue. (If you are not the Internet Service Provider, please do NOT contact us.)



