1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  **Attorneys for Plaintiff, ASIS Internet Services,**
   **JOEL HOUSEHOLTER, dba FOGGY.NET**
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 **ASIS INTERNET SERVICES, a California**           Case No.  C-07-6211 TEH
   **corporation, and JOEL HOUSEHOLTER,**
11 **dba KNEELAND ENGINEERING, dba**
   **FOGGY.NET**                                      **[PROPOSED] ORDER GRANTING**
12                                                    **ADMINISTRATIVE MOTION TO FILE**
13         Plaintiff,                                 **CERTAIN DOCUMENTS UNDER SEAL**
   vs.
14
   **ACTIVE RESPONSE GROUP, INC., a**
15 **Delaware corporation, et al.,**

16         Defendants.

17
         Having considered the Administrative Motion of Plaintiffs for an order permitting the
18
   filing under seal of certain documents and good cause having been shown,
19
         **IT IS HEREBY ORDERED** that Plaintiffs' motion is GRANTED, and Plaintiffs shall file
20
   under seal the following pleadings:
21
           Exhibits D and E consists of a CD containing the emails received
22         by Foggy.net and ASIS Internet Services which are the subject of
           the within action. (Both Exhibits are on 1 CD)
23

24 Dated:  _____           _____
25                                        THELTON E. HENDERSON
                                          UNITED STATES DISTRICT JUDGE
26

27

28