1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  **Attorneys for Plaintiff, ASIS Internet Services,
   JOEL HOUSEHOLTER, dba FOGGY.NET**
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  | ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET | Case No. C-07-6211 TEH |
    |---|---|
    | Plaintiffs vs. ACTIVE RESPONSE GROUP, INC., a Delaware corporation, et al., Defendants. | MANUAL FILING NOTIFICATION |

                         **MANUAL FILING NOTIFICATION**

Regarding:   **EXHIBIT C** to DECLARATION OF JOSH MOHLAND IN SUPPORT OF OPPOSITION TO MOTION FOR CERTIFICATION, STAY, AND BOND:

        This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

        This filing was not efiled for the following reasons:

   [**x**] Voluminous Document (PDF file size larger than the efiling system allows)

   [_] Unable to Scan Documents

   [_] Physical Object (description): _____

1     [**x**] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2     [ ] Item Under Seal

3     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4     [_] Other (description): _____

**SINGLETON LAW GROUP**

Dated:    August 29, 2008    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**PROOF OF SERVICE**

I declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is, Singleton Law Group, 611 "L" Street, Suite "A", Eureka, CA 95501

On August 29, 2008, I served the following document:

**EXHIBITS TO OPPOSITION TO MOTION FOR CERTIFICATION:
EXHIBIT C TO DECLARATION OF JOSH MOHLAND,
(CD MANUALLY FILED)
EXHIBIT D TO DECLARATION OF JOEL HOUSEHOLTER,
EXHIBIT E TO DECLARATION OF NELLA WHITE
(CD SUBMITTED UNDER SEAL)**

on the parties listed below as follows:

> Ambika Doran
> DAVIS WRIGHT TREMAINE, LLP
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine to #

☑ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Eureka, California.

☐ **By personal service** by causing to by personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express, UPS,** or overnight mail

☑ **(State)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(Federal)**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2008, at Eureka, California.

                    /s/ Roberta Alliston
                    Roberta Alliston