THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:           thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>  Defendants. | Case No. CV 07-6211 TEH (MEJ)<br><br>STIPULATION TO CONTINUANCE OF SETTLEMENT CONFERENCE |

The parties stipulate to a continuance of the scheduled September 26, 2008 settlement conference in this matter, and the accompanying September 19, 2008 deadline to submit a settlement conference statement. The Court is scheduled to consider on September 22, 2008, Defendant Active Response Group, Inc.'s Motion for Certification, a Stay, or a Security. The parties stipulate to deciding a date for the settlement conference within two weeks of any order of the Court denying the motion to stay.

So stipulated.

Dated: August 28, 2008

//

//

Page 2

Stipulation to Continuance of Settlement Conference

264782.1

//

//

SINGLETON LAW GROUP

 /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET

DAVIS WRIGHT TREMAINE LLP

 /s/ Thomas R. Burke
Thomas R. Burke
Ronald London (admitted *pro hac vice*)
Ambika K. Doran (admitted *pro hac vice*)
Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

ORDER

It is so ordered.

Dated: September 8, 2008.



_____
Hon. Maria-Elena James
United States Magistrate Judge

Page 3

Stipulation to Continuance of Settlement Conference

264782.1