THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>DECLARATION OF HENRY M. BURGOYNE, III<br><br>Date: September 22, 2008<br>Time: 10 a.m.<br>Place: Courtroom 12, 19th Floor |

I, Henry M. Burgoyne, III, declare as follows:

1.   I am an attorney with Kronenberger Burgoyne, LLP. I am licensed to practice law in the state of California and the federal district court for the Northern District of California. I am an attorney for defendant Member Source Media LLC in the matter *AsIs Internet Services et al. v. Member Source Media LLC*, CV-08-1321 EMC, in which Plaintiff alleges violations of the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003. I make this statement from personal knowledge and from the files and records in the *AsIs v. Member Source* matter.

2.   I attended a September 3, 2008 hearing, during which Magistrate Judge Edward M. Chen stated his intention to issue an order granting Member Source Media LLC's motion for a stay pending the Ninth Circuit Court of Appeals' decision in the case *AsIs Internet Services v.*

*Optin Global, Inc. et al.*, 3:05-CV-05124 JCS (Case No. 08-15979 in the Ninth Circuit). As an exception to the stay, Judge Chen stated his intention to permit AsIs to amend its complaint to name additional parties, for the purpose of subjecting those parties to an order requiring the preservation of evidence.

3. The parties currently are negotiating the content of the order imposing a stay, to be submitted to Judge Chen no later than Wednesday, September 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of September, 2008, at San Francisco, California.

By: _____
HENRY M. BURGOYNE, III