THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.,<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ACTIVE RESPONSE GROUP, INC.'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) AND STAYING THE PROCEEDINGS<br><br>Date: September 22, 2008<br>Time: 10 a.m.<br>Place: Courtroom 12, 19th Floor |

This Court having considered Defendant Active Response Group, Inc.'s Motion for Certification Under 28 U.S.C. § 1292(b), a Stay in the Proceedings, Or a Security, and having considered the briefs and evidence submitted in support thereof and in opposition thereto,

NOW THEREFORE, it is ordered that Defendant's Motion for Certification Under 28 U.S.C. § 1292(b) is GRANTED, and the proceedings in this matter are STAYED until the latter of the Ninth Circuit's decision reviewing the Court's July 30, 2008 order, or the last of its decisions in the cases *Ferguson v. Quinstreet, Inc.*, Case No. 08-35709, *AsIs Internet Servs. v. Optin Global, Inc. et al.*, Case. No. 08-15979, and *Gordon v. Virtumundo,* Case No. 07-35487.

DONE IN OPEN COURT this ____ day of September, 2008.

_____
HONORABLE THELTON E. HENDERSON
United Stated District Court Judge

Order on Defendant's Motion for Certification                                                                                      Page 1
264782.1