THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>DECLARATION OF AMBIKA K. DORAN IN SUPPORT OF DEFENDANT ACTIVE RESPONSE GROUP, INC.'S REPLY ON ITS MOTION FOR CERTIFICATION, A STAY OF THE PROCEEDINGS, OR A SECURITY<br><br>Date: September 22, 2008<br>Time: 10 a.m.<br>Place: Courtroom 12, 19th Floor |

I, Ambika K. Doran, declare as follows:

    1.    I am an attorney with Davis Wright Tremaine LLP. I am licensed to practice law in the state of Washington, the federal district court for the Western District of Washington, and the Ninth Circuit Court of Appeals. By order of this court dated May 8, 2008, I am admitted *pro hac vice* to appear as an attorney on behalf of defendant Active Response Group, Inc., in this matter. I make this statement from personal knowledge and from the files and records in this matter, and the matter *AsIs Internet Services et al. v. Member Source Media LLC,* CV-08-1321 EMC.

    2.    Attached hereto as Exhibit A is a true and correct copy of an order from Magistrate Judge Edward M. Chen granting defendant Member Source Media LLC's motion for a stay pending the appeal in *AsIs Internet Servs. v. Optin Global, Inc. et al.*, Case. No. 08-15979.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of September, 2008, at Seattle, Washington.

By: _____
Ambika K. Doran

DAVIS WRIGHT TREMAINE LLP