THOMAS R. BURKE (CA State Bar No. 141930)
RONALD LONDON (admitted *pro hac vice*)
AMBIKA K. DORAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com, ronaldlondon@dwt.com, ambikadoran@dwt.com

Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEELAND ENGINEERING, d/b/a FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE RESPONSE GROUP, INC. et al.<br><br>Defendants. | Case No. CV 07-6211 TEH<br><br>STIPULATION RELATING TO STAY |

On September 16, 2008, the Court certified its July 30, 2008 decision pursuant to 28 U.S.C. § 1292(b) and stayed the proceedings in this Court pending decision on the appeal, or, if the Court of Appeal does not grant permission for interlocutory appeal, pending Ninth Circuit's decision in *Asis Internet Servs. v. Azoogle.com, Inc.*, Case No. 0815979. Pursuant to the September 16, 2008 Order, the parties stipulate as follows:

(1) Defendant Active Response Group, Inc., having already issued a litigation hold to its employees, will preserve all evidence relevant to this dispute during the pendency of the stay.

(2) Plaintiffs Asis Internet Services and Joel Householter may file the proposed Second Amended Complaint, adding two defendants, a copy of which is attached hereto as Exhibit A;

(3) After the new defendants have appeared, if Plaintiffs wish to propound discovery requests on third parties not yet named in the action that are not subject to the preservation order,

and such discovery is necessary to the preservation of evidence, Plaintiffs and Defendant shall meet and confer to address the concerns.  Plaintiffs shall not serve any third-party subpoenas or other discovery without the consent of Defendant.  If the parties cannot reach agreement regarding such concerns after fully meeting and conferring, either party may apply to the Court for a hearing regarding the same; and

    (4) All other activity in the case, including all discovery not referenced in paragraph (3), shall remain stayed.

So stipulated.

Dated: September 22, 2008

SINGLETON LAW GROUP

__/s/ Jason Singleton_____
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET

DAVIS WRIGHT TREMAINE LLP

__/s/ Ambika Doran_____
Thomas R. Burke
Ronald London (admitted *pro hac vice*)
Ambika K. Doran (admitted *pro hac vice*)
Attorneys for Defendant ACTIVE RESPONSE GROUP, INC.

ORDER

It is so ordered.

Dated: September __, 2008.



_____
Hon. Thelton E. Henderson
United States District Judge