Richard B. Newman (RN-7118)
Klein Zelman Rothermel LLP
485 Madison Avenue, 15 floor
New York, NY 10022
Telephone: 212-935-6020
Facsimile: 212-753-8101
rnewman@kleinzelman.com
*Attorneys for Defendants IntegraClick, Inc., Clickbooth and Clickbooth.com*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al,

    Plaintiffs,

vs.

ACTIVE RESPONSE GROUP, INC., et al,

    Defendants.

Case No. C-07-6211 TEH

**REQUEST FOR TELEPHONIC APPEARANCE**

    Please take notice that Defendant Integraclick, Inc. (erroneously sued as Intergraclick Inc.), d/b/a Clickbooth and Clickbooth.com ("Defendant" or "Clickbooth"), hereby formally requests that the Court permit its counsel of record to attend and participate telephonically in the *Case Management Conference* scheduled for **Monday, February 8, 2010** at **1:30 PM**, before the Honorable Judge Thelton E. Henderson.

**KLEIN ZELMAN ROTHERMEL**

DATED:    January 26, 2010

_____
Richard B. Newman
Attorneys for Defendant

{00098613;1}