Richard B. Newman (RN-7118)
Klein Zelman Rothermel LLP
485 Madison Avenue, 15 floor
New York, NY 10022
Telephone: 212-935-6020
Facsimile: 212-753-8101
rnewman@kleinzelman.com
*Attorneys for Defendants IntegraClick, Inc., Clickbooth and Clickbooth.com*

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, et al., | Case No. C-07-6211 TEH |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE |
| ACTIVE RESPONSE GROUP, INC., et al., | |
| Defendants. | |

This Court has considered and hereby GRANTS the Defendant's Request for Telephonic Appearance. Counsel for Defendant Integraclick, Inc. (erroneously sued as Intergraclick Inc.), d/b/a Clickbooth and Clickbooth.com ("Defendant" or "Clickbooth"), shall be permitted to attend and participate telephonically in the Case Management Conference scheduled for **Monday, February 8, 2010 at 1:30 PM.**

Signed this _____ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE
THELTON E. HENDERSON

{00098614;1}