UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:**  Thelton E. Henderson          **Time: 9 minutes**

**Date**: February 8, 2010

**Case No:** C 07-06211 TEH

**Case Title**: ASIS INTERNET SERVICES, et al. V. ACTIVE RESPONSE GROUP, INC., et al.

**Appearances:**

For Plaintiff(s): Jason Singleton telephonically

For Defendant(s): Thomas Burke  present; Richard Newman and Jared Gordon telephonically

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: none

## *PROCEEDINGS*

1. Telephonic Case Management Conference

    Oral motion to dismiss by Mr. Newman is taken under submission.

Order to be prepared by:       ( ) Plaintiff    ( ) Defendant    (X) Court