IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al.,

        Plaintiff,

v.

ACTIVE RESPONSE GROUP, INC., et al.,

        Defendants.

No. C-07-06211 TEH

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that Plaintiffs' claim under the CAN-SPAM Act is DISMISSED WITH PREJUDICE. This court declines to exercise supplemental jurisdiction over the state law cause of action, that claim is DISMISSED WITHOUT PREJUDICE to its being re-filed in state court.

Dated: February 12, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano
Deputy Clerk